Fill in this information to identify the case:

Debtor name: **Scungio Borst & Associates, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Federal Resources Financial Credit Union**<br>520 Route 22 East<br>Bridgewater, NJ 08807 | | Term Loan | | | | $3,865,817.13 |
| **Jersey Construction, Inc.**<br>838 Piney Hollow Road<br>P.O. Box 557<br>Hammonton, NJ 08037 | | Trade debt | | | | $1,029,014.28 |
| **MARX Sheet Metal & Mechanical Inc.**<br>373 High Street<br>Wilkes Barre, PA 18702 | | Trade debt | | | | $503,247.00 |
| **Louis N. Rothberg & Son, Inc.**<br>550 Cedar Avenue<br>Middlesex, NJ 08846 | | Trade debt | | | | $346,760.45 |
| **Federal Resources Financial Credit Union**<br>520 Route 22 East<br>Bridgewater, NJ 08807 | | Line of Credit | | | | $278,511.59 |
| **IT Landes Company**<br>247 Main Street<br>Harleysville, PA 19438 | | Trade debt | | | | $265,753.05 |
| **2M Electric LLC**<br>109 Camars Drive<br>Warwick, PA 18974 | | Trade debt | | | | $255,810.70 |

Debtor **Scungio Borst & Associates, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Philadelphia Carpentry Systems** 5 N. Columbus Blvd., Pier 5 Philadelphia, PA 19103 | | **Trade debt** | | | | $245,304.29 |
| **William Walter Construction Group LLC** 1431 N. Tuckahoe Road Williamstown, NJ 08094 | | **Trade debt** | | | | $215,738.83 |
| **Riley Glazing Inc** 200 E. Washington Street Norristown, PA 19401 | | **Trade debt** | | | | $188,333.00 |
| **RDL Construction LLC** 1044 Industrial Drive, Unit 1 West Berlin, NJ 08091 | | **Trade debt** | | | | $175,460.90 |
| **1st Black Hawk LLC** 715 East Nields Street West Chester, PA 19382 | | **Trade debt** | | | | $172,845.45 |
| **Fromkin Brothers Inc.** 4510 Adam Circle, Unit E Bensalem, PA 19020 | | **Trade debt** | | | | $153,902.15 |
| **Cippco Inc.** 9323 Keystone Street Philadelphia, PA 19114 | | **Trade debt (Curtis Lawsuit)** | **Contingent Unliquidated Disputed** | | | $151,981.07 |
| **Edward B. O'Reilly & Associates, Inc.** 30 West Highland Avenue Philadelphia, PA 19118 | | **Trade debt** | | | | $149,729.15 |
| **Mayfield Site Contractors** 596 Swedeland Road King of Prussia, PA 19406 | | **Trade debt/ Note Payable** | | | | $148,285.00 |

Debtor **Scungio Borst & Associates, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Portugese Structural Steel, Inc.** **255 South Street** **Newark, NJ 07114** | | **Trade debt** | | | | $147,818.70 |
| **Bristol Millwork Inc.** **4560 Tacony Street** **Philadelphia, PA 19124** | | **Trade debt (Curtis Lawsuit)** | **Contingent** | | | $146,655.40 |
| **VIP Construction Services, Inc.** **15 Fresh Ponds Road** **Monroe Twp., NJ 08831** | | **Trade debt** | | | | $144,535.10 |
| **Avon Brothers, Inc.** **5021 Industrial Road** **Farmingdale, NJ 07727** | | **Trade debt** | | | | $141,157.80 |

**Fill in this information to identify the case:**

Debtor name: **Scungio Borst & Associates, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐  Schedule H: Codebtors (Official Form 206H)
☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐  Amended Schedule
■  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/11/2022         X  /s/ Scott P. Scungio
                                  Signature of individual signing on behalf of debtor

                                  **Scott P. Scungio**
                                  Printed name

                                  **Managing Member of Scungio & Company, LLC, Member**
                                  Position or relationship to debtor