**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC. | : | |
| | : | BANKR. NO. 22-10609 (AMC) |
| | : | |
| Debtor. | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

> George M. Conway, Trial Attorney
> Office of the United States trustee
> 200 Chestnut Street, Suite 502
> Philadelphia, PA 19106-2912
> E-Mail: George.M.Conway@usdoj.gov
> Tel: (215) 597-4411
> Fax: (215) 923-1293

DATED this 11th day of March, 2022.

        ANDREW R. VARA
        United States trustee
        for Regions 3 and 9

By:   */s/ George M. Conway*
        George M. Conway, Trial Attorney
        Office of the United States Trustee
        200 Chestnut Street, Suite 502
        Philadelphia, PA 19106-2912
        Tel: 215-597-4411