IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| SCUNGIO BORST & ASSOCIATES, LLC | : BANKRUPTCY NO. 22-10609(AMC) |
| | : |
| Debtor | : |

## APPLICATION DEBTOR FOR AN ORDER APPROVING THE RETENTION OF KARALIS PC AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. § 327(a)

The Application of Scungio Borst & Associates, LLC (the "Debtor"), in support of its retention of Karalis PC ("KPC") as bankruptcy counsel pursuant to 11 U.S.C. § 327(a), respectfully state as follows:

### BACKGROUND

1. On March 11, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Since the Petition Date, the Debtor has remained in possession of its assets and continue in the management of its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. A description of the Debtor's business and the facts precipitating the filing of their Chapter 11 proceedings is set forth in the Declaration of Scott P. Scungio. Those facts, to the extent relevant, are incorporated herein by reference.

### PROPOSED RETENTION OF KPC

4. The Debtor wishes to retain KPC as its general bankruptcy counsel in this matter to perform the following legal services:

   a. Advise the Debtor of its rights, powers, and duties as a debtor-in-possession in continuing to operate and manage its assets;

  b. Advise the Debtor concerning, and assisting in the negotiation and documentation of the use of cash collateral and/or debtor-in-possession financing, debt restructuring and related transactions;

  c. Review the nature and validity of agreements relating to the Debtor's business and advise the Debtor in connection therewith;

  d. Review the nature and validity of liens, if any, asserted against the Debtor and advise as to the enforceability of such liens;

  e. Advise the Debtor concerning the actions it might take to collect and recover property for the benefit of its estate;

  f. Prepare on the Debtor's behalf all necessary and appropriate applications, motions, pleadings, orders, notices, petitions, schedules, and other documents, and review all financial and other reports to be filed in the Debtor's Chapter 11 case;

  g. Advise the Debtor concerning, and preparing responses to, applications, motions, pleadings, notices and other papers which may be filed in the Debtor's Chapter 11 case;

  h. Counsel the Debtor in connection with formulation, negotiation and promulgation of a plan of reorganization or liquidation and related documents; and

  i. Perform all other legal services for and on behalf of the Debtor, which may be necessary or appropriate in the administration of its Chapter 11 case.

  5. The Debtor has selected KPC because of the firm's considerable experience in Chapter 11 proceedings and in other areas of law applicable to this Chapter 11 proceeding. The Debtor believes KPC is duly qualified to represent it as a debtor-in-possession in this proceeding and that the services of KPC are necessary and essential to the Debtor's performance of its duties as a debtor-in-possession.

6. The Verified Statement of Aris J. Karalis, Esquire (the "Karalis Statement") describes the relationships that KPC has with creditors of the Debtor and other interested parties. As set forth in the Karalis Statement, KPC does not hold nor represent any interest adverse to the Debtor or its creditors, and is a disinterested person within the meaning of § 101(14) of the Bankruptcy Code. The Karalis Statement is attached hereto as Exhibit "A" and made a part hereof.

7. It is Debtor's understanding that KPC will be submitting detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses and seeking, when appropriate, authority to apply the retainer.

8. The Debtor also understands that KPC may apply to the Court for authority to be paid its fees and expenses pursuant to its obligation under the Bankruptcy Code or any administrative fee procedure that may be established to which the Debtor consents.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order approving its retention of KPC as counsel and granting such other relief as the Court deems just and appropriate under the circumstances.

**SCUNGIO BORST & ASSOCIATES, LLC**

By: /s/ Scott P. Scungio
SCOTT P. SCUNGIO,
Sole managing member of SCLLC,
Member of the Debtor

Dated: March 11, 2022