**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | ) Bankruptcy No. 22-10609-AMC |
| Debtor. | ) |
| | ) Related Dkt Nos. 6, |

<u>CERTIFICATE OF SERVICE</u>

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on March 31, 2022, I served a copy of the limited response and reservation of rights with respect to the Motion of Debtor for Entry of an Order Authorizing the Rejection of Executory Contracts pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Scungio Borst & Associates, LLC<br>2 Riverside Drive, Suite 500<br>Camden, NJ 08103 | Aris J. Karalis<br>Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Office of United States Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 | George M. Conway<br>United States Trustee<br>200 Chestnut Street<br>Suite 502, U S Customs House<br>Philadelphia, PA 19106 |

| | |
|---|---|
| Federal Resources Financial Credit Union<br>520 Route 22 East<br>Bridgewater, NJ 08807 | Jersey Construction, Inc.<br>838 Piney Hollow Road<br>P.O. Box 557<br>Hammonton, NJ 08037 |

| | |
|---|---|
| MARX Sheet Metal & Mechanical Inc.<br>373 High Street<br>Wilkes Barre, PA 18702 | Louis N. Rothberg & Son, Inc.<br>550 Cedar Avenue<br>Middlesex, NJ 08846 |

| | |
|---|---|
| IT Landes Company<br>247 Main Street<br>Harleysville, PA 19438 | Philadelphia Carpentry Systems<br>5 N. Columbus<br>Blvd., Pier 5<br>Philadelphia, PA 19103 |

| | |
|---|---|
| 2M Electric LLC<br>109 Camars Drive<br>Warwick, PA 18974 | William Walter Construction Group, LLC<br>1431 N. Tuckahoe Road<br>Williamstown, NJ 08094 |

| | |
|---|---|
| Riley Glazing Inc<br>200 E. Washington Street<br>Norristown, PA 19401 | RDL Construction LLC<br>1044 Industrial<br>Drive, Unit 1<br>West Berlin, NJ 08091 |
| 1st Black Hawk LLC<br>715 East Nields Street<br>West Chester, PA 19382 | Fromkin Brothers Inc.<br>4510 Adam Circle, Unit E<br>Bensalem, PA 19020 |
| Cippco Inc.<br>9323 Keystone Street<br>Philadelphia, PA 19114 | Edward B. O'Reilly & Associates, Inc.<br>30 West Highland Avenue<br>Philadelphia, PA 19118 |
| Mayfield Site Contractors<br>596 Swedeland Road<br>King of Prussia, PA 19406 | VIP Construction Services, Inc.<br>15 Fresh Ponds Road<br>Monroe Twp., NJ 08831 |
| Bristol Millwork Inc.<br>4560 Tacony Street<br>Philadelphia, PA 19124 | Portugese Structural Steel, Inc.<br>255 South Street<br>Newark, NJ 07114 |
| Avon Brothers, Inc.<br>5021 Industrial Road<br>Farmingdale, NJ 07727 | |

Dated:  March 31, 2022

**BERNSTEIN-BURKLEY, P.C.**

*/s/ Keri P. Ebeck*
Keri P. Ebeck, Esq. (PA ID No. 91298)
601 Grant Street, 9th Floor
Pittsburgh, PA   15219
Telephone:      (412) 456-8112
Facsimile:       (412) 456-8135
Email:              kebeck@bernsteinlaw.com

*- and -*

**BAST AMRON LLP**

Brett Amron (*pro hac vice* forthcoming)
Dain de Souza (*pro hac vice* forthcoming)
One Southeast Third Avenue, Suite 1400
Miami Florida 33131
Telephone:      (305) 379-7904
Facsimile:       (305) 379-7905
Email:              bamron@bastamron.com
                        ddesouza@bastamron.com

*Counsel to Scope FLP Pennington SM LLC*