IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 11 |
| : | |
| SCUNGIO BORST & ASSOCIATES, LLC : | BANKRUPTCY NO. 22-10609(AMC) |
| : | |
| Debtor : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that a true and correct copy of the Compensation Disclosure Notice of Debtor Pursuant to Local Bankruptcy Rule 4002-1(b) was served on April 1, 2022 upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Proposed Attorneys for the Debtor*

Dated: April 1, 2022

**VIA ECF TRANSMISSION**

George M. Conway, Esquire
Office of the United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nicole M. Nigrelli, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Gary D. Bressler, Esquire
McElroy Deutsch, Mulvaney & Carpenter LLP
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Kevin Grem, Esquire
Commonwealth of PA, Dept of Labor and Ind.
Collections Support Unit
P.O. Box 68568
Harrisburg, PA 17121-8568

Travis L. Kreiser, Esquire
Kreiser & Associates PC
1300 Lawarence Road
Havertown, PA 19083

Clayton W. Davison, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103

Ira E. Dorfman, Esquire
Steven A. Berkowtiz & Associates PC
10000 Lincoln Drive East, Suite 202
Marlton, NJ 08053

Alexander F. Barth, Esquire
Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204

Patrick J. Reilly, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Rebecca K. McDowell, Esquire
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Keri P. Ebeck, Esquire
Bernstein-Burkley PC
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

**VIA E-MAIL**

Scungio Borst & Associates, LLC
Attn: Scott Scungio
4 Manchester Road
P.O. Box 203
Media, PA 19065

Barry J. Roy, Esquire
Rabinowitz Lubetkin & Tully LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
broy@rltlawfirm.com

Daniel F.X. Geoghan, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
dgeoghan@coleschotz.com

Peter J. Strom, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
pstrom@coleschotz.com

Bret M. Amron, Esquire
Bast Amron
SunTrust International Ctr.
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
bamron@bastamron.com

Dain A. de Souza, Esquire
Bast Amron
SunTrust International Ctr.
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
ddesouza@bastamron.com

**VIA U.S. FIRST CLASS MAIL**

Federal Resources Financial Credit Union
520 Route 22 East
Bridgewater, NJ 08807

Jersey Construction, Inc.
838 Piney Hollow Road
P.O. Box 557
Hammonton, NJ 08037

MARX Sheet Metal & Mechanical Inc.
373 High Street
Wilkes Barre, PA 18702

Louis N. Rothberg & Son, Inc.
550 Cedar Avenue
Middlesex, NJ 08846

IT Landes Company
247 Main Street
Harleysville, PA 19438

2M Electric LLC
109 Camars Drive
Warwick, PA 18974

Philadelphia Carpentry Systems
5 N. Columbus Blvd., Pier 5
Philadelphia, PA 19103

William Walter Construction Group LLC
1431 N. Tuckahoe Road
Williamstown, NJ 08094

Reilly Glazing Inc.
200 E. Washington Street
Norristown, PA 19401

RDL Construction LLC
1044 Industrial Drive, Unit 1
West Berlin, NJ 08091

1st Black Hawk LLC
715 East Nields Street
West Chester, PA 19382

Fromkin Brothers Inc.
4510 Adam Circle, Unit E
Bensalem, PA 19020

Cippco Inc.
9323 Keystone Street
Philadelphia, PA 19114

Edward B. O'Reilly & Associates, Inc.
30 West Highland Avenue
Philadelphia, PA 19118

Mayfield Site Contractors
596 Swedeland Road
King of Prussia, PA 19406

Portugese Structural Steel, Inc.
255 South Street
Newark, NJ 07114

Bristol Millwork Inc.
4560 Tacony Street
Philadelphia, PA 19124

VIP Construction Services, Inc.
15 Fresh Ponds Road
Monroe Twp., NJ 08831

Avon Brothers, Inc.
5021 Industrial Road
Farmingdale, NJ 07727