IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor | : | |
| | : | |

**ORDER APPROVING APPLICATION OF DEBTOR FOR THE RETENTION OF KARALIS PC AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. § 327(a)**

**AND NOW,** upon consideration of the Application (the "Application") of Debtor for entry of an Order approving the retention of Karalis PC ("KPC") as the Debtor's bankruptcy counsel in this proceeding; and the Court having considered the Application and the Verified Statement of Aris J. Karalis, Esquire in support thereof; and the Court being satisfied that KPC does not hold nor represent any interest adverse to the Debtor, its estate or creditors, and is a disinterested person within the meaning of §§ 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the estate; and for good cause shown,

**IT IS ORDERED,** as follows:

1. The retention of KPC as bankruptcy counsel for the Debtor is hereby authorized and approved effective as of the date of the commencement of this case.

2. Any and all compensation to be paid to KPC for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, and/or any alternative arrangement for interim compensation as

-2-

may be authorized by the Court.

BY THE COURT:

Dated: _____
**Date: April 5, 2022**

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE