# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC** | : | **BANKRUPTCY NO. 22-10609(AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER APPROVING APPLICATION OF DEBTOR FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BOCHETTO & LENTZ, P.C. AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a), FED. R. BANKR. P. 2014 AND LOCAL BANKRUPTCY RULE 2014-1

**AND NOW**, upon consideration of the application (the "Application")[1] of Scungio Borst & Associates, LLC for entry of an Order, pursuant to sections 327(e) and 328(a) of title 11 of the United States Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and 2014-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, authorizing the retention and employment of Bochetto & Lentz, P.C. as special litigation counsel in this chapter 11 case to provide legal services to the Debtor; and upon the Lentz Declaration; and the Court being satisfied, based upon the representations made in the Application and the Lentz Declaration, that B&L represents no interest adverse to the Debtor's estate or its creditors with respect to the matters upon which it is to be engaged, that it is a disinterested person as that term is defined under section, 101(14) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the Debtor's estate; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is granted to the extent provided herein.

2. Pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rule

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2014(a), and Local Rule 2014-1, the Debtor is hereby authorized to employ B&L as special litigation counsel, in accordance with the terms set forth in the Application and the Lentz Declaration.

3. The terms of B&L's compensation set forth in the Application are preapproved under 11 U.S.C. Section 328(a).

4. B&L shall be entitled to be paid the Costs and Expenses pursuant to the terms set forth in the Application without the necessity of filing fee applications in accordance with Sections 330 and 331 of the Bankruptcy Code.

5. In connection to the Contingent Fee and the Unpaid Costs, B&L shall apply for compensation and reimbursement in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Bankruptcy Rules and orders of the Court, and such other procedures that may be fixed by order of this Court.

6. To the extent this Order is inconsistent with the Application, this Order shall govern.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

**BY THE COURT:**

Dated: _____

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE