# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC** | : | **BANKRUPTCY NO. 22-10609(AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

Upon consideration of the Motion of Debtor for Entry of an Order Authorizing the Rejection of Executory Contracts Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 (the "Motion")[1], and after notice to parties in interest and a hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED as modified herein**.

2. The following Contracts are hereby **REJECTED** effective as of the Petition Date:

| | COUNTERPARTY | TYPE OF EXECUTORY CONTRACT | PROJECT/DESCRIPTION | EXHIBIT TO MOTION |
|---|---|---|---|---|
| 1 | East Third Media, LLC | Construction Management Contract | Wright Partners Headquarters | A |
| 2 | KLS Logistics, Inc. | Construction Management Contract | PLCB Warehouse Improvements – Phase 1 | B |
| 3 | KLS Logistics, Inc. | Construction Management Contract | PLCB Warehouse Improvements – Phase 2 | C |
| 4 | Nerd Street Gamers Localhost Philadelphia, LLC | Construction Management Contract | Localhost – Philadelphia, PA & NSG HQ | D |
| 5 | OASG Hazlet, LLC | Construction Management Contract | Bubbakoos Burritos | E |
| 6 | OASG Hazlet, LLC | Construction Management Contract | Panera Bread LL Work | F |
| 7 | Shopping Center Associates | Construction Management Contract | Menlo Park Mall (Redevelopment of Macaroni/ Grill for True Food Kitchen and Shake Shack) | H |
| 8 | TKO 6 Corp. a/k/a TKO Suites | License Agreement | Use of office space located at 1521 West Concord Pike, Suite 301, Wilmington, DE 19803 | I |

3. The hearing on the relief requested as to the following Contract shall be held on **April 27, 2022, at 12:30 p.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**:

| | COUNTERPARTY | TYPE OF EXECUTORY CONTRACT | PROJECT/DESCRIPTION | EXHIBIT TO MOTION |
|---|---|---|---|---|
| 1 | Scope FLP Pennington SM, LLC | Construction Management Contract | Pennington Medical | G |

4. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT**:

Dated: _____       _____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.