**Fill in this information to identify the case:**

Debtor name   **Scungio Borst & Associates, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **22-10609(AMC)**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $ _____1,701,594.45

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................   $ _____1,701,594.45

**Part 2:    Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____4,144,328.72

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $ _____3,470.07

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$ _____8,216,566.74

4.   **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b     $ _____12,364,365.53

---

**Fill in this information to identify the case:**

Debtor name __**Scungio Borst & Associates, LLC**__

United States Bankruptcy Court for the:  __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) __**22-10609(AMC)**__

☐ Check if this is an amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | TD Bank, N.A. | Main Checking Account | 4109 | $98,766.01 |
| 3.2. | TD Bank, N.A. | Alternative Checking Account | 7620 | $157.07 |
| 3.3. | TD Bank, N.A. | Payroll Account | 4281 | $979.02 |
| 3.4. | Federal Resources FCU | Checking Account | 3731 | $1,437.55 |
| 3.5. | Federal Resources FCU | Savings Account | 8420 | $10.00 |
| 3.6. | Truist Bank | Checking Account | 2296 | $13,732.54 |

4.    **Other cash equivalents** *(Identify all)*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Scungio Borst & Associates, LLC** | Case number *(If known)* **22-10609(AMC)** |
|---|---|---|
| | Name | |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$115,082.19

---

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **TKO 6 Corp a/k/a TKO Suites
1521 West Concord Pike, Suite 301
Wilmington, DE 19803**

$1,200.00

7.2. **House Rental for Out of Town Personnel
Sarina Chaudry
414 Edgemont Road
Stroudsburg, PA 18360**

$3,200.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$4,400.00

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **See Rider
Schedule A/B 11a** − _____ = .... _____
face amount                    doubtful or uncollectible accounts

11b. Over 90 days old: **See Rider
Schedule A/B 11b** − _____ =.... _____
face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

| Debtor | **Scungio Borst & Associates, LLC** | | Case number *(If known)* **22-10609(AMC)** |
|---|---|---|---|
| | Name | | |

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Miscellaneous Office Furniture** | $0.00 | N/A | $3,800.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Miscellaneous Office Equipment** | $0.00 | N/A | $1,400.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $5,200.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | **2003 Proline 23 Sport CC with 2004 225 HP Mercury Saltwater Engine** | $14,090.00 | NADA Guide | $14,090.00 |

---

| Debtor | **Scungio Borst & Associates, LLC** | | Case number *(If known)* **22-10609(AMC)** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 48.2. | **Load-Rite Tandem Trailer** | $1,075.00 | **NADA Guide** | $1,075.00 |
| 48.3. | **2010 Carolina Skiff 16' Model JVX16SC with 2010 60 HP Evinrude Engine** | $7,810.00 | **NADA Guide** | $7,810.00 |
| 48.4. | **2010 Trailer 16'** | $295.00 | **NADA Guide** | $295.00 |

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | $23,270.00 |
   |---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
|    **www.scungioborst.com** | $1,562.00 | | Unknown |
|    **www.sbacmc.com** | $1,335.00 | | Unknown |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $0.00 |
   |---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Scungio Borst & Associates, LLC** | Case number *(If known)* **22-10609(AMC)** |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Mechanic's Lien styled Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant, LLC, et al.**
**Philadelphia Court of Common Pleas No. 1810M0013**                    Unknown

| Nature of claim | **Mechanic's Lien** |
|---|---|
| Amount requested | **$7,444,073.05** |

**Scungio Borst & Associates LLC v. KPG-MCG Curtis Tenant, LLC, et al.**
**Philadelphia Court of Common Pleas No. 190200666**                    Unknown

| Nature of claim | **Construction Litigation (inclusive of mechanic's lien claim)** |
|---|---|
| Amount requested | **$11,521,476.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Employee Retention Credit 2020 Q2 941X**                    $8,081.39

**Employee Retention Credit 2020 Q3 941X**                    $126,680.17

| Debtor | Scungio Borst & Associates, LLC | Case number *(If known)* | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Employee Retention Credit 2020 Q4 941X** | $8,892.82 |
| **Employee Retention Credit 2021 Q1 941X** | $198,724.00 |
| **Employee Retention Credit 2021 Q2 941X** | $138,728.77 |
| **Employee Retention Credit 2021 Q3 941X** | $212,150.22 |
| **Due from Millennial Place - BOE** | $235,510.75 |
| **Loan to Christopher DiGeorge** | $5,000.00 |
| **Loan to 418 Federal Partners (Library)** | $619,874.14 |

78.  **Total of Part 11.**                                                          $1,553,642.26
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Debtor | **Scungio Borst & Associates, LLC** | Case number *(If known)* **22-10609(AMC)** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $115,082.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,270.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,553,642.26 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,701,594.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,701,594.45 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# "SCHEDULE A/B 11a"

| Type | Date | Num | Name | Due Date | Open Balance | Stale/Doubtful | Reason |
|------|------|-----|------|----------|--------------|----------------|--------|
| **Current** | | | | | | | |
| Pre-Invoice | 02/28/2022 | 2102001-012 | 1st Phase Rehabilitation Pennington Medical Center | 04/15/2022 | 434,107.32 | 0.00 | |
| Invoice | 01/31/2022 | 2001011-010 | East Third Media LLC:Wright Partners HQ 2001011 | 03/17/2022 | 157,420.76 | -157,420.76 | AP owed to subs exceeds AR owed. |
| Invoice | 02/28/2022 | 2001011-011 | East Third Media LLC:Wright Partners HQ 2001011 | 04/14/2022 | 32,424.13 | -32,424.13 | AP owed to subs exceeds AR owed. |
| Invoice | 12/31/2021 | 2101031-002 | PLCB Warehouse Phase 1B | 02/14/2022 | 4,832.75 | 0.00 | |
| Invoice | 12/31/2021 | 2101032-002 | KLS Logistics Inc:2101032 PLCB Improvements Phase 2 | 02/14/2022 | 3,777.07 | 0.00 | |
| Invoice | 01/31/2022 | 2101032-003 | KLS Logistics Inc:2101032 PLCB Improvements Phase 2 | 03/17/2022 | 11,433.95 | -11,433.95 | AP owed to subs exceeds AR owed. |
| Invoice | 02/28/2022 | 2101032-004 | KLS Logistics Inc:2101032 PLCB Improvements Phase 2 | 04/14/2022 | 6,436.74 | -6,436.74 | AP owed to subs exceeds AR owed. |
| Invoice | 01/31/2022 | 2101037-001 | KLS Logistics Inc:2101035 PLCB Electric & Exit Signs:2101032-21010 | 03/17/2022 | 6,990.00 | -6,990.00 | AP owed to subs exceeds AR owed. |
| Invoice | 02/28/2022 | 2201003-001 | KLS Logistics Inc:Dispatch Stripping- 2201003 | 04/14/2022 | 27,010.81 | -27,010.81 | AP owed to subs exceeds AR owed. |
| Invoice | 02/28/2022 | 2001009-013 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 04/14/2022 | 80,882.92 | -80,882.92 | AP owed to subs exceeds AR owed. |
| Invoice | 10/31/2021 | 2001009-009 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 12/15/2021 | 15.03 | -15.03 | AP owed to subs exceeds AR owed. |
| Invoice | 11/30/2021 | 2001009-010 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 01/14/2022 | 0.46 | -0.46 | AP owed to subs exceeds AR owed. |
| Invoice | 01/31/2022 | 2102004-008 | Onyx Management Group LLC:2102004- Panera Bread-Hazlet Town | 03/17/2022 | 300,494.50 | 0.00 | |
| Invoice | 02/28/2022 | 2102004-009 | Onyx Management Group LLC:2102004- Panera Bread-Hazlet Town | 04/14/2022 | 84,608.51 | 0.00 | |
| Invoice | 12/31/2021 | 2102005-003 | Onyx Management Group LLC:2102005-Bubbakoos Burritos | 02/14/2022 | 14,941.52 | 0.00 | |
| Invoice | 01/31/2022 | 2102005-004 | Onyx Management Group LLC:2102005-Bubbakoos Burritos | 03/17/2022 | 45,649.27 | 0.00 | |
| Invoice | 02/28/2022 | 2102005-005 | Onyx Management Group LLC:2102005-Bubbakoos Burritos | 04/14/2022 | 15,687.37 | 0.00 | |
| Invoice | 11/30/2021 | 2102005-002 | Onyx Management Group LLC:2102005-Bubbakoos Burritos | 01/14/2022 | 0.01 | 0.00 | |
| Invoice | 02/28/2022 | 2101017-001 | Proconex:Lobby, Caffe, Restrooms- 2101017 | 02/28/2022 | 28,859.77 | 0.00 | |
| Invoice | 12/31/2021 | 2102003-007 | Shopping Center Associates:2102003- Menlo Park Multi Tenant 2 | 02/14/2022 | 0.01 | -0.01 | |
| **Total Current - 90** | | | | | 1,255,572.90 | -322,614.81 | |

# "SCHEDULE A/B 11b"

> 90

| Type | Date | Ref | Name | Date2 | Amount1 | Amount2 | Description |
|---|---|---|---|---|---|---|---|
| Invoice | 06/30/2020 | 1901002-016 | Agusta Aerospace Corporation:1901002- Leonardo Training Facility | 08/14/2020 | 0.01 | 0.00 | AR diminimus |
| Invoice | 12/31/2020 | 1901002-022 | Agusta Aerospace Corporation:1901002- Leonardo Training Facility | 02/14/2021 | 58,235.88 | 0.00 | Duplicate invoice in system, Not Due |
| Invoice | 07/31/2015 | 1503001-003 | Allied Properties:1503001 | 09/10/2015 | 0.01 | -0.01 | AR diminimus |
| Invoice | 06/15/2015 | 1402015-002 | AthenianRazak LLC:1402015 | 07/10/2015 | 21,600.00 | 0.00 | |
| Invoice | 12/08/2015 | 1402015-003 | AthenianRazak LLC:1402015 | 12/31/2015 | 2,400.00 | 0.00 | |
| Invoice | 10/08/2020 | 1901014-002 | Bala Plaza Property, Inc:1901014- BOSS | 11/22/2020 | 0.12 | -0.12 | AR diminimus |
| Invoice | 08/31/2020 | 2001003-003 | Besco Company:2001003-DiBruno Bros Core & Shell | 10/15/2020 | 0.01 | 0.00 | AP owed to subs exceeds AR owed. |
| Invoice | 12/31/2020 | 2001003-007 | Besco Company:2001003-DiBruno Bros Core & Shell | 02/14/2021 | 0.01 | 0.00 | AP owed to subs exceeds AR owed. |
| Invoice | 05/31/2021 | 2001003-011 | Besco Company:2001003-DiBruno Bros Core & Shell | 07/15/2021 | 70,686.86 | 0.00 | AP owed to subs exceeds AR owed. |
| Invoice | 09/30/2021 | 2001003-012 | Besco Company:2001003-DiBruno Bros Core & Shell | 11/14/2021 | 2,951.98 | 0.00 | AP owed to subs exceeds AR owed. |
| Invoice | 12/31/2020 | 2001004-006 | Besco Company:DiBrunos Tenant Fit Out- 2001004 | 02/14/2021 | 0.02 | 0.00 | AP owed to subs exceeds AR owed. |
| Invoice | 02/28/2019 | 1801011-006 | Boeing Co:1801011- Scheduler | 03/30/2019 | 9,525.00 | 0.00 | |
| Invoice | 03/12/2013 | PWRGC-1-09 | Cooper's Ferry Development Association:1002017 - POWER GC | 04/11/2013 | 5,000.00 | -5,000.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 04/16/2013 | PWRGC-1-66 | Cooper's Ferry Development Association:1002017 - POWER GC | 04/16/2013 | 5,000.00 | -5,000.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 03/09/2017 | 1602001-005 | Cooper's Ferry Development Association:1602001 | 03/09/2017 | 800.00 | -800.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 04/03/2017 | 1602001-008 | Cooper's Ferry Development Association:1602001 | 04/03/2017 | 900.00 | -900.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 07/10/2017 | 1602003-001 | Cooper's Ferry Development Association:1602003 | 07/10/2017 | 5,000.00 | -5,000.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 06/01/2018 | 3 | Cooper's Ferry Development Association:1602003 | 06/16/2018 | 28,910.00 | -28,910.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 12/31/2015 | 1501001-014 | Delaware River Waterfront Corporation:1501001 | 01/30/2016 | 310.16 | -310.16 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 12/31/2018 | 1801001-012 | Delaware River Waterfront Corporation:1801001- Cherry Street Pier 9 | 02/14/2019 | 1.75 | -1.75 | AR diminimus |
| Invoice | 01/31/2019 | 1801001-013 | Delaware River Waterfront Corporation:1801001- Cherry Street Pier 9 | 03/17/2019 | 0.03 | -0.03 | AR diminimus |
| Invoice | 04/30/2021 | 2001011-002 | East Third Media LLC:Wright Partners HQ 2001011 | 06/14/2021 | 117,597.00 | -117,597.00 | AP owed to subs exceeds AR owed. |
| Invoice | 05/31/2021 | 2001011-003 | East Third Media LLC:Wright Partners HQ 2001011 | 07/15/2021 | 20,631.35 | -20,631.35 | AP owed to subs exceeds AR owed. |
| Invoice | 05/31/2021 | 2001007-003 | Keystone PF Lansdale LLC:2001007- PF Lansdale | 07/15/2021 | 1,350.00 | -1,350.00 | AP owed to subs exceeds AR owed. |
| Invoice | 07/31/2021 | 2001007-005 | Keystone PF Lansdale LLC:2001007- PF Lansdale | 09/14/2021 | 14,337.73 | -14,337.73 | AP owed to subs exceeds AR owed. |
| Invoice | 10/19/2020 | 2001008-2-1 | Keystone PF Park West LLC:2001008-2001008-002 | 11/18/2020 | 6,484.50 | -6,484.50 | AP owed to subs exceeds AR owed. |
| Invoice | 01/31/2020 | 1901007-004 | Keystone PF Red Lion LLC:1901007-1901007-001 | 01/30/2020 | 0.62 | -0.62 | AP owed to subs exceeds AR owed. |
| Invoice | 01/31/2020 | 1901007-005 | Keystone PF Red Lion LLC:1901007-1901007-001 | 03/16/2020 | 1.00 | -1.00 | AP owed to subs exceeds AR owed. |
| Invoice | 03/31/2020 | 1901007-006 | Keystone PF Red Lion LLC:1901007-1901007-001 | 05/15/2020 | 2.16 | -2.16 | AP owed to subs exceeds AR owed. |
| Invoice | 12/31/2020 | 1901013-008 | King of Prussia Assocaites:Buffalo Wild Wings- 1901013 | 02/14/2021 | 0.02 | -0.02 | AP owed to subs exceeds AR owed. |
| Invoice | 03/31/2016 | 1501007-004 | KPG-MCG Curtis Tenant, LLC (Keystone):1501007 | 05/10/2016 | 0.01 | 0.00 | |
| Invoice | 02/28/2017 | 1501007-013 | KPG-MCG Curtis Tenant, LLC (Keystone):1501007 | 04/10/2017 | 0.34 | 0.00 | |
| Invoice | 05/30/2016 | 1601002-004 | KPG-MCG Curtis Tenant, LLC (Keystone):1501007:1601002 | 07/10/2016 | 6,502.52 | 0.00 | |
| Invoice | 01/25/2016 | 1501006-003 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 01/25/2016 | 6.25 | 0.00 | AR - Lawsuit Based |
| Credit Memo | 01/25/2016 | 1501006-3A | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 01/25/2016 | -6.29 | 0.00 | AR - Lawsuit Based |
| Invoice | 06/30/2016 | 1501006-009 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 08/10/2016 | 0.01 | 0.00 | AR - Lawsuit Based |
| Invoice | 01/31/2017 | 1501006-016 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 03/10/2017 | 1.06 | 0.00 | AR - Lawsuit Based |
| Invoice | 03/31/2017 | 1501006-018 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 05/10/2017 | 1.05 | 0.00 | AR - Lawsuit Based |
| Invoice | 05/31/2017 | 1501006-020 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 07/10/2017 | 2.08 | 0.00 | AR - Lawsuit Based |
| Invoice | 06/30/2017 | 1501006-021 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 08/10/2017 | 4.21 | 0.00 | AR - Lawsuit Based |
| Invoice | 08/31/2017 | 1501006-023 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 10/10/2017 | 8.38 | 0.00 | AR - Lawsuit Based |
| Invoice | 09/30/2017 | 1501006-024 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 11/10/2017 | 37.00 | 0.00 | AR - Lawsuit Based |
| Invoice | 10/31/2017 | 1501006-025 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 12/10/2017 | 51.93 | 0.00 | AR - Lawsuit Based |
| Invoice | 01/31/2018 | 1501006-029 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 03/17/2018 | 105.70 | 0.00 | AR - Lawsuit Based |
| Invoice | 07/31/2018 | 1501006-035 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 09/14/2018 | 0.02 | 0.00 | AR - Lawsuit Based |
| Invoice | 08/31/2018 | 1501006-036 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 10/15/2018 | 12,644.56 | 0.00 | AR - Lawsuit Based |
| Invoice | 09/30/2018 | 1501006-037 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 11/14/2018 | 48,973.06 | 0.00 | AR - Lawsuit Based |
| Invoice | 12/31/2018 | 1501006-038 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 02/14/2019 | 223,791.99 | 0.00 | AR - Lawsuit Based |
| Invoice | 12/31/2018 | 1501006-039 | KPG-MCG Curtis Tenant, LLC:1501006 - Lyndon at the Curtis | 02/14/2019 | 655,355.14 | 0.00 | AR - Lawsuit Based |
| Invoice | 06/08/2018 | 1501006-5-1 | KPG-MCG Curtis Tenant, LLC:1501006-1501006-005 | 06/08/2018 | 58,277.83 | 0.00 | AR - Lawsuit Based |
| Invoice | 01/31/2013 | 1102008S2-1 | Macerich:1102008-Deptford Mall Vertical Transporta | 02/28/2013 | 2,716.00 | 0.00 | |
| Invoice | 05/21/2013 | 1102008-501 | Macerich:1102008-Deptford Mall Vertical Transporta | 06/20/2013 | 29,330.00 | 0.00 | |
| Invoice | 07/31/2013 | 1102008-008 | Macerich:1102008-Deptford Mall Vertical Transporta | 08/31/2013 | 0.01 | 0.00 | |
| Invoice | 01/29/2014 | 1302008-004 | Macerich:1302008 - Deptford Entrance & Painting | 03/10/2014 | 11,798.20 | 0.00 | |
| Invoice | 12/31/2012 | 1312002-016 | Macerich:1312002-Kings Plaza Renovation | 01/10/2016 | 45,465.74 | 0.00 | |
| Invoice | 10/06/2014 | SBA-1 | Marshall Dennehey Warner Coleman & Coggin | 11/05/2014 | 4,470.00 | -4,470.00 | AR Bill superceded and not credited in system |
| Invoice | 07/31/2019 | 1901001-2-2 | National Fitness Partners:1901001- PF Marple Crossing | 08/30/2019 | 2,894.60 | -2,894.60 | AP owed to subs exceeds AR owed. |
| Invoice | 08/30/2019 | 1901001-2-3 | National Fitness Partners:1901001- PF Marple Crossing | 09/29/2019 | 2,894.60 | -2,894.60 | AP owed to subs exceeds AR owed. |
| Invoice | 09/30/2019 | 1901001-2-4 | National Fitness Partners:1901001- PF Marple Crossing | 10/30/2019 | 811.71 | -811.71 | AP owed to subs exceeds AR owed. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 12/31/2019 | 1901009-005 | National Fitness Partners:1901009-PF Souderton | 01/30/2020 | 0.02 | -0.02 AP owed to subs exceeds AR owed. |
| Invoice | 11/30/2019 | 1901011-004 | National Fitness Partners:1901011- PF Market Street Fit Out | 12/30/2019 | 0.02 | -0.02 AP owed to subs exceeds AR owed. |
| Invoice | 01/31/2020 | 1901011-006 | National Fitness Partners:1901011- PF MArket Street Fit Out | 03/01/2020 | 0.18 | -0.18 AP owed to subs exceeds AR owed. |
| Invoice | 06/30/2019 | 1801014-005 | National Fitness Partners:Colombus Crossing PF- 1801014 | 07/30/2019 | 0.10 | -0.10 AP owed to subs exceeds AR owed. |
| Invoice | 06/30/2019 | 1901004-001 | National Fitness Partners:PF- 1835 Market St- 1901004 | 07/30/2019 | 0.03 | -0.03 AP owed to subs exceeds AR owed. |
| Invoice | 06/30/2020 | 1901010-005 | National Fitness Partners:PF Clifton Heights- 1901010 | 08/14/2020 | 0.34 | -0.34 AP owed to subs exceeds AR owed. |
| Invoice | 06/30/2019 | 1801008-006 | National Fitness Partners:Planet Fitness- 1801008 | 07/30/2019 | 0.07 | -0.07 AP owed to subs exceeds AR owed. |
| Invoice | 09/30/2019 | 1901001-007 | National Fitness Partners:Planet Fitness- Springfield-1901001 | 11/14/2019 | 0.02 | -0.02 AP owed to subs exceeds AR owed. |
| Invoice | 10/31/2019 | 1901001-008 | National Fitness Partners:Planet Fitness- Springfield-1901001 | 11/30/2019 | 0.03 | -0.03 AP owed to subs exceeds AR owed. |
| Invoice | 03/31/2019 | 1701008-004 | National Real Estate Development:East Market Sitework-1701008 | 05/15/2018 | 0.08 | -0.08 AP owed to subs exceeds AR owed. |
| Invoice | 09/30/2018 | 1701008-010 | National Real Estate Development:East Market Sitework-1701008 | 11/14/2018 | 0.05 | -0.05 AP owed to subs exceeds AR owed. |
| Invoice | 11/30/2018 | 1701008-012 | National Real Estate Development:East Market Sitework-1701008 | 01/14/2019 | 10.02 | -10.02 AP owed to subs exceeds AR owed. |
| Invoice | 02/28/2021 | 2001009-001 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 04/14/2021 | 67,057.37 | -67,057.37 AP owed to subs exceeds AR owed. |
| Invoice | 04/28/2021 | 2001009-003 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 06/12/2021 | 0.29 | -0.29 AP owed to subs exceeds AR owed. |
| Invoice | 05/31/2021 | 2001009-004 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 07/15/2021 | 15.00 | -15.00 AP owed to subs exceeds AR owed. |
| Invoice | 08/31/2021 | 2001009-007 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 09/30/2021 | 15.00 | -15.00 AP owed to subs exceeds AR owed. |
| Credit Memo | 11/09/2021 | 102 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 11/09/2021 | -29.34 | 29.34 AP owed to subs exceeds AR owed. |
| Invoice | 09/30/2021 | 2001009-008 | Nerd Street Gamers Localhost Phila LLC:2001009- Localhost- Phila & | 11/14/2021 | 14.99 | -14.99 AP owed to subs exceeds AR owed. |
| Invoice | 06/03/2016 | 1601004-003 | Paramount Realty Trust:1601004-North East Town Center | 06/03/2016 | 0.02 | 0.00 |
| Invoice | 04/15/2016 | 1601004-001 | Paramount Realty Trust:1601004-North East Town Center | 06/10/2016 | 0.21 | 0.00 |
| Invoice | 04/30/2016 | 1601004-002 | Paramount Realty Trust:1601004-North East Town Center | 06/10/2016 | 16,421.45 | 0.00 |
| Invoice | 07/31/2016 | 1601004-004 | Paramount Realty Trust:1601004-North East Town Center | 08/10/2016 | 0.01 | 0.00 AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 09/15/2016 | 1601004-007 | Paramount Realty Trust:1601004-North East Town Center | 09/30/2016 | 0.02 | 0.00 AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 09/30/2016 | 1601004-008 | Paramount Realty Trust:1601004-North East Town Center | 10/10/2016 | 0.01 | 0.00 AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 11/30/2016 | 1601004-010 | Paramount Realty Trust:1601004-North East Town Center | 12/10/2016 | 0.04 | 0.00 AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 12/31/2016 | 1601004-011 | Paramount Realty Trust:1601004-North East Town Center | 12/31/2016 | 0.04 | 0.00 AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 01/16/2019 | 1801010-005 | PawsCare, LLC:Dogtopia- 1801010 | 03/02/2019 | 0.01 | 0.00 AR diminimus |
| Invoice | 09/30/2019 | 1902001-005 | PawsCare, LLC:Dogtopia Cherry Hill- 1902001 | 11/14/2019 | 0.09 | 0.00 AR diminimus |
| Invoice | 11/30/2019 | 2001-007 | PawsCare, LLC:Dogtopia Cherry Hill- 1902001 | 01/14/2020 | 0.01 | 0.00 AR diminimus |
| Invoice | 05/31/2021 | 2101001-004 | Penrose Property Investors:2101001- Hair Buzz | 07/15/2021 | 0.90 | 0.00 AR diminimus |
| Invoice | 03/31/2020 | 1901005-009 | RECPhilly:REC Philly Space 2120- 1901005 | 05/15/2020 | 124,608.13 | -45,751.93 Owner Paid Subcontractors directly ($45,751.93) |
| Invoice | 04/30/2018 | 1701009-004 | RS Energy:1701009- RS Energy-7th Fl Fit Out | 06/14/2018 | 0.03 | -0.03 AR diminimus |
| Invoice | 05/14/2018 | 1701009-001 | RS Energy:1701009- RS Energy-7th Fl Fit Out | 06/28/2018 | 0.29 | -0.29 AR diminimus |
| Invoice | 06/08/2018 | 1701009-001 | RS Energy:1701009- RS Energy-7th Fl Fit Out | 07/23/2018 | 0.01 | -0.01 AR diminimus |
| Invoice | 08/31/2018 | 1701009-001 | RS Energy:1701009- RS Energy-7th Fl Fit Out | 10/15/2018 | 0.30 | -0.30 AR diminimus |
| Invoice | 10/31/2019 | 1801004-010 | Schwarz Gallery:1801004-Flood Restoration Schwarz Gallery | 12/15/2019 | 0.17 | -0.17 AR diminimus |
| Invoice | 12/17/2013 | SBI #001 | Scungio Borst International- Europe | 12/17/2013 | 132,663.89 | -132,663.89 AR not recoverable, Journal Entry Offset Made |
| Invoice | 06/30/2021 | 002 | Scungio Borst International-USA | 08/29/2021 | 129,453.54 | -129,453.54 AR not due, Journal Entry Offset Made |
| Invoice | 10/01/2021 | 003 | Scungio Borst International-USA | 11/30/2021 | 91,858.49 | -91,858.49 AR not due, Journal Entry Offset Made |
| Invoice | 04/15/2017 | 1701002-002 | Shopcore Property:1701002-Colombus Crossing | 05/10/2017 | 0.04 | -0.04 AR diminimus |
| Invoice | 08/31/2017 | 1701003-003 | Shopcore Property:1701002-Colombus Crossing:TJMaxx Fit Out-1701 | 08/31/2017 | 0.20 | -0.20 AR diminimus |
| Invoice | 08/11/2017 | 1701003-002 | Shopcore Property:1701002-Colombus Crossing:TJMaxx Fit Out-1701 | 09/11/2017 | 0.07 | -0.07 AR diminimus |
| Invoice | 09/15/2017 | 1701003-004 | Shopcore Property:1701002-Colombus Crossing:TJMaxx Fit Out-1701 | 10/15/2017 | 0.36 | -0.36 AR diminimus |
| Invoice | 11/30/2017 | 1701003-009 | Shopcore Property:1701002-Colombus Crossing:TJMaxx Fit Out-1701 | 11/30/2017 | 2.57 | -2.57 AR diminimus |
| Invoice | 11/15/2017 | 1701003-008 | Shopcore Property:1701002-Colombus Crossing:TJMaxx Fit Out-1701 | 12/15/2017 | 1.92 | -1.92 AR diminimus |
| Invoice | 03/31/2018 | 1701003-011 | Shopcore Property:1701002-Colombus Crossing:TJMaxx Fit Out-1701 | 05/15/2018 | 5.13 | -5.13 AR diminimus |
| Invoice | 05/31/2018 | 1701003-012 | Shopcore Property:1701002-Colombus Crossing:TJMaxx Fit Out-1701 | 07/15/2018 | 9.45 | -9.45 AR diminimus |
| Invoice | 11/04/2019 | 1902002-3-1 | Shopping Center Associates:1902002-1902002-001 | 12/04/2019 | 7,700.00 | 0.00 |
| Invoice | 01/31/2020 | 1902002-001 | Shopping Center Associates:1902002-1902002-001 | 03/16/2020 | 0.05 | 0.00 |
| Invoice | 02/29/2020 | 2002001-2-1 | Shopping Center Associates:2002001- Menlo Park Multi Tenants | 04/14/2020 | 459.50 | 0.00 |
| Invoice | 08/31/2017 | 1701007-003 | Simon Premium Outlets:1701001 - Restoration Hardware | 08/31/2017 | 0.29 | -0.29 AR diminimus |
| Invoice | 01/31/2018 | 1701007-003 | Simon Premium Outlets:1701007-Neiman Marcus Bldg 7 | 03/17/2018 | 0.03 | -0.03 AR diminimus |
| Invoice | 06/11/2020 | 1902003-004 | Simon Premium Outlets:1902003- Gloucester Outlets FC Redemise | 07/28/2020 | 0.27 | -0.27 AR diminimus |
| Invoice | 09/30/2020 | 1902003-006 | Simon Premium Outlets:1902003- Gloucester Outlets FC Redemise | 11/14/2020 | 0.01 | -0.01 AR diminimus |
| Invoice | 08/31/2013 | 1301002-004 | Simon Property Group:1301002- The Container Store @ KOP Mall | 09/30/2013 | 0.04 | -0.04 AR diminimus |
| Invoice | 04/30/2014 | 1301002-010 | Simon Property Group:1301002- The Container Store @ KOP Mall | 06/10/2014 | 0.02 | -0.02 AR diminimus |
| Invoice | 06/15/2016 | 1401001-018 | Simon Property Group:1401001 - Montgomery Mall Renovation | 07/10/2016 | 0.10 | 0.00 AR Doubtful for Collection; Simon Abandoned Property |
| Invoice | 09/07/2016 | 1401001-019 | Simon Property Group:1401001 - Montgomery Mall Renovation | 09/30/2016 | 19,997.70 | 0.00 AR Doubtful for Collection; Simon Abandoned Property |
| Invoice | 03/31/2016 | 1601003-002 | Simon Property Group:1601003-Lincoln Plaza | 05/10/2016 | 0.01 | -0.01 AR diminimus |
| Invoice | 05/31/2016 | 1601003-004 | Simon Property Group:1601003-Lincoln Plaza | 07/10/2016 | 0.01 | -0.01 AR diminimus |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice | 11/30/2018 | 1801006-005 | Simon Property Group:Lincoln Plaza Outparcel- 1801006 | 01/14/2019 | 0.02 | -0.02 | AR diminimus |
| Invoice | 12/31/2018 | 1801006-006 | Simon Property Group:Lincoln Plaza Outparcel- 1801006 | 02/14/2019 | 0.05 | -0.05 | AR diminimus |
| Invoice | 01/31/2019 | 1801006-007 | Simon Property Group:Lincoln Plaza Outparcel- 1801006 | 03/17/2019 | 0.01 | -0.01 | AR diminimus |
| Invoice | 05/31/2019 | 1801006-010 | Simon Property Group:Lincoln Plaza Outparcel- 1801006 | 07/15/2019 | 0.12 | -0.12 | AR diminimus |
| Invoice | 12/31/2018 | 1801009-55A | The Boeing Company:Restrooms-1801009 | 02/14/2019 | 2.62 | -2.62 | AR diminimus |
| Invoice | 07/15/2015 | 1502004-001 | TIAA - CREF:1502004- Market Fair Mall | 07/15/2015 | 3,936.00 | -3,936.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 08/30/2015 | 1502004-005 | TIAA - CREF:1502004- Market Fair Mall | 08/30/2015 | 10,114.00 | -10,114.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 07/01/2015 | 1502004-001 | TIAA - CREF:1502004- Market Fair Mall | 09/10/2015 | 69,243.47 | -69,243.47 | Duplicate invoice in system, Not Due |
| Invoice | 10/30/2015 | 1502004-009 | TIAA - CREF:1502004- Market Fair Mall | 10/30/2015 | 4,066.00 | -4,066.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 11/18/2015 | 1502004-011 | TIAA - CREF:1502004- Market Fair Mall | 11/18/2015 | 618.00 | -618.00 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 11/25/2015 | 1502004-012 | TIAA - CREF:1502004- Market Fair Mall | 12/10/2015 | 35.53 | -35.53 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 12/18/2015 | 1502004-006 | TIAA - CREF:1502004- Market Fair Mall | 01/10/2016 | 0.08 | -0.08 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 12/15/2016 | 1502004-018 | TIAA - CREF:1502004- Market Fair Mall | 12/15/2016 | 0.04 | -0.04 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 02/28/2017 | 1502004-020 | TIAA - CREF:1502004- Market Fair Mall | 02/28/2017 | 0.25 | -0.25 | AR not Due: Credits/Payments not applied against invoices in system |
| Invoice | 06/30/2020 | 1801007-020 | Wanamaker House:Wanamaker House Reno GC- 1801007 | 08/14/2020 | 10,897.05 | 0.00 | |
| Total > 90 | | | | | 2,167,046.87 | -772,246.89 | |
| TOTAL | | | | | 3,422,619.77 | -1,094,861.70 | |

**Fill in this information to identify the case:**

Debtor name  **Scungio Borst & Associates, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **22-10609(AMC)**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Federal Resources Financial Credit Union**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**See Rider "Schedule D-2.1"** | **$3,865,817.13** | **Unknown** |

| | | |
|---|---|---|
| **520 Route 22 East Bridgewater, NJ 08807**<br>Creditor's mailing address | Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Date debt was incurred<br>**March 2020**<br>Last 4 digits of account number | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | | | |
|---|---|---|---|
| **2.2** | **Federal Resources Financial Credit Union**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**See Rider "Schedule D-2.2"** | **$278,511.59** | **$0.00** |

| | | |
|---|---|---|
| **520 Route 22 East Bridgewater, NJ 08807**<br>Creditor's mailing address | Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Date debt was incurred<br><br>Last 4 digits of account number | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor   **Scungio Borst & Associates, LLC**
_____
        Name

Case number (if known)   **22-10609(AMC)**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$4,144,328.72** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# "SCHEDULE D-2.1"

Lien on all Debtor's assets including mechanics lien styled Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant LLC, et al. Philadelphia Court of Common Pleas No. 18-10M0013 and lawsuit styled Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant, LLC, et al., Philadelphia Court of Common Pleas No. 190200666

NJ UCC Financing Statement filed 3/31/2020 at Filing No. 53938712
PA UCC Financing Statement filed 3/10/2022 at Filing No. 2022031000943
PA UCC Financing Statement filed 3/10/2022 at Filing No. 2022031000972

# "SCHEDULE D-2.2"

Lien on all Debtor's assets including mechanics lien styled Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant LLC, et al. Philadelphia Court of Common Pleas No. 18-10M0013 and lawsuit styled Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant, LLC, et al., Philadelphia Court of Common Pleas No. 190200666

NJ UCC Financing Statement filed 3/31/2020 at Filing No. 53938712
PA UCC Financing Statement filed 3/10/2022 at Filing No. 2022031000987

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Scungio Borst & Associates, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **22-10609(AMC)** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Bankruptcy Section**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,878.27**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Form 1065 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Bankruptcy Section**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$591.80**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Form 941 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address
**1st Black Hawk LLC**
**715 East Nields Street**
**West Chester, PA 19382**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$196,191.95**

---

**3.2** | Nonpriority creditor's name and mailing address
**1st State Pest & Home Services**
**709 Rothwell Drive**
**Middletown, DE 08201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**2M Electric LLC**
**109 Camars Drive**
**Warwick, PA 18974**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$255,810.70**

---

**3.4** | Nonpriority creditor's name and mailing address
**A&S Sprinkler Co, Inc**
**101 E Laurel Avenue**
**Cheltenham, PA 19012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,209.45**

---

**3.5** | Nonpriority creditor's name and mailing address
**A. Brooks Roofing Inc.**
**701 W. 5th Street**
**Palmyra, NJ 08065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,631.28**

---

**3.6** | Nonpriority creditor's name and mailing address
**AA Glass Industries LLC**
**2345 Route 9, Suite #3**
**Toms River, NJ 08755**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46,431.26**

---

**3.7** | Nonpriority creditor's name and mailing address
**Aaron Electrical Construction Inc**
**229 Beownback Church Road**
**Spring City, PA 19475**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,537.70**

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|--------|----------------------------------|------------------------|---------------|
|        | Name                             |                        |               |

---

**3.8** Nonpriority creditor's name and mailing address

**Accessibility Advantage LLC**
dba Ameriglide Nepa
1335 Highway 315 #2
Wilkes Barre, PA 18702

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,352.70

---

**3.9** Nonpriority creditor's name and mailing address

**Ace Elevator LLC**
222 W. Atlantic Avenue, Building B
Haddon Heights, NJ 08035

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No  ☐ Yes

$8,200.54

---

**3.10** Nonpriority creditor's name and mailing address

**Acme Drapemaster of America**
P.O. Box 192
Keasby, NJ 08832

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$199.00

---

**3.11** Nonpriority creditor's name and mailing address

**Affordable Fire Protection, Inc.**
540 Hamilton Avenue
Linwood, NJ 08221

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No  ☐ Yes

$28,632.41

---

**3.12** Nonpriority creditor's name and mailing address

**Alderfer Glass Co.**
144 Telford Pike
Telford, PA 19118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$58,769.50

---

**3.13** Nonpriority creditor's name and mailing address

**Allen Reproduction Co., Inc.**
P.O. Box  1413
Camden, NJ 08101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$45.43

---

**3.14** Nonpriority creditor's name and mailing address

**ALN Construction, Inc**
104 Sandy Drive
Newark, DE 19713

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,859.65

---

| Debtor | **Scungio Borst & Associates, LLC** | Case number (if known) | **22-10609(AMC)** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,415.68 |
|---|---|---|---|

**Altino Concrete Construction LLC**
536 Easton Road
Horsham, PA 19044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,625.00 |
|---|---|---|---|

**AMC Fire Protection**
1803 Underwood Blvd.
Delran, NJ 07075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,940.43 |
|---|---|---|---|

**American Direct**
11000 Lakeview Avenue
Lenexa, KS 66219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,255.01 |
|---|---|---|---|

**Ani & Joe Abatement Demolition LLC**
1212 Burlington Avenue
Delanco, NJ 08075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265.00 |
|---|---|---|---|

**Apex Builders LLC**
1812 Daly Street
Philadelphia, PA 19145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Architectural Grille**
42 Second Avenue
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566.50 |
|---|---|---|---|

**Armor Masonry Restoration**
96 Monroe Street
Bristol, PA 19007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.00**

**Atlantic Wall Systems Inc**
**65 Greenhill Road**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,650.00**

**Avon Brothers, Inc.**
**5021 Industrial Road**
**Farmingdale, NJ 07727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,600.00**

**BK Tile & Stone Inc.**
**215 Black Meadow Road**
**Chester, NY 10918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,124.00**

**Blue Collar Builders LLC**
**101 Elm Avenue**
**North Wales, PA 19454**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,550.45**

**Bocchetto & Lentz**
**1524 Locust Street**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid Costs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,249.00**

**Brandywine Executive Center**
**aka TKO Suite**
**1521 Concord Pike #301**
**Wilmington, DE 19083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,465.00**

**Brandywine Valley Concrete**
**131 Wallace Avenue**
**Downington, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**BRE DDR Retail Holdings III LLC**
**d/b/a Columbus Crossing Shopping Center**
**1209 N. Orange Street**
**Wilmington, DE 19801**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Injury Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**BRE RC Columbus PA LP**
**d/b/a Columbus Crossing Shopping Center**
**1209 N. Orange Street**
**Wilmington, DE 19801**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Injury Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,655.40

**Bristol Millwork Inc.**
**4560 Tacony Street**
**Philadelphia, PA 19124**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,663.55

**Bursese Electric Inc.**
**1275 Bloomfield Avenue, Building 1-6AR**
**Fairfield, NJ 07004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.00

**Burton & Company**
**1400 Granary Road**
**Blue Bell, PA 19422**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,410.00

**Buttonwood Company, Inc.**
**P.O. Box 500**
**Eagleville, PA 19408**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,502.75

**C Anthony Painting Inc.**
**199 Heffner Road**
**Limerick, PA 19468**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
| --- | --- | --- | --- |
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,981.07 |
| --- | --- | --- | --- |

**Cippco Inc.**
9323 Keystone Street
Philadelphia, PA 19114

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,509.80 |
| --- | --- | --- | --- |

**CMS Mechanical Contracting, Inc.**
7 Humphreys Drive
Ivyland, PA 18974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,300.00 |
| --- | --- | --- | --- |

**Coffey Brothers, Inc.**
2559 Route 9 North
Howell, NJ 07731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Component Assembly Systems, Inc.**
580 Virginia Drive, Suite 140
Fort Washington, PA 19034

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
| --- | --- | --- | --- |

**Copeland Surveying Inc**
707 White Horse Pike  B-3
Absecon, NJ 08201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,252.32 |
| --- | --- | --- | --- |

**Corporate Interiors Inc.**
226 Lisa Drive
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,529.37 |
| --- | --- | --- | --- |

**Creative Surfaces, Inc.**
4 Union Hill Road, Suite 100
Conshohocken, PA 19428

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scungio Borst & Associates, LLC** | Case number (if known) | **22-10609(AMC)** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,086.13 |
|---|---|---|---|

**Cypress Door & Glass LLC**
**185 Lancaster Avenue**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,784.69 |
|---|---|---|---|

**DDM Steel**
**3659 North Delsea Drive**
**Vineland, NJ 08360**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt (Curtis Lawsuit)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.94 |
|---|---|---|---|

**De Lage Landen Financial Group**
**P.O. Box  41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,985.00 |
|---|---|---|---|

**Delaware Valley Paving Inc.**
**144 Telford Pike**
**Phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,123.50 |
|---|---|---|---|

**Dennis Ambrosiani Refinishing**
**106 Kent Way**
**West Reading, PA 19611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117,603.20 |
|---|---|---|---|

**Dennis M. Salvi Associates**
**38 Cedarcrest Ct.**
**Doylestown, PA 18901**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt (Curtis Lawsuit)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,515.00 |
|---|---|---|---|

**Diamatic Management Services**
**13201 N Santa Fe Avenue**
**Oklahoma, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scungio Borst & Associates, LLC** | Case number *(if known)* | **22-10609(AMC)** |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.32** |
| | **Diamond Huntbach Construction Corp**<br>**500 E Luzerne Street**<br>**Unit D**<br>**Philadelphia, PA 19124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,691.00** |
| | **DiDonato Contracting LLC**<br>**7320 Milnor Street**<br>**Philadelphia, PA 19136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.92** |
| | **Division 10 Sales**<br>**135 Cabarrus Avenue E**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **East Third Media, LLC**<br>**c/o Wright Partners**<br>**Attn: Carl Wright**<br>**20 South Olive Street, Suite 203**<br>**Media, PA 19063** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Construction Management Contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,039.00** |
| | **EC Fence & Iron Works Inc.**<br>**2941 Felton Road**<br>**Norristown, PA 19401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149,729.15** |
| | **Edward B. O'Reilly & Associates, Inc.**<br>**30 West Highland Avenue**<br>**Philadelphia, PA 19118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,860.00** |
| | **Elite Painting Service**<br>**600 Deer Road, Suite 10**<br>**Cherry Hill, NJ 08034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address
**Floors USA**
555 S Henderson Road
King of Prussia, PA 19406

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,947.60

---

**3.58** | Nonpriority creditor's name and mailing address
**Freedom Glass & Metal, Inc.**
4 White Horse Pike
Clementon, NJ 08021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

$92,071.68

---

**3.59** | Nonpriority creditor's name and mailing address
**Fromkin Brothers Inc.**
4510 Adam Circle, Unit E
Bensalem, PA 19020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$172,641.01

---

**3.60** | Nonpriority creditor's name and mailing address
**Fyr-Fyter Sales & Service**
262 Pennington-Lawrenceville Road
Pennington, NJ 08534

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,428.40

---

**3.61** | Nonpriority creditor's name and mailing address
**G&E Real Estate Mangement Services, Inc.**
1735 Market Street, Suite 4000
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$49,842.62

---

**3.62** | Nonpriority creditor's name and mailing address
**Genova, Burns, Giantomasi & Webster**
2 Riverside Drive
Camden, NJ 08103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,722.50

---

**3.63** | Nonpriority creditor's name and mailing address
**Gentile Concrete Company**
668 Woodburne Road, Suite 109
Langhorne, PA 19047

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,844.12

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,657.66 |
|---|---|---|---|
| | **Giles J. Cannon Inc.** | ☐ Contingent | |
| | **600 Pusey Avenue** | ☐ Unliquidated | |
| | **Collingdale, PA 19023** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|
| | **Ground Penetrating Radar Systems** | ☐ Contingent | |
| | **5217 Monroe Street** | ☐ Unliquidated | |
| | **Toledo, OH 43623** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,125.00 |
|---|---|---|---|
| | **GTM Signs & Architectural Canopies** | ☐ Contingent | |
| | **150 Oliphants Mill Road** | ☐ Unliquidated | |
| | **Woolwich, NJ 08085** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Hasan Tahiraj** | ■ Contingent | |
| | **c/o Mullaney & Gjelaj, PLLC** | ■ Unliquidated | |
| | **100-09 Metropolitan Avenue** | ■ Disputed | |
| | **Forest Hills, NY 11375** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Personal Injury Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.54 |
|---|---|---|---|
| | **Heritage Business Systems Inc aka** | ☐ Contingent | |
| | **Stewart Business Systems** | ☐ Unliquidated | |
| | **P.O. Box  936763** | ☐ Disputed | |
| | **Atlanta, GA 31193-6763** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.00 |
|---|---|---|---|
| | **Herman's Trailers** | ☐ Contingent | |
| | **1325 Mallard Circle** | ☐ Unliquidated | |
| | **Warminster, PA 18974** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,542.70 |
|---|---|---|---|
| | **Hispanic Ventures Inc.** | ☐ Contingent | |
| | **100 North 20th Street, Unit 300** | ☐ Unliquidated | |
| | **Philadelphia, PA 19103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,999.50 |
|---|---|---|---|

HK Panels Systems
1500 Industry Road, Suite G
Hatfield, PA 19440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

Ignarri Lummis Architects
1500 Market Street
Cherry Hill, NJ 08034-1492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,991.39 |
|---|---|---|---|

iSign Architectural Signage
2218 Farmington Avenue
Boyerstown, PA 19512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298,456.17 |
|---|---|---|---|

IT Landes Company
247 Main Street
Harleysville, PA 19438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,100.00 |
|---|---|---|---|

J&T Brothers LLC
620 Deer Road
Cherry Hill, NJ 08034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,562.82 |
|---|---|---|---|

James Floor Covering Inc.
2604 Durham Road
Bristol, PA 19007

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt (Curtis Lawsuit)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,045.00 |
|---|---|---|---|

JD Fedele Contractors Inc.
408 Hallowell Avenue
Horsham, PA 19044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address

Jersey Construction, Inc.
838 Piney Hollow Road
P.O. Box 557
Hammonton, NJ 08037

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,029,014.28**

---

**3.79** | Nonpriority creditor's name and mailing address

Joseph J. Danielle LLC
710 Trainer Street
Trainer, PA 19013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,423.70**

---

**3.80** | Nonpriority creditor's name and mailing address

K & D Ungarini Iron Works, LLC
56 North Logan Avenue
Trenton, NJ 08609

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$122,210.00**

---

**3.81** | Nonpriority creditor's name and mailing address

Kennedy Plumbing Heating Mechanical
7 Cedar Hill Court
Voorhees, NJ 08043

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$66,195.00**

---

**3.82** | Nonpriority creditor's name and mailing address

Kevin J. Bailey & Son LLC
917 Northwood Avenue
Cherry Hill, NJ 08002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,668.11**

---

**3.83** | Nonpriority creditor's name and mailing address

KLS Logistics, Inc.
c/o DHL Supply Chain (USA)
Attn: Legal Department
360 Westar Boulevard
Westerville, OH 43082

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Construction Management Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.84** | Nonpriority creditor's name and mailing address

KPG-MCG Curtis Tenant LLC
Keystone Property Group
125 E. Elm Street, Suite 400
Conshohocken, PA 19428

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,896.13 |
|---|---|---|---|

**LA Glass & Door LLP**
**6092 Reega Avenue, Unit B**
**Egg Harbor Twp., NJ 08234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,980.70 |
|---|---|---|---|

**Lane Group V, LLC**
**119 Quintyness Drive**
**Wilmington, DE 19807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346,760.45 |
|---|---|---|---|

**Louis N. Rothberg & Son, Inc.**
**550 Cedar Avenue**
**Middlesex, NJ 08846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,128.48 |
|---|---|---|---|

**LVC Windows Blinds & Drapery, Inc.**
**345 Harrison Avenue**
**Garfield, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,529.94 |
|---|---|---|---|

**M&D Doors**
**Brooklyn Navy Yard, Building 500**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,212.53 |
|---|---|---|---|

**M&S Painting Inc**
**15 E Redmont Road**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,562.91 |
|---|---|---|---|

**MAC Sprinkler Inc.**
**3812 W. 9th Street**
**Levittown, PA 19057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address

**Margulies Hoelzli Architecture, PLLC**
545 8th Avenue
New York, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

$33,065.09

---

**3.93** | Nonpriority creditor's name and mailing address

**MARX Sheet Metal & Mechanical Inc.**
373 High Street
Wilkes Barre, PA 18702

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$503,247.00

---

**3.94** | Nonpriority creditor's name and mailing address

**Mayfield Site Contractors**
596 Swedeland Road
King of Prussia, PA 19406

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/ Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

$149,200.00

---

**3.95** | Nonpriority creditor's name and mailing address

**McCarthy Masonry and Concrete, Inc.**
740 E. Cherry Road
Quakertown, PA 18951

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$114,620.63

---

**3.96** | Nonpriority creditor's name and mailing address

**Med-Tex Services Inc**
P.O. Box 240
Penns Park, PA 18943

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$680.00

---

**3.97** | Nonpriority creditor's name and mailing address

**Minco Contractors, LLC**
221 Woodward Road
Manalapan, NJ 07726

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,715.00

---

**3.98** | Nonpriority creditor's name and mailing address

**Mobile Mini, Inc**
4646 East Van Buren Street
Suite 400
Phoenix, AZ 85008

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,764.81

---

| Debtor | **Scungio Borst & Associates, LLC** | Case number (if known) | **22-10609(AMC)** |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,979.34**

**Morris Black & Sons, Inc.**
**984 Marcon Blvd.**
**Allentown, PA 18109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,188.86**

**MTD Land Surveying Inc.**
**204 Byers Road**
**Chester Springs, PA 19425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.50**

**NAP Construction Company**
**765 Louise Drive**
**Springfield, PA 19064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,513.84**

**Narcise Construction Group LLC**
**11 Ridge Avenue #352**
**Brookhaven, PA 19015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,767.93**

**National Construction Rentals, Inc.**
**P.O. Box 841461**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nerd St. Gamers Localhost Philadelphia**
**Attn: John Fazio, CEO**
**908 North Third Street**
**Philadelphia, PA 19123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction Management Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,177.29**

**Network Flooring & Maintenance**
**101 W Abbey Drive**
**Townsend, DE 19734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.106**

**Nonpriority creditor's name and mailing address**
**Nicholas A. Salamone Contractors**
**146 State Road**
**Norristown, PA 19403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

$15,881.75

---

**3.107**

**Nonpriority creditor's name and mailing address**
**Nicko's Contracting LLC**
**17 Arcadian Drive**
**Sicklerville, NJ 08081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$96,750.00

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Northeast Fire Proofing**
**608 Ryan Avenue**
**Westville, NJ 08093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,996.39

---

**3.109**

**Nonpriority creditor's name and mailing address**
**OASG Hazlet, LLC**
**c/o Onyx Management Group, LLC**
**Attn: Samuel Giordano, CFO**
**900 Route 9 North, Suite 400**
**Woodbridge, NJ 07095**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Construction Management Contract**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110**

**Nonpriority creditor's name and mailing address**
**Office Basics, Inc.**
**P.O. Box  2230**
**Boothwyn, PA 19061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$318.97

---

**3.111**

**Nonpriority creditor's name and mailing address**
**Olympic Services, Inc.**
**239 Madison Avenue**
**Warminster, PA 18974**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$103,970.07

---

**3.112**

**Nonpriority creditor's name and mailing address**
**Overhead Door Co. of Reading,**
**Chester/Delaware**
**901 Delta Avenue**
**Reading, PA 19605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$643.60

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
| --- | --- | --- | --- |
| | Name | | |

**3.113**

Nonpriority creditor's name and mailing address
**PD Construction Group**
**309 Camer Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

$23,185.41

**3.114**

Nonpriority creditor's name and mailing address
**Pennsylvania Flooring**
**66 Ford Road, Suite 141**
**Denville, NJ 07834**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

$117,611.40

**3.115**

Nonpriority creditor's name and mailing address
**Peter Bradley Construction Inc**
**501 Cambria Avenue**
**Bensalem, PA 19020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

$1,809.00

**3.116**

Nonpriority creditor's name and mailing address
**Philadelphia Carpentry Systems**
**5 N. Columbus Blvd., Pier 5**
**Philadelphia, PA 19103**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$245,304.29

**3.117**

Nonpriority creditor's name and mailing address
**Philip Borst**
**641 Pugh Road**
**Wayne, PA 19087**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

$213,000.00

**3.118**

Nonpriority creditor's name and mailing address
**PlanGrid, Inc.**
**Dept LA 24390**
**Pasadena, CA 91185**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,358.67

**3.119**

Nonpriority creditor's name and mailing address
**Portugese Structural Steel, Inc.**
**255 South Street**
**Newark, NJ 07114**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$147,818.70

| Debtor | Scungio Borst & Associates, LLC | | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|---|
| | Name | | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.72 |
|---|---|---|---|

**Power Pak**
225 N Route 303
Congers, NY 10920

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,945.23 |
|---|---|---|---|

**Precision Doors & Hardware LLC**
4660 New Design Road, Suite L
Frederick, MD 21703

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,954.75 |
|---|---|---|---|

**Professional Plus Services, Inc.**
3034 Mill Road
Norristown, PA 19403

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.79 |
|---|---|---|---|

**PSE&G**
P.O. Box 14106
New Brunswick, NJ 08906-4106

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,207.70 |
|---|---|---|---|

**RDL Construction LLC**
1044 Industrial Drive, Unit 1
West Berlin, NJ 08091

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,233.00 |
|---|---|---|---|

**Reilly Glazing Inc**
200 E. Washington Street
Norristown, PA 19401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,930.10 |
|---|---|---|---|

**Revolution Recovery LLC**
7333 Milnor Street
Philadelphia, PA 19036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address
**Richard R Pucci & Associates**
**1765 Stout Drive**
**Ivyland, PA 18974**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,380.50

---

**3.128** | Nonpriority creditor's name and mailing address
**Roof Wizards**
**839 Brunswick Avenue, Suite 2**
**Trenton, NJ 08638**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$600.00

---

**3.129** | Nonpriority creditor's name and mailing address
**RW Professional Cleaning LLC**
**112 Curnard Street**
**Wilmington, DE 19804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No  ☐ Yes

$37,414.75

---

**3.130** | Nonpriority creditor's name and mailing address
**S.A. Comunale Co. Inc.**
**603 Ryan Avenue**
**Westville, NJ 08093**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$96,852.68

---

**3.131** | Nonpriority creditor's name and mailing address
**Sage Construction Solutions LLC**
**140 E. Munsell Avenue, Suite 2**
**Linden, NJ 07306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$30,963.37

---

**3.132** | Nonpriority creditor's name and mailing address
**Schaibles Mechanical LLC**
**241 Van Syckles Road**
**Hampton, NJ 08827**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$33,374.47

---

**3.133** | Nonpriority creditor's name and mailing address
**Schindler Elevator Corporation**
**P.O. Box  70433**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$855.90

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Scungio Borst & Associates, LLC** | Case number (if known) | **22-10609(AMC)** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scope FLP Pennington SM, LLC**
**Attn: Didier Choukroun, Manager**
**One Biscayne Tower**
**2 South Biscayne Boulevard, Suite 2000**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Construction Management Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,832.00 |
|---|---|---|---|

**Scungio & Company**
**117 Moore Drive**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loans to Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,168.00 |
|---|---|---|---|

**Scungio Borst International**
**117 Moore Drive**
**Media, PA 19068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loans to Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,644.90 |
|---|---|---|---|

**Set Rite Corp.**
**5790 Bristol Pike**
**Bristol, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,080.00 |
|---|---|---|---|

**Shambaugh & Son LP**
**7614 Opportunity Drive**
**Fort Wayne, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shopping Center Associates**
**c/o Simon Construction Group**
**Attn: Michael E. McCarty, President**
**225 West Washington Street, 9th Floor**
**Indianapolis, IN 46204**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Construction Management Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723.00 |
|---|---|---|---|

**Snyder Mfg. Co**
**6228 S. Troy Circle**
**Centennial, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Scungio Borst & Associates, LLC** | Case number (if known) | **22-10609(AMC)** |
|---|---|---|---|
| | Name | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,195.55** |
|---|---|---|---|

SSC Distributors Inc.
3130 W. 4th Street
Chester, PA 19013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,015.11** |
|---|---|---|---|

Summit Architectural Metals & Glass
920 Eldridge Drive, Suite G
Hagerstown, MD 21740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,552.57** |
|---|---|---|---|

Superior Scaffold Services Inc.
600 Center Avenue
Bensalem, PA 19020

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt (Curtls Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,810.10** |
|---|---|---|---|

Tandem Associates, Inc.
P.O. Box 966
Mt. Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,458.46** |
|---|---|---|---|

TDR Systems Inc.
t/a CHUTES International
33 Industrial Park Drive
Waldorf, MD 20602

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,232.56** |
|---|---|---|---|

The Arthur Jackson Company
7025 West Chester Pike
Upper Darby, PA 19082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

TKO 6 Corp a/k/a TKO Suites
1521 West Concord Pike
Suite 301
Wilmington, DE 19803

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **License Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scungio Borst & Associates, LLC | Case number (if known) | 22-10609(AMC) |
|--------|----------------------------------|------------------------|---------------|
|        | Name                             |                        |               |

---

**3.148** | Nonpriority creditor's name and mailing address

**Town and Country Roofing & Siding**
4775 Lerch Road
Bensalem, PA 19020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (Curtis Lawsuit)**

Is the claim subject to offset? ■ No  ☐ Yes

$34,355.44

---

**3.149** | Nonpriority creditor's name and mailing address

**Tri-State Fabrication**
P.O. Box 11003
Wilmington, DE 19850

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$123,257.56

---

**3.150** | Nonpriority creditor's name and mailing address

**Troost Fire Protection**
58 Hyatt Road
Branchville, NJ 07826

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$12,143.35

---

**3.151** | Nonpriority creditor's name and mailing address

**United Rentals**
P.O. Box 100711
Atlanta, GA 30384-0711

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$35,453.02

---

**3.152** | Nonpriority creditor's name and mailing address

**United Site Services**
P.O.Box 5502
Binghamton, NY 13902

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,714.57

---

**3.153** | Nonpriority creditor's name and mailing address

**United States Roofing Corp.**
910 E. Main Street, Suite 300
Norristown, PA 19401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$40,000.13

---

**3.154** | Nonpriority creditor's name and mailing address

**Valetta**
55 Wood Ridge Road
Thornton, PA 19373

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Scungio Borst & Associates, LLC | | Case number (if known) | 22-10609(AMC) |
|--------|----|----|----|----|
| | Name | | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146,116.40 |
|--------|----|----|----|

**VIP Construction Services, Inc.**
**15 Fresh Ponds Road**
**Monroe Twp., NJ 08831**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,605.00 |
|--------|----|----|----|

**Wilkinson Inc**
**2200 Flowing Springs Road**
**Chester Springs, PA 19425**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,738.83 |
|--------|----|----|----|

**William Walter Construction Group LLC**
**1431 N. Tuckahoe Road**
**Williamstown, NJ 08094**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|----|----|----|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|----|----|----|
| 5a. Total claims from Part 1 | 5a. $ | 3,470.07 |
| 5b. Total claims from Part 2 | 5b. + $ | 8,216,566.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 8,220,036.81 |

**Fill in this information to identify the case:**

Debtor name        **Scungio Borst & Associates, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **22-10609(AMC)**

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement with the Carpenters Union of Philadelphia** |
| | State the term remaining | |
| | List the contract number of any government contract | **Carpenters Union of Philadelphia 10401 Decatur Road Philadelphia, PA 19154** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real estate lease for property located at One Port Center, 2 Riverside Drive, Suite 500, Camden, NJ 08101** |
| | State the term remaining | |
| | List the contract number of any government contract | **Delaware River Port Authority of Pennsylvania and New Jersey 2 Riverside Drive P.O. Box 1949 Camden, NJ 08101-1949** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Contract Project - Wright Partners Headquarters** |
| | State the term remaining | |
| | List the contract number of any government contract | **East Third Media, LLC c/o Wright Partners Attn: Carl Wright 20 South Olive Street, Suite 203 Media, PA 19063** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Contract Project - PLCB Warehouse Improvements Phase 1** |
| | State the term remaining | |
| | List the contract number of any government contract | **KLS Logistics, Inc. c/o DHL Supply Chain (USA) Attn: Legal Department 360 Westar Boulevard Westerville, OH 43082** |

| Debtor 1 | Scungio Borst & Associates, LLC | | Case number (*if known*)   22-10609(AMC) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Construction Management Contract Project - PLCB Warehouse Improvements Phase 2 | |
|---|---|---|---|
| | State the term remaining | | KLS Logistics, Inc. c/o DHL Supply Chain (USA) Attn: Legal Department 360 Westar Boulevard Westervillle, OH 43082 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Construction Management Contract Project - Localhost - Philadelphia, PA & NSG HQ | |
|---|---|---|---|
| | State the term remaining | | Nerd St. Gamers Localhost Philadelphia Attn: John Fazio, CEO 908 North Third Street Philadelphia, PA 19123 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Construction Management Contract Project - Bubbakoos Burritos | |
|---|---|---|---|
| | State the term remaining | | OASG Hazlet, LLC c/o Onyx Management Group, LLC Attn: Samuel Giordano, CFO 900 Route 9 North, Suite 400 Woodbridge, NJ 07095 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Construction Management Contract Project - Bubbakoos Burritos | |
|---|---|---|---|
| | State the term remaining | | OASG Hazlet, LLC c/o Onyx Management Group, LLC Attn: Samuel Giordano, CFO 900 Route 9 North, Suite 400 Woodbridge, NJ 07095 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Water Filter Equipment Rental Agreement | |
|---|---|---|---|
| | State the term remaining | | Quench 630 Allendale Road Suite 200 King of Prussia, PA 19406 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Construction Management Contract Project - Pennington Medical | Scope FLP Pennington SM, LLC Attn: Didier Choukroun, Manager One Biscayne Tower 2 South Biscayne Boulevard, Suite 2000 Miami, FL 33131 |
|---|---|---|---|

Debtor 1   **Scungio Borst & Associates, LLC**                                Case number *(if known)*   **22-10609(AMC)**
     First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    State the term remaining

    List the contract number of any
        government contract   _____

---

**2.11.**  State what the contract or
      lease is for and the nature of
      the debtor's interest

**Construction Management Contract Project - Menlo Park Mall (Redevelopment of Macaroni/ Grill for True Food Kitchen and Shake Shack)**

    State the term remaining

    List the contract number of any
        government contract

**Shopping Center Associates
c/o Simon Construction Group
Attn: Michael E. McCarty, President
225 West Washington Street, 9th Floor
Indianapolis, IN 46204**

---

**2.12.**  State what the contract or
      lease is for and the nature of
      the debtor's interest

**License Agreement in connection to office space located at 1521 West Concord Pike, Suite 301, Wilmington, DE 19803**

    State the term remaining

    List the contract number of any
        government contract

**TKO 6 Corp a/k/a TKO Suites
1521 West Concord Pike
Suite 301
Wilmington, DE 19803**

---

**Fill in this information to identify the case:**

Debtor name  **Scungio Borst & Associates, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **22-10609(AMC)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alessandra Tosolini - Borst** | **641 Pugh Road** <br> **Wayne, PA 19087** <br> **Limited Collateral Guaranty** | **Federal Resources Financial Credit Union** | ■ D    2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Alessandra Tosolini - Borst** | **641 Pugh Road** <br> **Wayne, PA 19087** <br> **Limited Collateral Guaranty** | **Federal Resources Financial Credit Union** | ■ D    2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Brooklyn Kings Plaza, LLC** | **c/o Simmons Jannace DeLuca, LLP** <br> **43 Corporate Drive** <br> **Hauppauge, NY 11788** <br> **Co-Defendant** | **Hasan Tahiraj** | ☐ D _____ <br> ■ E/F    3.67 <br> ☐ G _____ |
| 2.4 | **Curtis Center TIC I LLC** | **123 E. Elm Street, Suite 400** <br> **Conshohocken, PA 19428** <br> **Co-Defendant** | **James Floor Covering Inc.** | ☐ D _____ <br> ■ E/F    3.76 <br> ☐ G _____ |
| 2.5 | **Curtis Center TIC II LLC** | **125 E. Elm Street, Suite 400** <br> **Conshohocken, PA 19428** <br> **Co-Defendant** | **James Floor Covering Inc.** | ☐ D _____ <br> ■ E/F    3.76 <br> ☐ G _____ |

| Debtor | Scungio Borst & Associates, LLC | Case number *(if known)* | **22-10609(AMC)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                                                                         *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.6 | **DAS Architects Inc.** | 8 Penn Center, Suite 100 Philadelphia, PA 19103 Additional Defendant | **Component Assembly Systems, Inc.** | ☐ D _____ ■ E/F ___3.39___ ☐ G _____ |
| 2.7 | **DAS Architects Inc.** | 8 Penn Center, Suite 100 Philadelphia, PA 19103 Additional Defendant | **Cippco Inc.** | ☐ D _____ ■ E/F ___3.36___ ☐ G _____ |
| 2.8 | **DAS Architects Inc.** | 8 Penn Center, Suite 100 Philadelphia, PA 19103 Additional Defendant | **KPG-MCG Curtis Tenant LLC** | ☐ D _____ ■ E/F ___3.84___ ☐ G _____ |
| 2.9 | **David White** | 1005 Kendron Avenue Morton, PA 19070 Defendant | **KPG-MCG Curtis Tenant LLC** | ☐ D _____ ■ E/F ___3.84___ ☐ G _____ |
| 2.10 | **Delaware River Waterfront Corporation** | 121 N. Columbus Blvd. Philadelphia, PA 19106 Co-Defendant | **Valetta** | ☐ D _____ ■ E/F ___3.154___ ☐ G _____ |
| 2.11 | **Eclipse Construction Services, Inc.** | 1725 N. Strongs Road Copiague, NY 11726 Co-Defendant | **Hasan Tahiraj** | ☐ D _____ ■ E/F ___3.67___ ☐ G _____ |
| 2.12 | **Groundswell Design Group LLC** | 1639 North Hancock Street, Suite 407 Philadelphia, PA 19122 Co-Defendant | **Valetta** | ☐ D _____ ■ E/F ___3.154___ ☐ G _____ |
| 2.13 | **Interface Studio Architects LLC** | 1400 N. American Street, Unit 301 Philadelphia, PA 19122 Co-Defendant | **Valetta** | ☐ D _____ ■ E/F ___3.154___ ☐ G _____ |

| Debtor | Scungio Borst & Associates, LLC | Case number *(if known)* | 22-10609(AMC) |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | | |
|---|---|---|---|---|---|

| 2.14 | Keystone Property Group | 125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428<br>Co-Defendant | James Floor Covering Inc. | ☐ D _____<br>■ E/F  3.76<br>☐ G _____ |

| 2.15 | KPG-MCG Curtis Tenant LLC | 116 Pine Street, Suite 320<br>3rd Floor<br>Harrisburg, PA 17101<br>Co-Defendant | Component Assembly Systems, Inc. | ☐ D _____<br>■ E/F  3.39<br>☐ G _____ |

| 2.16 | KPG-MCG Curtis Tenant LLC | 125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428<br>Additional Defendant | Cippco Inc. | ☐ D _____<br>■ E/F  3.36<br>☐ G _____ |

| 2.17 | KPG-MCG Curtis Tenant LLC | 125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428<br>Co-Defendant | James Floor Covering Inc. | ☐ D _____<br>■ E/F  3.76<br>☐ G _____ |

| 2.18 | Penn Outdoor Services LLC | 2549 Industry Lane<br>East Norriton, PA 19403<br>Additional Defendant | BRE DDR Retail Holdings III LLC | ☐ D _____<br>■ E/F  3.29<br>☐ G _____ |

| 2.19 | Penn Outdoor Services LLC | 2549 Industry Lane<br>East Norriton, PA 19403<br>Additional Defendant | BRE RC Columbus PA LP | ☐ D _____<br>■ E/F  3.30<br>☐ G _____ |

| 2.20 | Philip L. Borst | 641 Pugh Road<br>Wayne, PA 19087 | Mayfield Site Contractors | ☐ D _____<br>■ E/F  3.94<br>☐ G _____ |

| 2.21 | Philip L. Borst | 641 Pugh Road<br>Wayne, PA 19087 | Federal Resources Financial Credit Union | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Scungio Borst & Associates, LLC | Case number *(if known)* | 22-10609(AMC) |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                        Column 2: Creditor

| 2.22 | Philip L. Borst | 641 Pugh Road<br>Wayne, PA 19087 | Federal Resources<br>Financial Credit<br>Union | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Scott P. Scungio | 117 Moore Drive<br>Media, PA 19063 | Mayfield Site<br>Contractors | ☐ D _____<br>■ E/F __3.94__<br>☐ G _____ |
| 2.24 | Scott P. Scungio | 117 Moore Drive<br>Media, PA 19063 | Federal Resources<br>Financial Credit<br>Union | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Scott P. Scungio | 117 Moore Drive<br>Media, PA 19063 | Federal Resources<br>Financial Credit<br>Union | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Scott P. Scungio | 117 Moore Drive<br>Media, PA 19063 | TKO 6 Corp a/k/a<br>TKO Suites | ☐ D _____<br>■ E/F __3.147__<br>☐ G _____ |
| 2.27 | William Walter<br>Construction<br>Group LLC | 1431 North Tuckahoe Road<br>Williamstown, NJ 08094<br>Co-Defendant | Valetta | ☐ D _____<br>■ E/F __3.154__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Scungio Borst & Associates, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **22-10609(AMC)**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    *Amended Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *April 8, 2022*    X 
_____
Signature of individual signing on behalf of debtor

**Scott P. Scungio**
Printed name

**Managing Member of Scungio & Company, LLC, Member**
Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Scungio Borst & Associates, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) __22-10609(AMC)__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2022 to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$1,024,750.59** |
| **For prior year:**<br>From  1/01/2021 to 12/31/2021 | ☑ Operating a business<br>☐ Other _____ | **$15,586,586.00** |
| **For year before that:**<br>From  1/01/2020 to 12/31/2020 | ☑ Operating a business<br>☐ Other _____ | **$16,442,842.00** |
| **For the fiscal year:**<br>From  1/01/2019 to 12/31/2019 | ☑ Operating a business<br>☐ Other _____ | **$26,471,997.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Scungio Borst & Associates, LLC**                          Case number *(if known)*  **22-10609(AMC)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Rider "SOFA 3"** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Rider "SOFA 4"** | | **$0.00** | |

---

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Fee v. BRE RC Columbus PA LP d/b/a Columbus Crossing Shopping Center, et al.**<br>**20-001159** | **Personal Injury Litigation** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Tahiraj v. Brooklyn Kings Plaza, LLC, et al.**<br>**513231/2016** | **Personal Injury Litigation** | **Supreme Court of the State of New York** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant, LLC, et al.**<br>**19-0200666** | **Breach of Contract** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    **Scungio Borst & Associates, LLC**                                   Case number *(if known)*   **22-10609(AMC)**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant, LLC, et al.**<br>**18-10M0013** | **Mechanics Lien Litigation** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **KPG -MCG Curtis Tenant, LLC v. Scungio Borst & Associates, LLC**<br>**18-1101154** | **Breach of Contract** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Cippco, Inc. v. Scungio Borst & Associates, LLC**<br>**19-0102911** | **Braech of Contract** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Component Assemby Systems, Inc. v. KPG-MCG Curtis Tenant, LLC, et al.**<br>**19-0802079** | **Breach of Contract** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **James Floor Covering, Inc. v. Curtis Center TIC I LLC, et al.**<br>**19-04M0024** | **Mechanics Lien** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **James Floor Covering, Inc. v. Curtis Center TIC II LLC, et al.**<br>**19-04M0027** | **Mechanics Lien** | **Philadelphia County Ct. of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Valetta v. Delaware River Waterfront Corp., et al.**<br>**200901780** | **Personal Injury** | **Court of Common Pleas City Hall, Room 336 Philadelphia, PA 19107** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **See Rider "SOFA 9"** | | | $0.00 |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Debtor | **Scungio Borst & Associates, LLC** | Case number *(if known)* **22-10609(AMC)** |
| --- | --- | --- |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Karalis PC** **1900 Spruce Street** **Philadelphia, PA 19103** | | **February 28, 2022** | **$37,000.00** |
| | Email or website address **www.karalislaw.com** | | | |
| | Who made the payment, if not debtor? **Debtor** | | | |
| 11.2. | **Karalis PC** **1900 Spruce Street** **Philadelphia, PA 19103** | | **March 2, 2022** | **$15,168.00** |
| | Email or website address **akaralis@karalislaw.com** | | | |
| | Who made the payment, if not debtor? **Scungio Borst International** | | | |
| 11.3. | **Karalis PC** **1900 Spruce Street** **Philadelphia, PA 19103** | | **March 2, 2022** | **$47,832.00** |
| | Email or website address **akaralis@karalislaw.com** | | | |
| | Who made the payment, if not debtor? **Scott P. Scungio/Scungio & Company** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **Scungio Borst & Associates, LLC**                                    Case number *(if known)*  **22-10609(AMC)**

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1521 Concord Pike, Suite 320 Wilmington, DE 19803** | **April 2019 to March 2022** |
| 14.2. | **117 Moore Drive Media, PA 19063** | **April 2019 to March 2022** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Scungio Borst & Associates, LLC**                                    Case number *(if known)* **22-10609(AMC)**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Storage<br>7480 Crescent Boulevard<br>Pennsauken, NJ 08109 | Scott Scungio<br>117 Moore Drive<br>Media, PA 19063<br><br>Omayra Borrero | Miscellaneous Tools and Storage | ☐ No<br>☑ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Scungio Borst & Associates, LLC** | Case number *(if known)* **22-10609(AMC)** |
| --- | --- | --- |

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| **Lincoln Plaza<br>Route 1 and Oxford Valley Road<br>Langhorne, PA 19047** | **Bucks County Conservation District<br>1456 Ferry Road #704<br>Doylestown, PA 18901** | **The Clean Streams Law, the Act of 2937 as amended, 35 P.S. Section 691.1 et seq.** | **January 25, 2019** |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Friedman LLP<br>2000 Market Street<br>Suite 500<br>Philadelphia, PA 19103** | **4/2007 to 10/2020** |
| 26a.2. | **Grassi & Company<br>50 Jericho Quandrangle<br>Suite 200<br>Jericho, NY 11753** | **7/2020 to Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
| --- | --- | --- |
| 26b.1. | **Grassi & Company<br>50 Jericho Quadrangle<br>Suite 200<br>Jericho, NY 11753** | **7/2020 to Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **Scungio Borst & Associates, LLC** | Case number *(if known)*  **22-10609(AMC)** |
|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Grassi & Company**<br>**50 Jericho Quadrangle**<br>**Suite 200**<br>**Jericho, NY 11753** | |
| 26c.2.  **Scungio Borst & Associates**<br>**117 Moore Drive**<br>**Media, PA 19063** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Federal Resources Federal Credit Union**
**520 U.S. Highway 22 East**
**Bridgewater, NJ 08807**

26d.2.  **TD Bank**
**201 W. High Street, 1st Floor**
**Glassboro, NJ 08028**

26d.3.  **MD Capital**
**2929 Walnut Street, Suite 4013**
**Philadelphia, PA 19104**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott P. Scungio | 117 Moore Drive<br>Media, PA 19063 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Philip L. Borst | 641 Pugh Road<br>Wayne, PA 19087 | Member | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scungio & Company, LLC | 117 Moore Drive<br>Media, PA 19063 | Member | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Scungio Borst & Associates, LLC**                                    Case number *(if known)*  **22-10609(AMC)**

---

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Scungio & Company**<br>**117 Moore Drive**<br>**Media, PA 19063** | **$73,402.52** | **4/1/21, 6/9/21, 8/9/21, 1/27/22** | **Guaranteed Member Payment** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2 | **Philip L. Borst**<br>**641 Pugh Road**<br>**Wayne, PA 19087** | **$35,000.00** | **6/9/21, 7/27/21, 1/27/22** | **Gauranteed Member Payment** |
| | **Relationship to debtor**<br>**Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the parent corporation

---

'SOFA 3"

**A&A Associates, Inc**

Transaction List by Date

December 11, 2021 through March 11, 2022

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Validated Amount | Reason | Description |
|------|------|-----|------|------|---------|-----|-------|-------|--------|------------------|--------|-------------|

**Dec 11, '21 - Mar 11, 22**

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Validated Amount | Reason | Description |
|------|------|-----|------|------|---------|-----|-------|-------|--------|------------------|--------|-------------|
| Bill Pmt -Check | 01/17/2022 | 13061 | 1st Blackhawk LLC | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 33,887.42 | 33,887.42 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13095 | 1st Blackhawk LLC | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 106,493.79 | 106,493.79 | Suppliers or Vendors | |
| Bill Pmt -Check | 03/01/2022 | 13123 | 2M Electric LLC | 2001009-2001009-001~ | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 130,207.80 | 130,207.80 | Suppliers or Vendors | |
| Check | 02/23/2022 | 13111 | 39 Degrees North Architects | | 1003 · TD Bank N.A. - Checking | √ | 5100 · Job Costs | | 5,000.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 02/18/2022 | 13109 | A. Brooks Roofing | | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 14,320.00 | 14,320.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/19/2022 | 13065 | Acme Drapemaster of America | 2102001-2102001-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 1,791.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 01/19/2022 | 13066 | Affordable Fire Protection, Inc | 2001009-2001009-001~ | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 24,111.00 | 24,111.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13077 | Affordable Fire Protection, Inc | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 12,795.47 | 12,795.47 | Suppliers or Vendors | |
| Check | 02/25/2022 | 13115 | AmTrust North America | | 1003 · TD Bank N.A. - Checking | √ | 6420 · Work Comp | | 645.00 | 0.00 | | Less Than $6,825 |
| Check | 12/23/2021 | | American Express | | 1003 · TD Bank N.A. - Checking | √ | 1105 · Phil Amex Business-62001 | | 7,000.00 | 7,000.00 | Unsecured loan repayments | |
| Check | 12/30/2021 | | American Express | | 1003 · TD Bank N.A. - Checking | √ | 1103 · AMEX (Bus. Mgmt)- 4001 | | 500.00 | 500.00 | Unsecured loan repayments | |
| Check | 01/13/2022 | | American Express | | 1003 · TD Bank N.A. - Checking | √ | 1103 · AMEX (Bus. Mgmt)- 4001 | | 77.00 | 77.00 | Unsecured loan repayments | |
| Check | 01/13/2022 | | American Express | | 1003 · TD Bank N.A. - Checking | √ | 1102 · AMEX Platinum - 9001 | | 16,864.00 | 16,864.00 | Unsecured loan repayments | |
| Check | 01/25/2022 | | American Express | | 1003 · TD Bank N.A. - Checking | √ | 1102 · AMEX Platinum - 9001 | | 184,822.57 | 184,822.57 | Unsecured loan repayments | |
| Check | 01/25/2022 | | American Express | | 1003 · TD Bank N.A. - Checking | √ | 1103 · AMEX (Bus. Mgmt)- 4001 | | 4,920.64 | 4,920.64 | Unsecured loan repayments | |
| Check | 01/26/2022 | | American Express | | 1003 · TD Bank N.A. - Checking | √ | 1105 · Phil Amex Business-62001 | | 77,808.27 | 77,808.27 | Unsecured loan repayments | |
| Bill Pmt -Check | 01/10/2022 | | Amerihealth | 187451 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 33,551.79 | 0.00 | | Employee Compensation |
| Bill Pmt -Check | 01/25/2022 | | Amerihealth | 187451 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 32,975.93 | 0.00 | | Employee Compensation |
| Bill Pmt -Check | 01/28/2022 | | Amerihealth | 187451 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 64,867.34 | 0.00 | | Employee Compensation |
| Bill Pmt -Check | 01/13/2022 | 13054 | Ani & Joe Abatement Demolition LLC | 2102003-2102003-001~(SBA) CPR 14 | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 1,350.00 | 0.00 | | Less Than $6,825 |
| Check | 01/11/2022 | | Beneflex | | 1003 · TD Bank N.A. - Checking | √ | Employee Health Insurance | | 206.85 | 0.00 | | Employee Compensation |
| Check | 02/04/2022 | | Beneflex | | 1003 · TD Bank N.A. - Checking | * | Employee Health Insurance | | 187.95 | 0.00 | | Employee Compensation |
| Check | 03/09/2022 | | Beneflex | | 1003 · TD Bank N.A. - Checking | | Employee Health Insurance | | 206.85 | 0.00 | | Employee Compensation |
| Bill Pmt -Check | 01/27/2022 | 13078 | Burasse Electric Inc | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 3,611.25 | 0.00 | Services | Less Than $6,825 |
| Check | 12/22/2021 | | City of Philadelphia Dept. of Finance | | 1003 · TD Bank N.A. - Checking | √ | City Tax | | 8,624.00 | 8,624.00 | Services | |
| Bill Pmt -Check | 12/17/2021 | 13026 | Corporate Interiors | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 54,079.41 | 54,079.41 | Suppliers or Vendors | |
| Check | 01/28/2022 | 13122 | Darlene Schock | Severance | 1003 · TD Bank N.A. - Checking | √ | 6565 · Employee Payroll | | 4,038.45 | 0.00 | | Employee Compensation |
| Bill Pmt -Check | 01/24/2022 | | De Lage Landen Financial Group | | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 802.87 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 01/18/2022 | 13064 | DZO Mechanical Inc | 2001011-2001011-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 89,100.00 | 89,100.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/19/2022 | 13067 | Economy Decorations | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 9,192.00 | 9,192.00 | Suppliers or Vendors | |
| Check | 12/16/2021 | 13025 | Financial Resource Federal Credit Union | | 1003 · TD Bank N.A. - Checking | √ | SBA 7A Loan | | 50,199.72 | 50,199.72 | Secured Debt | |
| Check | 01/14/2022 | 13058 | Financial Resource Federal Credit Union | | 1003 · TD Bank N.A. - Checking | √ | SBA 7A Loan | | 50,199.72 | 50,199.72 | Secured Debt | |
| Check | 01/25/2022 | | Financial Resource Federal Credit Union | | 1003 · TD Bank N.A. - Checking | | 9021 · Free Business Checking | | 21.01 | 21.01 | Secured Debt | |
| Check | 02/28/2022 | 13119 | Financial Resource Federal Credit Union | | 1003 · TD Bank N.A. - Checking | | 6120 · Bank Service Charges | | 21.01 | 21.01 | Secured Debt | |
| Check | | | | | 1003 · TD Bank N.A. - Checking | | -SPLIT- | | 50,199.72 | 50,199.72 | Secured Debt | |
| Bill Pmt -Check | 12/14/2021 | 13021 | Ford Brothers Electric | 1901002-1901002-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 30,010.53 | 30,010.53 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13079 | Freedom Glass & Metal, Inc | 1801007-1801007-001~ | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 8,431.55 | 8,431.55 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/19/2022 | 13068 | Fromkin Brothers Inc | 2101014-2101014-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 29,907.90 | 29,907.90 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/14/2022 | 13056 | Fyr-Fyter Sales & Services | 2162001-2162001-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 6,627.60 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 03/09/2022 | | Grassi & Company Certified Public Account | | 1003 · TD Bank N.A. - Checking | | 2000 · Accounts Payable | | 45,178.31 | 45,178.31 | Services | |
| Bill Pmt -Check | 02/28/2022 | 13121 | Harford Mutual | Account # 295697 | 1003 · TD Bank N.A. - Checking | * | 2000 · Accounts Payable | | 309.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 12/15/2021 | 13022 | Harris Ayoub | | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 1,050.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 01/24/2022 | 13073 | Heritage Business System aka Stewart | | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 919.39 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 12/14/2021 | 13020 | Herman's Trailers | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 500.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 02/01/2022 | 13097 | HKA Global, Inc | | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 7,854.00 | 7,854.00 | Services | |
| Check | 02/14/2022 | | HSAWCPCUSTODIAN | | 1003 · TD Bank N.A. - Checking | √ | 6140 · Contributions | | 0.01 | 0.00 | | Less Than $6,825 |
| Check | 02/04/2022 | | Iron Mountain | | 1003 · TD Bank N.A. - Checking | √ | 6281- Storage Rentals | | 944.37 | 0.00 | | Less Than $6,825 |
| Check | 01/31/2022 | | Iron Mountain | | 1003 · TD Bank N.A. - Checking | √ | 6291- Storage Rentals | | 1,155.03 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 12/17/2021 | 13027 | JDM Plumbing | 2003001-2003001-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 6,978.75 | 6,978.75 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13100 | K & D Ungarini Iron Work | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 9,900.00 | 9,900.00 | Suppliers or Vendors | |
| Check | 02/28/2022 | | Karalis PC | | 1003 · TD Bank N.A. - Checking | √ | 6270 · Professional Fees | | 37,000.00 | 37,000.00 | Services | Part 6 Item 11 |
| Bill Pmt -Check | 02/28/2022 | 13117 | Kevin J Bailey & Son | VOID: 2102001-2102001-001~ | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | 0.00 | | | | |
| Bill Pmt -Check | 01/13/2022 | | Liberty Mutual Insurance Group | | 1003 · TD Bank N.A. - Checking | * | 2000 · Accounts Payable | | 3,346.77 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 01/27/2022 | 13080 | Louis N Rothberg & Son, Inc | 2102004-2102004-001~ | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 32,906.25 | 32,906.25 | Suppliers or Vendors | |
| Bill Pmt -Check | 03/03/2022 | 13124 | M&O Doors | 2102001-2102001-001~ | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 38,135.40 | 38,135.40 | Suppliers or Vendors | |
| Check | 03/03/2022 | | Md Capital LLC | | 1003 · TD Bank N.A. - Checking | * | 6270 · Professional Fees | | 7,950.00 | 7,950.00 | Services | |
| Bill Pmt -Check | 02/28/2022 | 13118 | Mid Atlantic Inc | | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 8,620.00 | 8,620.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 12/17/2021 | 13028 | Minco Contractors, LLC | 2102004-2102004-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 2,970.00 | 2,970.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/19/2022 | 13069 | Minco Contractors, LLC | 2102005-2102015-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 2,250.00 | 2,250.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13081 | Minco Contractors, LLC | 2162004-2102004-001~ | 1003 · TD Bank N.A. - Checking | * | 2000.0 · Construction Expense | | 5,562.00 | 5,562.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/13/2022 | 13038 | Morris Black & Sons, Inc | 2102001-2102001-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 6,264.23 | 0.00 | | Less Than $6,825 |
| Check | 12/14/2021 | 23501 | Nationwide Retirement Plan | | 1004 · Commerce NA - Payroll | √ | 6281 · Employee 401k | | 2,069.23 | 0.00 | | Employee Compensation |
| Check | 12/28/2021 | 23527 | Nationwide Retirement Plan | | 1004 · Commerce NA - Payroll | √ | 6281 · Employee 401k | | 2,069.23 | 0.00 | | Employee Compensation |
| Check | 01/19/2022 | 23554 | Nationwide Retirement Plan | | 1004 · Commerce NA - Payroll | √ | 6281 · Employee 401k | | 2,069.23 | 0.00 | | Employee Compensation |
| Check | 01/20/2022 | 23544 | Nationwide Retirement Plan | | 1004 · Commerce NA - Payroll | √ | 6281 · Employee 401k | | 2,069.23 | 0.00 | | Employee Compensation |
| Check | 01/25/2022 | 23581 | Nationwide Retirement Plan | | 1004 · Commerce NA - Payroll | √ | 6281 · Employee 401k | | 2,069.23 | 0.00 | | Employee Compensation |
| Check | 02/08/2022 | 23607 | Nationwide Retirement Plan | | 1004 · Commerce NA - Payroll | √ | 6281 · Employee 401k | | 2,069.23 | 0.00 | | Employee Compensation |
| Bill Pmt -Check | 01/27/2022 | 13082 | Network Flooring & Maintenance | 2102001-2102001-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 32,379.72 | 32,379.72 | Suppliers or Vendors | |
| Check | 12/28/2021 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 452.99 | 452.99 | Services | |
| Check | 12/28/2021 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 615.53 | 615.53 | Services | |
| Check | 12/28/2021 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 250.00 | 250.00 | Services | |

7:54 AM
03/26/22

Case 22-10609-amc    Doc 50    Filed 04/08/22    Entered 04/08/22 16:46:10    Desc Main
Document    Page 62 of 70

Drummond Associates
Transaction List by Date
December 11, 2021 through March 11, 2022

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Validated Amount | Reason | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | 12/28/2021 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 340.95 | 340.95 | Services | |
| Check | 01/03/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | -SPLIT- | | 717.50 | 717.50 | Services | |
| Check | 01/28/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 1,659.47 | 1,659.47 | Services | |
| Check | 02/01/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 457.50 | 457.50 | Services | |
| Check | 02/01/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 260.00 | 260.00 | Services | |
| Check | 02/28/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 615.53 | 615.53 | Services | |
| Check | 02/28/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 452.99 | 452.99 | Services | |
| Check | 02/28/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 340.95 | 340.95 | Services | |
| Check | 02/28/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 250.00 | 250.00 | Services | |
| Check | 03/01/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | • | 6184 · Business Owners Insurance | | 260.00 | 260.00 | Services | |
| Check | 03/01/2022 | | New York Life | | 1003 · TD Bank N.A. - Checking | √ | 6184 · Business Owners Insurance | | 457.50 | 457.50 | Services | |
| Bill Pmt -Check | 01/25/2022 | 13074 | Office Basics | 00370800 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 1,822.06 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 02/18/2022 | 13110 | Overhead Door Co. of Chester & DE County | 1901013-1901013-001-- | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 3,498.70 | 0.00 | | Less Than $6,825 |
| Check | 12/22/2021 | 13052 | Parker McCay P. A. | | 1003 · TD Bank N.A. - Checking | √ | -SPLIT- | | 12,970.20 | 0.00 | | Employee Compensation |
| Check | 12/17/2021 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 70,155.88 | 0.00 | | Employee Compensation |
| Check | 12/17/2021 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6287 · H/R & Payroll Services | | 1,157.53 | 0.00 | | Employee Compensation |
| Check | 12/17/2021 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 120.49 | 0.00 | | Employee Compensation |
| Check | 12/31/2021 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 76,537.83 | 0.00 | | Employee Compensation |
| Check | 01/03/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6287 · H/R & Payroll Services | | 1,182.53 | 0.00 | | Employee Compensation |
| Check | 01/03/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 120.49 | 0.00 | | Employee Compensation |
| Check | 01/14/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 71,141.21 | 0.00 | | Employee Compensation |
| Check | 01/14/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6287 · H/R & Payroll Services | | 1,174.78 | 0.00 | | Employee Compensation |
| Check | 01/14/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 120.49 | 0.00 | | Employee Compensation |
| Check | 01/28/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 77,653.04 | 0.00 | | Employee Compensation |
| Check | 01/28/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6287 · H/R & Payroll Services | | 1,236.26 | 0.00 | | Employee Compensation |
| Check | 01/28/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 76.34 | 0.00 | | Employee Compensation |
| Check | 02/11/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 71,353.46 | 0.00 | | Employee Compensation |
| Check | 02/11/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 1,162.28 | 0.00 | | Employee Compensation |
| Check | 02/11/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 76.34 | 0.00 | | Employee Compensation |
| Check | 02/25/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 74,553.49 | 0.00 | | Employee Compensation |
| Check | 02/25/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 1,137.28 | 0.00 | | Employee Compensation |
| Check | 03/10/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | | 6564 · Payroll | | 107,078.61 | 0.00 | | Employee Compensation |
| Check | 03/10/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 2,507.89 | 0.00 | | Employee Compensation |
| Check | 03/11/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 6,585.32 | 0.00 | | Employee Compensation |
| Check | 03/11/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 1,096.78 | 0.00 | | Employee Compensation |
| Check | 03/11/2022 | | Paychex | | 1004 · Commerce N.A. - Payroll | √ | 6564 · Payroll | | 364.73 | 0.00 | | Employee Compensation |
| Check | 12/17/2021 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 27,518.40 | 0.00 | | Employee Compensation |
| Check | 12/31/2021 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 27,485.03 | 0.00 | | Employee Compensation |
| Check | 01/14/2022 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 34,083.47 | 0.00 | | Employee Compensation |
| Check | 01/28/2022 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 33,699.13 | 0.00 | | Employee Compensation |
| Check | 02/11/2022 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 31,741.92 | 0.00 | | Employee Compensation |
| Check | 02/25/2022 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 28,726.56 | 0.00 | | Employee Compensation |
| Check | 03/10/2022 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 42,193.76 | 0.00 | | Employee Compensation |
| Check | 03/11/2022 | | Paychex TPS Taxes | | 1004 · Commerce N.A. - Payroll | √ | 6821 · Payroll taxes | | 2,061.77 | 0.00 | | Employee Compensation |
| Bill Pmt -Check | 01/27/2022 | 13084 | Pennoni Assoc. Inc. | 2001011-2001011-001-Testing | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 3,000.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 12/17/2021 | 13031 | Philadelphia Carpentry Systems | 2001007-2001007-001-- | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 35,000.00 | 35,000.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 03/03/2022 | 13125 | Philadelphia Carpentry Systems | 2101001-2101001-001-- | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 20,000.00 | 20,000.00 | Suppliers or Vendors | |
| Check | 01/27/2022 | 13083 | Philip Bonot | | 1003 · TD Bank N.A. - Checking | √ | 6567 · Guaranteed Payments - Members | | 5,000.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 02/17/2022 | 13104 | Precision Door & Hardware | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 10,076.20 | 10,076.20 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/26/2022 | 13076 | PSE&G | 61 256 073 72 | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 261.42 | 0.00 | | Less Than $6,825 |
| Check | 01/05/2022 | 12993 | RDL Construction | | 1003 · TD Bank N.A. - Checking | √ | 5100 · Job Costs | | 53,695.80 | 53,695.80 | Suppliers or Vendors | |
| Check | 01/15/2022 | 13060 | RDL Construction | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 201,381.00 | 201,381.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13085 | RDL Construction | 2102004-2102004-001-- | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 5,670.00 | 5,670.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 02/04/2022 | 13102 | RDL Construction | 2102001-2102001-001-- | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 25,000.00 | 25,000.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13086 | Reilly Glazing, Inc | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 32,385.60 | 32,385.60 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/24/2022 | 13072 | Reliable Contracting LLC | | 1003 · TD Bank N.A. - Checking | √ | 6750 · Subcontractors | | 10,000.00 | 10,000.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/19/2022 | 13039 | Revolution Recovery LLC | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 10,652.10 | 10,652.10 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/19/2022 | 13036 | Roof Wizards | 2102001-2102001-001-- | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 5,400.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 12/17/2021 | 13029 | RW Professional Cleaning LLC | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 11,992.49 | 11,992.49 | Suppliers or Vendors | |
| Check | 01/31/2022 | 13099 | Sakina Chaudhry | January & February | 1003 · TD Bank N.A. - Checking | √ | 6290 · Rent | | 3,300.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 01/27/2022 | 13062 | Schalkles Mechanical LLC | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 40,342.50 | 40,342.50 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13087 | Schalkles Mechanical LLC | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 10,395.00 | 10,395.00 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/18/2022 | 13063 | Scott P. Scungio | | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 2,412.24 | 0.00 | | Less Than $6,825 |
| Check | 01/27/2022 | 13094 | Scungio & Company | | 1003 · TD Bank N.A. - Checking | √ | 6567 · Guaranteed Payments - Members | | 10,000.00 | 10,000.00 | Services | Member Compensation? |
| Check | 02/07/2022 | 13096 | Stark & Stark | | 1003 · TD Bank N.A. - Checking | √ | 6019 · Sponsorships | | 10,000.00 | 10,000.00 | Services | |
| Bill Pmt -Check | 01/28/2022 | 13120 | State Workers Insurance Fund | 06327642 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | | 991.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 01/27/2022 | 13088 | Sullivan Asko Roofing, Inc | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 5,019.00 | 0.00 | | Less Than $6,825 |
| Bill Pmt -Check | 01/14/2022 | 13059 | Summit Architectural Metals & Glass | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 35,743.13 | 35,743.13 | Suppliers or Vendors | |
| Bill Pmt -Check | 01/27/2022 | 13089 | Tandem Associates, Inc. | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | | 10,000.00 | 10,000.00 | Suppliers or Vendors | |
| Check | 12/14/2021 | | TD Bank | Overdraft Protection | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | | 35.00 | 0.00 | | Less Than $6,825 |
| Check | 12/15/2021 | | TD Bank | Stop Payment | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | | 30.00 | 0.00 | | Less Than $6,825 |

7:54 AM
03/26/22

**Transaction List by Date**
November 1, 2021 through March 11, 2022

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Validated Amount | Reason | Description |
|------|------|-----|------|------|---------|-----|-------|-------|--------|------------------|--------|-------------|
| Check | 12/16/2021 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 12/23/2021 | | TD Bank | Wire Transfer Fee | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 12/30/2021 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 12/31/2021 | | TD Bank | | 1001 · Commerce Bank Checking PA | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 12/31/2021 | | TD Bank | | 1004 · Commerce NA - Payroll | √ | 6120 · Bank Service Charges | 28.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/06/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 70.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/11/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 105.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/14/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/18/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 30.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/19/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/21/2022 | | TD Bank | | 1004 · Commerce NA - Payroll | √ | 6120 · Bank Service Charges | 35.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/27/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/31/2022 | | TD Bank | | 1001 · Commerce Bank Checking PA | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/31/2022 | | TD Bank | | 1004 · Commerce NA - Payroll | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 01/31/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 03/01/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 30.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/14/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 35.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/18/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 30.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/24/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 35.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/25/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 60.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/25/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/28/2022 | | TD Bank | | 1001 · Commerce Bank Checking PA | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/28/2022 | | TD Bank | | 1004 · Commerce NA - Payroll | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/28/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 02/28/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 25.00 | 0.00 | | | Less Than $6,825 |
| Check | 03/03/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | √ | 6120 · Bank Service Charges | 15.00 | 0.00 | | | Less Than $6,825 |
| Check | 03/03/2022 | | TD Bank | | 1003 · TD Bank N.A. - Checking | | 6120 · Bank Service Charges | 30.00 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 12/23/2021 | | Technology Insurance Company | Acc # 28906681 Policy# TARNJ1033939-02 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | 1,586.00 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 01/31/2022 | 13058 | Town of Middletown | Delaware | 1003 · TD Bank N.A. - Checking | √ | 6230 · Licenses and Permits | 125.00 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 12/21/2021 | 13041 | Tri State Fabrication | 2102003-2102003-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 63,568.54 | 63,568.54 | Suppliers or Vendors | | |
| Bill Pmt -Check | 01/13/2022 | 13053 | Tri State Fabrication | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 64,821.39 | 64,821.39 | Suppliers or Vendors | | |
| Bill Pmt -Check | 01/27/2022 | 13060 | Tri State Fabrication | 2001011-2001011-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 12,908.62 | 12,908.62 | Suppliers or Vendors | | |
| Bill Pmt -Check | 03/07/2022 | 13101 | Tri State Fabrication | 2001011-2001011-001~ Tri State Vendor | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 135,000.00 | 135,000.00 | Suppliers or Vendors | | |
| Bill Pmt -Check | 02/25/2022 | 13113 | Tri State Fabrication | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 30,254.62 | 30,254.62 | Suppliers or Vendors | | |
| Bill Pmt -Check | 01/27/2022 | 13091 | Trinity Subsurface LLC | 2102004-2102004-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 3,150.00 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 12/21/2021 | 13037 | United Concordia | VOID: 005835909000D000 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | 0.00 | | | | |
| Bill Pmt -Check | 12/21/2021 | | United Concordia | 005835909000D000 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | 5,419.80 | 0.00 | | | Employee Compensation |
| Bill Pmt -Check | 02/16/2022 | | United Concordia | 005835909000D000 | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | 6,976.27 | 0.00 | | | Employee Compensation |
| Bill Pmt -Check | 01/25/2022 | 13075 | United Site Services | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 7,574.19 | 0.00 | | | Employee Compensation |
| Check | 01/14/2022 | | US Premium Finance | 205-170223-374982 | 1003 · TD Bank N.A. - Checking | √ | 6188 · GL/Prop/WC/Umb Insurance | 17,996.86 | 17,996.86 | Services | | |
| Bill Pmt -Check | 03/10/2022 | | Verizon Wireless | | 1003 · TD Bank N.A. - Checking | | 2000 · Accounts Payable | 5,992.17 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 01/27/2022 | 13090 | VIP Construction Services Inc. | 1901013-1901013-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 2,904.88 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 01/24/2022 | | W. B Mason | | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | 298.12 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 12/17/2021 | 13030 | Willets Fire Protection | | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 5,133.00 | 0.00 | | | Less Than $6,825 |
| Bill Pmt -Check | 01/19/2022 | 13070 | William Walter Construction Group LLC | 2101014-2101014-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 9,315.00 | 9,315.00 | Suppliers or Vendors | | |
| Bill Pmt -Check | 02/17/2022 | 13107 | William Walter Construction Group LLC | 1901002-1901002-001~ | 1003 · TD Bank N.A. - Checking | √ | 2000.0 · Construction Expense | 10,000.00 | 10,000.00 | Suppliers or Vendors | | |
| Transfer | 12/14/2021 | | | Funds Transfer | 1004 · Commerce NA - Payroll | √ | 1003 · TD Bank N.A. - Checking | 2,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 12/15/2021 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 250.00 | 0.00 | | | Non-Creditor |
| Transfer | 12/15/2021 | | | Funds Transfer | 1001 · Commerce Bank Checking PA | √ | 1004 · Commerce NA - Payroll | 350.00 | 0.00 | | | Non-Creditor |
| Transfer | 12/16/2021 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 102,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 01/03/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 115,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 01/12/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 95,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 01/13/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 4,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 01/19/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1001 · Commerce Bank Checking PA | 1,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 01/21/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 2,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 01/25/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 115,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 01/28/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 2,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 02/11/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | √ | 1004 · Commerce NA - Payroll | 105,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 02/25/2022 | | | Funds Transfer | 1004 · Commerce NA - Payroll | √ | 1003 · TD Bank N.A. - Checking | 12,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 03/09/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | | 1004 · Commerce NA - Payroll | 150,000.00 | 0.00 | | | Non-Creditor |
| Transfer | 03/10/2022 | | | Funds Transfer | 1003 · TD Bank N.A. - Checking | | 1004 · Commerce NA - Payroll | 7,000.00 | 0.00 | | | Non-Creditor |
| | | | | | | | | 3,889,152.63 | 2,104,865.71 | | | |

Dec 11, '21 - Mar 11, 22

"SOFA 4"

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Reason |
|---|---|---|---|---|---|---|---|---|---|
| **Mar 11, '21 - Mar 11, 22** | | | | | | | | | |
| Check | 04/01/2021 | | Scungio & Company | Draw for Taxes via SBI | Cash A/P Contra | | 3202 · ScungioCo - Draw | -23,402.52 | Member Compensation |
| Check | 05/09/2021 | 12770 | Philip Borst | | 1003 · TD Bank N.A. - Checking | √ | 3402 · Phil - Draw | -15,000.00 | Member Compensation |
| Check | 05/09/2021 | 12771 | Scungio & Company | | 1003 · TD Bank N.A. - Checking | √ | 3202 · ScungioCo - Draw | -25,000.00 | Member Compensation |
| Check | 07/27/2021 | 12819 | Philip Borst | | 1003 · TD Bank N.A. - Checking | √ | 3402 · Phil - Draw | -15,000.00 | Member Compensation |
| Check | 08/09/2021 | 12854 | Scungio & Company | | 1003 · TD Bank N.A. - Checking | √ | 6567 · Guaranteed Payments - Members | -15,000.00 | Member Compensation |
| Bill Pmt -Chec | 01/18/2022 | 13063 | Scott P. Scungio | | 1003 · TD Bank N.A. - Checking | √ | 2000 · Accounts Payable | -2,412.24 | Reimbursement |
| Check | 01/27/2022 | 13093 | Philip Borst | | 1003 · TD Bank N.A. - Checking | √ | 6567 · Guaranteed Payments - Members | -5,000.00 | Member Compensation |
| Check | 01/27/2022 | 13094 | Scungio & Company | | 1003 · TD Bank N.A. - Checking | √ | 6567 · Guaranteed Payments - Members | -10,000.00 | Member Compensation |
| **Mar 11, '21 - Mar 11, 22** | | | | | | | | **-110,814.76** | |

# "SOFA 9"

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Validated | Reason | Comment |
|------|------|-----|------|------|---------|-----|-------|--------|-----------|--------|---------|
| **Mar 11, '20 - Mar 11, 22** | | | | | | | | | | | |
| Bill | 07/21/2020 | Oh | Delaware River Waterfront | | 6140 · Contributions | | 2000 · Accounts Payable | 5,000.00 | 5,000.00 | Donation | |
| Check | 07/23/2020 | 12265 | Coopers Ferry Partnership | | 6140 · Contributions | | 1003 · TD Bank N.A. - Checking | 3,000.00 | 3,000.00 | Donation | |
| Bill | 07/23/2020 | OH | Coopers Ferry Partnership | | 6140 · Contributions | | 2000 · Accounts Payable | 3,000.00 | 3,000.00 | Donation | |
| Credit Card Charge | 09/24/2020 | OH | The Cooper Foundation | | 6140 · Contributions | | 1102 · AMEX Platinum - 9001 | 1,000.00 | 1,000.00 | Donation | |
| Credit Card Charge | 04/16/2021 | | Zoroastrian Association | | 6140 · Contributions | | 1102 · AMEX Platinum - 9001 | 1,000.00 | 1,000.00 | Donation | |
| Credit Card Charge | 06/03/2021 | | The Cooper Foundation | | 6140 · Contributions | | 1102 · AMEX Platinum - 9001 | 1,200.00 | 1,200.00 | Donation | |
| Credit Card Charge | 06/07/2021 | | The Cooper Foundation | | 6140 · Contributions | | 1102 · AMEX Platinum - 9001 | 1,025.00 | 1,025.00 | Donation | |
| Check | 08/12/2021 | 12859 | Seravalli Foundation Charity Golf Outing | | 6140 · Contributions | | 1003 · TD Bank N.A. - Checking | 1,750.00 | 1,750.00 | Donation | |
| Credit Card Charge | 08/23/2021 | | Victory Tailgate | | 9028 · Charity Events | | 1105 · Phil Amex Business-62001 | 277.21 | 0.00 | | Less than $1000 |
| Credit Card Charge | 08/31/2021 | | US Hole in One | | 9028 · Charity Events | | 1105 · Phil Amex Business-62001 | 271.00 | 0.00 | | Less than $1000 |
| Credit Card Credit | 09/09/2021 | | US Hole in One | | 9028 · Charity Events | | 1105 · Phil Amex Business-62001 | -231.00 | 0.00 | | Less than $1000 |
| Credit Card Charge | 09/13/2021 | | Financial Resource Federal Credit Union | | 9028 · Charity Events | | 1105 · Phil Amex Business-62001 | 150.00 | 0.00 | | Less than $1000 |
| Credit Card Charge | 09/15/2021 | | Scungio Borst Foundation | | 9028 · Charity Events | | 1102 · AMEX Platinum - 9001 | 519.82 | 0.00 | | Less than $1000 |
| Credit Card Charge | 09/15/2021 | | Amazon Book Store | 2021 Golf Outing | 9028 · Charity Events | | 1102 · AMEX Platinum - 9001 | 406.13 | 0.00 | | Less than $1000 |
| Credit Card Charge | 09/28/2021 | | Purdy Good Ice | | 9028 · Charity Events | | 1102 · AMEX Platinum - 9001 | 575.00 | 0.00 | | Less than $1000 |
| Credit Card Charge | 10/12/2021 | | Victory Tailgate | | 6140 · Contributions | | 1102 · AMEX Platinum - 9001 | 277.21 | 0.00 | | Less than $1000 |
| Credit Card Charge | 12/14/2021 | | National Police Defens | | 6140 · Contributions | | 1105 · Phil Amex Business-62001 | 1,500.00 | 1,500.00 | | |
| Check | 02/14/2022 | | HSAWCPCUSTODIAN | | 6140 · Contributions | | 1003 · TD Bank N.A. - Checking | 0.01 | 0.00 | | Less than $1000 |
| **Mar 11, '20 - Mar 11, 22** | | | | | | | | 20,720.38 | 18,475.00 | | |

| Debtor | Scungio Borst & Associates, LLC | Case number *(if known)* | 22-10609(AMC) |
|---|---|---|---|

**Part 14:  Signature and Declaration**

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *April 8, 2022*

*Scott P. Scungio*
Signature of individual signing on behalf of the debtor

Scott P. Scungio
Printed name

Position or relationship to debtor    **Managing Member of Scungio & Company, LLC, Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC** | : | **BANKRUPTCY NO. 22-10609(AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

### RULE 2016(b) STATEMENT
### OF ATTORNEY COMPENSATION

1.      Pursuant to 11 U.S.C. §329 and Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petitions in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in the contemplation of or in connection with the bankruptcy case is as follows:

a.      For legal services, my firm has agreed to be compensated for the services to be provided to the Debtor at its ordinary hourly billing rates and in accordance with its customary billing practices with respect to its out-of-pocket expenses.

b.      Prior to the filing of the petition in bankruptcy my firm received payments of retainers totaling $100,000 in three payments as follows: (i) $37,000 from the Debtor, (ii) $15,168 from Scungio Borst International, an affiliate of the Debtor, and (iii) $47,832.00 from Scott Scungio, the sole managing member of Scott Scungio & Co., a 50% member of the Debtor. The amount of the remaining retainer as of the petition date was $40,401.68.

c.      All services to be provided to the Debtor after the Petition Date will be provided on an hourly basis at my firms hourly billing rates and in accordance with its customary billing practices with respect to its out-of-pocket expenses.

2.      The source of compensation to be paid by my firm will be the Debtor.

1

hearing;

       j.      Representation of the Debtor in adversary proceedings and other contested matters; and

       k.      Perform all other legal services for and on behalf of the Debtor, which may be necessary or appropriate in the administration of its Chapter 11 case.

      5.      Any and all compensation to be paid to Karalis PC for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedures as may then be applicable and/or any alternative arrangement for interim compensation as may be authorized by the Court.

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case.

                    By:   /s/ Aris J. Karalis
                         ARIS J. KARALIS
                         **KARALIS PC**
                         Attorneys for the Debtor

Dated: April 8, 2022