## United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re: Scungio Borst & Associates, LLC | Case No. | 22-10609(AMC) |
| Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Philip L. Borst<br>641 Pugh Road<br>Wayne, PA 19087 | | | 50% |
| Scungio & Company, LLC<br>c/o Scott P. Scungio<br>117 Moore Drive<br>Media, PA 19063 | | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of Scungio & Company, LLC, Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _April 8, 2022_    Signature _/s/ Scott P. Scungio_
Scott P. Scungio

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.