# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Scungio Borst & Associates, LLC**                                      Case No.  **22-10609(AMC)**
                                     Debtor(s)                                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Scungio Borst & Associates, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Philip L. Borst
641 Pugh Road
Wayne, PA 19087**

**Scungio & Company, LLC
c/o Scott P. Scungio
117 Moore Drive
Media, PA 19063**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 8, 2022** | **/s/ Aris J. Karalis** |
| Date | **Aris J. Karalis** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Scungio Borst & Associates, LLC** |
| | **Karalis PC**
**1900 Spruce Street**
**Philadelphia, PA 19103**
**(215) 546-4500**
**akaralis@karalislaw.com** |