**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | | | | |
|---|---|---|---|---|
| In re | Scungio Borst & Associates, LLC | | Case No. | 22-10609(AMC) |
| | | Debtor(s) | Chapter | 11 |

# VERIFICATION OF AMENDED CREDITOR MATRIX

I, the Managing Member of Scungio & Company, LLC, Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Dated:   April 8, 2022          By: _Scott P. Scungio_
                                   Scott P. Scungio

1st Black Hawk LLC
715 East Nields Street
West Chester, PA 19382

1st State Pest & Home Services
709 Rothwell Drive
Middletown, DE 08201

2M Electric LLC
109 Camars Drive
Warwick, PA 18974

A&S Sprinkler Co, Inc
101 E Laurel Avenue
Cheltenham, PA 19012

A. Brooks Roofing Inc.
701 W. 5th Street
Palmyra, NJ 08065

AA Glass Industries LLC
2345 Route 9, Suite #3
Toms River, NJ 08755

Aaron Electrical Construction Inc
229 Beownback Church Road
Spring City, PA 19475

Accessibility Advantage LLC
dba Ameriglide Nepa
1335 Highway 315 #2
Wilkes Barre, PA 18702

Ace Elevator LLC
222 W. Atlantic Avenue, Building B
Haddon Heights, NJ 08035

Acme Drapemaster of America
P.O. Box 192
Keasby, NJ 08832

Affordable Fire Protection, Inc.
540 Hamilton Avenue
Linwood, NJ 08221

Albert M. Belmont, III, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

Alderfer Glass Co.
144 Telford Pike
Telford, PA 19118

Alessandra Tosolini - Borst
641 Pugh Road
Wayne, PA 19087

Alexander D. Torres, Esquire
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19103

Allen Reproduction Co., Inc.
P.O. Box 1413
Camden, NJ 08101

ALN Construction, Inc
104 Sandy Drive
Newark, DE 19713

Altino Concrete Construction LLC
536 Easton Road
Horsham, PA 19044

AMC Fire Protection
1803 Underwood Blvd.
Delran, NJ 07075

American Direct
11000 Lakeview Avenue
Lenexa, KS 66219

Andrew C. Eckert, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

Ani & Joe Abatement Demolition LLC
1212 Burlington Avenue

Delanco, NJ 08075

Apex Builders LLC
1812 Daly Street
Philadelphia, PA 19145

Architectural Grille
42 Second Avenue
Brooklyn, NY 11215

Armor Masonry Restoration
96 Monroe Street
Bristol, PA 19007

Atlantic Wall Systems Inc
65 Greenhill Road
Media, PA 19063

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

Attorney General of the United States
Ben Franklin Station
P.O. Box 227
Washington, DC 20044

Avon Brothers, Inc.
5021 Industrial Road
Farmingdale, NJ 07727

Barry B. Liebman, Esquire
Mullaney & Gjelaj, PLLC
100-09 Metropolitan Avenue
Forest Hills, NY 11375

BK Tile & Stone Inc.
215 Black Meadow Road
Chester, NY 10918

Blue Collar Builders LLC
101 Elm Avenue
North Wales, PA 19454

Bocchetto & Lentz
1524 Locust Street
Philadelphia, PA 19102

Brandywine Executive Center
aka TKO Suite
1521 Concord Pike #301
Wilmington, DE 19083

Brandywine Valley Concrete
131 Wallace Avenue
Downington, PA 19335

BRE DDR Retail Holdings III LLC
d/b/a Columbus Crossing Shopping Center
1209 N. Orange Street
Wilmington, DE 19801

BRE RC Columbus PA LP
d/b/a Columbus Crossing Shopping Center
1209 N. Orange Street
Wilmington, DE 19801

Bristol Millwork Inc.
4560 Tacony Street
Philadelphia, PA 19124

Brooklyn Kings Plaza, LLC
c/o Simmons Jannace DeLuca, LLP
43 Corporate Drive
Hauppauge, NY 11788

Bursese Electric Inc.
1275 Bloomfield Avenue, Building 1-6AR
Fairfield, NJ 07004

Burton & Company
1400 Granary Road
Blue Bell, PA 19422

Buttonwood Company, Inc.
P.O. Box 500
Eagleville, PA 19408

C Anthony Painting Inc.

199 Heffner Road
Limerick, PA 19468

Carpenters Union of Philadelphia
10401 Decatur Road
Philadelphia, PA 19154

Carter N. Williamson, Esquire
Horn Williamson, LLC
2 Penn Center, Suite 1700
1500 JFK Boulevard
Philadelphia, PA 19102

Christopher P. Coval, Esquire
Five Neshaminy Interplex, Suite 315
Trevose, PA 19053

Cippco Inc.
9323 Keystone Street
Philadelphia, PA 19114

CMS Mechanical Contracting, Inc.
7 Humphreys Drive
Ivyland, PA 18974

Coffey Brothers, Inc.
2559 Route 9 North
Howell, NJ 07731

Component Assembly Systems, Inc.
580 Virginia Drive, Suite 140
Fort Washington, PA 19034

Copeland Surveying Inc
707 White Horse Pike  B-3
Absecon, NJ 08201

Corporate Interiors Inc.
226 Lisa Drive
New Castle, DE 19720

Creative Surfaces, Inc.
4 Union Hill Road, Suite 100
Conshohocken, PA 19428

Curtis Center TIC I LLC
123 E. Elm Street, Suite 400
Conshohocken, PA 19428

Curtis Center TIC II LLC
125 E. Elm Street, Suite 400
Conshohocken, PA 19428

Cynthia A. Clark, Esquire
1524 Locust Street
Philadelphia, PA 19102

Cypress Door & Glass LLC
185 Lancaster Avenue
Malvern, PA 19355

DAS Architects Inc.
8 Penn Center, Suite 100
Philadelphia, PA 19103

David White
1005 Kendron Avenue
Morton, PA 19070

DDM Steel
3659 North Delsea Drive
Vineland, NJ 08360

De Lage Landen Financial Group
P.O. Box 41602
Philadelphia, PA 19101-1602

Delaware River Port Authority of
Pennsylvania and New Jersey
2 Riverside Drive
P.O. Box 1949
Camden, NJ 08101-1949

Delaware River Waterfront Corporation
121 N. Columbus Blvd.
Philadelphia, PA 19106

Delaware Valley Paving Inc.
144 Telford Pike
Phoenixville, PA 19460

Dennis Ambrosiani Refinishing
106 Kent Way
West Reading, PA 19611

Dennis M. Salvi Associates
38 Cedarcrest Ct.
Doylestown, PA 18901

Department of Labor and Industry
Office of Chief Counsel
Labor and Industry Building, 10th Floor
651 Boas Street
Harrisburg, PA 17121

Department of Labor and Industry
Office of Chief Counsel
444 North Third Street, Suite 200
Philadelphia, PA 19123

Diamatic Management Services
13201 N Santa Fe Avenue
Oklahoma, OK 73114

Diamond Huntbach Construction Corp
500 E Luzerne Street
Unit D
Philadelphia, PA 19124

Dianne G. Moretzsohn, Esquire
McCausland Keen & Buckman
80 West Lancaster Avenue, 4th Floor
Devon, PA 19333

DiDonato Contracting LLC
7320 Milnor Street
Philadelphia, PA 19136

Division 10 Sales
135 Cabarrus Avenue E
Concord, NC 28025

East Third Media, LLC
c/o Wright Partners
Attn: Carl Wright
20 South Olive Street, Suite 203

Media, PA 19063

EC Fence & Iron Works Inc.
2941 Felton Road
Norristown, PA 19401

Eclipse Construction Services, Inc.
1725 N. Strongs Road
Copiague, NY 11726

Edward B. O'Reilly & Associates, Inc.
30 West Highland Avenue
Philadelphia, PA 19118

Elite Painting Service
600 Deer Road, Suite 10
Cherry Hill, NJ 08034

Federal Resources Financial Credit Union
520 Route 22 East
Bridgewater, NJ 08807

Floors USA
555 S Henderson Road
King of Prussia, PA 19406

Freedom Glass & Metal, Inc.
4 White Horse Pike
Clementon, NJ 08021

Fromkin Brothers Inc.
4510 Adam Circle, Unit E
Bensalem, PA 19020

Fyr-Fyter Sales & Service
262 Pennington-Lawrenceville Road
Pennington, NJ 08534

G&E Real Estate Mangement Services, Inc.
1735 Market Street, Suite 4000
Philadelphia, PA 19103

Gaetano P. Piccirilli, Esquire
Klehr Harrison Harvey Branzburg
1835 Market Street, Suite 1400

Philadelphia, PA 19103

Gavin P. Lentz, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

Genova, Burns, Giantomasi & Webster
2 Riverside Drive
Camden, NJ 08103

Gentile Concrete Company
668 Woodburne Road, Suite 109
Langhorne, PA 19047

Giles J. Cannon Inc.
600 Pusey Avenue
Collingdale, PA 19023

Glenn S. Gitomer, Esquire
McCausland Keen & Buckman
80 W. Lancaster Avenue, 4th Floor
Devon, PA 19333-1331

Gregory J. Kelley, Esquire
Marshall Dennehey Warner
Coleman Goggin
620 Freedon Center, Suire 300
King of Prussia, PA 19406

Ground Penetrating Radar Systems
5217 Monroe Street
Toledo, OH 43623

Groundswell Design Group LLC
1639 North Hancock Street, Suite 407
Philadelphia, PA 19122

GTM Signs & Architectural Canopies
150 Oliphants Mill Road
Woolwich, NJ 08085

Hasan Tahiraj
c/o Mullaney & Gjelaj, PLLC
100-09 Metropolitan Avenue

Forest Hills, NY 11375

Heritage Business Systems Inc aka
Stewart Business Systems
P.O. Box  936763
Atlanta, GA 31193-6763

Herman's Trailers
1325 Mallard Circle
Warminster, PA 18974

Hispanic Ventures Inc.
100 North 20th Street, Unit 300
Philadelphia, PA 19103

HK Panels Systems
1500 Industry Road, Suite G
Hatfield, PA 19440

Ian E. Hannon, Esquire
Simmons Jannace DeLuca LLP
43 Corporate Drive
Hauppauge, NY 11788

Ignarri Lummis Architects
1500 Market Street
Cherry Hill, NJ 08034-1492

Interface Studio Architects LLC
1400 N. American Street, Unit 301
Philadelphia, PA 19122

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

iSign Architectural Signage
2218 Farmington Avenue
Boyerstown, PA 19512

IT Landes Company
247 Main Street
Harleysville, PA 19438

J&T Brothers LLC

620 Deer Road
Cherry Hill, NJ 08034

Jake Becker, Esquire
Lamb McErlane
24 East Market Street
P.O. Box 565
West Chester, PA 19381

James Floor Covering Inc.
2604 Durham Road
Bristol, PA 19007

JD Fedele Contractors Inc.
408 Hallowell Avenue
Horsham, PA 19044

Jennifer M. Horn, Esquire
Horn Williamson LLC
2 Penn Center, Suite 1700
1500 JFK Blvd
Philadelphia, PA 19102

Jersey Construction, Inc.
838 Piney Hollow Road
P.O. Box 557
Hammonton, NJ 08037

Jordan Yarbrough, Esquire
15 Blackberry Lane
Ephrata, PA 17522

Joseph A. Juliana, Esquire
Law Office of Dennis O. Wilson
309 Fellowship Drive, Suite 330
Mount Laurel, NJ 08054

Joseph J. Danielle LLC
710 Trainer Street
Trainer, PA 19013

Joseph Ross, Esquire
Lydecker
1650 Market Street, Suite 3600
Philadelphia, PA 19103

Justin B. Anderson, Esquire
Burns White LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428

K & D Ungarini Iron Works, LLC
56 North Logan Avenue
Trenton, NJ 08609

Kathryn E. Pettit, Esquire
Offit Kurman
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462

Keith L. Martin, Esquire
123 South Broad Street, Suite 1820
Philadelphia, PA 19109

Kennedy Plumbing Heating Mechanical
7 Cedar Hill Court
Voorhees, NJ 08043

Kenneth S. Fair, Esquire
Naulty Scaricamazza & McDevitt
One Penn Center, Suite 750
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103

Kevin B. Watson, Esquire
Clark Hill PLC
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Kevin J. Bailey & Son LLC
917 Northwood Avenue
Cherry Hill, NJ 08002

Keystone Property Group
125 E. Elm Street, Suite 400
Conshohocken, PA 19428

KLS Logistics, Inc.
c/o DHL Supply Chain (USA)

Attn: Legal Department
360 Westar Boulevard
Westervil, OH 43082

KPG-MCG Curtis Tenant LLC
Keystone Property Group
125 E. Elm Street, Suite 400
Conshohocken, PA 19428

KPG-MCG Curtis Tenant LLC
116 Pine Street, Suite 320
3rd Floor
Harrisburg, PA 17101

Kristina M. Scotto, Esquire
McMahon Martine & Gallagher LLP
55 Washington Street, Suite 720
Brooklyn, NY 11201

LA Glass & Door LLP
6092 Reega Avenue, Unit B
Egg Harbor Twp., NJ 08234

Lane Group V, LLC
119 Quintyness Drive
Wilmington, DE 19807

Lisa A. Cauley, Esquire
1001 Old Cassatt Road, Suite 310
Berwyn, PA 19312

Lois M. Shenk, Esquire
Cipriani & Werner, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422

Louis N. Rothberg & Son, Inc.
550 Cedar Avenue
Middlesex, NJ 08846

LVC Windows Blinds & Drapery, Inc.
345 Harrison Avenue
Garfield, NJ 07026

M&D Doors

Brooklyn Navy Yard, Building 500
Brooklyn, NY 11205

M&S Painting Inc
15 E Redmont Road
Wilmington, DE 19804

MAC Sprinkler Inc.
3812 W. 9th Street
Levittown, PA 19057

Margulies Hoelzli Architecture, PLLC
545 8th Avenue
New York, NY 10018

MARX Sheet Metal & Mechanical Inc.
373 High Street
Wilkes Barre, PA 18702

Matthew Gioffre, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Matthew R. Skaroff, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Mayfield Site Contractors
596 Swedeland Road
King of Prussia, PA 19406

McCarthy Masonry and Concrete, Inc.
740 E. Cherry Road
Quakertown, PA 18951

Med-Tex Services Inc
P.O. Box 240
Penns Park, PA 18943

Minco Contractors, LLC
221 Woodward Road
Manalapan, NJ 07726

Mitchell L. Bach, Esquire
Eckert Seamans Cherin Mellott

Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Mitchell S. Berger, Esquire
Ryan Brown Berger
1600 Market Street, 14th Floor
Philadelphia, PA 19103

Mobile Mini, Inc
4646 East Van Buren Street
Suite 400
Phoenix, AZ 85008

Morris Black & Sons, Inc.
984 Marcon Blvd.
Allentown, PA 18109

MTD Land Surveying Inc.
204 Byers Road
Chester Springs, PA 19425

NAP Construction Company
765 Louise Drive
Springfield, PA 19064

Narcise Construction Group LLC
11 Ridge Avenue #352
Brookhaven, PA 19015

National Construction Rentals, Inc.
P.O. Box 841461
Los Angeles, CA 90084

Nerd St. Gamers Localhost Philadelphia
Attn: John Fazio, CEO
908 North Third Street
Philadelphia, PA 19123

Network Flooring & Maintenance
101 W Abbey Drive
Townsend, DE 19734

New Jersey Attorney General Office
Division of Law

Richard J. Hughes Justict Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

New Jersey Department of Labor
Division of Employer Accounts
P.O. Box 379
Trenton, NJ 08625-0379

Nicholas A. Salamone Contractors
146 State Road
Norristown, PA 19403

Nicko's Contracting LLC
17 Arcadian Drive
Sicklerville, NJ 08081

Nikolla Gjelaj, Esquire
Mullaney & Gjelaj, PLLC
100-09 Metropolitan Avenue
Forest Hills, NY 11375

Northeast Fire Proofing
608 Ryan Avenue
Westville, NJ 08093

OASG Hazlet, LLC
c/o Onyx Management Group, LLC
Attn: Samuel Giordano, CFO
900 Route 9 North, Suite 400
Woodbridge, NJ 07095

Office Basics, Inc.
P.O. Box  2230
Boothwyn, PA 19061

Office of the United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Office of the United States Trustee
900 Market Street, Suite 304
Philadelphia, PA 19107

Office of the United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102

Olympic Services, Inc.
239 Madison Avenue
Warminster, PA 18974

Overhead Door Co. of Reading,
Chester/Delaware
901 Delta Avenue
Reading, PA 19605

Paige Willan, Esquire
Klehr Harrison Harvey Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103

PD Construction Group
309 Camer Drive
Bensalem, PA 19020

Penn Outdoor Services LLC
2549 Industry Lane
East Norriton, PA 19403

Pennsylvania Department of Revenue
Department 280946
Attn:  Bankruptcy Division
Harrisburg, PA 17128-0946

Pennsylvania Flooring
66 Ford Road, Suite 141
Denville, NJ 07834

Peter Bradley Construction Inc
501 Cambria Avenue
Bensalem, PA 19020

Peter Norman, Esquire
Klehr Harrison
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Philadelphia Carpentry Systems
5 N. Columbus Blvd., Pier 5
Philadelphia, PA 19103

Philip L. Borst
641 Pugh Road
Wayne, PA 19087

PlanGrid, Inc.
Dept LA 24390
Pasadena, CA 91185

Portugese Structural Steel, Inc.
255 South Street
Newark, NJ 07114

Power Pak
225 N Route 303
Congers, NY 10920

Precision Doors & Hardware LLC
4660 New Design Road, Suite L
Frederick, MD 21703

Professional Plus Services, Inc.
3034 Mill Road
Norristown, PA 19403

PSE&G
P.O. Box 14106
New Brunswick, NJ 08906-4106

Quench
630 Allendale Road
Suite 200
King of Prussia, PA 19406

RDL Construction LLC
1044 Industrial Drive, Unit 1
West Berlin, NJ 08091

Reilly Glazing Inc
200 E. Washington Street
Norristown, PA 19401

Revolution Recovery LLC
7333 Milnor Street
Philadelphia, PA 19036

Richard J. Davies, Esquire
Milber Makris
1001 Old Cassatt Road, Suite 310
Berwyn, PA 19312

Richard R Pucci & Associates
1765 Stout Drive
Ivyland, PA 18974

Roof Wizards
839 Brunswick Avenue, Suite 2
Trenton, NJ 08638

RW Professional Cleaning LLC
112 Curnard Street
Wilmington, DE 19804

S.A. Comunale Co. Inc.
603 Ryan Avenue
Westville, NJ 08093

Sage Construction Solutions LLC
140 E. Munsell Avenue, Suite 2
Linden, NJ 07306

Sang Woo Lee, Esquire
Marshall Dennehey Warner
Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Schaibles Mechanical LLC
241 Van Syckles Road
Hampton, NJ 08827

Schindler Elevator Corporation
P.O. Box  70433
Chicago, IL 60673

Scope FLP Pennington SM, LLC
Attn: Didier Choukroun, Manager

One Biscayne Tower
2 South Biscayne Boulevard, Suite 2000
Miami, FL 33131

Scott B. Galla, Esquire
Clark Hill PLC
One Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103

Scott P. Scungio
117 Moore Drive
Media, PA 19063

Scungio & Company
117 Moore Drive
Media, PA 19063

Scungio Borst International
117 Moore Drive
Media, PA 19068

Sean C. Ryan, Esquire
Bardsley Law LLC
1235 Westlakes Drive, Suite 130
Berwyn, PA 19312

Set Rite Corp.
5790 Bristol Pike
Bristol, PA 19007

Shambaugh & Son LP
7614 Opportunity Drive
Fort Wayne, IN 46825

Shopping Center Associates
c/o Simon Construction Group
Attn: Michael E. McCarty, President
225 West Washington Street, 9th Floor
Indianapolis, IN 46204

Snyder Mfg. Co
6228 S. Troy Circle
Centennial, CO 80111

SSC Distributors Inc.
3130 W. 4th Street
Chester, PA 19013

Stephanie D. Wolbransky, Esquire
1835 Market Street, 14th Floor
Philadelphia, PA 19103

Steven D. Jannace, Esquire
Simmons Jannace DeLuca, LLP
43 Corporate Drive
Hauppauge, NY 11788

Steven G. Bardsley, Esquire
Bardsley Law, LLC
1235 Westlakes Drive, Suite 130
Berwyn, PA 19312

Summit Architectural Metals & Glass
920 Eldridge Drive, Suite G
Hagerstown, MD 21740

Superior Scaffold Services Inc.
600 Center Avenue
Bensalem, PA 19020

Tandem Associates, Inc.
P.O. Box 966
Mt. Laurel, NJ 08054

TDR Systems Inc.
t/a CHUTES International
33 Industrial Park Drive
Waldorf, MD 20602

The Arthur Jackson Company
7025 West Chester Pike
Upper Darby, PA 19082

Thomas D. Summerville, Esquire
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

TKO 6 Corp a/k/a TKO Suites
1521 West Concord Pike

Suite 301
Wilmington, DE 19803

Town and Country Roofing & Siding
4775 Lerch Road
Bensalem, PA 19020

Tri-State Fabrication
P.O. Box 11003
Wilmington, DE 19850

Troost Fire Protection
58 Hyatt Road
Branchville, NJ 07826

U.S. Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

United Site Services
P.O.Box 5502
Binghamton, NY 13902

United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

United States Roofing Corp.
910 E. Main Street, Suite 300
Norristown, PA 19401

Valetta
55 Wood Ridge Road
Thornton, PA 19373

VIP Construction Services, Inc.
15 Fresh Ponds Road
Monroe Twp., NJ 08831

Warren F. Sperling, Esquire

Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102

Wilkinson Inc
2200 Flowing Springs Road
Chester Springs, PA 19425

William A. Harvey, Esquire
Klehr Harrison Harvey Bransburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103

William Walter Construction Group LLC
1431 North Tuckahoe Road
Williamstown, NJ 08094