**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                                    Chapter 11

SCUNGIO BORST & ASSOCIATES, LLC.                     Case No. 22-10609 (AMC)

                                                     APPOINTMENT OF COMMITTEE
                Debtor(s).                           OF UNSECURED CREDITORS
---------------------------------

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Portuguese Structural Steel, Inc., 255 South Street, Newark, NJ 07114; Attn: Paula Cabral, President; Phone: (973) 344-1342/Fax: (973) 344-1730; E-Mail: paula@portuguesesteel.com;

2. MARX Sheet Metal & Mechanical, Inc., 373 High Street, Wilkes Barre, PA 18702; Attn: John DeFranco; Phone: (267) 486-1999/Fax: (267) 486-1066; E-Mail: John.DeFranco@MarxHVAC.com;

3. Philadelphia Carpentry Systems, Inc., 5 North Columbus Boulevard, Philadelphia, PA 19106; Attn: Raymond Spera, Owner; Phone: (215) 923-2160 Ext. 102; E-Mail: jbritto@philacarpsystems.com;

4. Jersey Construction, Inc. 838 Piney Hollow Road, P.O. Box 557, Hammonton, NJ 08037; Attn: Kristin Whitmyer; Phone: (609) 704-0005/Fax: (609) 704-0020; E-Mail: kwhitmyer@jci-kci.c0m;

5. 2M Electric, 109 Camars Drive, Warwick, PA 18974; Attn: Kurt Meister; Phone: (215) 530-9964/Fax: (215) 672-3108; E-Mail: twomelectric@aol.com;

                                                        Andrew R. Vara
                                                        United States Trustee
                                                        Regions 3 and 9

                                                        /s/    George M. Conway for
                                                        Frederic J. Baker
                                                        Assistant United States Trustee

DATED:  April 11, 2022

Attorney assigned to this case: George M. Conway, Esquire (215) 597-4411

Created 01/18/12