IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| SCUNGIO BORST & ASSOCIATES, LLC | BANKRUPTCY NO. 22-10609(AMC) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire hereby certify that I caused a true and correct copy of the Motion of Debtor, Pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3), for an Order (i) Fixing a Bar Date for Filing Proofs of Claim and (ii) Approving the Bar Date Order and Related Procedures to be served on April 11, 2022 upon the parties on the attached list on the manner indicated thereon.

KARALIS PC

By:  /s/ Robert W. Seitzer
     ROBERT W. SEITZER

*Attorneys for the Debtor*

Dated: April 11, 2022

**VIA ECF TRANSMISSION**

George M. Conway, Esquire
Office of the United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nicole M. Nigrelli, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Gary D. Bressler, Esquire
McElroy Deutsch, Mulvaney & Carpenter LLP
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Kevin Grem, Esquire
Commonwealth of PA, Dept of Labor and Ind.
Collections Support Unit
P.O. Box 68568
Harrisburg, PA 17121-8568

Travis L. Kreiser, Esquire
Kreiser & Associates PC
1300 Lawarence Road
Havertown, PA 19083

Clayton W. Davison, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103

Ira E. Dorfman, Esquire
Steven A. Berkowtiz & Associates PC
10000 Lincoln Drive East, Suite 202
Marlton, NJ 08053

Alexander F. Barth, Esquire
Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204

Patrick J. Reilly, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Rebecca K. McDowell, Esquire
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Keri P. Ebeck, Esquire
Bernstein-Burkley PC
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Benjamin A. Andersen, Esquire
460 Norristown Road, Suite 110
Blue Bell, PA 19422

Michael P. Kelly, Esquire
Cowan and Kelly
402 Middletown Blvd., Suite 202
Langhorne, PA 19047

**VIA E-MAIL**

Scungio Borst & Associates, LLC
Attn: Scott Scungio
4 Manchester Road
P.O. Box 203
Media, PA 19065

Barry J. Roy, Esquire
Rabinowitz Lubetkin & Tully LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
broy@rltlawfirm.com

Daniel F.X. Geoghan, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
dgeoghan@coleschotz.com

Peter J. Strom, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
pstrom@coleschotz.com

Bret M. Amron, Esquire
Bast Amron
SunTrust International Ctr.
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
bamron@bastamron.com

Dain A. de Souza, Esquire
Bast Amron
SunTrust International Ctr.
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
ddesouza@bastamron.com