## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | Case No. 22-10609 (AMC) |
| Debtor | |

## ORDER SUSTAINING
## OBJECTION OF KPG-MCG CURTIS TENANT, LLC TO APPLICATION OF DEBTOR FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BOCHETTO & LENTZ, P.C. AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a), FED. R. BANKR. P. 2014, AND LOCAL BANKRUPTCY RULE 2014-1

AND NOW, upon consideration of the Application of Debtor for the Entry of an Order Authorizing the Retention and Employment of Bochetto & Lentz, P.C. as Special Litigation Counsel Pursuant to 11 U.S.C. §§ 327€ and 328(a), Federal Rule of Bankruptcy Procedure 2014, and Local Rule of Bankruptcy Procedure 2014-1 (the "Application"), and the Objection of KPG-MCG Curtis Tenant, LLC thereto (the "Objection"), it is hereby ORDERED that the Objection is SUSTAINED and the Application is hereby DENIED.

BY THE COURT:

_____
HON. ASHELY M. CHAN

1