# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SCUNGIO BORST & ASSOCIATES, LLC,<br><br>                             Debtor | Chapter 11<br><br>Case No. 22-10609 (AMC) |

**CERTIFICATE OF SERVICE FOR THE OBJECTION OF
KPG-MCG CURTIS TENANT, LLC TO APPLICATION OF DEBTOR
FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF BOCHETTO & LENTZ, P.C. AS SPECIAL LITIGATION
COUNSEL PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a), FED. R. BANKR. P. 2014,
AND LOCAL BANKRUPTCY RULE 2014-1**

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Objection of KPG-MCG Curtis Tenant, LLC to Application of Debtor for the Entry of an Order Authorizing the Retention and Employment of Bochetto & Lentz, P.C. as Special Litigation Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1 (the "Objection") to be served on this 12th day of April, 2022 upon all those parties entitled to receive electronic service through the CM/ECF System of the Bankruptcy Court. I also caused a true and correct copy of the Objection to be served on the 13th day of April, 2022 upon all those parties on the attached Exhibit "A" via U.S. Mail.

                                                  KLEHR | HARRISON | HARVEY|
                                                  BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
          Corinne Samler Brennan, Esquire
          1835 Market Street, Suite 1400
          Philadelphia, PA  19103
          Telephone: (215) 569-3393

# EXHIBIT A

**VIA U.S. FIRST CLASS MAIL**

Federal Resources Financial Credit Union
520 Route 22 East
Bridgewater, NJ 08807

Jersey Construction, Inc.
838 Piney Hollow Road
P.O. Box 557
Hammonton, NJ 08037

MARX Sheet Metal & Mechanical Inc.
373 High Street
Wilkes Barre, PA 18702

Louis N. Rothberg & Son, Inc.
550 Cedar Avenue
Middlesex, NJ 08846

IT Landes Company
247 Main Street
Harleysville, PA 19438

2M Electric LLC
109 Camars Drive
Warwick, PA 18974

Philadelphia Carpentry Systems
5 N. Columbus Blvd., Pier 5
Philadelphia, PA 19103

William Walter Construction Group LLC
1431 N. Tuckahoe Road
Williamstown, NJ 08094

Reilly Glazing Inc.
200 E. Washington Street
Norristown, PA 19401

RDL Construction LLC
1044 Industrial Drive, Unit 1
West Berlin, NJ 08091

1st Black Hawk LLC
715 East Nields Street
West Chester, PA 19382

Fromkin Brothers Inc.
4510 Adam Circle, Unit E
Bensalem, PA 19020

Cippco Inc.
9323 Keystone Street
Philadelphia, PA 19114

Edward B. O'Reilly & Associates, Inc.
30 West Highland Avenue
Philadelphia, PA 19118

Mayfield Site Contractors
596 Swedeland Road
King of Prussia, PA 19406

Portugese Structural Steel, Inc.
255 South Street
Newark, NJ 07114

Bristol Millwork Inc.
4560 Tacony Street
Philadelphia, PA 19124

VIP Construction Services, Inc.
15 Fresh Ponds Road
Monroe Twp., NJ 08831

Avon Brothers, Inc.
5021 Industrial Road
Farmingdale, NJ 07727