**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC. | : | |
| | : | BANKR. NO. 22-10609 (AMC) |
| | : | |
| Debtor. | : | |

**LIMITED OBJECTION OF THE UNITED STATES TRUSTEE TO THE DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BOCHETTO AND LENTZ AS SPECIAL COUNSEL**

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by and through his undersigned counsel, hereby offers the following Limited Objection (this "Objection") to the Motion of the Debtor to employ Bochetto & Lentz as Special Counsel, (the "Application"). In support of the Objection, the U.S. Trustee states as follows:

1. On April 5, 2022, the Debtor filed the Application to employ Bochetto & Lentz, as special counsel..

2. Among other things, the Application seeks to reimburse Bochetto & Lentz out of pocket expenses without court approval.

3. Both the Application and its attached proposed order (the "Proposed Order") would allow for the payment of out-of-pocket expenses without the necessity of filing fee applications in accordance with Sections 330 and 331 of the Bankruptcy Code.

4. However, payment of the expenses constitutes interim compensation, is subject to further review by the Court, and must also be approved on a final basis.

5.	The Trustee opposes the entry of Debtor's proposed Order to the extent it provides for payment of out-of-pocket expenses without prior court approval; hence the Court should strike paragraph 4 of the proposed order.

WHEREFORE, the U.S. Trustee respectfully requests that the trustee's Proposed Order be denied be denied as presented, and that paragraph 4 be stricken therefrom; and that the Court grant such other and further relief as is just under the circumstances.

Dated: April 13, 2022					Respectfully submitted,

								ANDREW R. VARA
								United States Trustee
								For Regions 3 and 9


							By:	/s/ George *M. Conway*
								George Conway, Trial Attorney
								United States Department of Justice
								Office of The United States Trustee
								Custom House, 200 Chestnut Street, Suite 502
								Philadelphia, PA 19106
								Phone: 215 597 8418
								george.m.conway@usdoj.gov