IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC. | : | BANKR. NO.  22-10609 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 13th day of April, 2022, the United States Trustee's Limited Objection of the Debtor's Motion For an Order Authorizing the Retention and Employment of Bochetto & Lentz, as Special Counsel, was served upon those parties as set forth on the attached Clerk's Service List via CM/ECF, unless otherwise noted below.

Those parties sent service by the United States First Class mail, postage prepaid, are as follows:

Scungio Borst & Associates, LLC.
2 Riverside Drive, Suite 500
Camden, NJ 08103
***(Debtor)***
***(By U.S. Mail)***

Scungio Borst & Associates, LLC**.**
4 Manchester Road
P.O. Box 203
Media, PA 19065
***(Debtor's Mailing Address)***

Aris J. Karalis, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
***(Debtor's Counsel)***
***Email:*** akaralis@karalislaw.com

Gavin P. Lentz, Esquire
Bochetto & Lentz
1524 Locust Street
Philadelphia, PA  19102
**By E-Mail:  glentz@bochettolentz.com**

Attn:  Paula Cabral, President
Portuguese Structural Steel, Inc.
255 South Street
Newark, NJ 07114
**By E-Mail: paula@portuguesesteel.com**;

Attn:  John DeFranco
MARX Sheet Metal & Mechanical, Inc.
373 High Street
Wilkes Barre, PA 18702
**By E-Mail: John.DeFranco@MarxHVAC.com;**

Attn:  Raymond Spera, Owner
Philadelphia Carpentry Systems, Inc.
5 North Columbus Boulevard
Philadelphia, PA  19106
**By E-Mail:  jbritto@philacarpsystems.com**

Attn:  Kristin Whitmyer;
Jersey Construction, Inc.
838 Piney Hollow Road
P.O. Box 557
Hammonton, NJ 08037
**By E-Mail: kwhitmyer@jci-kci.com**

Attn: Kurt Meister
2M Electric
109 Camars Drive
Warwick, PA 18974
***By E-Mail:*** *twomelectric@aol.com*;

                                        BY:    */s/ Nancy Miller*
                                                    Nancy Miller, Legal Clerk

# Mailing Information for Case 22-10609-amc

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **BENJAMIN A. ANDERSEN**  bandersen@wispearl.com, kruggieri@wispearl.com
- **ALEXANDER FRANCIS BARTH**  abarth@cohenseglias.com
- **CORINNE SAMLER BRENNAN**  cbrennan@klehr.com, swenitsky@klehr.com;nyackle@klehr.com
- **GARY DAVID BRESSLER**  gbressler@mdmc-law.com, dwhite@mdmc-law.com;scarney@mdmc-law.com
- **GEORGE M. CONWAY**  george.m.conway@usdoj.gov
- **CLAYTON W. DAVIDSON**  cdavidson@mwn.com, nwelch@mwn.com
- **Ira Evan Dorfman**  idorfman@berkpc.com
- **KERI P EBECK**  kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
- **ARIS J. KARALIS**  akaralis@karalislaw.com, jhysley@karalislaw.com
- **MICHAEL P. KELLY**  mpkpc@aol.com, r47593@notify.bestcase.com
- **TRAVIS L. KREISER**  travis.kreiser@verizon.net
- **REBECCA K. MCDOWELL**  rmcdowell@slgcollect.com, pwirth@slgcollect.com
- **NICOLE MARIE NIGRELLI**  nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
- **PETER J. NORMAN**  pnorman@klehr.com
- **DANIEL MICHAEL PEREIRA**  dpereira@stradley.com
- **PATRICK J. REILLEY**  preilley@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **ROBERT W. SEITZER**  rseitzer@karalislaw.com, jhysley@karalislaw.com
- **THOMAS P. STEVENS**  tstevens@hornwilliamson.com, vbrown@hornwilliamson.com
- **PAMELA ELCHERT THURMOND**  pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov
- **ANTHONY R. TWARDOWSKI**  artwardowski@zarwin.com
- **United States Trustee**  USTPRegion03.PH.ECF@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> **Commonwealth of Pennsylvania**
> Department of Labor & Industry
> Collections Support Unit
> PO Box 68568
> Harrisburg, PA 17121
>
> **DANIEL F.X. GEOGHAN**
> Cole Schotz P.C.
> 1325 Avenue of Americas

19th Floor
New York, NY 10019

**BARRY J. ROY**
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039

**PETER J. STROM**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**RONALD M. TUCKER**
225 West Washington Street
Indianapolis, IN 46204

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.