| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> EASTERN DISTRICT OF PENNSYLVANIA <br> *In re* <br><br> SCUNGIO BORST & ASSOCIATES, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10609 (AMC) |

## DECLARATION IN SUPPORT OF MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND PERMITTING ACTION TO PROCEED IN STATE COURT

**DAVID TOLCHIN** states the following to be true pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the State of New York, and have an application pending for admission pro hac vice to this Court. I am an associate of Jaroslawicz & Jaros PLLC, counsel for the movant Hasan Tahiraj ("**Plaintiff**" or "**Movant**").

2. The following exhibits are submitted in support of Plaintiff's motion:

   **Exhibit A**   Discloser of Insurance Policy by Debtor's pre-petition insurance-appointed counsel in the State Court Action.

   **Exhibit B**   Summons and Complaint filed pre-petition against Debtor in the *Tahiraj v. Brooklyn Kings Plaza LLC, et al.*, Index No. 513231/2016, New York State Supreme Court, Kings County (the "**State Court Action**")

   **Exhibit C**   Debtor's Answer in the State Court Action, filed by its pre-petition insurance-appointed counsel

   **Exhibit D**   Order remanding the State Court Action back to State Court a yar after it was removed to E.D.N.Y.

   **Exhibit E**   Order consolidated two other actions into the State Court Action.

Dated: April 11, 2022         JAROSLAWICZ & JAROS PLLC

                  by: _____
                  225 Broadway, 24th Floor
                  New York, New York 10007
                  (212) 227-2780
                  dtolchin@lawjaros.com
                  *Attorneys for Plaintiff*