UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HASAN TAHIRAJ,

                 Plaintiff,

-against-

BROOKLYN KINGS PLAZA LLC, SCUNGIO BORST
& ASSOCIATES, LLC, and ECLIPSE CONSTRUCTION
SERVICES, INC.,

                 Defendants.
-------------------------------------------------------------X

Civil Action No.:
1:17-cv-00167 (JBW) (LB)

STIPULATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 2 6 2018 ★
BROOKLYN OFFICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties to the above captioned action, that the above captioned case shall be remanded to the Supreme Court for the State of New York, County of Kings.

    Upon payment of the appropriate fees, if any, by the attorneys for Plaintiff, the Clerk of this Court shall transfer a complete copy of the file for this case to the Clerk of the Supreme Court of the State of New York, County of Kings.

Dated: Forest Hills, New York
         February 5, 2018

_____
BARRY LIEBMAN, ESQ.
MULLANEY & GJELAJ, PLLC
Attorneys for Plaintiff:
**HASAN TAHIRAJ**
100-09 Metropolitan Avenue
Forest Hills, New York 11375
(718) 821-8100

_____
By: IAN HANNON, ESQ.
SIMMONS JANNACE DELUCA, LLP
Attorney for Defendant:
**BROOKLYN KINGS PLAZA LLC.**
43 Corporate Drive
Hauppauge, New York 11788
631-873-4888 F: 631-873-4489

_____
By: KRISTINA SCOTTO, ESQ.
MCMAHON, MARTINE & GALLAGHER, LLP
Attorney for Defendant:
**SCUNGIO BORST & ASSOCIATES, LLC.**
55 Washington Street, 7th Floor
Brooklyn, NY 11201
(212) 747-1230

SO ORDERED:

_____
U.S.D.J.
2/12/18

**EXHIBIT D**