At an I.A.S. Part 35 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State New York on the 11 day of June 2019

PRESENT: Hon. Karen B. Rothenberg, JSC

---

Hasan Tahiraj

Plaintiff

-against-

GTL Construction, LLC

Defendant

---

Second corrected Consolidation Order

Index # 504445/2019

Upon the Notice of Motion and the affirmation in support and due deliberation had, it is now

Ordered, that the motion is granted to the extent that actions #1 and #2 are consolidated for all purposes; and it is further,

**Ordered, that upon service of a copy of this order and payment of the requisite fees, the Clerk of Kings County is directed to transfer the file of index #504445/19 and all papers contained therein to the Clerk of Kings County; and it is further,

Ordered, that the Clerk of Kings County is directed to consolidate the file of index #504445/19 into index #513231/16; and it is further,

Ordered, that the pleadings in each action shall stand as the pleadings in the consolidated action; and it is further,

Ordered, that a copy of this order with notice of entry shall be served upon all parties to the consolidated action; and it is further,

Ordered, that the caption shall read as follows:

---

Hasan Tahiraj

Plaintiff

-against-

Brooklyn Kings Plaza, LLC, Scangro Borst & Associates, LLC, Eclipse Construction Services, Inc., and GTL Construction, LLC

Defendant

---

Index # 513231/16

Compliance Conference set for June 12, 2019.

___ check if additional page annexed with more captions
** strike decretal if inapplicable

TKI 5/96

ENTER,

_____ JSC

Karen B. Rothenberg
Justice, Supreme Court

**EXHIBIT E**