*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Scungio Borst & Associates, LLC

    Debtor(s)

Case No: 22–10609–amc

Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Limited Objection of the US Trustee to the Debtor's Application to Employ Bochetto & Lentz, P.C. as Special Litigation Counsel

on: 5/4/22

at: 12:30 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/14/22

Timothy B. McGrath
Clerk of Court

65 – 61
Form 167