United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-10609-amc

Scungio Borst & Associates, LLC     Chapter 11

Scungio Borst & Associates, LLC

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Apr 18, 2022    Form ID: pdf900    Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scungio Borst & Associates, LLC, 2 Riverside Drive, Suite 500, Camden, NJ 08103-1019 |
| db | + | Scungio Borst & Associates, LLC, MAILING ADDRESS, 4 Manchester Road, P.O. Box 203, Media, PA 19065-0203 |
| aty | + | BARRY J. ROY, Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| aty | + | DANIEL F.X. GEOGHAN, Cole Schotz P.C., 1325 Avenue of Americas, 19th Floor, New York, NY 10019-6079 |
| aty | + | DAVID TOLCHIN, JAROSLAWICZ & JAROS PLLC, 225 Broadway 24th Floor, New York, NY 10007-3218 |
| aty | + | PETER J. STROM, Cole Schotz P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019-6079 |
| aty | + | RONALD M. TUCKER, 225 West Washington Street, Indianapolis, IN 46204-3435 |
| cr | + | E.B. O'Reilly Servicing Corporation, 30 West Highland Avenue, Philadelphia, PA 19118-3310 |
| cr | + | Financial Resources Federal Credit Union, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| cr | + | Hankinson & Koehler, Inc. d/b/a HK Panel Systems, 1500 Industry Road, Suite G, Hatfield, PA 19440-3271 |
| cr | + | Jersey Construction, Inc., 838 Piney Hollow Road, Post Office Box 557, Hammonton, NJ 08037, UNITED STATES 08037-0557 |
| cr | + | MARX Sheet Metal & Mechanical, Inc., 373 High Street, Wilkes Barre, PA 18702, UNITED STATES 18702-4358 |
| cr | + | Reilly Glazing, Inc., 200 E. Washington Street, Norristown, PA 19401, UNITED STATES 19401-5009 |
| cr | + | Towne & Country Roofing and Siding, Inc., 4775 Lerch Road, Bensalem, PA 19020, UNITED STATES 19020-4031 |
| cr | + | William Walter Construction Group, LLC, c/o Stradley Ronon Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7018 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Apr 18 2022 23:44:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 18 2022 23:44:00 | Commonwealth of Pennsylvania, Department of Labor & Industry, Collections Support Unit, PO Box 68568, Harrisburg, PA 17106-8568 |
| cr | + | Email/Text: cmartin@simon.com | Apr 18 2022 23:44:00 | Simon Property Group, Inc., Attn: Ronald M. Tucker, Esq., 225 W. Washington Street, Indianapolis, IN 46204-3438 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | IT Landes Company LLC, 247 Main Street, Harleysville |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 18 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

**Name**            **Email Address**

ALEXANDER FRANCIS BARTH
on behalf of Creditor MARX Sheet Metal & Mechanical Inc. abarth@cohenseglias.com

ALEXANDER FRANCIS BARTH
on behalf of Creditor Reilly Glazing Inc. abarth@cohenseglias.com

ALEXANDER FRANCIS BARTH
on behalf of Creditor Jersey Construction Inc. abarth@cohenseglias.com

ANTHONY R. TWARDOWSKI, I
on behalf of Creditor East Third Media LLC artwardowski@zarwin.com

ARIS J. KARALIS
on behalf of Debtor Scungio Borst & Associates LLC akaralis@karalislaw.com, jhysley@karalislaw.com

BENJAMIN A. ANDERSEN
on behalf of Creditor Hankinson & Koehler Inc. d/b/a HK Panel Systems bandersen@wispearl.com, kruggieri@wispearl.com

BRADFORD J. SANDLER
on behalf of Creditor Tahiraj Hasan bsandler@pszjlaw.com

CLAYTON W. DAVIDSON
on behalf of Creditor IT Landes Company LLC cdavidson@mwn.com nwelch@mwn.com

CORINNE SAMLER BRENNAN
on behalf of Creditor KPG-MCG Curtis Tenant LLC cbrennan@klehr.com, swenitsky@klehr.com;nyackle@klehr.com

DANIEL MICHAEL PEREIRA
on behalf of Creditor William Walter Construction Group LLC dpereira@stradley.com

GARY DAVID BRESSLER
on behalf of Creditor Delaware River Port Authority gbressler@mdmc-law.com dwhite@mdmc-law.com;scarney@mdmc-law.com

GEORGE M. CONWAY
on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

Ira Evan Dorfman
on behalf of Creditor Elite Painting Services LLC idorfman@berkpc.com

KERI P EBECK
on behalf of Creditor Scope FLP Pennington SM LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

MICHAEL P. KELLY
on behalf of Creditor Bristol Millwork Inc mpkpc@aol.com r47593@notify.bestcase.com

NICOLE MARIE NIGRELLI
on behalf of Creditor Alessandra Tosolini-Borst nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
on behalf of Creditor Phillip Borst nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

PATRICK J. REILLEY
on behalf of Creditor OASG Hazlet LLC preilley@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 18 |

PETER J. NORMAN
    on behalf of Creditor KPG-MCG Curtis Tenant  LLC pnorman@klehr.com

REBECCA K. MCDOWELL
    on behalf of Creditor Financial Resources Federal Credit Union rmcdowell@slgcollect.com  pwirth@slgcollect.com

ROBERT W. SEITZER
    on behalf of Debtor Scungio Borst & Associates  LLC rseitzer@karalislaw.com, jhysley@karalislaw.com

THOMAS P. STEVENS
    on behalf of Creditor DiDonato Contractors LLC tstevens@hornwilliamson.com  vbrown@hornwilliamson.com

TRAVIS L. KREISER
    on behalf of Creditor E.B. O'Reilly Servicing Corporation travis.kreiser@verizon.net

TRAVIS L. KREISER
    on behalf of Creditor Towne & Country Roofing and Siding  Inc. travis.kreiser@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| **Debtor** | : | |

# ORDER SETTING DEADLINES

**AND NOW,** pursuant to L.B.R 9014-2(a)(7), upon consideration of the Motion of Scungio Borst & Associates, LLC (the "Debtor"), Pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3), for an Order (i) Fixing a Bar Date for Filing Proofs of Claim and (ii) Approving the Bar Date Order and Related Procedures it is hereby **ORDERED** that:

1. **MAY 27, 2022** is the **DEADLINE for the filing of all CLAIMS and INTERESTS** by creditors and equity security holders **(the "Bar Date")** EXCEPT for those persons and entities described in **Paragraphs 2, 6, 7 and 8 below.**

2. **SEPTEMBER 8, 2022** is the **DEADLINE for the filing of ALL CLAIMS AND INTERESTS OF GOVERNMENTAL UNITS.**

## PLEASE TAKE NOTE:

THE FAILURE TO TIMELY FILE A PROOF OF CLAIM OR INTEREST MAY RESULT IN THE LOSS OF

- THE RIGHT TO VOTE ON ANY PROPOSED PLAN OF LIQUIDATION

- THE RIGHT TO SHARE IN ANY DISTRIBUTION OF MONEY OR PROPERTY FROM THE BANKRUPTCY ESTATE OF THE DEBTOR

3. Proofs of Claims or Interests shall be filed with:

>*Clerk*
>*United States Bankruptcy Court*
>*for the Eastern District of Pennsylvania*
>*Robert N.C. Nix Building, Suite 400*
>*900 Market Street*
>*Philadelphia, PA 19107*

4. **Proofs of Claim mailed or delivered to the Office of the Clerk (the "Clerk") will be deemed timely filed only if actually received by the Clerk on or before the Bar Date.**

5. **THE FOLLOWING PERSONS OR ENTITIES ARE *NOT REQUIRED* TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE:**

    a. any person or entity:

       (i) that has already properly filed a Proof of Claim against the Debtor with the Clerk of the Court for the United States Bankruptcy Court for the Eastern District of Pennsylvania; **or**

       (ii) whose claim is listed in the Debtor's schedules of assets and liabilities, list of equity holders, and statement of financial affairs (collectively, the "Schedules") or any amendments thereto, **and**

           (a) whose claim is **NOT** described therein as "disputed," "contingent," or "unliquidated," **and**

           (b) who does **NOT** dispute the amount or classification of its claim as set forth in the Schedules;

    b. any person or entity whose claim against the Debtor has been allowed by an Order of the Court entered on or before the Bar Date or that has been paid with court authorization before the Bar Date;

    c. any person or entity that asserts an administrative expense claim against the Debtor pursuant to section 503(b) of the Bankruptcy Code; and

    d. professionals retained by the Debtor pursuant to Orders of this Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330, 331 and 503(b) of the Bankruptcy Code.

6. **ANY CLAIM ARISING FROM THE REJECTION OF AN EXECUTORY CONTRACT OR REJECTION OF AN UNEXPIRED LEASE SHALL BE FILED ON OR BEFORE THE LATER OF:**

    a. May 27, 2022; or

        b.        thirty-five (35) days after the effective date of the rejection as set forth in the order of rejection.

7. **IF THE DEBTOR AMENDS THE SCHEDULES AFTER THE DATE OF THIS ORDER,** to designate any claim as contingent, unliquidated or disputed, or amends the Schedules to reduce the amount or classification of a Claim previously listed:

   a. the Debtor shall **forthwith** provide notice (the "Amendment Notice") to the Claimant of the amendment(s), describing with particularity the prior classification and amount of the claim originally set forth in the Schedules and the changes thereto resulting from the amendment;

   b. the Claimant shall have **until the later of the Bar Date or thirty-five (35) days after service of the Amendment Notice** in which to file a proof of claim.

8. **On or before April 22, 2022,** the Debtor shall serve on all creditors, interest holders and other parties in interest, including all persons and entities who have filed an entry of appearance or a request for notices under Fed. R. Bankr. P. 2002 and all entities that may be entitled to notice under Fed. R. Bankr. P. 2002(j), copies of:

   a. **this Order;** and

   b. a **Proof of Claim Form** that conforms substantially to Official Form No. 10.

9. For purposes of Paragraph 8, the date of this order shall be the **"Record Holder Date,"** i.e., the date used to determine which holders of claims and interests shall be entitled to receive notice of the Bar Date and to vote on the Plan.

10. Promptly after complying with the service requirements of Paragraph 8 above, the Debtor shall file a Certification of Service therefor.

BY THE COURT:

Date: April 18, 2022

ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

3