# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Motion of Debtor for Entry of an Order Authorizing the (I) Rejection of a Non-Residential Real Property Lease Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 and (II) Abandonment of Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a) (the "Motion"), and after notice to parties in interest and a hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Lease Agreement by and between Delaware River Port Authority of Pennsylvania and New Jersey, as Landlord, and Scungio Borst & Associates, LLC, as Tenant, dated October 24, 2005, as amended, for the premises located at One Port Center, 2 Riverside Drive, Suites 500 and 506, Camden, NJ 08103 (the "Premises") is hereby **REJECTED** effective as of the date of the filing of the Motion.

3. All personal property located at the Premises is hereby **ABANDONED** by the Debtor effective as of the date of the filing of the Motion.

**BY THE COURT:**

Dated: _____     _____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE