IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, do hereby certify that on the 21st day of April, 2022, I caused to be served a copy of the Notice of Motion, Response Deadline and Hearing Date on the Motion of Debtor for Entry of an Order Authorizing the (I) Rejection of a Non-Residential Real Property Lease Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 and (II) Abandonment of Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a) upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Debtor*

Dated: April 21, 2022

**VIA U.S. FIRST CLASS MAIL**

Federal Resources Financial Credit Union
520 Route 22 East
Bridgewater, NJ 08807

Jersey Construction, Inc.
838 Piney Hollow Road
P.O. Box 557
Hammonton, NJ 08037

MARX Sheet Metal & Mechanical Inc.
373 High Street
Wilkes Barre, PA 18702

Louis N. Rothberg & Son, Inc.
550 Cedar Avenue
Middlesex, NJ 08846

IT Landes Company
247 Main Street
Harleysville, PA 19438

2M Electric LLC
109 Camars Drive
Warwick, PA 18974

Philadelphia Carpentry Systems
5 N. Columbus Blvd., Pier 5
Philadelphia, PA 19103

William Walter Construction Group LLC
1431 N. Tuckahoe Road
Williamstown, NJ 08094

Reilly Glazing Inc.
200 E. Washington Street
Norristown, PA 19401

RDL Construction LLC
1044 Industrial Drive, Unit 1
West Berlin, NJ 08091

1st Black Hawk LLC
715 East Nields Street
West Chester, PA 19382

Fromkin Brothers Inc.
4510 Adam Circle, Unit E
Bensalem, PA 19020

Cippco Inc.
9323 Keystone Street
Philadelphia, PA 19114

Edward B. O'Reilly & Associates, Inc.
30 West Highland Avenue
Philadelphia, PA 19118

Mayfield Site Contractors
596 Swedeland Road
King of Prussia, PA 19406

Portugese Structural Steel, Inc.
255 South Street
Newark, NJ 07114

Bristol Millwork Inc.
4560 Tacony Street
Philadelphia, PA 19124

VIP Construction Services, Inc.
15 Fresh Ponds Road
Monroe Twp., NJ 08831

Avon Brothers, Inc.
5021 Industrial Road
Farmingdale, NJ 07727