In re: Scungio Borst & Associates, LLC
           Debtor

Case No.  22-010609 (AMC)
Reporting Period: March 31, 2022

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 99745.03 | 13732.54 | 0 | 1411.1 | 114888.67 | | 114888.67 | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACCOUNTS RECEIVABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LOANS AND ADVANCES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRANSFERS (FROM DIP ACCTS) | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | 0 | 0 |
| TOTAL RECEIPTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0 | 2950.91 | 0 | 0 | 2950.91 | | 2950.91 | |
| PAYROLL TAXES | 0 | 1242.8 | 0 | 0 | 1242.8 | | 1242.8 | |
| SALES, USE, & OTHER TAXES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| INVENTORY PURCHASES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| SECURED/ RENTAL/ LEASES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| INSURANCE | 0 | 0 | 0 | 0 | 0 | | 0 | |
| ADMINISTRATIVE | 0 | 506.36 | 0 | 0 | 506.36 | | 506.36 | |
| SELLING | 0 | 0 | 0 | 0 | 0 | | 0 | |
| OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 | 0 | | 0 | |
| | | | | | | | 0 | |
| OWNER DRAW * | 0 | 0 | 0 | 0 | 0 | | 0 | |
| TRANSFERS (TO DIP ACCTS) | 0 | 0 | 0 | 0 | 0 | | 0 | |
| | | | | | | | 0 | |
| PROFESSIONAL FEES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| U.S. TRUSTEE QUARTERLY FEES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| COURT COSTS | 0 | 0 | 0 | 0 | 0 | | 0 | |
| TOTAL DISBURSEMENTS | 0 | 4700.07 | 0 | 0 | 4700.07 | 0 | 4700.07 | 0 |
| | | | | | | | | |
| NET CASH FLOW | 0 | -4700.07 | 0 | 0 | -4700.07 | 0 | -4700.07 | 0 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | 99745.03 | 9032.47 | 0 | 1411.1 | 110188.6 | | 110188.6 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 4700.07 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 4700.07 |

In re: Scungio Borst & Associates, LLC
　　　　　　　　　　　　Debtor

Case No. 22-10609(AMC)
Reporting Period: March 31, 2022

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $ 110,188.60 | $ 115,082.19 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | $ - | $ - |
| Accounts Receivable (Net) | $ 2,327,758.07 | $ 2,327,758.07 |
| Notes Receivable | $ - | $ - |
| Inventories | $ - | $ - |
| Prepaid Expenses | $ - | $ - |
| Professional Retainers | $ - | $ - |
| Other Current Assets (attach schedule) | $ 37,220.00 | $ 37,220.00 |
| *TOTAL CURRENT ASSETS* | *$ 2,475,166.67* | *$ 2,480,060.26* |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $ - | $ - |
| Machinery and Equipment | $ - | $ - |
| Furniture, Fixtures and Office Equipment | $ - | $ - |
| Leasehold Improvements | $ - | $ - |
| Vehicles | $ - | $ - |
| Less Accumulated Depreciation | $ - | $ - |
| *TOTAL PROPERTY & EQUIPMENT* | *$ -* | *$ -* |
| **OTHER ASSETS** | | |
| Loans to Insiders* | $ - | $ - |
| Other Assets (attach schedule)** | $ 1,553,642.26 | $ 1,553,642.26 |
| *TOTAL OTHER ASSETS* | *$ 1,553,642.26* | *$ 1,553,642.26* |
| **TOTAL ASSETS**\*\* | **$ 4,028,808.93** | **$ 4,033,702.52** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | $ - | $ - |
| Taxes Payable (refer to FORM MOR-4) | $ - | $ - |
| Wages Payable | $ - | $ - |
| Notes Payable | $ - | $ - |
| Rent / Leases - Building/Equipment | $ 8,225.01 | $ - |
| Secured Debt / Adequate Protection Payments | $ - | $ - |
| Professional Fees | $ - | $ - |
| Amounts Due to Insiders* | $ - | $ - |
| Other Postpetition Liabilities (attach schedule) | $ 1,602.64 | $ - |
| *TOTAL POSTPETITION LIABILITIES* | *$ 9,827.65* | *$ -* |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $ 4,144,328.72 | $ 4,144,328.72 |
| Priority Debt | $ 3,470.07 | $ 3,470.07 |
| Unsecured Debt | $ 8,216,566.74 | $ 8,216,566.74 |
| *TOTAL PRE-PETITION LIABILITIES* | *$ 12,364,365.53* | *$ 12,364,365.53* |
| *TOTAL LIABILITIES* | *$ 12,374,193.18* | *$ 12,364,365.53* |
| **COMPANY EQUITY/NET WORTH** | **$ (8,345,384.25)** | **$ (8,330,663.01)** |
| **OWNER EQUITY** | | |
| Capital Stock | $ - | $ - |
| Additional Paid-In Capital | $ - | $ - |
| Partners' Capital Account | $ (53,402.52) | $ (53,402.52) |
| Owner's Equity Account | $ - | $ - |
| Retained Earnings - Pre-Petition | $ 2,835,489.87 | $ 2,835,489.87 |
| Retained Earnings - Postpetition | $ - | $ - |
| Adjustments to Owner Equity (attach schedule) | $ (11,127,471.60) | $ - |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | $ - | $ - |
| *NET OWNER EQUITY* | *$ (8,345,384.25)* | *$ 2,782,087.35* |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$ 4,028,808.93** | **$ 15,146,452.88** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re
    Debtor: Scungio Borst & Associates, LLC

Case No.  22-10609(AMC)
Reporting Period: March 31, 2022

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Sarina Chaudry - House Rental for out-of-town personnel | $ 3,200.00 | $ 3,200.00 |
| Security Deposti - Brandywine Executive Ctr aka TKO Suites | $ 1,200.00 | $ 1,200.00 |
| Security Deposit - Delaware  River Port Authority Main Office | $ 5,750.00 | $ 5,750.00 |
| Office Furniture | $ 2,800.00 | $ 2,800.00 |
| Office Fixtures | $ 1,000.00 | $ 1,000.00 |
| 2003 Proline 23 Sport | $ 14,090.00 | $ 14,090.00 |
| Load-Rite Tandem Trailer | $ 1,075.00 | $ 1,075.00 |
| 2010 Carolina Skiff | $ 7,810.00 | $ 7,810.00 |
| 2010 Boat Trailer | $ 295.00 | $ 295.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL OTHER CURRENT ASSETS* | *$ 37,220.00* | *$ 37,220.00* |
| **Other Assets** | | |
| Employee Retention Credit 2020 Q2 941-X | $ 8,081.39 | $ 8,081.39 |
| Employee Retention Credit 2020 Q3 941-X | $ 126,680.17 | $ 126,680.17 |
| Employee Retention Credit 2020 Q4 941-X | $ 8,892.82 | $ 8,892.82 |
| Employee Retention Credit 2021 Q1 941-X | $ 198,724.00 | $ 198,724.00 |
| Employee Retention Credit 2021 Q2 941-X | $ 138,728.77 | $ 138,728.77 |
| Employee Retention Credit 2021 Q3 941-X | $ 212,150.22 | $ 212,150.22 |
| Due from Millennial Place - BOE | $ 235,510.75 | $ 235,510.75 |
| Loan to Chris DiGeorge | $ 5,000.00 | $ 5,000.00 |
| Loan to 418 Federal Partners (Library) | $ 619,874.14 | $ 619,874.14 |
| Mechanics Lien - SBA v. KPG-MCG Curtis Tenant et. al. | Unknown | Unknown |
| SBA v. KPG-MCG Curtis Tenant, DAS et. al. | Unknown | Unknown |
| | | |
| | | |
| *TOTAL OTHER ASSETS* | *$ 1,553,642.26* | *$ 1,553,642.26* |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL OTHER POSTPETITIONS LIABILITIES* | $ - | $ - |
| **Adjustments to Owner Equity** | | |
| | | |
| Net Income | $ (1,109,175.58) | $ - |
| Adjustment Pending Resolution of the Litigation | $ (10,018,296.02) | $ - |
| | | |
| | | |
| *TOTAL ADJUSTMENTS TO OWNER EQUITY* | *$ (11,127,471.60)* | *$ -* |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |
| | | |
| | | |
| *TOTAL POSTPETITIONS CONTRIBUTIONS* | *$ -* | *$ -* |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

In re    Scungio Borst & Associates, LLC                    Case No.  22-10609(AMC)
    Debtor                                              Reporting Period.: March 31, 2022

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date |
|---|---|---|---|
| Gross Revenues | $ | - | $ | - |
| Less:  Returns and Allowances | $ | - | $ | - |
| Net Revenue | $ | - | $ | - |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | $ | - | $ | - |
| Add: Purchases | $ | - | $ | - |
| Add: Cost of Labor | $ | - | $ | - |
| Add: Other Costs (attach schedule) | $ | - | $ | - |
| Less: Ending Inventory | $ | - | $ | - |
| Cost of Goods Sold | $ | - | $ | - |
| Gross Profit | $ | - | $ | - |
| **OPERATING EXPENSES** | | | |
| Advertising | $ | - | $ | - |
| Auto and Truck Expense | $ | - | $ | - |
| Bad Debts | $ | - | $ | - |
| Contributions | $ | - | $ | - |
| Employee Benefits Programs | $ | - | $ | - |
| Insider Compensation* | $ | - | $ | - |
| Insurance | $ | - | $ | - |
| Management Fees/Bonuses | $ | - | $ | - |
| Office Expense | $ | - | $ | - |
| Pension & Profit-Sharing Plans | $ | - | $ | - |
| Repairs and Maintenance | $ | - | $ | - |
| Rent and Lease Expense | $ | - | $ | - |
| Salaries/Commissions/Fees | $ | 2,950.91 | $ | 2,950.91 |
| Supplies | $ | - | $ | - |
| Taxes - Payroll | $ | 1,242.80 | $ | 1,242.80 |
| Taxes - Real Estate | $ | - | $ | - |
| Taxes - Other | $ | - | $ | - |
| Travel and Entertainment | $ | - | $ | - |
| Utilities | $ | - | $ | - |
| Other (attach schedule) | $ | 506.36 | $ | 506.36 |
| Total Operating Expenses Before Depreciation | $ | 4,700.07 | $ | 4,700.07 |
| Depreciation/Depletion/Amortization | $ | - | $ | - |
| Net Profit (Loss) Before Other Income & Expenses | $ | (4,700.07) | $ | (4,700.07) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | $ | - | $ | - |
| Interest Expense | $ | - | $ | - |
| Other Expense (attach schedule) | $ | - | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ | (4,700.07) | $ | (4,700.07) |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | $ | - | $ | - |
| U. S. Trustee Quarterly Fees | $ | - | $ | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $ | - | $ | - |
| Gain (Loss) from Sale of Equipment | $ | - | $ | - |
| Other Reorganization Expenses (attach schedule) | $ | - | $ | - |
| Total Reorganization Expenses | $ | - | $ | - |
| Income Taxes | $ | - | $ | - |
| Net Profit (Loss) | $ | (4,700.07) | $ | (4,700.07) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Scungio Borst & Associates, LLC
Debtor

Case No.  22-10609(AMC)
Reporting Period: March 31, 2022

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 2,327,758.07 | |
| + Amounts billed during the period | 0.00 | |
| - Amounts collected during the period | 0.00 | |
| Total Accounts Receivable at the end of the reporting period | 2,327,758.07 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | 0.00 | |
| 31 - 60 days old | 710,017.57 | |
| 61 - 90 days old | 521,988.48 | |
| 91+ days old | 2,190,613.72 | |
| Total Accounts Receivable | 3,422,619.77 | |
| Amount considered uncollectible (Bad Debt) | -1,094,861.70 | |
| Accounts Receivable (Net) | 2,327,758.07 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | ✓ |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | ✓ |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | ✓ | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | ✓ | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

FORM MOR-5
(04/07)

In re: Scungio Borst & Associates, LLC    Case No.  22-10609(AMC)
    Debtor    Reporting Period: March 31, 2022

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | 0 | 297.16 | 297.16 | 3/28/2022 | EFT | 0 |
| FICA-Employer | 0 | 297.17 | 297.17 | 3/28/2022 | EFT | 0 |
| Unemployment | 0 | 0 | 0 | | 0 | 0 |
| Income | 0 | 463.69 | 463.69 | 3/28/2022 | EFT | 0 |
| Other: | $ - | | | | | |
| Total Federal Taxes | 0 | 1058.02 | 1058.02 | | | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | 0 | 0 | 0 | | | 0 |
| Excise | 0 | 0 | 0 | | | 0 |
| Unemployment | 0 | 45.26 | 45.26 | 3/28/2022 | EFT | 0 |
| Income | 0 | 118.55 | 118.55 | 3/28/2022 | EFT | 0 |
| Real Property | 0 | 0 | 0 | | | 0 |
| Personal Property | 0 | 0 | 0 | | | 0 |
| Other:NJ Disability, NJ Work Dev | 0 | 20.97 | 20.97 | 3/28/2022 | EFT | 0 |
| Total State and Local | 0 | 184.78 | 184.78 | | | 0 |
| **Total Taxes** | **0** | **1242.8** | **1242.8** | | | **0** |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building (1) | 8225.01 | 8225.01 | 0 | 0 | 0 | 8225.01 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: Storage Units (2) | 1602.64 | 1602.64 | 0 | 0 | 0 | 1602.64 |
| Other: | 0 | | 0 | 0 | 0 | 0 |
| **Total Postpetition Debts** | **9827.65** | **9827.65** | **0** | **0** | **0** | **9827.65** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Rent/Leases-Building

    (1) 2 Riverside Drive, Suite 500 Office:  Rent due for 3/11/22 through 3/31/2022;  Office to close as of 4/30/2022
       and Delaware Office, Rent paid for Q1; Rent due for April 2022 and May 2022, Office to close as of 5/30/2022.
    (2) Storage Units: two original to be closed 4/30/2022; One new to be open 4/18/2022 for long term file storage.

*"Insider" is defined in 11 U.S.C. Section 101(31).

12:31 PM

04/19/22

**Scungio Borst & Associates**
**Transaction List by Date**
March 15 - 31, 2022

| Type | Date | Num | Name | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Mar 15 - 31, 22** | | | | | | | | |
| Check | 03/28/2022 | | Paychex | 1006 · DIP SBA Payroll | X | 6564 · Payroll | | 2,950.91 |
| Check | 03/28/2022 | | Paychex TPS Taxes | 1006 · DIP SBA Payroll | X | 6821 · Payroll t... | | 1,242.80 |
| Check | 03/28/2022 | | Paychex | 1006 · DIP SBA Payroll | X | 6287 · H/R & P... | | 506.36 |
| **Mar 15 - 31, 22** | | | | | | | | |

0903 1708-2676  Scungio Borst & Associates LLC

# CASH REQUIREMENTS

THIS REPORT SUMMARIZES YOUR PAYROLL TRANSACTIONS FOR THE CHECK DATE 03/25/22. IT DOES NOT REFLECT MISCELLANEOUS ADMINISTRATIVE CHARGES.

**IMPORTANT COVID-19 INFORMATION: If you filed IRS Form 7200, please notify your Paychex representative to avoid owing a balance at the end of the quarter and ensure your Form 941 is accurate.**

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 03/28/22 | TD BANK | xxxxxxxxxxxxx427 | Direct Deposit | Net Pay Allocations | 2,950.91 | 2,950.91 |
| 03/28/22 | TD BANK | xxxxxxxxxxxxx427 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 240.84 | |
| | | | | Medicare | 56.32 | |
| | | | | Fed Income Tax | 463.69 | |
| | | | | NJ Income Tax | 118.55 | |
| | | | | NJ Disability | 10.88 | |
| | | | | NJ Unemploy | 14.86 | |
| | | | | NJ EE Work Dev | 1.65 | |
| | | | | Total Withholdings | 906.79 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 240.84 | |
| | | | | Medicare | 56.33 | |
| | | | | NJ Disability | 3.88 | |
| | | | | NJ Unemploy | 30.40 | |
| | | | | NJ ER Work Dev | 4.56 | |
| | | | | Total Liabilities | 336.01 | 1,242.80 |
| | | | | EFT FOR 03/28/22 | | 4,193.71 |
| | | | | TOTAL EFT (Does not reflect administrative charges) | | 4,193.71 |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES -** *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 03/25/22 | Refer to your records for account Information | | Payroll | Employee Deductions | | |
| | | | | TO-PX401EEPRE | 26.92 | |
| | | | | Total Deductions | 26.92 | |
| | | | | TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (Does not reflect administrative charges) | | 26.92 |

0903 1708-2676  Scungio Borst & Associates LLC
Run Date 03/25/22  10:08 AM

Period Start - End Date   03/20/22 - 04/02/22
Check Date   03/25/22

Cash Requirements
Page 1 of 2
CASHREQ

**0903 1708-2676** Scungio Borst & Associates LLC

# CASH REQUIREMENTS

**THIS REPORT SUMMARIZES YOUR PAYROLL TRANSACTIONS FOR THE CHECK DATE 03/25/22. IT DOES NOT REFLECT MISCELLANEOUS ADMINISTRATIVE CHARGES.**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 03/30/22 | Taxpay® | FED IT PMT Group | 1,058.02 |
| 03/30/22 | Taxpay® | NJ Income Tax | 118.55 |

**0903 1708-2676** Scungio Borst & Associates LLC
Run Date 03/25/22  10:08 AM

Period Start - End Date    03/20/22 - 04/02/22
Check Date                 03/25/22

Cash Requirements
Page 2 of 2
CASHREQ



# Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT



| | |
|---|---|
| SCUNGIO BORST AND ASSOCIATES LLC | |
| 2 RIVERSIDE DRIVE | |
| SUITE 500 | |
| CAMDEN NJ 08103 | |

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 14 2022-Mar 31 2022 |
| Cust Ref #: | 4408697302-039-T-### |
| Primary Account #: | 440-8697302 |

## Overdraft Policy Change Effective April 8, 2022

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $10, you may now overdraw your account by up to $50 without TD charging you an overdraft fee.

For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis. Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

SCUNGIO BORST AND ASSOCIATES LLC                                 Account # 440-8697302

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 99,745.03 |
| Deposits | 979.02 | Interest Earned This Period | 0.00 |
| Other Credits | 98,766.01 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 99,745.03 | Days in Period | 18 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | DEPOSIT | 979.02 |
| | Subtotal: | 979.02 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | DEPOSIT TRANSFER, From Checking 7860634109 | 98,766.01 |
| | Subtotal: | 98,766.01 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/14 | 0.00 | 03/14 | 99,745.03 |

1:00 PM

04/06/22

# Scungio Borst & Associates
## Reconciliation Summary
### 1005 · DIP SBA Operations-7302, Period Ending 03/31/2022

|  | Mar 31, 22 |  |
|---|---|---|
| **Beginning Balance** |  | 0.00 |
| **Cleared Transactions** |  |  |
| Deposits and Credits - 2 items | 99,745.03 |  |
| **Total Cleared Transactions** | 99,745.03 |  |
| **Cleared Balance** |  | 99,745.03 |
| **Register Balance as of 03/31/2022** |  | 99,745.03 |
| **New Transactions** |  |  |
| Deposits and Credits - 6 items | 4,546.28 |  |
| **Total New Transactions** | 4,546.28 |  |
| **Ending Balance** |  | 104,291.31 |

1:00 PM

04/06/22

# Scungio Borst & Associates
## Reconciliation Detail
### 1005 · DIP SBA Operations-7302, Period Ending 03/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 03/14/2022 | | | X | 979.02 | 979.02 |
| Transfer | 03/14/2022 | | | X | 98,766.01 | 99,745.03 |
| Total Deposits and Credits | | | | | 99,745.03 | 99,745.03 |
| Total Cleared Transactions | | | | | 99,745.03 | 99,745.03 |
| **Cleared Balance** | | | | | 99,745.03 | 99,745.03 |
| Register Balance as of 03/31/2022 | | | | | 99,745.03 | 99,745.03 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 04/04/2022 | | | | 148.93 | 148.93 |
| Deposit | 04/04/2022 | | | | 148.93 | 297.86 |
| Deposit | 04/04/2022 | | | | 163.99 | 461.85 |
| Deposit | 04/04/2022 | | | | 935.38 | 1,397.23 |
| Deposit | 04/04/2022 | | | | 1,443.07 | 2,840.30 |
| Deposit | 04/04/2022 | | | | 1,705.98 | 4,546.28 |
| Total Deposits and Credits | | | | | 4,546.28 | 4,546.28 |
| Total New Transactions | | | | | 4,546.28 | 4,546.28 |
| **Ending Balance** | | | | | 104,291.31 | 104,291.31 |

Page 1

 **Bank**

America's Most Convenient Bank®                 T        STATEMENT OF ACCOUNT

 

SCUNGIO BORST AND ASSOCIATES LLC
PAYROLL                    ——
2 RIVERSIDE DRIVE
SUITE 500
CAMDEN NJ  08103

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 14 2022-Mar 31 2022 |
| Cust Ref #: | 4408697427-039-T-### |
| Primary Account #: | 440-8697427 |

## Overdraft Policy Change Effective April 8, 2022

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access:  TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $10, you may now overdraw your account by up to $50 without TD charging you an overdraft fee.

For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

SCUNGIO BORST AND ASSOCIATES LLC                                   Account # 440-8697427
PAYROLL

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 11,939.44 |
| Deposits | 13,732.54 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 4,700.07 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 9,032.47 | Days in Period | 18 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/14 | DEPOSIT | | 13,732.54 |
| | | Subtotal: | 13,732.54 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/28 | CCD DEBIT, PAYCHEX INC. PAYROLL ****1500016909X | | 2,950.91 |
| 03/28 | CCD DEBIT, PAYCHEX TPS TAXES ****3600000280X | | 1,242.80 |
| 03/28 | CCD DEBIT, PAYCHEX EIB INVOICE X****2600000327 | | 506.36 |
| | | Subtotal: | 4,700.07 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/14 | 0.00 | 03/28 | 9,032.47 |
| 03/14 | 13,732.54 | | |

1:55 PM

04/06/22

## Scungio Borst & Associates
## Reconciliation Summary
### 1006 · DIP SBA Payroll, Period Ending 03/31/2022

|  | Mar 31, 22 |  |
|---|---|---|
| **Beginning Balance** |  | 0.00 |
| Cleared Transactions |  |  |
| Checks and Payments - 3 items | -4,700.07 |  |
| Deposits and Credits - 2 items | 13,732.54 |  |
| **Total Cleared Transactions** | 9,032.47 |  |
| **Cleared Balance** |  | 9,032.47 |
| **Register Balance as of 03/31/2022** |  | 9,032.47 |
| **Ending Balance** |  | 9,032.47 |

1:55 PM

04/06/22

# Scungio Borst & Associates
## Reconciliation Detail
### 1006 · DIP SBA Payroll, Period Ending 03/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 03/28/2022 | | Paychex | X | -2,950.91 | -2,950.91 |
| Check | 03/28/2022 | | Paychex TPS Taxes | X | -1,242.80 | -4,193.71 |
| Check | 03/28/2022 | | Paychex | X | -506.36 | -4,700.07 |
| Total Checks and Payments | | | | | -4,700.07 | -4,700.07 |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 03/14/2022 | | | X | 157.07 | 157.07 |
| Transfer | 03/14/2022 | | | X | 13,575.47 | 13,732.54 |
| Total Deposits and Credits | | | | | 13,732.54 | 13,732.54 |
| Total Cleared Transactions | | | | | 9,032.47 | 9,032.47 |
| **Cleared Balance** | | | | | 9,032.47 | 9,032.47 |
| Register Balance as of 03/31/2022 | | | | | 9,032.47 | 9,032.47 |
| **Ending Balance** | | | | | 9,032.47 | 9,032.47 |



**Financial Resources**
Federal Credit Union
*Putting People First*

Phone
1-800-933-3280
Email
frfcu@finresc.org
Website
www.myfinancialresources.org

NCUA

520 US Highway 22 East, Bridgewater NJ 08807-2410
Return Service Requested

| Customer Statement | | Pg 1 of 3 |
|---|---|---|
| **Account Number:** | | xxxxxxxx3731 |
| **Statement Date:** | Mar 01, 2022 thru Mar 31, 2022 | |

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Free Business Checking | xxxxxxxx3731 | $1,401.10 |
| Business Membership Savings | xxxxxxxx1288 | $10.00 |

SCUNGIO BORST ASSOCIATES LLC
2 RIVERSIDE DRIVE
SUITE 500
CAMDEN NJ 08103-1054

## Free Business Checking - xxxxxxxx3731

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE.** | | | **$1,437.55** |
| Mar 03 | Descriptive Withdrawal Shortage - February Payment | -36.45 | | 1,401.10 |
| | **ENDING BALANCE** | | | **$1,401.10** |

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Mar 03 | 1,401.10 | | | | | | |

### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Mar 01, 2022 | 1,437.55 | 0.00 | 0.00 | 36.45 | 0.00 | 1,401.10 |

## Business Membership Savings - xxxxxxxx1288

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$10.00** |
| | No activity this period. | | | |
| | **ENDING BALANCE** | | | **$10.00** |

# Introducing Your NEW Statement

We hope you will agree that this new format
is easier to read and gives you more information.
*If you have any questions, please contact your local branch.*

01K7AB_BK_COCC_M000



**Financial Resources**
Federal Credit Union
*Putting People First*

| Customer Statement | Pg 3 of 3 |
|---|---|

**Account Number:** xxxxxxxx3731
**Statement Date:** Mar 01, 2022 thru Mar 31, 2022

## Interest Summary

| Avg. Daily Balance | Min. Balance for Period | Interest Period | Days in Period | Interest Earned | Annual Percentage Yield Earned | Interest Paid YTD |
|---|---|---|---|---|---|---|
| 10.00 | 10.00 | Mar 01, 2022 - Mar 31, 2022 | 31 | 0.00 | 0.00% | 0.00 |

## Interest Rate Summary

| Date | Rate% | Date | Rate% | Date | Rate% | Date | Rate% |
|---|---|---|---|---|---|---|---|
| Mar 20 | 0.01% | | | | | | |

## Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Mar 01, 2022 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |

## Statement Summary

| Account Number | Product Description | Maturity Date | Rate | Balance |
|---|---|---|---|---|
| xxxxxxxx3731 | Free Business Checking | | | $1,401.10 |
| xxxxxxxx1288 | Business Membership Savings | | 0.01% | $10.00 |

# Scungio Borst & Associates
## Reconciliation Detail
### 1021 · Free Business Checking, Period Ending 03/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,437.55 |
|     **Cleared Transactions** | | | | | | |
|         **Checks and Payments - 1 Item** | | | | | | |
| Check | 03/03/2022 | | Financial Resource ... | X | -36.45 | -36.45 |
|         Total Checks and Payments | | | | | -36.45 | -36.45 |
|     Total Cleared Transactions | | | | | -36.45 | -36.45 |
| Cleared Balance | | | | | -36.45 | 1,401.10 |
| Register Balance as of 03/31/2022 | | | | | -36.45 | 1,401.10 |
| **Ending Balance** | | | | | **-36.45** | **1,401.10** |

2:00 PM

04/06/22

# Scungio Borst & Associates
## Reconciliation Detail
### 1022 · Business Savings, Period Ending 03/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 10.00 |
| Cleared Balance | | | | | | 10.00 |
| Register Balance as of 03/31/2022 | | | | | | 10.00 |
| **Ending Balance** | | | | | | **10.00** |