IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SCUNGIO BORST & ASSOCIATES, LLC,<br><br>                                         Debtor | Chapter 11<br><br>Case No. 22-10609 (AMC) |

**ORDER**

AND NOW, this ____ day of _____, 2022, upon consideration of the Motion of KPG-MCG Curtis Tenant, LLC ("KPG-MCG") for an Order Modifying the Automatic Stay Under 11 U.S.C. § 362(d) to Permit the Continuation of Certain Pre-Petition Litigation for the Limited Purpose of Liquidating Claims and a Waiver of the Fourteen Day Stay of Such Order Under Federal Rule of Bankruptcy Procedure 4001(a)(3) (the "Motion"), it is hereby ORDERED that:

1.     The Motion is GRANTED;

2.     The automatic stay of 11 U.S.C. § 362(a) is MODIFIED to permit KPG-MCG's full participation (including prosecution and defense) in the following cases for the purpose of liquidating claims in which KPG-MCG has an interest:

      a.     *Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant, LLC, et al.*, October Term 2018, Case No. M0013.

      b.     *Scungio Borst & Associates, LLC v. KPG-MCG Curtis Tenant LLC*, February Term 2019, Case No. 00666.

      c.     *KPG-MCG Curtis Tenant, LLC v. Scungio Borst & Associates, LLC, et al.*, November Term 2018, Case No. 01154.

1

    d. *Component Assembly Systems Inc. v. KPG-MCG Curtis Tenant LLC et al.*, Court of Common Pleas of Philadelphia County, August Term 2019, Case No. 02079.

   3. This order shall survive the conversion, dismissal, or termination of this bankruptcy case, and shall be binding upon the debtor and/or any trustee presently acting or subsequently appointed to this or any subsequent bankruptcy case filed by the debtor; and

   4. This order is not stayed pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and is effective immediately.

           SO ORDERED:

           _____
           HON. ASHELY M. CHAN
           United States Bankruptcy Judge