**EXHIBIT A**
**Photographs of Abandoned Equipment**





















































