# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SCUNGIO BORST & ASSOCIATES, LLC, | ) Case No. 22-10609(AMC) |
| | ) |
| Debtor. | ) |

## ORDER

**AND NOW**, upon consideration of the Motion of Debtor for Entry of an Order Authorizing the (I) Rejection of a Non-Residential Real Property Lease Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 and (II) Abandonment of Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a) (the "Motion"), and after notice to parties in interest and a hearing on the Limited Objection filed to the Motion by the Delaware River Port Authority of Pennsylvania and New Jersey ("DRPA"); it is hereby ORDERED that:

1. The Motion is **GRANTED**.

2. The Lease Agreement by and between Delaware River Port Authority of Pennsylvania and New Jersey, as Landlord, and Scungio Borst & Associates, LLC, as Tenant, dated October 24, 2005, as amended, for the premises located at One Port Center, 2 Riverside Drive, Suites 500 and 506, Camden, New Jersey (the "Premises") is hereby **REJECTED** effective as of the entry of this Order.

3. All personal property located at the Premises is hereby **ABANDONED** to DRPA effective as of the entry of this Order with DRPA permitted to sell, remove, or other dispose of this property. DRPA shall be permitted to apply any proceeds from the sale of this property to its unsecured claim and shall be permitted to add onto its unsecured claim any costs associated with selling, removing or otherwise disposing of this property.

4. This Order shall take effect and be fully enforceable immediately upon entry of this Order. Notwithstanding any Bankruptcy Rule or other applicable law, there shall be no stay of execution or effectiveness of this Order.

**BY THE COURT**:

Dated: _____          _____
                                ASHELY M. CHAN
                                UNITED STATES BANKRUPTCY JUDGE