## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | ) Case No. 22-10609 (AMC) |
| Debtor. | ) |

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on Tuesday, May 3, 2022, the *Limited Objection of Delaware River Port Authority of Pennsylvania and New Jersey to the Debtor's Motion Authorizing the (I) Rejection of a Non-Residential Real Property lease Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 and (II) Abandonment of Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a)* was e-filed in the above-captioned chapter 11 case and served by CM/ECF on all parties registered to receive such notifications. Additionally, the following parties were served electronically:

| | |
|---|---|
| Aris J. Karalis, Esq.<br>Robert W. Seitzer, Esq.<br>Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA  19103<br>akaralis@karalislaw.com<br>rseitzer@karalislaw.com<br><br>*Counsel to Debtor* | George M. Conway, Esq.<br>200 Chestnut Street<br>Suite 502, U.S. Customs House<br>Philadelphia, PA  19106<br>George.m.conway@usdoj.gov<br><br>*United States Trustee* |

| | |
|---|---|
| Turner N. Falk, Esq.<br>Edmond M. George, Esq.<br>Michael D. Vagnoni, Esq.<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA  19102<br>Turner.falk@obermayer.com<br>Edmond.george@obermayer.com<br>Michael.vagnoni@obermayer.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |

MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP

 */s/ Gary D. Bressler*
Gary D. Bressler, Esq.
Gaston P. Loomis, Esq.
1600 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA  19103
Telephone: (215) 557-2900
Facsimile: (215) 557-2990
E-mail: gbressler@mdmc-law.com
            gloomis@mdmc-law.com

*Counsel to Delaware River Port Authority of Pennsylvania and New Jersey*