**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SCUNGIO BORST & ASSOCIATES, LLC, | ) | Case No. 22-10609 (AMC) |
|  | ) |  |
| Debtor. | ) |  |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Delaware River Port Authority for Pennsylvania and New Jersey has filed a Motion to (I) Compel Payment of Post-Petition Rent and Other Obligations and (II) Permit the Recoupment or Alternatively Setoff of the Security Deposit Being Held By the Landlord (the "Motion").

1.      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2.      **If you do not want the Court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then **on or before May 18, 2022, you or your attorney must do all of the following**:

(a)      If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically;

(b)      If you are not required to file electronically, you must file an answer explaining your position at:

United States Bankruptcy Court
 for the Eastern District of Pennsylvania
Attn: Clerk
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA  19107

**If you mail your answer to the Bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before May 18, 2022**; and

      (c)     mail a copy to the movant's attorney:

> Gary D. Bressler, Esq.
> Gaston P. Loomis, Esq.
> McElroy, Deutsch, Mulvaney & Carpenter, LLP
> 1500 John F. Kennedy Blvd., Suite 1500
> Philadelphia, PA  19103
> Telephone: (215) 557-2900
> Facsimile: (215) 557-2990
> E-mail: gbressler@mdmc-law.com
>          gloomis@mdmc-law.com

      2.     If you do not file a response to the Motion, the court may enter an order granting the relief requested in the Motion.

      3.     **A hearing on the motion** is scheduled to be held before the Honorable Ashely M. Chan on **June 8, 2022 at 12:30 p.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. In the event that the courtroom is closed, the hearing will be conducted telephonically as follows: **TELEPHONIC PROCEDURES FOR OUTSIDE CALLERS:  Judge Chan Telephone Number: (877) 873-8017; Access Code: 3027681.  Dial the telephone number, enter Judge Chan's access code followed by the # sign**.

      4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if requested from the attorneys named in paragraph 1(c).

      5.     You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

                              MCELROY, DEUTSCH, MULVANEY
                               & CARPENTER, LLP

Dated:  May 4, 2022                 */s/ Gary D. Bressler*
                               Gary D. Bressler, Esq.
                               Gaston P. Loomis, Esq.
                               1600 John F. Kennedy Blvd., Suite 1500
                               Philadelphia, PA  19103
                               Telephone: (215) 557-2900
                               Facsimile: (215) 557-2990
                               E-mail: gbressler@mdmc-law.com
                                     gloomis@mdmc-law.com

                               *Counsel to Delaware River Port Authority of Pennsylvania and New Jersey*