UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | : | |
| | : | **Case No. 22-10609-AMC** |
| Debtor. | : | |
| | : | |

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY OBERMAYER REBMANN MAXWELL & HIPPEL LLP AS GENERAL COUNSEL**

AND NOW this _____ day of _____, 2022, upon consideration of the Application of the Official Committee of Unsecured Creditors (the "Committee") for the bankruptcy estate of Scungio Borst & Associates, LLC (the "Debtor") to employ Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), as general counsel to the Committee (the "Application") in this bankruptcy case, and it appearing that the Obermayer attorneys are duly admitted to practice in this Court, and the Court being satisfied that Obermayer does not represent any other party-in-interest or hold an interest adverse to the Debtor in this case and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is hereby:

ORDERED that the Application is granted in its entirety; and it is further

ORDERED that the Committee is hereby authorized to retain and employ Obermayer, as general counsel in the within proceeding under Chapter 11 of the United States Bankruptcy Code; and it is further

ORDERED that compensation for professional services of Obermayer shall be charged at the blended hourly billing rate of $425.00 per hour for attorneys regardless of seniority and $200.00 per hour for paralegals; and it is further

4866-2714-4733 v4

ORDERED that compensation to Obermayer is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States Bankruptcy Code, applicable Bankruptcy Rules, and *In re Busy Beaver Building Center, Inc.*, 19 F.3d 833 (3rd Cir. 1994).

BY THE COURT:

**Date: May 11, 2022**

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge