IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 11 |
| : | |
| SCUNGIO BORST & ASSOCIATES, LLC : | BANKRUPTCY NO. 22-10609(AMC) |
| : | |
| Debtor : | |

**ORDER SCHEDULING EXPEDITED HEARING WITH REDUCED
NOTICE PERIOD AND LIMITED NOTICE ON THE MOTION OF DEBTOR
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF A 2010 16'
CAROLINA SKIFF BOAT MODEL 16 JVX [IDENTIFICATION NO. EKHOT 605C0
10], 2011 VENTURE TRAILER MODEL VASK-2100 [IDENTIFICATION NO.
47GAK1819BB000004] AND RELATED ACCESSORIES FREE AND CLEAR OF
ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 AND
(II) GRANTING THE REQUEST FOR A WAIVER OF 14 DAY STAY PURSUANT
TO FED. R. BANKR. P. 6004(h)**

**AND NOW,** upon consideration of the Motion of Debtor for entry of an Order (I) Authorizing the Sale of a 2010 16' Carolina Skiff Boat Model 16 JVX [Identification No. EKHOT 605C0 10], 2011 Venture Trailer Model VASK-2100 [Identification No. 47GAK1819BB000004] and Related Accessories Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363, (II) Granting the Request for a Waiver of 14 Day Stay Pursuant to Fed. R. Bankr. P. 6004(h) and (III) Granting the Request for an Expedited Hearing with Reduced Notice Period and Limited Notice (the "Motion")[1], and sufficient cause being shown; it is hereby **ORDERED** that:

1. The request for an expedited hearing with reduced notice period and limited notice is **GRANTED**.

2. A hearing to consider the Motion is hereby scheduled for _____, 2022 at _____ __.m. before The Honorable Ashely M. Chan in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. The hearing will be

conducted telephonically as follows: <u>**TELEPHONIC PROCEDURES FOR OUTSIDE CALLERS:**</u> **Judge Chan – Phone Number: 877-873-8017; Access Code: 3027681. Dial in; enter Judge Chan's Access Code followed by the # sign.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. Counsel to the Debtor shall serve the Motion (to the extent not already served), Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 and this Order upon (i) the Office of the United States Trustee; (ii) counsel to the Committee; (iii) the Purchaser and (iv) all parties who have timely filed requests for notices pursuant to Fed. R. Bankr. P. 2002 by ecf transmission, overnight mail, facsimile transmission, or e-mail transmission on or before **August \_\_\_\_, 2022**.

5. Counsel to the Debtor shall file a Certification of Service as required by Local Rule 9014-4.

**NOTICE OF PROPOSED SALE OF A 2010 16' CAROLINA SKIFF BOAT MODEL 16 JVX [IDENTIFICATION NO. EKHOT 605C0 10], 2011 VENTURE TRAILER MODEL VASK-2100 [IDENTIFICATION NO. 47GAK1819BB000004] AND RELATED ACCESSORIES TO CHARLES GILLEN, JR. FOR A PURCHASE PRICE OF $10,000.00**

BY THE COURT:

Dated: _____   _____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.