In re: Scungio Borst & Associates, LLC
      Debtor

Case No.  22-010609 (AMC)
Reporting Period.: July 31, 2022

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 139644.5 | 857.37 | 0 | 0 | 140501.87 | | 140501.87 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACCOUNTS RECEIVABLE | 0 | 0 | 0 | 0 | 0 | 0 | 78856.17 | 0 |
| LOANS AND ADVANCES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER (ATTACH LIST) | 0 | 4611.43 | 0 | 0 | 4611.43 | 0 | 38954.03 | 0 |
| TRANSFERS (FROM DIP ACCTS) | 0 | 8000 | | 0 | 8000 | 0 | 40000 | 0 |
| | | | | | | | 0 | 0 |
| TOTAL RECEIPTS | 0 | 12611.43 | 0 | 0 | 12611.43 | 0 | 157810.2 | 0 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0 | 6135.26 | 0 | 0 | 6135.26 | | 46169.22 | |
| PAYROLL TAXES | 0 | 1883.1 | 0 | 0 | 1883.1 | | 18263.98 | |
| SALES, USE, & OTHER TAXES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| INVENTORY PURCHASES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| SECURED/ RENTAL/ LEASES | 0 | 0 | 0 | 0 | 0 | | 6939.4 | |
| INSURANCE | 12682.72 | 0 | 0 | 0 | 12682.72 | | 33953.42 | |
| ADMINISTRATIVE | 1438.81 | 750.8 | 0 | 0 | 2189.61 | | 23853.33 | |
| SELLING | 0 | 0 | 0 | 0 | 0 | | 0 | |
| OTHER (ATTACH LIST) | 0 | 4681.43 | 0 | 0 | 4681.43 | | 29171.86 | |
| | | | | | | | 0 | |
| OWNER DRAW * | 0 | 0 | 0 | 0 | 0 | | 0 | |
| TRANSFERS (TO DIP ACCTS) | 8000 | 0 | 0 | 0 | 8000 | | 54000 | |
| | | | | | | | 0 | |
| PROFESSIONAL FEES | 0 | 0 | 0 | 0 | 0 | | 0 | |
| U.S. TRUSTEE QUARTERLY FEES | 250 | 0 | 0 | 0 | 250 | | 250 | |
| COURT COSTS | 0 | 0 | 0 | 0 | 0 | | 0 | |
| TOTAL DISBURSEMENTS | 22371.53 | 13450.59 | 0 | 0 | 35822.12 | 0 | 212601.21 | 0 |
| NET CASH FLOW | -22371.53 | -839.16 | | | -23210.69 | 0 | -54791.01 | 0 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 117272.97 | 18.21 | | | 117291.18 | | 117291.18 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 35822.12 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 8000 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 27822.12 |

FORM MOR-1
(04/07)

In re    Scungio Borst & Associates, LLC                    Case No.  22-10609(AMC)
                Debtor                                                       Reporting Period.: July 31, 2022

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS  - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Receipts** | | |
| Employee COBRA Health Insurance Payments | 0 | 15866.89 |
| Stark & Stark repayment of Las Vegas shared event costs | 0 | 0 |
| Improper Deposit of Funds into DIP account, Non-SBA AR. | 0 | 6450 |
| Check Returns for Unsufficient Funds | 4611.43 | 5007.43 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Disbursements** | | |
| Amerihealth NJ - Employee Cobra and Existing Employees | 0.00 | 25154.60 |
| United Concordia Dental | 0.00 | 335.83 |
| Bounced Withdrawal Fee | 70.00 | 70.00 |
| Unsuccessful Payroll Payments | 4611.43 | 4611.43 |
| | | |

10:49 PM
08/22/22

**Scungio Borst & Associates**
**Cash Receipts & Disbursements**

July 2022

| Type | Date | Name | Account | Clr | Split | Debit | Credit |
|------|------|------|---------|-----|-------|-------|--------|
| **Jul 22** | | | | | | | |
| Check | 07/01/2022 | Paychex | 1006 · DIP SBA Payroll | X | 6564 · Payroll | | 3,462.59 |
| Check | 07/01/2022 | Paychex TPS Taxes | 1006 · DIP SBA Payroll | X | 6821 · Payroll taxes | | 1,146.84 |
| Check | 07/01/2022 | Paychex | 1006 · DIP SBA Payroll | X | 6287 · H/R & Payroll Services | | 313.90 |
| Check | 07/05/2022 | TD Bank | 1006 · DIP SBA Payroll | X | 6120 · Bank Service Charges | | 70.00 |
| Transfer | 07/06/2022 | | 1005 · DIP SBA Operations-7302 | X | 1006 · DIP SBA Payroll | | 5,000.00 |
| Bill | 07/08/2022 | Amerihealth | 2000 · Accounts Payable | | Employee Health Insurance | | 12,682.72 |
| Bill Pmt -Check | 07/08/2022 | Amerihealth | 1005 · DIP SBA Operations-7302 | X | 2000 · Accounts Payable | | 12,682.72 |
| Bill | 07/14/2022 | Iron Mountain | 2000 · Accounts Payable | | 6291· Storage Rentals | | 1,156.57 |
| Bill Pmt -Check | 07/14/2022 | Iron Mountain | 1005 · DIP SBA Operations-7302 | X | 2000 · Accounts Payable | | 1,156.57 |
| Transfer | 07/14/2022 | | 1005 · DIP SBA Operations-7302 | X | 1006 · DIP SBA Payroll | | 3,000.00 |
| Check | 07/15/2022 | Paychex | 1006 · DIP SBA Payroll | X | 6564 · Payroll | | 2,139.22 |
| Check | 07/15/2022 | Paychex TPS Taxes | 1006 · DIP SBA Payroll | X | 6821 · Payroll taxes | | 625.16 |
| Check | 07/15/2022 | Paychex | 1006 · DIP SBA Payroll | X | 6287 · H/R & Payroll Services | | 436.90 |
| Bill | 07/18/2022 | Verizon Wireless | 2000 · Accounts Payable | | 6342 · Wireless Phones | | 282.24 |
| Bill Pmt -Check | 07/18/2022 | Verizon Wireless | 1005 · DIP SBA Operations-7302 | X | 2000 · Accounts Payable | | 282.24 |
| Bill | 07/22/2022 | United States Bankru... | 2000 · Accounts Payable | | 6270 · Professional Fees | | 250.00 |
| Bill Pmt -Check | 07/22/2022 | United States Bankru... | 1005 · DIP SBA Operations-7302 | X | 2000 · Accounts Payable | | 250.00 |
| Check | 07/29/2022 | Paychex | 1006 · DIP SBA Payroll | X | 6564 · Payroll | | 533.45 |
| Check | 07/29/2022 | Paychex TPS Taxes | 1006 · DIP SBA Payroll | X | 6821 · Payroll taxes | | 109.10 |
| **Jul 22** | | | | | | | |

In re    Scungio Borst & Associates, LLC    Case No.  22-10609(AMC)
          Debtor                                                    Reporting Period.: July 31, 2022

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Unrestricted Cash and Equivalents | $ | 117,291.18 | $ | 115,082.19 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | $ | - | $ | - |
| Accounts Receivable (Net) | $ | 2,327,758.07 | $ | 2,327,758.07 |
| Notes Receivable | $ | - | $ | - |
| Inventories | $ | - | $ | - |
| Prepaid Expenses | $ | - | $ | - |
| Professional Retainers | $ | - | $ | - |
| Other Current Assets (attach schedule) | $ | 33,420.00 | $ | 37,220.00 |
| *TOTAL CURRENT ASSETS* | *$* | *2,478,469.25* | *$* | *2,480,060.26* |
| **PROPERTY AND EQUIPMENT** | | | | |
| Real Property and Improvements | $ | - | $ | - |
| Machinery and Equipment | $ | - | $ | - |
| Furniture, Fixtures and Office Equipment | $ | - | $ | - |
| Leasehold Improvements | $ | - | $ | - |
| Vehicles | $ | - | $ | - |
| Less Accumulated Depreciation | $ | - | $ | - |
| *TOTAL PROPERTY & EQUIPMENT* | *$* | *-* | *$* | *-* |
| **OTHER ASSETS** | | | | |
| Loans to Insiders* | $ | - | $ | - |
| Other Assets (attach schedule)** | $ | 1,553,642.26 | $ | 1,553,642.26 |
| *TOTAL OTHER ASSETS* | *$* | *1,553,642.26* | *$* | *1,553,642.26* |
| **TOTAL ASSETS**** | *$* | *4,032,111.51* | *$* | *4,033,702.52* |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | |
| Accounts Payable | $ | - | $ | - |
| Taxes Payable (refer to FORM MOR-4) | $ | - | $ | - |
| Wages Payable | $ | - | $ | - |
| Notes Payable | $ | - | $ | - |
| Rent / Leases - Building/Equipment | $ | - | $ | - |
| Secured Debt / Adequate Protection Payments | $ | - | $ | - |
| Professional Fees | $ | - | $ | - |
| Amounts Due to Insiders* | $ | - | $ | - |
| Other Postpetition Liabilities (attach schedule) | $ | - | $ | - |
| *TOTAL POSTPETITION LIABILITIES* | *$* | *-* | *$* | *-* |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | |
| Secured Debt | $ | 4,144,328.72 | $ | 4,144,328.72 |
| Priority Debt | $ | 3,470.07 | $ | 3,470.07 |
| Unsecured Debt | $ | 7,814,716.11 | $ | 8,216,566.74 |
| *TOTAL PRE-PETITION LIABILITIES* | *$* | *11,962,514.90* | *$* | *12,364,365.53* |
| | | | | |
| *TOTAL LIABILITIES* | *$* | *11,962,514.90* | *$* | *12,364,365.53* |
| *COMPANY EQUITY/NET WORTH* | *$* | *(7,930,403.39)* | *$* | *(8,330,663.01)* |
| **OWNER EQUITY** | | | | |
| Capital Stock | $ | - | $ | - |
| Additional Paid-In Capital | $ | - | $ | - |
| Partners' Capital Account | $ | (53,402.52) | $ | (53,402.52) |
| Owner's Equity Account | $ | - | $ | - |
| Retained Earnings - Pre-Petition | $ | 2,835,489.87 | $ | 2,835,489.87 |
| Retained Earnings - Postpetition | $ | - | $ | - |
| Adjustments to Owner Equity (attach schedule) | $ | (11,254,395.66) | $ | (11,117,074.87) |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | $ | - | $ | - |
| *NET OWNER EQUITY* | *$* | *(8,472,308.31)* | *$* | *(8,334,987.52)* |
| | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | *$* | *3,490,206.59* | *$* | *4,029,378.01* |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re    Scungio Borst & Associates, LLC
           Debtor

Case No.  22-10609(AMC)
Reporting Period.: July 31, 2022

## BALANCE SHEET - continuation sheet

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | Sarina Chaudry - House Rental for out-of-town personnel | $ 3,200.00 | $ 3,200.00 |
| | Security Deposit- Brandywine Executive Ctr aka TKO Suites | $ 1,200.00 | 1,200.00 |
| | Security Deposit - Delaware River Port Authority Main Office | $ 5,750.00 | 5,750.00 |
| | Office Furniture | $ - | $ 2,800.00 |
| | Office Fixtures | $ - | $ 1,000.00 |
| | 2003 Proline 23 Sport | $ 14,090.00 | $ 14,090.00 |
| | Load-Rite Tandem Trailer | $ 1,075.00 | 1,075.00 |
| | 2010 Carolina Skiff | $ 7,810.00 | $ 7,810.00 |
| | 2010 Boat Trailer | $ 295.00 | 295.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | *TOTAL OTHER CURRENT ASSETS* | $ *33,420.00* | $ *37,220.00* |
| Other Assets | | | |
| | Employee Retention Credit 2020 Q2 941-X | $ 8,081.39 | $ 8,081.39 |
| | Employee Retention Credit 2020 Q3 941-X | $ 126,680.17 | 126,680.17 |
| | Employee Retention Credit 2020 Q4 941-X | $ 8,892.82 | $ 8,892.82 |
| | Employee Retention Credit 2021 Q1 941-X | $ 198,724.00 | 198,724.00 |
| | Employee Retention Credit 2021 Q2 941-X | $ 138,728.77 | 138,728.77 |
| | Employee Retention Credit 2021 Q3 941-X | $ 212,150.22 | 212,150.22 |
| | Due from Millennial Place - BOE | $ 235,510.75 | 235,510.75 |
| | Loan to Chris DiGeorge | $ 5,000.00 | 5,000.00 |
| | Loan to 418 Federal Partners (Library) | $ 619,874.14 | 619,874.14 |
| | Mechanics Lien - SBA v. KPG-MCG Curtis Tenant et. al. | Unknown | Unknown |
| | SBA v. KPG-MCG Curtis Tenant, DAS et. al. | Unknown | Unknown |
| | | | |
| | *TOTAL OTHER ASSETS* | $ *1,553,642.26* | $ *1,553,642.26* |
| **LIABILITIES AND OWNER EQUITY** | | **BOOK VALUE AT END OF CURRENT REPORTING MONTH** | **BOOK VALUE ON PETITION DATE** |
| Other Postpetition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | *TOTAL OTHER POSTPETITIONS LIABILITIES* | $ - | $ - |
| Adjustments to Owner Equity | | | |
| | Net Income | $ (1,236,099.64) | $ (1,098,778.85) |
| | Adjustment Pending Resolution of the Litigation | $ (10,018,296.02) | $ (10,018,296.02) |
| | | | |
| | | | |
| | *TOTAL ADJUSTMENTS TO OWNER EQUITY* | $ *(11,254,395.66)* | $ *(11,117,074.87)* |
| Postpetition Contributions (Distributions) (Draws) | | | |
| | | | |
| | | | |
| | | | |
| | *TOTAL POSTPETITIONS CONTRIBUTIONS* | $ - | $ - |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

In re    Scungio Borst & Associates, LLC
          Debtor

Case No.  22-10609(AMC)
Reporting Period.: July 31, 2022

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| **REVENUES** | | | | |
| Gross Revenues | $ | - | $ | - |
| Less:  Returns and Allowances | $ | - | $ | - |
| Net Revenue | $ | - | $ | - |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | $ | - | $ | - |
| Add: Purchases | $ | - | $ | - |
| Add: Cost of Labor | $ | - | $ | 8,800.21 |
| Add: Other Costs (attach schedule) | $ | - | $ | - |
| Less: Ending Inventory | $ | - | $ | - |
| Cost of Goods Sold | $ | - | $ | - |
| Gross Profit | $ | - | $ | 8,800.21 |
| **OPERATING EXPENSES** | | | | |
| Advertising | $ | - | $ | - |
| Auto and Truck Expense | $ | - | $ | - |
| Bad Debts | $ | - | $ | - |
| Contributions | $ | - | $ | - |
| Employee Benefits Programs | $ | 12,682.72 | $ | 29,054.20 |
| Insider Compensation* | $ | - | $ | - |
| Insurance | $ | - | $ | - |
| Management Fees/Bonuses | $ | - | $ | - |
| Office Expense | $ | - | $ | 1,296.82 |
| Pension & Profit-Sharing Plans | $ | - | $ | - |
| Repairs and Maintenance | $ | - | $ | - |
| Rent and Lease Expense | $ | 1,156.57 | $ | 4,626.27 |
| Salaries/Commissions/Fees | $ | 6,135.26 | $ | 17,680.16 |
| Supplies | $ | - | $ | - |
| Taxes - Payroll | $ | 1,883.10 | $ | 10,005.34 |
| Taxes - Real Estate | $ | - | $ | - |
| Taxes - Other | $ | - | $ | - |
| Travel and Entertainment | $ | - | $ | - |
| Utilities | $ | - | $ | - |
| Other (attach schedule) | $ | 1,103.04 | $ | 14,493.70 |
| Total Operating Expenses Before Depreciation | $ | 22,960.69 | $ | 77,156.49 |
| Depreciation/Depletion/Amortization | $ | - | $ | - |
| Net Profit (Loss) Before Other Income & Expenses | $ | (22,960.69) | $ | (68,356.28) |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | $ | - | $ | - |
| Interest Expense | $ | - | $ | - |
| Other Expense (attach schedule) | $ | - | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ | (22,960.69) | $ | (68,356.28) |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | $ | - | $ | - |
| U. S. Trustee Quarterly Fees | $ | 250.00 | $ | 750.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $ | - | $ | - |
| Gain (Loss) from Sale of Equipment | $ | - | $ | - |
| Other Reorganization Expenses (attach schedule) | $ | - | $ | - |
| Total Reorganization Expenses | $ | 250.00 | $ | 750.00 |
| Income Taxes | $ | - | $ | - |
| Net Profit (Loss) | $ | (23,210.69) | $ | (69,106.28) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re   Scungio Borst & Associates, LLC                                      Case No.  22-10609(AMC)
                Debtor                                                       Reporting Period.: July 31, 2022

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Bank Service Charges | 70.00 | 118.29 |
| Employee Health Insurance | 0.00 | 10635.35 |
| HR & Payroll Services | 750.80 | 2220.70 |
| Wireless Phones | 282.24 | 2238.37 |
| NJEZPass | 0.00 | 0.00 |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

12:23 AM
08/23/22
Accrual Basis

**Scungio Borst & Associates**
**Profit & Loss**
July 2022

|  | Jul 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 6120 · Bank Service Charges | 70.00 |
| 6182 · Health Insurance | |
| Employee Health Insurance | 12,682.72 |
| **Total 6182 · Health Insurance** | 12,682.72 |
| 6270 · Professional Fees | |
| 6287 · H/R & Payroll Services | 750.80 |
| 6270 · Professional Fees - Other | 250.00 |
| **Total 6270 · Professional Fees** | 1,000.80 |
| 6290 · Rent | |
| 6291- Storage Rentals | 1,156.57 |
| **Total 6290 · Rent** | 1,156.57 |
| 6390 · Utilities | |
| 6340 · Telephone | |
| 6342 · Wireless Phones | 282.24 |
| **Total 6340 · Telephone** | 282.24 |
| **Total 6390 · Utilities** | 282.24 |
| 6560 · Payroll Expenses | |
| 6564 · Payroll | 6,135.26 |
| 6821 · Payroll taxes | 1,883.10 |
| **Total 6560 · Payroll Expenses** | 8,018.36 |
| **Total Expense** | 23,210.69 |
| **Net Ordinary Income** | -23,210.69 |
| **Net Income** | -23,210.69 |

7:58 AM

08/23/22

Accrual Basis

## Scungio Borst & Associates
### Profit & Loss
#### January through July 2022

| | Jan - Jul 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4070 · Miscellaneous Income | 1,220.54 |
| 4100 · Sales | 963,684.76 |
| **Total Income** | 964,905.30 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold | 62,432.82 |
| 5100 · Job Costs | |
| 5110 · Dumpsters | 160.60 |
| 6230 · Licenses and Permits | 227.25 |
| 6750 · Subcontractors | 955,566.78 |
| 5100 · Job Costs - Other | 108,771.10 |
| **Total 5100 · Job Costs** | 1,064,725.73 |
| 6565 · Employee Payroll | 4,038.45 |
| **Total COGS** | 1,131,197.00 |
| **Gross Profit** | -166,291.70 |
| **Expense** | |
| 6120 · Bank Service Charges | -8,008.92 |
| 6140 · Contributions | -1,599.99 |
| 6160 · Dues and Subscriptions | 4,859.54 |
| 6165 · Training & Seminars | 1,261.67 |
| 6170 · Equipment Rental | 1,515.96 |
| 6180 · Insurance | |
| 6188 · GL/Prop/WC/Umb Insurance | 17,996.86 |
| 6184 · Business Owners Insurance | 5,471.44 |
| 6195 · Travel Insurace | -290.16 |
| 6420 · Work Comp | 1,636.00 |
| 6180 · Insurance - Other | 2,084.02 |
| **Total 6180 · Insurance** | 26,898.16 |
| 6182 · Health Insurance | |
| Employee Health Insurance | 81,989.28 |
| 6181 · Dental | 6,023.72 |
| **Total 6182 · Health Insurance** | 88,013.00 |
| 6200 · Interest Expense | |
| 6210 · Finance Charge | 492.55 |
| 6220 · Loan Interest | 13,704.33 |
| **Total 6200 · Interest Expense** | 14,196.88 |
| 6250 · Postage and Delivery | 510.95 |
| 6260 · Printing and Reproduction | 928.76 |
| 6270 · Professional Fees | |
| 6280 · Legal Fees | 88,663.00 |
| 6285 · Registered Agents | 6.00 |
| 6287 · H/R & Payroll Services | 7,668.07 |
| 6650 · Accounting | 2,635.81 |
| 6270 · Professional Fees - Other | 50,050.00 |
| **Total 6270 · Professional Fees** | 149,022.88 |
| 6290 · Rent | |
| 6291 · Storage Rentals | 10,227.57 |
| 6290 · Rent - Other | 43,272.18 |
| **Total 6290 · Rent** | 53,499.75 |
| 6347 · Fuel | 1,120.55 |
| 6350 · Travel & Ent | |
| 6360 · Entertainment | 1,573.11 |
| 6370 · Meals | 1,534.45 |
| 6380 · Travel | |
| 6382 · Parking | 181.00 |
| 6383 · Lodging | 360.02 |
| 6385 · Car for Hire | 162.17 |
| 6380 · Travel - Other | 6,575.08 |
| **Total 6380 · Travel** | 7,278.27 |
| **Total 6350 · Travel & Ent** | 10,385.83 |
| 6377 · Financing fees Amex | 792.23 |
| 6390 · Utilities | |
| 6225 · Internet Service | 3,844.45 |
| 6340 · Telephone | |
| 6341 · Office Phones | 1,296.82 |
| 6342 · Wireless Phones | 8,494.33 |
| 6343 · Fax Service | 34.95 |
| **Total 6340 · Telephone** | 9,826.10 |
| **Total 6390 · Utilities** | 13,670.55 |

7:58 AM

08/23/22

Accrual Basis

**Scungio Borst & Associates**

**Profit & Loss**

**January through July 2022**

| | Jan - Jul 22 |
|---|---:|
| **6539 · Business Software** | |
|    6540 · Software | 5,344.79 |
|    6541 · Prepaid Software | 7,926.97 |
| **Total 6539 · Business Software** | 13,271.76 |
| | |
| **6550 · Office Supplies** | 1,898.08 |
| **6560 · Payroll Expenses** | |
|    6281 · Employee 401k | 8,276.92 |
|    6564 · Payroll | 440,455.66 |
|    6567 · Guaranteed Payments - Members | 15,000.00 |
|    6821 · Payroll taxes | 182,648.35 |
| **Total 6560 · Payroll Expenses** | 646,380.93 |
| | |
| **6820 · Taxes** | |
|    6860 · State | |
|       6861 · Pennsylvania | |
|          City Tax | 13,596.22 |
|       **Total 6861 · Pennsylvania** | 13,596.22 |
|    **Total 6860 · State** | 13,596.22 |
| **Total 6820 · Taxes** | 13,596.22 |
| | |
| **9010 · Marketing** | |
|    9011 · Software Subscriptions | 1,072.75 |
|    9012 · Branding | 4,366.26 |
|    9013 · Travel/Accomodations | 5,240.53 |
|    9014 · Website/Email | 2,190.00 |
|    9015 · Promotion/CMR | 25.00 |
|    9017 · Memberships | 10.00 |
|    9018 · Event Registrations | 1,380.00 |
|    9019 · Sponsorships | 10,000.00 |
|    9021 · Client Parties | 2,643.31 |
|    9024 · Project Swag | 100.00 |
|    9025 · Good Solds | 5.38 |
|    9026 · Lodging | 9,291.62 |
|    9027 · Advertisement | 578.00 |
|    9029 · Other | 229.33 |
|    9010 · Marketing - Other | 460.97 |
| **Total 9010 · Marketing** | 37,593.15 |
| | |
| **Total Expense** | 1,069,807.94 |
| | |
| **Net Ordinary Income** | -1,236,099.64 |
| | |
| **Net Income** | -1,236,099.64 |

In re    Scungio Borst & Associates, LLC                         Case No.  22-10609(AMC)
              Debtor                                             Reporting Period.: July 31, 2022

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---:|---|
| Total Accounts Receivable at the beginning of the reporting period | 2,327,758.07 | |
| + Amounts billed during the period | 0.00 | |
| - Amounts collected during the period | 0.00 | |
| Total Accounts Receivable at the end of the reporting period | 2,327,758.07 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---:|---|
| 0 - 30 days old | 0.00 | |
| 31 - 60 days old | 0.00 | |
| 61 - 90 days old | 0.00 | |
| 91+ days old | 3,422,619.77 | |
| Total Accounts Receivable | 3,422,619.77 | |
| Amount considered uncollectible (Bad Debt) | -1,094,861.70 | |
| Accounts Receivable (Net) | 2,327,758.07 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | ✓ |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | ✓ |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | ✓ | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | ✓ | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

FORM MOR-5
(04/07)

In re   Scungio Borst & Associates, LLC                                    Case No.  22-10609(AMC)
                        Debtor                                             Reporting Period.: July 31, 2022

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | 0 | 241.15 | 241.15 | 7/15/22 & 7/29/2022 | EFT | 0 |
| FICA-Employer | 0 | 241.14 | 241.14 | 7/15/22 & 7/29/2022 | EFT | 0 |
| Unemployment | 0 | 0 | 0 | | EFT | 0 |
| Income | 0 | 152.4 | 152.4 | 7/15/22 & 7/29/2022 | EFT | 0 |
| Other: | $        - | | | | | |
| Total Federal Taxes | 0 | 634.69 | 634.69 | | | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | 0 | 0 | 0 | | | 0 |
| Excise | 0 | 0 | | | | 0 |
| Unemployment | 0 | 16.91 | 16.91 | 7/15/22 & 7/29/2022 | EFT | 0 |
| Income | 0 | 75.32 | 75.32 | 7/15/22 & 7/29/2022 | EFT | 0 |
| Real Property | 0 | 0 | | | | 0 |
| Personal Property | 0 | 0 | | | | 0 |
| Other:NJ Disability, NJ Work Dev | 0 | 7.34 | 7.34 | 7/15/22 & 7/29/2022 | EFT | 0 |
| Total State and Local | 0 | 99.57 | 99.57 | | | 0 |
| **Total Taxes** | 0 | 734.26 | 734.26 | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: Storage Units (1) | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Postpetition Debts** | 0 | 0 | 0 | 0 | 0 | 0 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
    (1) Storage Units: only one original unit remains, Closure to occur 6/30/2022; One new storage unit will remain for long term file storage. Storage at Iron Mountain remains

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re    Scungio Borst & Associates, LLC         Case No.  22-10609(AMC)
         Debtor                                                    Reporting Period.: July 31, 2022

### SCHEDULE OF PAYMENTS TO INSIDERS  - continuation sheet

|  | Month | Cumulative Filing to Date |
|---|---|---|
| **Payments to Insiders** | | |
| Payment to Scott Scungio as an employee (gross pay) | 3076.92 | 13592.3 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

0025 1708-2676  Scungio Borst & Associates LLC

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/12/22: $1,766.97**

IMPORTANT COVID-19 INFORMATION: If you filed IRS Form 7200, please notify your Paychex representative to avoid owing a balance at the end of the quarter and ensure your Form 941 is accurate.

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | | |
|---|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | | 1,766.97 |
| CASH REQUIRED FOR  NEGOTIABLE CHECKS &/OR EFT | | 1,766.97 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS /  LIABILITIES | | 0.00 |
| CASH REQUIRED FOR CHECK DATE 08/12/22 | | 1,766.97 |

## TRANSACTION DETAIL

ELECTRONIC FUNDS TRANSFER - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 08/15/22 | TD BANK | xxxxxxxxxxxxx427 | Direct Deposit | Net Pay Allocations | 1,348.21 | 1,348.21 |
| 08/15/22 | TD BANK | xxxxxxxxxxxxx427 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 101.70 | |
| | | | | Medicare | 23.79 | |
| | | | | Fed Income Tax | 116.94 | |
| | | | | NJ Income Tax | 0.95 | |
| | | | | NJ Disability | 0.29 | |
| | | | | NJ Unemploy | 0.39 | |
| | | | | NJ EE Work Dev | 0.04 | |
| | | | | PA Income Tax | 47.23 | |
| | | | | PA Unemploy | 0.92 | |
| | | | | Total Withholdings | 292.25 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 101.70 | |
| | | | | Medicare | 23.79 | |
| | | | | NJ Disability | 0.10 | |
| | | | | NJ Unemploy | 0.80 | |
| | | | | NJ ER Work Dev | 0.12 | |
| | | | | Total Liabilities | 126.51 | 418.76 |
| | | | | EFT FOR 08/15/22 | | 1,766.97 |
| | | | | TOTAL EFT | | 1,766.97 |

PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 08/17/22 | Taxpay® | FED IT PMT Group | 367.92 |

0025 1708-2676  Scungio Borst & Associates LLC
Run Date 08/12/22  10:23 AM

Period Start - End Date    07/24/22 - 08/06/22
Check Date                      08/12/22

**0025 1708-2676**  Scungio Borst & Associates LLC

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/12/22: $1,766.97**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF (cont.) -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|----------|---------|-------------|------|
| 08/17/22 | Taxpay® | NJ Income Tax | 0.95 |
| 08/17/22 | Taxpay® | PA IT PMT Group | 47.23 |

**0025 1708-2676**  Scungio Borst & Associates LLC
Run Date 08/12/22  10:23 AM

Period Start - End Date    07/24/22 - 08/06/22
Check Date    08/12/22

0025 1708-2676  Scungio Borst & Associates LLC

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/29/22: $642.55**

**IMPORTANT COVID-19 INFORMATION: If you filed IRS Form 7200, please notify your Paychex representative to avoid owing a balance at the end of the quarter and ensure your Form 941 is accurate.**

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | | |
|---|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | | 642.55 |
| CASH REQUIRED FOR  NEGOTIABLE CHECKS &/OR EFT | | 642.55 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | | 0.00 |
| CASH REQUIRED FOR CHECK DATE 07/29/22 | | 642.55 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 07/29/22 | TD BANK | xxxxxxxxxxxxx427 | Direct Deposit | Net Pay Allocations | 533.45 | 533.45 |
| 07/29/22 | TD BANK | xxxxxxxxxxxxx427 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 36.82 | |
| | | | | Medicare | 8.61 | |
| | | | | NJ Income Tax | 4.52 | |
| | | | | NJ Disability | 0.95 | |
| | | | | NJ Unemploy | 1.30 | |
| | | | | NJ EE Work Dev | 0.14 | |
| | | | | PA Income Tax | 7.79 | |
| | | | | PA Unemploy | 0.15 | |
| | | | | **Total Withholdings** | **60.28** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 36.81 | |
| | | | | Medicare | 8.61 | |
| | | | | NJ Disability | 0.34 | |
| | | | | NJ Unemploy | 2.66 | |
| | | | | NJ ER Work Dev | 0.40 | |
| | | | | **Total Liabilities** | **48.82** | 109.10 |
| | | | | **EFT FOR 07/29/22** | | 642.55 |
| | | | | **TOTAL EFT** | | 642.55 |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---:|
| 08/03/22 | Taxpay® | FED IT PMT Group | 90.85 |
| 08/03/22 | Taxpay® | NJ Income Tax | 4.52 |

0025 1708-2676  Scungio Borst & Associates LLC
Run Date 07/28/22  04:23 PM

Period Start - End Date    07/10/22 - 07/23/22
Check Date                07/29/22

Cash Requirements
Page 1 of 2
CASHREQ

0025 1708-2676  Scungio Borst & Associates LLC

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/29/22: $642.55**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF (cont.) -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|----------|---------|-------------|---|
| 08/03/22 | Taxpay® | PA IT PMT Group | 7.79 |

0025 1708-2676  Scungio Borst & Associates LLC
Run Date 07/28/22  04:23 PM

| Period Start - End Date | 07/10/22 - 07/23/22 |
| Check Date | 07/29/22 |

Cash Requirements
Page 2 of 2
CASHREQ

0025 1708-2676  Scungio Borst & Associates LLC

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/15/22: $2,764.38**

IMPORTANT COVID-19 INFORMATION: If you filed IRS Form 7200, please notify your Paychex representative to avoid owing a balance at the end of the quarter and ensure your Form 941 is accurate.

**TRANSACTION SUMMARY**

| SUMMARY BY TRANSACTION TYPE - | | |
|---|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | | 2,764.38 |
| CASH REQUIRED FOR  NEGOTIABLE CHECKS &/OR EFT | | 2,764.38 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS /  LIABILITIES | | 0.00 |
| CASH REQUIRED FOR CHECK DATE 07/15/22 | | 2,764.38 |

**TRANSACTION DETAIL**

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 07/15/22 | TD BANK | xxxxxxxxxxxxx427 | Direct Deposit | Net Pay Allocations | 2,139.22 | 2,139.22 |
| 07/15/22 | TD BANK | xxxxxxxxxxxxx427 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 158.62 | |
| | | | | Medicare | 37.10 | |
| | | | | Fed Income Tax | 152.40 | |
| | | | | NJ Income Tax | 15.78 | |
| | | | | NJ Disability | 2.86 | |
| | | | | NJ Unemploy | 3.90 | |
| | | | | NJ EE Work Dev | 0.43 | |
| | | | | PA Income Tax | 47.23 | |
| | | | | PA Unemploy | 0.92 | |
| | | | | Total Withholdings | 419.24 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 158.62 | |
| | | | | Medicare | 37.10 | |
| | | | | NJ Disability | 1.02 | |
| | | | | NJ Unemploy | 7.98 | |
| | | | | NJ ER Work Dev | 1.20 | |
| | | | | Total Liabilities | 205.92 | 625.16 |
| | | | | EFT FOR 07/15/22 | | 2,764.38 |
| | | | | TOTAL EFT | | 2,764.38 |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF -** *This information serves as a record of payment.*

| | DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|---|
| | 07/20/22 | Taxpay® | FED IT PMT Group | 543.84 |

0025 1708-2676  Scungio Borst & Associates LLC
Run Date 07/14/22  03:38PM

Period Start - End Date    06/26/22 - 07/09/22
Check Date    07/15/22

Cash Requirements
Page 1 of 2
CASHREQ

**0025 1708-2676**  Scungio Borst & Associates LLC

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/15/22: $2,764.38**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF (cont.) -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|----------|---------|-------------|------|
| 07/20/22 | Taxpay® | NJ Income Tax | 15.78 |
| 07/20/22 | Taxpay® | PA IT PMT Group | 47.23 |

**0025 1708-2676**  Scungio Borst & Associates LLC
Run Date 07/14/22  03:38 PM

Period Start - End Date    06/26/22 - 07/09/22
Check Date    07/15/22

Cash Requirements
Page 2 of 2
CASHREQ

11:20 AM

08/05/22

**Scungio Borst & Associates**
**Reconciliation Summary**
**1005 · DIP SBA Operations-7302, Period Ending 07/31/2022**

|  | Jul 31, 22 |
|---|---|
| Beginning Balance | 139,644.50 |
| Cleared Transactions |  |
| Checks and Payments - 6 items | -22,371.53 |
| **Total Cleared Transactions** | -22,371.53 |
| **Cleared Balance** | **117,272.97** |
| **Register Balance as of 07/31/2022** | 117,272.97 |
| **Ending Balance** | 117,272.97 |

11:20 AM

08/05/22

## Scungio Borst & Associates
## Reconciliation Detail
### 1005 · DIP SBA Operations-7302, Period Ending 07/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 139,644.50 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Transfer | 07/06/2022 | | | X | -5,000.00 | -5,000.00 |
| Bill Pmt -Check | 07/08/2022 | | Amerihealth | X | -12,682.72 | -17,682.72 |
| Transfer | 07/14/2022 | | | X | -3,000.00 | -20,682.72 |
| Bill Pmt -Check | 07/14/2022 | | Iron Mountain | X | -1,156.57 | -21,839.29 |
| Bill Pmt -Check | 07/18/2022 | | Verizon Wireless | X | -282.24 | -22,121.53 |
| Bill Pmt -Check | 07/22/2022 | | United States Ban... | X | -250.00 | -22,371.53 |
| Total Checks and Payments | | | | | -22,371.53 | -22,371.53 |
| Total Cleared Transactions | | | | | -22,371.53 | -22,371.53 |
| Cleared Balance | | | | | -22,371.53 | 117,272.97 |
| Register Balance as of 07/31/2022 | | | | | -22,371.53 | 117,272.97 |
| **Ending Balance** | | | | | **-22,371.53** | **117,272.97** |

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



SCUNGIO BORST AND ASSOCIATES LLC
DIP CASE 22-10609 EDPA
2 RIVERSIDE DRIVE
SUITE 500
CAMDEN NJ  08103

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2022-Jul 31 2022 |
| Cust Ref #: | 4408697302-039-T-### |
| Primary Account #: | 440-8697302 |

## Chapter 11 Checking

SCUNGIO BORST AND ASSOCIATES LLC
DIP CASE 22-10609 EDPA

Account # 440-8697302

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 139,644.50 | Average Collected Balance | 123,010.47 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 22,371.53 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 117,272.97 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 4408697427 | 5,000.00 |
| 07/08 | CCD DEBIT, IBC EDI PAYMTS 34361080 | 12,682.72 |
| 07/14 | eTransfer Debit, Online Xfer<br>Transfer to CK 4408697427 | 3,000.00 |
| 07/14 | CCD DEBIT, IRON MOUNTAIN BT0713 ****00184181630 | 1,156.57 |
| 07/18 | ELECTRONIC PMT-WEB, ACHMA VISB BILL PYMNT 3643252 | 282.24 |
| 07/22 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 250.00 |
| | Subtotal: | 22,371.53 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 139,644.50 | 07/14 | 117,805.21 |
| 07/06 | 134,644.50 | 07/18 | 117,522.97 |
| 07/08 | 121,961.78 | 07/22 | 117,272.97 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ① Ending Balance | 117,272.97 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ② | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** ④ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

11:29 AM

08/05/22

## Scungio Borst & Associates
## Reconciliation Summary
### 1006 · DIP SBA Payroll, Period Ending 07/31/2022

|  | Jul 31, 22 |
|---|---|
| **Beginning Balance** | 857.37 |
| **Cleared Transactions** | |
| **Checks and Payments - 9 items** | -8,839.16 |
| **Deposits and Credits - 2 items** | 8,000.00 |
| **Total Cleared Transactions** | -839.16 |
| **Cleared Balance** | **18.21** |
| **Register Balance as of 07/31/2022** | 18.21 |
| **Ending Balance** | 18.21 |

11:29 AM

08/05/22

# Scungio Borst & Associates
## Reconciliation Detail
### 1006 · DIP SBA Payroll, Period Ending 07/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 857.37 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 07/01/2022 | | Paychex | X | -3,462.59 | -3,462.59 |
| Check | 07/01/2022 | | Paychex TPS Tax... | X | -1,148.84 | -4,611.43 |
| Check | 07/01/2022 | | Paychex | X | -313.90 | -4,925.33 |
| Check | 07/05/2022 | | TD Bank | X | -70.00 | -4,995.33 |
| Check | 07/15/2022 | | Paychex | X | -2,139.22 | -7,134.55 |
| Check | 07/15/2022 | | Paychex TPS Tax... | X | -625.16 | -7,759.71 |
| Check | 07/15/2022 | | Paychex | X | -436.90 | -8,196.61 |
| Check | 07/29/2022 | | Paychex | X | -533.45 | -8,730.06 |
| Check | 07/29/2022 | | Paychex TPS Tax... | X | -109.10 | -8,839.16 |
| | | | | | | |
| Total Checks and Payments | | | | | -8,839.16 | -8,839.16 |
| | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 07/06/2022 | | | X | 5,000.00 | 5,000.00 |
| Transfer | 07/14/2022 | | | X | 3,000.00 | 8,000.00 |
| | | | | | | |
| Total Deposits and Credits | | | | | 8,000.00 | 8,000.00 |
| | | | | | | |
| Total Cleared Transactions | | | | | -839.16 | -839.16 |
| | | | | | | |
| Cleared Balance | | | | | -839.16 | 18.21 |
| | | | | | | |
| Register Balance as of 07/31/2022 | | | | | -839.16 | 18.21 |
| | | | | | | |
| **Ending Balance** | | | | | -839.16 | 18.21 |

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



SCUNGIO BORST AND ASSOCIATES LLC
PAYROLL
2 RIVERSIDE DRIVE
SUITE 500
CAMDEN NJ  08103

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jul 01 2022-Jul 31 2022 |
| Cust Ref #: | 4408697427-039-T-### |
| Primary Account #: | 440-8697427 |

## Chapter 11 Checking

SCUNGIO BORST AND ASSOCIATES LLC
PAYROLL

Account # 440-8697427

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 857.37 | Average Collected Balance | 1,039.30 |
| Electronic Deposits | 12,611.43 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 13,380.59 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 70.00 | Days in Period | 31 |
| Ending Balance | 18.21 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $70.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | ACH RETURNED ITEM, PAYCHEX INC. PAYROLL 0Pis2uwGDELfEU8 | 3,462.59 |
| 07/05 | ACH RETURNED ITEM, PAYCHEX TPS TAXES ****1400001352X | 1,148.84 |
| 07/06 | eTransfer Credit, Online Xfer<br>Transfer from CK 4408697302 | 5,000.00 |
| 07/14 | eTransfer Credit, Online Xfer<br>Transfer from CK 4408697302 | 3,000.00 |
| | Subtotal: | 12,611.43 |

#### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | CCD DEBIT, PAYCHEX INC. PAYROLL 0Pis2uwGDELfEU8 | 3,462.59 |
| 07/01 | CCD DEBIT, PAYCHEX TPS TAXES ****1400001352X | 1,148.84 |
| 07/05 | CCD DEBIT, PAYCHEX EIB INVOICE X****8900039600 | 313.90 |
| 07/07 | CCD DEBIT, PAYCHEX TPS RETRY PYMT ****2400003288X | 1,148.84 |
| 07/13 | CCD DEBIT, PAYCHEX INC. RETRY PYMT ****7500000006X | 3,462.59 |
| 07/15 | CCD DEBIT, PAYCHEX INC. PAYROLL hEu9Vo8UBHbcHfP | 2,139.22 |
| 07/15 | CCD DEBIT, PAYCHEX TPS TAXES ****0600001510X | 625.16 |
| 07/18 | CCD DEBIT, PAYCHEX EIB INVOICE X****7800011590 | 436.90 |
| 07/29 | CCD DEBIT, PAYCHEX INC. PAYROLL BySPKZAbkNfHwHb | 533.45 |
| 07/29 | CCD DEBIT, PAYCHEX TPS TAXES ****6000001544X | 109.10 |
| | Subtotal: | 13,380.59 |

# How to Balance your Account

Page:                2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ① Ending Balance | 18.21 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ② | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** ④ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SCUNGIO BORST AND ASSOCIATES LLC
PAYROLL

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Jul 01 2022-Jul 31 2022 |
| Cust Ref #: | 4408697427-039-T-### |
| Primary Account #: | 440-8697427 |

---

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | OVERDRAFT RET | 70.00 |
| | Subtotal: | 70.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 857.37 | 07/13 | 862.04 |
| 07/01 | -3,754.06 | 07/14 | 3,862.04 |
| 07/05 | 473.47 | 07/15 | 1,097.66 |
| 07/06 | 5,473.47 | 07/18 | 660.76 |
| 07/07 | 4,324.63 | 07/29 | 18.21 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender