IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| SCUNGIO BORST & ASSOCIATES, LLC | BANKRUPTCY NO. 22-10609(AMC) |
| Debtor | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Scungio Borst & Associates, LLC has filed a Motion for entry of an Order (I) Authorizing the Sale of a 2010 16' Carolina Skiff Boat Model 16 JVX [Identification No. EKHOT 605C0 10], 2011 Venture Trailer Model VASK-2100 [Identification No. 47GAK1819BB000004] and Related Accessories Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Granting the Request for a Waiver of 14 Day Stay Pursuant to Fed. R. Bankr. P. 6004(h) (the "Motion").

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

3. **A hearing on the Motion** is scheduled to be held on **August 30, 2022 at 12:00 p.m.** before The Honorable Ashely M. Chan in United States Bankruptcy Court. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**. The hearing will be conducted telephonically as follows: **TELEPHONIC PROCEDURES FOR OUTSIDE CALLERS: Judge Chan – Phone Number: 877-873-8017; Access Code: 3027681. Dial in; enter Judge Chan's Access Code followed by the # sign.**

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

## Filing Instructions

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. **If you are not required to file electronically**, you must file your response at

    Clerk
    United States Bankruptcy Court
    for the Eastern District of Pennsylvania
    Robert N.C. Nix Building, Suite 400
    900 Market Street
    Philadelphia, PA 19107

8. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 3 on the previous page of this Notice.

9. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Aris J. Karalis, Esquire
    Robert W. Seitzer, Esquire
    Karalis PC
    1900 Spruce Street
    Philadelphia, PA 19103
    Phone No.: (215) 546-4500
    Fax No.: (215) 985-4175
    E-mail addresses:    akaralis@karalislaw.com
                         rseitzer@karalislaw.com

Dated: August 24, 2022