IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, do hereby certify that on the 23rd day of March, 2023 a copy of the Motion of Debtor for Entry of an Order (I) Determining that Certain Construction Liens are Void *Ab Initio*; (II) Granting Compensatory and Punitive Damages Against Certain Construction Lien Claimants for Violations of the Automatic Stay Pursuant to 11 U.S.C. § 362(k) and (III) Granting Related Relief and Notice of Motion, Response Deadline and Hearing Date were served upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Debtor*

Dated: March 23, 2023

**VIA ECF TRANSMISSION**

George M. Conway, Esquire
Office of the United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nicole M. Nigrelli, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Gary D. Bressler, Esquire
McElroy Deutsch, Mulvaney & Carpenter LLP
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Kevin Grem, Esquire
Commonwealth of PA, Dept of Labor and Ind.
Collections Support Unit
P.O. Box 68568
Harrisburg, PA 17121-8568

Travis L. Kreiser, Esquire
Kreiser & Associates PC
1300 Lawarence Road
Havertown, PA 19083

Clayton W. Davison, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103

Ira E. Dorfman, Esquire
Steven A. Berkowtiz & Associates PC
10000 Lincoln Drive East, Suite 202
Marlton, NJ 08053

Alexander F. Barth, Esquire
Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204

Patrick J. Reilly, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Rebecca K. McDowell, Esquire
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Keri P. Ebeck, Esquire
Bernstein-Burkley PC
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Benjamin A. Andersen, Esquire
460 Norristown Road, Suite 110
Blue Bell, PA 19422

Michael P. Kelly, Esquire
Cowan and Kelly
402 Middletown Blvd., Suite 202
Langhorne, PA 19047

Peter J. Norman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Thomas P. Stevens, Esquire
Horn Williamson, LLC
Two Penn Center
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19102

David Tolchin, Esquire
Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, NY 10007

Jamie W. Goncharoff, Esquire
15 West Gay Street
West Chester, PA 19380

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Scott H. Bernstein, Esquire
Skolnick Legal Group, P.C.
103 Eisenhower Parkway, Suite 305
Roseland, NJ 07068

William Rubley, Esquire
Cooper Levenson, P.A.
1415 Marlton Pike East
Cherry Hill Plaza, Suite 205
Cherry Hill, NJ 08034

Paul B. Maschmeyer, Esquire
Maschmeyer Marinas P.C.
629A Swedesford Road
Swedesford Corporate Center
Malvern, PA 19355

Andrew C. Eckert, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

Brian W. Bisignani, Esquire
Post & Schell PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

Joseph M. Kanfer, Esquire
Woolford Kanfer Law, P.C.
101 North Pointe Blvd., Suite 200
Lancaster, PA 17601

Michael J. Sheridan, Esquire
940 W. Valley Road, Suite 1601
Wayne, PA 19087

Paul J. Winterhalter, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103

**VIA E-MAIL**

Scungio Borst & Associates, LLC
Attn: Scott Scungio
4 Manchester Road
P.O. Box 203
Media, PA 19065

Barry J. Roy, Esquire
Rabinowitz Lubetkin & Tully LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
broy@rltlawfirm.com

Daniel F.X. Geoghan, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
dgeoghan@coleschotz.com

Peter J. Strom, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
pstrom@coleschotz.com

Dain A. de Souza, Esquire
Bast Amron
SunTrust International Ctr.
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
ddesouza@bastamron.com

Eric A. Browndorf, Esquire
Cooper Levenson, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401
ebrowndorf@cooperlevenson.com

**VIA U.S. FIRST CLASS MAIL**

1st Black Hawk, LLC
Attn: Thomas Spano, President
P.O. Box 467
Concordville, PA 19331

1st Black Hawk LLC
715 East Nields Street
West Chester, PA 19382

Mark H. Grae, Esquire
Grae & Grae, LLC
The Equitable Building
120 Broadway, 28th Floor
New York, NY 10271

Network Flooring & Maintenance LLC
Attn: William Pargoe, Vice President
14 Hadco Road, Suite 115
Wilmington, DE 19804

Network Flooring & Maintenance, LLC
P.O. Box 257
Middletown, DE 19709

K&D Ungarini Iron Works LLC
Attn: Daniel Fedejko, President
56 North Logan Avenue
Trenton, NJ 08609

Elite Painting Service
Attn: Eric Spitzer, President
600 Deer Road, Suite 10
Cherry Hill, NJ 08034

Steven A. Berkowitz & Assoc., P.C.
10000 Lincoln Drive East, Suite 202
Marlton, NJ 08053

M&D Door & Hardware
Attn: Joel Deutsch
63 Flushing Avenue
Brooklyn, NY 11205

SSC Distributors, Inc.
Attn: Barry Scholtz
3130 W. 4th Street
Chester, PA 19013

Lauren Wright, Esquire
Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401

Jacob S. Perskie, Esquire
Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401

Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222