UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SCUNGIO BORST & ASSOCIATES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10609-AMC |

**CONSENT ORDER EXTENDING DEADLINE FOR AN EXAMINATION
AND FOR PRODUCTION OF DOCUMENTS PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

AND NOW, this _____ day of _____, 2023, upon consent of Scungio Borst & Associates, LLC (the "Debtor") and the Official Committee of Unsecured Creditors of the Debtor (the "UCC") it is requested that: the deadline for the examination of Debtor through Scott Scungio pursuant to Rule 2004, set for July 14, 2023, by the Court's Order dated December 21, 2022, is hereby extended sixty (60) days until September 12, 2023,

**IT IS HEREBY ORDERED THAT:**

1. Scott Scungio is directed, and shall appear for examination pursuant to Rule 2004 at a date and time mutually agreed upon between Debtor and the UCC, on or before September 12, 2023; and

2. All other terms of the Court's Orders dated November 16, 2022 [D.I. 200] and December 21, 2022 [D.I. 210] shall remain binding; and

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

4867-1329-3936 v1

3. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

BY THE COURT

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Agreed and consented to by:

| | |
|---|---|
| */s/ Robert W. Seitzer* | */s/ Michael D. Vagnoni* |
| Aris J. Karalis, Esquire | Michael D. Vagnoni, Esquire |
| Robert W. Seitzer, Esquire | Obermayer Rebmann Maxwell & Hippel LLP |
| Karalis PC | *Attorneys for The Official Committee of Unsecured Creditors* |
| *Attorneys for Debtor, Scungio Borst & Associates, LLC* | |
| Dated: July 13, 2023 | Dated: July 13, 2023 |

4867-1329-3936 v1