# EXHIBIT 1

Fill in this information to identify the case:

| Debtor 1 | SCUNGIO BORST AND ASSOCIATES LLC |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | EASTERN              District of         PA |
| | (State) |
| Case number | 2210609 |

Official Form 410

## Proof of Claim

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements  Do not send original documents, they may be destroyed after scanning  If the documents are not available, explain in an attachment

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both  18 U S C §§ 152, 157, and 3571**

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Pennsylvania Department of Revenue |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes  From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>**Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)** | **Where should notices to the creditor be sent?**<br><br>Pennsylvania Department of Revenue<br>Name<br><br>Bankruptcy Division PO Box 280946<br><br>Harrisburg,  PA   17128-0946<br>Number         Street<br><br>Contact phone        (717) 783-8989<br><br>Contact email<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one) | **Where should payments to the creditor be sent? (if different)**<br><br>Pennsylvania Department of Revenue<br>Name<br><br>Bankruptcy Division PO Box 280946<br><br>Harrisburg,  PA   17128-0946<br>City        State     Zip Code<br><br>Contact phone        (717) 783-8989<br><br>Contact email |
| **4. Does this claim amend one already filed?** | ☐ No<br>☒ Yes  Claim number on court claims registry (if known) _____ 20          Filed on  **04/14/2022**<br>                                                                                                MM / DD  /YYYY |
| **5 Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes  Who made the earlier filing? |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☒ Yes  Last 4 digits of the debtor's account or any number you use to identify the debtor _____ |
| **7. How much is the claim?** | $231 19   Does this amount include interest or other charges?<br>☐ No<br>☐ Yes  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A) |
| **8. What is the basis of the claim?** | Examples  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c)<br>Limit disclosing information that is entitled to privacy, such as health care information<br><br>Taxes _____ |
| **9. Is all or part of the claim secured?** | ☐ No<br>☐ Yes  The claim is secured by a lien on property.<br><br>Nature of property<br>☐ Real estate  If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim<br>☐ Motor vehicle<br>☐ Other  Describe _____<br><br>Basis for perfection    Lien<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded )<br><br>Value of property<br>Amount of the claim that is secured    0 00<br>Amount of the claim that is unsecured.    231 19    (The sum of the secured and unsecured amounts should match the amount in line 7 )<br><br>Annual Interest Rate (when case was filed)___ 3 %<br>☒ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☒ No<br>☐ Yes  Amount necessary to cure any default as of the date of the petition    $_____ |
| **11. Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes  Identify the property _____ |

Official Form 410                       Proof of Claim                       page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes  Check one | Amount entitled to priority |

☐ Domestic support obligations (including alimony and child support) under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)                    $_____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use  11 U S C  § 507(a)(7)                    $_____

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier  11 U S C  § 507(a)(4)                    $_____

☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)                    $  0 00 _____

☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)                    $_____

☐ Other  Specify subsection of 11 U S C  § 507(a)(__) that applies                    $_____

☐ * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment

## Part 3:    Check the appropriate box:

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box |
|---|---|

☐ I am the creditor

☒ I am the creditor's attorney or authorized agent

☐ I am the trustee, or the debtor, or their authorized agent  Bankruptcy Rule 3004

☐ I am a guarantor, surety, endorser, or other codebtor  Bankruptcy Rule 3005

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on date        4/22/2022
                        MM / DD / YYYY

/s/    Nicole Amolsch, Chief

Signature

Print the name of the person who is completing and signing this claim

Name        _____

Title        _____

Company     PA Department of Revenue
            Identify the corporate servicer as the company if the authorized agent is a servicer

Address     4th and Walnut Street
            Number        Street
            Harrisburg        PA        17128
            City            State      Zip Code

Contact Phone    (717) 787-3911        Email_____



BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**

April 22, 2022

Pennsylvania (Phl) U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 1910

Case Number:  22-10609          EP

SCUNGIO BORST AND ASSOCIATES LLC

Dear Clerk of Courts:

Enclosed is a Proof of Claim in the proceedings against the above reference bankruptcy filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance. This represents a claim in the sum of:

**$231.19**

Please stamp the acknowledgement, and enter our claim number in the appropriate spaces below. Return the copy of this acknowledgement to this bureau in the enclosed pre-addressed envelope.

Sincerely,

Pennsylvania Department of Revenue
Bureau of Compliance

TDD# (717) 772-2252 (Hearing Impaired Only)
Fax (717) 783-4331

Enclosures

ACKNOWLEDGEMENT

CLAIM NUMBER

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946



**SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE**

☐ Original Claim
☑ Amended Claim

This claim supercedes all Previous claims filed

Date Amended·    04/22/2022

SCUNGIO BORST AND ASSOCIATES LLC
SCUNGIO BORST AND ASSOCIATES LLC

UNITED STATES BANKRUPTCY COURT
EASTERN    DISTRICT OF    PENNSYLVANIA
Petition Filing Date    03/11/2022
Case Number    2210609    EP
Chapter.    11

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth .  At this present time of  the filing of this proof of claim, the Debtor was indebted to the Commonwealth in the

SUM OF    **$231.19**    for the following

☐    **State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210**

☐    **Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301**

☐    **Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301**

☐    **Corporate Net Income Tax**

☑    **Capital Stock-Franchise Tax**

☐    **Corporate Loans Tax**

☐    **Other**

**SECURED CLAIMS (Tax lien(s) filed before petition date)**

See attached statement of account detailing the liability

Total secured claim    _____

Pursuant to Section 506(b) of the Bankruptcy Code, post petition interest may be payable

**ADMINISTRATIVE PRIORITY CLAIMS - Section 507(a)(1) of the Bankruptcy Code**

See attached statement of account detailing the liability

Total administrative    _____

**UNSECURED PRIORITY CLAIMS - Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.**

See attached statement of account detailing the liability.

Total unsecured priority    _____

**UNSECURED NON-PRIORITY CLAIMS - unliened non-priority liabilities existing before the petition filing date.**

See attached statement of account detailing the liability

Total unsecured non-priority claim    **$231.19**

Credits   The Commonwealth of Pennsylvania, Department of Revenue has not identified a right of setoff or counterclaim in preparing and filing this proof of claim   However, this determination is based on available information and the Commonwealth of Pennsylvania, Department of Revenue does not intend to waive any of its available rights to setoff against this claim debts owed to this debtor by this agency   All rights of setoff are preserved and reserved (including those arising as the result of audits, credits, refunds or payments) and will be asserted to the extent lawful

*/s/ Nicole Amolsch, Chief*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946



**BANKRUPTCY STATEMENT
OF ACCOUNT**

Page 1 of 1
Pet Date        3/11/2022
Case Number,    2210609 EP
Chapter         11

SCUNGIO BORST AND ASSOCIATES LLC
2 RIVERSIDE DR STE 500
CAMDEN NJ 08103

**Primary Tax Numbers**

**Emp Identification Number:**

**Sales Tax License Number:**   xxx-xx-3853

**Social Security Number:**

**Corp Tax Number:**   xxx-xx-0986

**Other Number:**

| Additional Debtors and/or Names | SSN | EIN |
|---|---|---|

Note:

| TYPE OF CLAIM | | UNSECURED NON-PRIORITY | Tax Number: | | xxx-xx-0986 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| CT | | 2013 | $181 00 | $50 19 | $0 00 | $0 00 | $231 19 |
| Lien Filing Date | | County Lien Filed | | | Lien Docket Number | | |
| | | TOTAL | $181 00 | $50 19 | $0 00 | $0 00 | $231 19 |

**LEGEND:**
ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates  Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040  Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection  An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE

**EXHIBIT 2**



Pay Off

## Pay Off

⚠ Bankruptcy, Collection in Progress

SCUNGIO BORST & ASSOCIATES LLC   **-***0865

Employer Withholding Tax
101 W ROSE TREE RD
MEDIA PA 19063-2008
70015442658

> Pay Off

## Attributes

Forecast  21-Sep-2023

## Balances

Forecast

| Account | Account Type | Period | Bill | Tax | Penalty | Interest | Other | Balance |
|---|---|---|---|---|---|---|---|---|
| ...58 | Employer Withholdir | 30-Sep-2022 | | 47.23 | 23.62 | 2.54 | 0.00 | 73.39 |
| | | | | 47.23 | 23.62 | 2.54 | 0.00 | 73.39 |

**EXHIBIT 3**

DEPARTMENT OF REVENUE
HARRISBURG PA 17128 2005

|  |  |  |
|---|---|---|
|  | Date Issued | 03/25/2022 |
|  | Letter ID | L0010484383 |
|  ARIS J KARALIS | FEIN | **-**0865 |
| 1900 SPRUCE ST |  |  |
| PHILADELPHIA PA 19103-6605 |  |  |

## Notice of Failure to File

This is a Notice of Failure to File pre-petition tax returns

### Account Information

SCUNGIO BORST ASSOCIATES LLC                     Bankruptcy Case: 2210609

FEIN: **-**0865                                              Bankruptcy Type: Chapter 11

**Why you are receiving this notice**
If you have any questions regarding this notice, please contact the department using the information provided

Manna Arkhipova

Phone: (717) 772-6940

Fax: (717) 783-4331

The Pennsylvania Department of Revenue recently learned that the debtor has filed for protection under Chapter 11.

Chapter 11 requires all tax returns be filed for four years prior to the filing of the petition

The department's records reflect that the following returns have not been filed·

| Tax Type | Account Number | Non Filer Periods |
|---|---|---|
| Pass-through Entity | 30006388770 | 12/31/2003, 12/31/2004, 12/31/2005, 12/31/2006, 12/31/2007, 12/31/2008, 12/31/2009, 12/31/2010, 12/31/2011, 12/31/2012, 12/31/2013, 12/31/2014, 12/31/2015, 12/31/2016, 12/31/2017, 12/31/2018, 12/31/2020, 12/31/2021 |
| Sales Tax | 82763853 | 01Q20 - 01Q07 |

**What you need to do:**

Filing of all non-filed returns listed on this notice must be received no later than one day prior to the first scheduled meeting of creditors  When submitting Personal Income tax returns, please attach all W2s and/or schedules with your

| From: | Katsaounis, Christos |
|---|---|
| Sent: | Monday, May 8, 2023 9:42 AM |
| To: | akaralis@karalislaw.com |
| Subject: | Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns & EWT Liability |

In my 4/28/22, 7/6/22, 12/8/22, 1/13/23, and 4/24/23 e-mails, the Debtor's delinquent PA tax returns were set forth. Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed, plus there are additional nonfiled tax returns.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue ("Department") to file a complete and correct pre-petition and post-petition Proofs of Claim. It is recommended that all these delinquent PA tax returns be electronically filed and that I be notified when the filings are made:

A.. Corporation Tax Returns –
　1. Corporate Loans Tax – 2013 tax year
　2. Capital Stock-Franchise Tax – 2013 and 2015 tax years
　3. Corporate Net Income Tax – 2013 and 2015 tax years.
B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, 2021, and 2022 tax years.
C. Sales Tax Returns - 01Q07 to 04Q20 tax periods. The Department records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20. If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change its closing date from 10/19/20 to the date the Debtor ceased having sales and/or use tax liabilities. You can provide me with this new closing date and I will try to process it.
D. Employer Withholding Tax – 04Q22 and 01Q23 tax periods (quarterly Form W-3s) Because these Employer Withholding Tax returns are post-petition and for which the Debtor is required to stay current, they must be filed ASAP Also, the Debtor did not pay all the income tax it withheld from its employees for the 03Q22 tax period. The Department's records show the following tax liabilities. Tax-$47.23, Interest (to 6/30/23)-$1.30, Penalty-$16.53 = Total $65.06. Considering this tax was withheld by the Debtor in trust for the Department, this tax is not the Debtor's property and must be immediately forwarded to the Department. Also, this is a post-petition liability for which the Debtor is required to stay current. It is recommended that the payment of $65.06 be made electronically.

Again, it is recommended that all the delinquent tax returns be electronically filed and that I be notified when the filings are made Also, if these delinquent tax returns are not filed, the Department may include estimated liabilities for these delinquent tax periods (i e , based on the best available information) in its proofs of claim.

If you have any questions, please contact me

Sincerely,

**Christos A. Katsaounis** | Senior Counsel
PA Department of Revenue
Office of Chief Counsel
1032 Strawberry Square (10th Floor)
4th and Walnut Streets
P.O. Box 281061
Harrisburg, PA 17128-1061
Phone: 717.346.4643 | Fax: 717.772.1459
E-mail: ckatsaouni@pa.gov
www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING

OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Friday, February 24, 2023 4:16 PM
**To:** akaralis@karalislaw.com
**Subject:** Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns & EWT Liability

In the 4/28/22, 7/6/22, 12/8/22, and 1/13/23 e-mails, the Debtor's delinquent PA tax returns were set forth. Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed, plus there is additional nofiled tax returns.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue ("Department") to file a complete and correct Proof of Claim. It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made.

A. Corporation Tax Returns –
   1. Corporate Loans Tax – 2013 tax year.
   2 Capital Stock-Franchise Tax – 2013 and 2015 tax years.
   3 Corporate Net Income Tax – 2013, 2015 through 2018 tax years
B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, and 2021 tax years.
C. Sales Tax Returns - 01Q07 to 04Q20 tax periods. The Department records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20 If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change its closing date from 10/19/20 to the date the Debtor ceased having sales and/or use tax liabilities. You can provide me with this new closing date and I will try to process it

Also, most important for purposes of the Employer Withholding Tax, the Debtor did not pay in all the income tax it withheld from its employees for the 03Q22 tax period. The Department's records show the following tax liabilities· Tax-$47 23, Interest (to 3/15/23)-$0.81, Penalty-$11.81 = Total $59.85 Considering this tax was withheld by the Debtor in trust for the Department, this tax is not the Debtor's property and must be immediately forwarded to the Department Also, this is a post-petition liability for which the Debtor is required to stay current. It is recommended that the payment of $59.85 be made electronically. In addition, the Department's records show that the Debtor has not filed his 04Q22 EWT tax returns (quarterly Form W-3) and Form W-2 Calendar Reconciliation Return. These tax returns must be filed ASAP. Again, this is a post-petition requirement for which the Debtor is required to stay current.

I recommend that all the delinquent tax returns be electronically filed and to notify me when the filings are made. Also, if the these delinquent tax returns are not filed, the Department may include estimated liabilities for these delinquent tax periods (i.e , based on the best available information) in its proof of claim.

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel
PA Department of Revenue
Office of Chief Counsel
1032 Strawberry Square (10th Floor)
4th and Walnut Streets
P.O. Box 281061
Harrisburg, PA 17128-1061
Phone: 717.346.4643 | Fax: 717.772.1459
E-mail: ckatsaouni@pa.gov
www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED

MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Friday, January 13, 2023 10:44 AM
**To:** akaralis@karalislaw.com
**Subject:** Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns & EWT Liability

In the 4/28/22, 7/6/22, and 12/8/22 e-mails, the Debtor's delinquent PA tax returns were set forth Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue ("Department") to file a complete and correct Proof of Claim. It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made:

   A. Corporation Tax Returns –
     1. Corporate Loans Tax – 2013 tax year.
     2. Capital Stock-Franchise Tax – 2013 and 2015 tax years.
     3. Corporate Net Income Tax – 2013, 2015 through 2018 tax years
B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, and 2021 tax years.
C. Sales Tax Returns - 01Q07 to 04Q20 tax periods The Department records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20. If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change its closing date from 10/19/20 to the date the Debtor ceased having sales and/or use tax liabilities. You can provide me with this new closing date and I will try to process it.

Also, most important for purposes of the Employer Withholding Tax, the Debtor did not pay in all the income tax it withheld from its employees for the 03Q22 tax period. The Department's records show the following tax liabilities: Tax-$47.23, Interest (to 3/15/23)-$0.81, Penalty-$11.81 = Total $59 85. Considering this tax was withheld by the Debtor in trust for the Department, this tax is not the Debtor's property and must be immediately forwarded to the Department. It is recommended that the payment of $59.85 be made electronically.

I recommend that all the delinquent tax returns be electronically filed and to notify me when the filings are made. Also, if the these delinquent tax returns are not filed, the Department may include estimated liabilities for these delinquent tax periods (i e , based on the best available information) in tis proof of claim

If you have any questions, please contact me

Sincerely,

**Christos A. Katsaounis** | Senior Counsel
PA Department of Revenue
Office of Chief Counsel
1032 Strawberry Square (10th Floor)
4th and Walnut Streets
P.O. Box 281061
Harrisburg, PA 17128-1061
Phone: 717.346.4643 | Fax: 717.772.1459
E-mail: ckatsaouni@pa.gov
www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER

THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Thursday, December 8, 2022 11:00 AM
**To:** akaralis@karalislaw.com
**Subject:** Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns

In the 4/28/22 and 7/6/22 e-mails, the Debtor's delinquent PA tax returns were set forth   Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed.  See the 4/28/22 e-mail, which is shown below, for a listing of all the Debtor's unfiled PA tax returns.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue to file a complete and correct Proof of Claim   It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel
PA Department of Revenue
Office of Chief Counsel
1032 Strawberry Square (10th Floor)
4th and Walnut Streets
P.O. Box 281061
Harrisburg, PA 17128-1061
Phone: 717.346.4643 | Fax: 717.772.1459
E-mail: ckatsaouni@pa.gov
www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL.  ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED.  IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Wednesday, July 6, 2022 10:21 AM
**To:** akaralis@karalislaw.com
**Subject:** RE: Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns

In the 4/28/22 e-mail, the Debtor's delinquent PA tax returns were set forth.  Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue to file a complete and correct Proof of Claim   It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made.

If you have any questions, please contact me

Sincerely,

**Christos A. Katsaounis** | Senior Counsel

4

PA Department of Revenue
Office of Chief Counsel
1032 Strawberry Square (10th Floor)
4th and Walnut Streets
P.O. Box 281061
Harrisburg, PA 17128-1061
Phone: 717.346.4643 | Fax: 717.772.1459
E-mail: ckatsaouni@pa.gov
www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Thursday, April 28, 2022 9:26 AM
**To:** akaralis@karalislaw.com
**Subject:** Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11)

I have been assigned this Chapter 11 bankruptcy. I believe this is a liquidating bankruptcy.

I thought I would address the Debtor's unfiled Pennsylvania tax returns:

A. Corporation Tax Returns –
    1. Corporate Loans Tax – 2013 tax year
    2. Capital Stock-Franchise Tax – 2013 and 2015 tax years.
B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, 2020, and 2021 tax years.
C. Sales Tax Returns - 01Q07 to 04Q20 tax periods   The PA Department of Revenue's ("Department") records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20. If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change his closing date from 10/19/20 to 12/31/06. You can provide me with this new closing date and I will try to process it.

I recommend that all the delinquent tax returns be electronically filed and to notify me when the filings are made. Also, if the Capital Stock-Franchise Tax returns are not filed, the Department may include estimated liabilities for the 2013 and 2015 tax years based on the Debtor's prior filings (i.e., based on the best available information).

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel
PA Department of Revenue
Office of Chief Counsel
1032 Strawberry Square (10th Floor)
4th and Walnut Streets
P.O. Box 281061
Harrisburg, PA 17128-1061
Phone: 717.346.4643 | Fax: 717.772.1459
E-mail: ckatsaouni@pa.gov
www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED

MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

# EXHIBIT 4

## Katsaounis, Christos

*ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the Report Phishing button in Outlook.*

Chris,

I have forwarded your prior emails regarding the unfiled/missing returns to the officers of SBA. The prior accounting firm does not want to work for a bankruptcy estate. Debtor's management is interviewing a financial advisory firm and an accounting firm to provide the accounting and tax services required to file the missing/unfiled returns. I also have raised the issue with counsel for the creditors committee and am hopeful that the Debtors will be in a position over the next 45 days to file an application(s) with the bankruptcy court for the retention of the required professionals to have the missing/unfiled returns prepared and filed.

Thanks

Aris

Aris J. Karalis, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500 xt 104
Telefax (215) 985-4175
Akaralis@karalislaw.com

On Mon, May 8, 2023 at 9:41 AM Katsaounis, Christos <ckatsaouni@pa.gov> wrote:

In my 4/28/22, 7/6/22, 12/8/22, 1/13/23, and 4/24/23 e-mails, the Debtor's delinquent PA tax returns were set forth Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed, plus there are additional nonfiled tax returns

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue ("Department") to file a complete and correct pre-petition and post-petition Proofs of Claim. It is recommended that all these delinquent PA tax returns be electronically filed and that I be notified when the filings are made·

A.. Corporation Tax Returns –

   1. Corporate Loans Tax – 2013 tax year.

   2 Capital Stock-Franchise Tax – 2013 and 2015 tax years

   3 Corporate Net Income Tax – 2013 and 2015 tax years.

B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, 2021, and 2022 tax years.

C. Sales Tax Returns - 01Q07 to 04Q20 tax periods. The Department records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20. If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change its closing date from 10/19/20 to the date the Debtor ceased having sales and/or use tax liabilities. You can provide me with this new closing date and I will try to process it.

D. Employer Withholding Tax – 04Q22 and 01Q23 tax periods (quarterly Form W-3s). Because these Employer Withholding Tax returns are post-petition and for which the Debtor is required to stay current, they must be filed ASAP. Also, the Debtor did not pay all the income tax it withheld from its employees for the 03Q22 tax period. The Department's records show the following tax liabilities: Tax-$47.23, Interest (to 6/30/23)-$1 30, Penalty-$16.53 = Total $65 06. Considering this tax was withheld by the Debtor in trust for the Department, this tax is not the Debtor's property and must be immediately forwarded to the Department. Also, this is a post-petition liability for which the Debtor is required to stay current. It is recommended that the payment of $65.06 be made electronically

Again, it is recommended that all the delinquent tax returns be electronically filed and that I be notified when the filings are made. Also, if these delinquent tax returns are not filed, the Department may include estimated liabilities for these delinquent tax periods (i.e., based on the best available information) in its proofs of claim.

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel

PA Department of Revenue

Office of Chief Counsel

1032 Strawberry Square (10th Floor)

4th and Walnut Streets

P.O. Box 281061

Harrisburg, PA 17128-1061

Phone: 717.346.4643 | Fax: 717.772.1459

E-mail: ckatsaouni@pa.gov

www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Friday, February 24, 2023 4:16 PM
**To:** akaralis@karalislaw.com
**Subject:** Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns & EWT Liability

In the 4/28/22, 7/6/22, 12/8/22, and 1/13/23 e-mails, the Debtor's delinquent PA tax returns were set forth. Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed; plus there is additional nofiled tax returns.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue ("Department") to file a complete and correct Proof of Claim. It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made:

A. Corporation Tax Returns –

  1. Corporate Loans Tax – 2013 tax year.

  2. Capital Stock-Franchise Tax – 2013 and 2015 tax years.

  3. Corporate Net Income Tax – 2013, 2015 through 2018 tax years

B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, and 2021 tax years.

C. Sales Tax Returns - 01Q07 to 04Q20 tax periods. The Department records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20. If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change its closing date from 10/19/20 to the date the Debtor ceased having sales and/or use tax liabilities. You can provide me with this new closing date and I will try to process it.

Also, most important for purposes of the <u>Employer Withholding Tax</u>, the Debtor did not pay in all the income tax it withheld from its employees for the 03Q22 tax period. The Department's records show the following tax liabilities: Tax-$47.23, Interest (to 3/15/23)-$0.81, Penalty-$11.81 = Total $59.85   Considering this tax was withheld by the Debtor in trust for the Department, this tax is not the Debtor's property and must be immediately forwarded to the Department. Also, this is a post-petition liability for which the Debtor is required to stay current. It is recommended that the payment of $59.85 be made electronically. In addition, the Department's records show that the Debtor has not filed his 04Q22 EWT tax returns (quarterly Form W-3) and Form W-2 Calendar Reconciliation Return. These tax returns must be filed ASAP   Again, this is a post-petition requirement for which the Debtor is required to stay current.

I recommend that all the delinquent tax returns be electronically filed and to notify me when the filings are made. Also, if the these delinquent tax returns are not filed, the Department may include estimated liabilities for these delinquent tax periods (i.e., based on the best available information) in its proof of claim.

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel

PA Department of Revenue

Office of Chief Counsel

1032 Strawberry Square (10th Floor)

4th and Walnut Streets

P.O. Box 281061

Harrisburg, PA 17128-1061

Phone: 717.346.4643 | Fax: 717.772.1459

E-mail: ckatsaouni@pa.gov

www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

In the 4/28/22, 7/6/22, and 12/8/22 e-mails, the Debtor's delinquent PA tax returns were set forth. Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue ("Department") to file a complete and correct Proof of Claim. It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made:

   A. Corporation Tax Returns –

     1. Corporate Loans Tax – 2013 tax year.

     2. Capital Stock-Franchise Tax – 2013 and 2015 tax years

     3. Corporate Net Income Tax – 2013, 2015 through 2018 tax years

B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, and 2021 tax years

C. Sales Tax Returns - 01Q07 to 04Q20 tax periods   The Department records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20. If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change its closing date from 10/19/20 to the date the Debtor ceased having sales and/or use tax liabilities. You can provide me with this new closing date and I will try to process it

Also, most important for purposes of the Employer Withholding Tax, the Debtor did not pay in all the income tax it withheld from its employees for the 03Q22 tax period. The Department's records show the following tax liabilities: Tax-$47.23, Interest (to 3/15/23)-$0 81, Penalty-$11.81 = Total $59.85   Considering this tax was withheld by the Debtor in trust for the Department, this tax is not the Debtor's property and must be immediately forwarded to the Department. It is recommended that the payment of $59.85 be made electronically

I recommend that all the delinquent tax returns be electronically filed and to notify me when the filings are made. Also, if the these delinquent tax returns are not filed, the Department may include estimated liabilities for these delinquent tax periods (i.e., based on the best available information) in tis proof of claim.

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel

PA Department of Revenue

Office of Chief Counsel

1032 Strawberry Square (10th Floor)

4th and Walnut Streets

P.O. Box 281061

Harrisburg, PA 17128-1061

Phone: 717.346.4643 | Fax: 717.772.1459

E-mail: ckatsaouni@pa.gov

www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Thursday, December 8, 2022 11:00 AM
**To:** akaralis@karalislaw.com
**Subject:** Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns

In the 4/28/22 and 7/6/22 e-mails, the Debtor's delinquent PA tax returns were set forth   Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed.  See the 4/28/22 e-mail, which is shown below, for a listing of all the Debtor's unfiled PA tax returns.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue to file a complete and correct Proof of Claim.  It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made

If you have any questions, please contact me.

6

Sincerely,

**Christos A. Katsaounis** | Senior Counsel

PA Department of Revenue

Office of Chief Counsel

1032 Strawberry Square (10th Floor)

4th and Walnut Streets

P.O. Box 281061

Harrisburg, PA 17128-1061

Phone: 717.346.4643 | Fax: 717.772.1459

E-mail: ckatsaouni@pa.gov

www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Wednesday, July 6, 2022 10:21 AM
**To:** akaralis@karalislaw.com
**Subject:** RE: Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11) - Delinquent PA Tax Returns

In the 4/28/22 e-mail, the Debtor's delinquent PA tax returns were set forth. Except for the 2020 Pennsylvania S Corporation/Partnership Information Return (Form PA-20S/PA-65), none of the previously identified PA tax returns have been filed.

The filing of these delinquent PA tax returns is necessary for the PA Department of Revenue to file a complete and correct Proof of Claim. It is recommended that all these delinquent PA tax returns be electronically filed and please notify me when the filings are made.

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel

PA Department of Revenue

Office of Chief Counsel

1032 Strawberry Square (10th Floor)

4th and Walnut Streets

P.O. Box 281061

Harrisburg, PA 17128-1061

Phone: 717.346.4643 | Fax: 717.772.1459

E-mail: ckatsaouni@pa.gov

www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO
WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED
MATERIAL. ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING
OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER
THAN THE INTENDED RECIPIENT IS PROHIBITED. IF YOU RECIEVED THIS IN ERROR, PLEASE
CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.

**From:** Katsaounis, Christos
**Sent:** Thursday, April 28, 2022 9:26 AM
**To:** akaralis@karalislaw.com
**Subject:** Scungio Borst & Associates, LLC (22-10609-amc, Chapter 11)

I have been assigned this Chapter 11 bankruptcy   I believe this is a liquidating bankruptcy.

I thought I would address the Debtor's unfiled Pennsylvania tax returns.

A. Corporation Tax Returns –

    1. Corporate Loans Tax – 2013 tax year

    2. Capital Stock-Franchise Tax – 2013 and 2015 tax years.

B. Pennsylvania S Corporation/Partnership Information Returns (Form PA-20S/PA-65) – 2008, 2015 to 2018, 2020, and 2021 tax years

C. Sales Tax Returns - 01Q07 to 04Q20 tax periods. The PA Department of Revenue's ("Department") records show that the Sales Tax account was opened 3/13/03 and closed 10/19/20. If the Debtor did not have any sales and/or use tax liabilities for these delinquent tax periods, it is recommended that the Debtor change his closing date from 10/19/20 to 12/31/06. You can provide me with this new closing date and I will try to process it.

I recommend that all the delinquent tax returns be electronically filed and to notify me when the filings are made. Also, if the Capital Stock-Franchise Tax returns are not filed, the Department may include estimated liabilities for the 2013 and 2015 tax years based on the Debtor's prior filings (i.e., based on the best available information).

If you have any questions, please contact me.

Sincerely,

**Christos A. Katsaounis** | Senior Counsel

PA Department of Revenue

Office of Chief Counsel

1032 Strawberry Square (10th Floor)

4th and Walnut Streets

P.O. Box 281061

Harrisburg, PA 17128-1061

Phone: 717.346.4643 | Fax: 717.772.1459

E-mail: ckatsaouni@pa.gov

www.revenue.state.pa.us

THE INFORMATION TRANSMITTED IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL.  ANY REVIEW, RETRANSMISSION, DISSEMINATION OR OTHER USE OF, OR TAKING OF ANY ACTION IN RELIANCE UPON THIS INFORMATION BY PERSONS OR ENTITIES OTHER THAN THE INTENDED RECIPIENT IS PROHIBITED.  IF YOU RECIEVED THIS IN ERROR, PLEASE CONTACT THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER.