IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : BANKRUPTCY NO. 22-10609-AMC |
| SCUNGIO BORST & ASSOCIATES LLC | : |
| | : |
| Debtor | : CHAPTER 11 |
| | : |
| SCUNGIO BORST & ASSOCIATES LLC | : |
| | : Related to Doc. 308, 309, 310 |
| Movant/Plan Proponent | : |
| | : |
| v. | : Hearing Date and Time: October 25, 2023 at 12:30 pm |
| COMMONWEALTH OF PENNSYLVANIA | : |
| DEPARTMENT OF REVENUE | : |
| | : |
| Creditor/Respondent | : |

## PROOF OF SERVICE

I hereby certify that on behalf of the Commonwealth of Pennsylvania, Department of Revenue, I am on this date serving a copy of the foregoing documents by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Pennsylvania, including:

United State Trustee
USTPRegion03.PH.ECF@usdoj.gov

George M. Conway, United States Trustee
george.m.conway@usdoj.gov

Aris J. Karalis, Debtor's Counsel
akaralis@karalislaw.com

Robert W. Seitzer, Debtor's Counsel
rseitzer@karalislae.com

Edmond M. George, Official Committee of Unsecured Creditors
edmond.george@obermayer.com

Michael D. Vagnoni, Official Committee of Unsecured Creditors
michael.vagnoni@obermayer.com

                                                  Respectfully submitted,

Date: September 27, 2023           */s/ Christos A. Katsaounis*
                                                  Christos A. Katsaounis
                                                  Senior Counsel
                                                  PA Department of Revenue
                                                  Office of Chief Counsel
                                                  P.O. Box 281061
                                                  Harrisburg, PA 17128-1061
                                                  ckatsaouni@state.pa.us
                                                  Attorney ID No. 20196 (PA)
                                                  Telephone: (717) 346-4643
                                                  Facsimile: (717) 772-1459