# EXHIBIT "I"

September 30, 2023

Scungio Borst & Associates, LLC
117 Moore Drive
Media, PA 19063 USA

Attention: Scott P. Scungio    Philip L. Borst

MATTER: 7051-a
INVOICE: 1222

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-13-22 | Review email from David Tolchin re: Motion of Hasen Tehiraj (now joint creditor) for Relief from Stay to all PI action to proceed in State Court | 0.80 | 440.00 | AJK |
| May-12-22 | Review of KPG Motion for Relief | 1.10 | 605.00 | AJK |
| | Review email from Gavin Lentz & reply re: KPG Motion for Relief | 0.30 | 165.00 | AJK |
| | Telephone conference with Gavin Lentz, Al Belmont & RWS re: KPG Motion for Relief / Terms for Consent Order | 0.40 | 220.00 | AJK |
| | Telephone conference with Corrine Brennan re: Term of Consent Order | 0.20 | 110.00 | AJK |
| May-13-22 | Conference with RWS re: KPG Motion for Relief | 0.20 | 110.00 | AJK |
| May-18-22 | Review email from Corrine Brennan with Proposed Consent Order Granting relief from Stay to KPG, et al. | 0.80 | 440.00 | AJK |
| | Draft & review revised Order Granting Relief to Liquidate Litigation Claims Pending in CCP | 0.70 | 385.00 | AJK |
| | Draft & review email to Corrine Brennan re: revised Order Granting Relief from Stay | 0.10 | 55.00 | AJK |
| | Telephone conference with Ed George re: revised Order / KPG Relief from Stay | 0.10 | 55.00 | AJK |
| | Review email from Corrine Brennan re: comments to revised order | 0.10 | 55.00 | AJK |
| | Draft & review email to Gavin Lentz & Al | 0.30 | 165.00 | AJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Belmont & reply re: issues raised by KPG to revised Consent Order | | | |
| | Draft & review revised Proposed Order for KPG Relief from Stay removing Cippco & DWD & email to Gavin Lentz & AL Belmont | 0.70 | 385.00 | AJK |
| | Telephone conference with Al Belmont re: revised Relief Order (KPG) | 0.20 | 110.00 | AJK |
| | Draft & review email to Corrine Brennan re: revised Proposal Relief Order (KPG) | 0.20 | 110.00 | AJK |
| | Review email from Ed George re: revised Proposed Order to Grant KPG Relief | 0.10 | 55.00 | AJK |
| | Telephone conference with Ed George re: revisions to KPG Consent Order | 0.10 | 55.00 | AJK |
| | Review email from Corinne Brennan re: further revised Consent Order | 0.60 | 330.00 | AJK |
| | Telephone conference with Corinne Brennan re: issues with revised Consent Order | 0.30 | 165.00 | AJK |
| May-19-22 | Review email from Corinne Brennan re: further revised Order with respect to KPG Motion for Relief with comments discussed on 5/18 | 0.50 | 275.00 | AJK |
| | Draft & review email to Corinne Brennan re: revised Proposed Order acceptable | 0.10 | 55.00 | AJK |
| May-20-22 | Review email from Corinne Brennan & reply re: Proposed Order / Relief from Stay / KPG (with blank signatures) | 0.20 | 110.00 | AJK |
| May-23-22 | Review email from Corinne Brennan / Mike Vagnoni re: Consent Order - KPG Relief Motion | 0.10 | 55.00 | AJK |
| Mar-16-22 | Telephone conference with Lee re: Elvira Fee litigation | 0.40 | 164.00 | RWS |
| Mar-17-22 | Telephone conference with Yarborough re: Elvira Fee pi litigation | 0.40 | 164.00 | RWS |
| Mar-21-22 | Telephone conference with Tulchin re: Taharij personal injury litigation | 0.20 | 82.00 | RWS |
| Apr-13-22 | Review of Tahiraj Motion for Relief | 0.40 | 164.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-22-22 | Prepared Consent Order re: Tahiraj Motion for Relief | 0.60 | 246.00 | RWS |
| | Telephone conference with Tolchin re: Consent Order with respect to Tahiraj Motion for Relief | 0.30 | 123.00 | RWS |
| Apr-28-22 | Prepared e-mail to Tolchin re: Tahiraj Consent Order re: Motion for Relief | 0.10 | 41.00 | RWS |
| May-03-22 | Telephone conference with Goldmand re: Elvira Fee litigation | 0.30 | 123.00 | RWS |
| May-12-22 | Telephone conference with AJK, Lentz & Belmont re: KPG Curtis Tenant Motion for Relief | 0.40 | 164.00 | RWS |
| May-13-22 | Conference with AJK re: KPG Motion for Relief | 0.20 | 82.00 | RWS |
| May-18-22 | Telephone conference with Serlin re: Tahiraj litigation | 0.30 | 123.00 | RWS |
| May-20-22 | Prepared e-mail to Tolchin re: Tahiraj litigation | 0.10 | 41.00 | RWS |
| Aug-04-22 | Telephone conference with Bifignani re: Tahiraj litigation | 0.20 | 82.00 | RWS |
| Sep-01-22 | Telephone conference with Martin re: Elvira Fee litigation | 0.30 | 123.00 | RWS |
| Oct-25-22 | Prepared Consent Order re: Elvira Fee Motion for Relief | 0.80 | 328.00 | RWS |
| Nov-08-22 | Prepared e-mail to Martin re: Elvira Fee Motion for Relief | 0.10 | 41.00 | RWS |
| | Totals | 13.30 | $6,601.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 8.20 | $550.00 | $4,510.00 |
| Robert W. Seitzer | 5.10 | $410.00 | $2,091.00 |

| | |
|---|---:|
| **Balance Due Now** | **$6,601.00** |