IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**Scungio Borst & Associates, Inc.**

Debtor.

Chapter 11

Case No. 22-10609 (AMC)

### CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO BROWN McGARRY NIMEROFF LLC'S MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR NERD STREET GAMERS LOCALHOST PHILADELPHIA, LLC

**TO:   THE HONORABLE ASHELY M. CHAN**
**United States Bankruptcy Judge**

I, Jami B. Nimeroff, Esquire, of Brown McGarry Nimeroff LLC, hereby certify that on October 12, 2023 I filed *Brown McGarry Nimeroff LLC's Motion to Withdraw Appearance as Counsel for Nerd Street Gamers Localhost Philadelphia, LLC* (the "Motion") and Notice of Motion and Response Deadline and caused the same to be served. As of the filing hereof, no creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Motion and the time for serving and filing any such answer, objection or other responsive pleading has expired. Accordingly, Brown McGarry Nimeroff LLC respectfully requests that the Motion be granted and that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: October 27, 2023

BROWN McGARRY NIMEROFF LLC

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102
(267) 861-5330 - main
(267) 350-9050 - facsimile
Email:  jnimeroff@bmnlawyers.com