IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC, | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor. | : | |
| | : | |

NOTICE OF ENTRY OF ORDER (I) CONFIRMING
MODIFIED JOINT PLAN OF LIQUIDATION (WITH TECHNICAL
MODIFICATIONS) PROPOSED BY SCUNGIO BORST & ASSOCIATES, LLC AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF THE ESTATE OF THE DEBTOR AND (II) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Confirmation Order**. On January 17, 2024, the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court") entered an order [D.I. 387] (the "Confirmation Order")[1] confirming the Modified Joint Plan of Liquidation (with technical modifications) proposed by Scungio Borst & Associates, LLC and The Official Committee of Unsecured Creditors of the Estate of the Debtor [D.I. 326] (the "Confirmed Plan") in the Chapter 11 Case of Scungio Borst & Associates, LLC, the above captioned entity that is the debtor and debtor in possession (the "Debtor"). This Notice is intended solely to provide notice of the entry of the Confirmation Order. This Notice does not, nor shall it be construed to, limit, modify, or interpret any of the provisions of the Confirmation Order. The following paragraphs identify certain provisions of the Confirmation Order for the convenience of creditors; however, creditors should refer to the full text of the Confirmation Order and should not rely upon the summary provided below.[2]

2. **Confirmed Plan Effective Date**. The Confirmed Plan will become effective in accordance with the terms of the Plan, on the date on which all conditions precedent to the Effective Date set forth in paragraph 16 of the Confirmation Order have been satisfied. The Debtor will send out notice of the Effective Date to all known parties in interest or their counsel.

3. **Settlement Trust**. Pursuant to the terms of the Confirmed Plan, the Confirmation Order, and the SBA Plan Trust Agreement, the SBA Plan Trust will be created and funded on the Effective Date.

7.1 **Rejection Damages Bar Date**. As set forth in Article VII of the Confirmed Plan, unless otherwise provided by a Final Order of the Court, all Proofs of Claim for Rejection Damages Claims, if any, must be filed within thirty (30) days after the latest to occur of: (a) notice of entry of the Confirmation Order, or (b) other notice or order that the executory contract and

---

[1] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to such terms in the Confirmation Order or Confirmed Plan, as applicable.

[2] This Notice is intended as a summary only and shall not control over the terms of any documents filed in connection with the Chapter 11 Case.

unexpired lease has been rejected (as applicable, the "Rejection Damages Bar Date"); provided, however, that the foregoing requirement to file a Proof of Claim shall not be applicable to any such Claim that was previously allowed by Final Order of the Bankruptcy Court. The SBA Plan Trust Administrator has the right to object to the Allowance any such claim. Claims arising from the rejection of any Executory Contract or an Unexpired Lease shall be classified as Class 2, General Unsecured Claims subject to the provisions of the Confirmed Plan, and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules.

4. **Copies of the Confirmation Order and Confirmed Plan.** You may obtain a copy of the Confirmation Order, the Confirmed Plan or any pleadings filed in this Chapter 11 Case, for a fee via PACER at http://www.paeb.uscourts.gov. If you would prefer to receive an email with .pdf copies of the documents free of charge, please contact Karalis PC ("Debtor's Counsel") by: (a) calling Karalis PC at 215-546-4500, (b) emailing Jill Hysley at jhysley@karalislaw.com, or (c) writing to Aris J. Karalis, Esquire, Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE CONFIRMED PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, YOU MAY CONTACT DEBTOR'S COUNSEL VIA ONE OF THE METHODS SPECIFIED ABOVE. IF YOU NEED LEGAL ADVICE, PLEASE CONSULT WITH YOUR ATTORNEY.**

Dated: February 8, 2024

KARALIS PC
Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Robert M. Greenbaum, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
akaralis@karalislaw.com
rseitzer@karalislaw.com
rgreenbaum@karalislaw.com
*Counsel to the Debtor and*
*Debtor in Possession*