**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC, | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, do hereby certify that on February 8, 2024 I caused to have served upon the parties on the attached list in the manner indicated thereon a copy of the following documents:

1. Notice of Entry of Order Confirming the Modified Joint Plan of Liquidation (with technical modifications) Proposed by Scungio Borst & Associates, LLC and The Official Committee of Unsecured Creditors of the Estate of the Debtor; and

2. Order (I) Confirming the Modified Joint Plan of Liquidation (with technical modifications) Proposed by Scungio Borst & Associates, LLC and The Official Committee of Unsecured Creditors of the Estate of the Debtor and (II) Granting Related Relief.

**KARALIS PC**

By: /s/ Aris J. Karalis
ARIS J. KARALIS

*Attorneys for the Debtor*

Dated: February 8, 2024

**VIA ECF TRANSMISSION**

George M. Conway, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nicole M. Nigrelli, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Gary D. Bressler, Esquire
McElroy Deutsch, Mulvaney & Carpenter LLP
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Kevin Grem, Esquire
Commonwealth of PA, Dept of Labor and Ind.
Collections Support Unit
P.O. Box 68568
Harrisburg, PA 17121-8568

Travis L. Kreiser, Esquire
Kreiser & Associates PC
1300 Lawarence Road
Havertown, PA 19083

Clayton W. Davison, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103

Ira E. Dorfman, Esquire
Steven A. Berkowtiz & Associates PC
10000 Lincoln Drive East, Suite 202
Marlton, NJ 08053

Alexander F. Barth, Esquire
Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204

Patrick J. Reilly, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Rebecca K. McDowell, Esquire
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Keri P. Ebeck, Esquire
Bernstein-Burkley PC
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Benjamin A. Andersen, Esquire
460 Norristown Road, Suite 110
Blue Bell, PA 19422

Michael P. Kelly, Esquire
Cowan and Kelly
402 Middletown Blvd., Suite 202
Langhorne, PA 19047

Peter J. Norman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Thomas P. Stevens, Esquire
Horn Williamson, LLC
Two Penn Center
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19102

David Tolchin, Esquire
Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, NY 10007

Jamie W. Goncharoff, Esquire
15 West Gay Street
West Chester, PA 19380

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

William Rubley, Esquire
Cooper Levenson, P.A.
1415 Marlton Pike East
Cherry Hill Plaza, Suite 205
Cherry Hill, NJ 08034

Paul B. Maschmeyer, Esquire
Maschmeyer Marinas P.C.
629A Swedesford Road
Swedesford Corporate Center
Malvern, PA 19355

Andrew C. Eckert, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

Brian W. Bisignani, Esquire
Post & Schell PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

| | | |
|---|---|---|
| Joseph M. Kanfer, Esquire<br>Woolford Kanfer Law, P.C.<br>101 North Pointe Blvd., Suite 200<br>Lancaster, PA 17601 | Michael J. Sheridan, Esquire<br>940 W. Valley Road, Suite 1601<br>Wayne, PA 19087 | Carol L. Knowlton, Esquire<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 |
| Robert H. Holber, Esquire<br>Law Office of Robert H. Holber, P.C.<br>41 E. Front Street<br>Media, PA 19063 | Christos A. Katsaounis, Sr. Counsel<br>PA Dept of Revenue<br>Office of Chief Counsel<br>P.O. Box 281061<br>Harrisburg, PA 17128-1061 | Keith Martin, Esquire<br>Edelstein Martin & Nelson LLP<br>123 S. Broad Street, Suite 1820<br>Philadelphia, PA 19109 |
| Bradford J. Sandler, Esquire<br>Pachulksi Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Paul J. Winterhalter, Esquire<br>Offit Kurman<br>401 Plymouth Road, Suite 100<br>Plymouth Meeting, PA 19462 | |
| **VIA E-MAIL** | Scungio Borst & Associates, LLC<br>Attn: Scott Scungio<br>4 Manchester Road<br>P.O. Box 203<br>Media, PA 19065 | Barry J. Roy, Esquire<br>Rabinowitz Lubetkin & Tully LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>broy@rltlawfirm.com |
| Daniel F.X. Geoghan, Esquire<br>Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>dgeoghan@coleschotz.com | Bret M. Amron, Esquire<br>Bast Amron<br>SunTrust International Ctr.<br>One Southeast Third Avenue, Suite 1400<br>Miami, FL 33131<br>bamron@bastamron.com | Dain A. de Souza, Esquire<br>Bast Amron<br>SunTrust International Ctr.<br>One Southeast Third Avenue, Suite 1400<br>Miami, FL 33131<br>ddesouza@bastamron.com |
| Eric A. Browndorf, Esquire<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, 3rd Floor<br>Atlantic City, NJ 08401<br>ebrowndorf@cooperlevenson.com | Securities and Exchange Commission<br>Attn: Bankruptcy Unit<br>1617 John F. Kennedy Blvd., Suite 520<br>Philadelphia, PA 19103<br>philadelphia@sec.gov | |

**VIA U.S. FIRST CLASS MAIL**

1st Black Hawk LLC
715 East Nields Street
West Chester, PA 19380

1st State Pest & Home Services
P.O. Box 19
Middletown, DE 19709-0019

2M Electric LLC
109 Camars Drive
Warwick, PA 18974

A&S Sprinkler Co, Inc
101 E Laurel Avenue
Cheltenham, PA 19012

A. Brooks Roofing Inc.
701 W. 5th Street
Palmyra, NJ 08065

AA Glass Industries LLC
Attn: William Mackey, Managing Member
2345 Route 9, Suite #3
Toms River, NJ 08755

Aaron Electrical Construction Inc
229 Beownback Church Road
Spring City, PA 19475

Accessibility Advantage LLC
dba Ameriglide Nepa
1335 Highway 315 #2
Wilkes Barre, PA 18702

Ace Elevator LLC
222 W. Atlantic Avenue, Building B
Haddon Heights, NJ 08035

Acme Drapemaster of America
P.O. Box 192
Keasby, NJ 08832

Action Store Front Inc.
c/o Brian W. Bisignani, Esquire
Post & Schell PC
1869 Charter Lane
Lancaster, PA 17601

Affordable Fire Protection, Inc.
540 Hamilton Avenue
Linwood, NJ 08221

Albert M. Belmont, III, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

Alderfer Glass Co.
144 Telford Pike
Telford, PA 19118

Alessandra Tosolini - Borst
641 Pugh Road
Wayne, PA 19087

Alexander D. Torres, Esquire
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19103

Allen Reproduction Co., Inc.
800 Market Street
Camden, NJ 08102-1154

ALN Construction, Inc
104 Sandy Drive
Newark, DE 19713

Altino Concrete Construction LLC
536 Easton Road
Horsham, PA 19044

AMC Fire Protection
1803 Underwood Blvd.
Delran, NJ 07075

American Direct
14400 College Blvd., Suite 100
Lenexa, KS 66215

Andrew C. Eckert, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

Ani & Joe Abatement Demolition LLC
Attn: Joseph T. Hill, Sr., Vice President
1212 Burlington Avenue
Delanco, NJ 08075

Apex Builders LLC
1812 Daly Street
Philadelphia, PA 19145

Architectural Grille
42 Second Avenue
Brooklyn, NY 11215

Armor Masonry Restoration
96 Monroe Street
Bristol, PA 19007

Atlantic Wall Systems Inc
65 Greenhill Road
Media, PA 19063

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

Attorney General of the United States
Ben Franklin Station
P.O. Box 227
Washington, DC 20044

| | | |
|---|---|---|
| Avon Brothers, Inc. d/b/a Avon Contractors<br>c/o Scott Bernstein, Esquire<br>Skolnick Legal Group PC<br>103 Eisenhower Parkway, Suite 305<br>Roseland, NJ 07068 | BK Tile & Stone Inc.<br>215 Black Meadow Road<br>Chester, NY 10918 | Blue Collar Builders LLC<br>1756 Allentown Rd. #108<br>Lansdale, PA 19446 |
| Brandywine Executive Center<br>aka TKO Suite<br>1521 Concord Pike #301<br>Wilmington, DE 19083 | Brandywine Valley Concrete Construction LLC<br>c/o Jamie W. Goncharoff, Esquire<br>15 W. Gay Street<br>West Chester, PA 19380 | BRE DDR Retail Holdings III LLC<br>d/b/a Columbus Crossing Shopping Center<br>1209 N. Orange Street<br>Wilmington, DE 19801 |
| BRE RC Columbus PA LP<br>d/b/a Columbus Crossing Shopping Center<br>1209 N. Orange Street<br>Wilmington, DE 19801 | Bristol Millwork Inc.<br>4560 Tacony Street<br>Philadelphia, PA 19124 | Brooklyn Kings Plaza, LLC<br>c/o Simmons Jannace DeLuca, LLP<br>43 Corporate Drive<br>Hauppauge, NY 11788 |
| Bursese Electric Inc.<br>1275 Bloomfield Avenue, Building 1-6AR<br>Fairfield, NJ 07004 | Burton & Company<br>1400 Granary Road<br>Blue Bell, PA 19422 | Buttonwood Company, Inc.<br>1 S. Schulykill Avenue<br>Norristown, PA 19403 |
| C Anthony Painting Inc.<br>199 Heffner Road<br>Limerick, PA 19468 | Carpenters Union of Philadelphia<br>10401 Decatur Road<br>Philadelphia, PA 19154 | Carter N. Williamson, Esquire<br>Horn Williamson, LLC<br>2 Penn Center, Suite 1700<br>1500 JFK Boulevard<br>Philadelphia, PA 19102 |
| Christopher P. Coval, Esquire<br>Five Neshaminy Interplex, Suite 315<br>Trevose, PA 19053 | Cippco Inc.<br>Attn: Jeffrey S. Michael, CFO<br>9323 Keystone Street<br>Philadelphia, PA 19114 | Clearwater Concrete & Masonry Inc.<br>3305-07 Frankford Avenue<br>Philadelphia, PA 19134 |
| CMS Mechanical Contracting, Inc.<br>7 Humphreys Drive<br>Ivyland, PA 18974 | Coffey Brothers, Inc.<br>2559 Route 9 North<br>Howell, NJ 07731 | Commercial Floors USA<br>555 S Henderson Road<br>King of Prussia, PA 19406 |
| Component Assembly Systems, Inc.<br>580 Virginia Drive, Suite 140<br>Fort Washington, PA 19034 | Copeland Surveying Inc<br>707 White Horse Pike  B-3<br>Absecon, NJ 08201 | Corporate Interiors Inc.<br>Attn: Denise M. Hampton, A/R Lead<br>123 Lisa Drive<br>New Castle, DE 19720 |
| Creative Surfaces, Inc.<br>4 Union Hill Road, Suite 100<br>Conshohocken, PA 19428 | Curtis Center TIC I LLC<br>123 E. Elm Street, Suite 400<br>Conshohocken, PA 19428 | Curtis Center TIC II LLC<br>125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428 |
| Cynthia A. Clark, Esquire<br>1524 Locust Street<br>Philadelphia, PA 19102 | Cypress Door & Glass LLC<br>185 Lancaster Avenue<br>Malvern, PA 19355 | DAS Architects Inc.<br>8 Penn Center, Suite 100<br>Philadelphia, PA 19103 |

| | | |
|---|---|---|
| David White<br>1005 Kendron Avenue<br>Morton, PA 19070 | DDM Steel Construction LLC<br>c/o William P. Rubley, Esquire<br>Cooper Levenson PA<br>1415 Marlton Pike East, Suite 205<br>Cherry Hill, NJ 08034 | De Lage Landen Financial Group<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 |
| Delaware River Port Authority of PA and NJ<br>c/o Gary Bressler, Esquire<br>McElroy Deutsch Mulvaney & Carpenter<br>1617 JFK Blvd., Suite 1500<br>Philadelphia, PA 19103 | Delaware River Waterfront Corporation<br>121 N. Columbus Blvd.<br>Philadelphia, PA 19106 | Delaware Valley Paving Inc.<br>144 Telford Pike<br>Telford, PA 19118 |
| Delta Connects<br>10 Center Drive<br>Jamesburg, NJ 08831 | Dennis Ambrosiani Refinishing<br>106 Kent Way<br>West Reading, PA 19611 | Dennis M. Salvi Associates<br>38 Cedarcrest Ct.<br>Doylestown, PA 18901 |
| Department of Labor and Industry<br>Office of Chief Counsel<br>Labor and Industry Building, 10th Floor<br>651 Boas Street<br>Harrisburg, PA 17121 | Department of Labor and Industry<br>Office of Chief Counsel<br>444 North Third Street, Suite 200<br>Philadelphia, PA 19123 | Diamatic Management Services<br>13201 N Santa Fe Avenue<br>Oklahoma, OK 73114 |
| Diamond Huntbach Construction Corp<br>500 E Luzerne Street<br>Unit D<br>Philadelphia, PA 19124 | Dianne G. Moretzsohn, Esquire<br>McCausland Keen & Buckman<br>80 West Lancaster Avenue, 4th Floor<br>Devon, PA 19333 | DiDonato Contracting LLC<br>c/o Thomas P. Stevens, Esquire<br>Horn Williamson LLC<br>1500 JFK Blvd., Suite 1700<br>Philadelphia, PA 19102 |
| Division 10 Sales<br>135 Cabarrus Avenue E<br>Concord, NC 28025 | East Third Media, LLC<br>c/o Anthony R. Twardowski, Esquire<br>Zarwin Baum DeVito Kaplan Schaer & Toddy<br>2005 Market Street, 16th Floor<br>Philadelphia, PA 19103 | EC Fence & Iron Works Inc.<br>Attn: Gwendolyn Sims, President<br>2941 Felton Road<br>Norristown, PA 19401 |
| Eckert Seaman Cherin & Mellott LLC<br>Attn: Alexandra D. Rogin, Esquire<br>2 Liberty Place<br>50 S. 16th Street, 22nd Floor<br>Philadelphia, PA 19102 | Eclipse Construction Services, Inc.<br>1725 N. Strongs Road<br>Copiague, NY 11726 | Edward B. O'Reilly & Associates, Inc.<br>c/o Travis Kreiser, Esquire<br>1300 Lawrence Road<br>Havertown, PA 19083 |
| Elite Painting Service<br>600 Deer Road, Suite 10<br>Cherry Hill, NJ 08034 | Financial Resources Federal Credit Union<br>c/o Saldutti Law Group<br>1040 Kings Highway N., Suite 100<br>Cherry Hill, NJ 08034 | Freedom Glass & Metal, Inc.<br>4 White Horse Pike<br>Clementon, NJ 08021 |
| Fromkin Brothers Inc.<br>c/o Davison Eastman Munoz Paone PA<br>Attn: Michael J. Connolly, Esquire<br>100 Willow Brook Road<br>Freehold, NJ 07728 | Fyr-Fyter Sales & Services Inc<br>262 Pennington-Lawrenceville Road<br>Pennington, NJ 08534 | G&E Real Estate Mangement Services, Inc.<br>1735 Market Street, Suite 4000<br>Philadelphia, PA 19103 |
| Gaetano P. Piccirilli, Esquire<br>Klehr Harrison Harvey Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | Gavin P. Lentz, Esquire<br>Bochetto & Lentz, P.C.<br>1524 Locust Street<br>Philadelphia, PA 19102 | Genova, Burns LLC<br>Attn: Scott S. Rever, Esquire<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 |

| | | |
|---|---|---|
| Gentile Concrete Company<br>668 Woodburne Road, Suite 109<br>Langhorne, PA 19047 | Giles J. Cannon Inc.<br>600 Pusey Avenue<br>Collingdale, PA 19023 | Glenn S. Gitomer, Esquire<br>McCausland Keen & Buckman<br>80 W. Lancaster Avenue, 4th Floor<br>Devon, PA 19333-1331 |
| Gregory J. Kelley, Esquire<br>Marshall Dennehey Warner<br>Coleman Goggin<br>620 Freedon Center, Suire 300<br>King of Prussia, PA 19406 | Ground Penetrating Radar Systems<br>5217 Monroe Street<br>Toledo, OH 43623 | Groundswell Design Group LLC<br>1639 North Hancock Street, Suite 407<br>Philadelphia, PA 19122 |
| GTM Signs & Architectural Canopies<br>Attn: Karl Baker, CEO<br>150 Oliphants Mill Road<br>Woolwich, NJ 08085 | Hanover Insurance Company<br>c/o Brian W. Bisignani, Esquire<br>Post & Schell PC<br>1869 Charter Lane<br>Lancaster, PA 17601 | Hasan Tahiraj<br>c/o Mullaney & Gjelaj, PLLC<br>100-09 Metropolitan Avenue<br>Forest Hills, NY 11375 |
| Heritage Business Systems Inc aka<br>Stewart Business Systems<br>P.O. Box 936763<br>Atlanta, GA 31193-6763 | Hispanic Ventures Inc.<br>Attn: Thomas A. Cirignano, President<br>750 W. California Avenue<br>Absecon, NJ 08201 | Hankinson & Koehler Inc<br>dba HK Panels Systems<br>1500 Industry Road, Suite G<br>Hatfield, PA 19440 |
| Ian E. Hannon, Esquire<br>Simmons Jannace DeLuca LLP<br>43 Corporate Drive<br>Hauppauge, NY 11788 | Ignarri Lummis Architects<br>601 Chapel Road E.<br>Cherry Hill, NJ 08034 | Interface Studio Architects LLC<br>1400 N. American Street, Unit 301<br>Philadelphia, PA 19122 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | iSign Architectural Signage<br>129 East 3rd Street<br>Pottstown, PA 19464 | iSqFt<br>4500 Lake Forest Drive<br>Suite 502<br>Cincinnati, OH 45242 |
| IT Landes Company LLC<br>c/o Joseph Kanfer, Esquire<br>McNees Wallace & Nurick LLC<br>100 Pine Street<br>Harrisburg, PA 17101 | J&T Brothers LLC<br>620 Deer Road<br>Cherry Hill, NJ 08034 | Jake Becker, Esquire<br>Lamb McErlane<br>24 East Market Street<br>P.O. Box 565<br>West Chester, PA 19381 |
| James Floor Covering Inc.<br>2604 Durham Road<br>Bristol, PA 19007 | JD Fedele Contractors Inc.<br>408 Hallowell Avenue<br>Horsham, PA 19044 | Jennifer M. Horn, Esquire<br>Horn Williamson LLC<br>2 Penn Center, Suite 1700<br>1500 JFK Blvd<br>Philadelphia, PA 19102 |
| Jersey Construction Inc.<br>c/o Alexander F. Barth, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | Jordan Yarbrough, Esquire<br>15 Blackberry Lane<br>Ephrata, PA 17522 | Joseph A. Juliana, Esquire<br>Law Office of Dennis O. Wilson<br>309 Fellowship Drive, Suite 330<br>Mount Laurel, NJ 08054 |
| Joseph J. Danielle LLC<br>710 Trainer Street<br>Trainer, PA 19013 | Joseph Ross, Esquire<br>Lydecker<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Justin B. Anderson, Esquire<br>Burns White LLC<br>100 Four Falls, Suite 515<br>1001 Conshohocken State Road<br>West Conshohocken, PA 19428 |

| | | |
|---|---|---|
| K & D Ungarini Iron Works, LLC<br>56 North Logan Avenue<br>Trenton, NJ 08609 | Kathryn E. Pettit, Esquire<br>Offit Kurman<br>401 Plymouth Road, Suite 100<br>Plymouth Meeting, PA 19462 | Keith L. Martin, Esquire<br>123 South Broad Street, Suite 1820<br>Philadelphia, PA 19109 |
| Kennedy Plumbing Heating Mechanical<br>7 Cedar Hill Court<br>Voorhees, NJ 08043 | Kenneth S. Fair, Esquire<br>Naulty Scaricamazza & McDevitt<br>One Penn Center, Suite 750<br>1617 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | Kevin B. Watson, Esquire<br>Clark Hill PLC<br>Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 |
| Kevin J. Bailey & Son LLC<br>c/o Alexander F. Barth, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | Keystone Property Group<br>125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428 | KLS Logistics, Inc.<br>c/o DHL Supply Chain (USA)<br>Attn: Legal Department<br>360 Westar Boulevard<br>Westerville, OH 43082 |
| KPG-MCG Curtis Tenant LLC<br>Keystone Property Group<br>125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428 | KPG-MCG Curtis Tenant LLC<br>116 Pine Street, Suite 320<br>3rd Floor<br>Harrisburg, PA 17101 | Kristina M. Scotto, Esquire<br>McMahon Martine & Gallagher LLP<br>55 Washington Street, Suite 720<br>Brooklyn, NY 11201 |
| LA Glass & Door LLP<br>343 Superior Rd.<br>Egg Harbor Twp., NJ 08234 | Lane Group V, LLC<br>Attn: Christopher Lane, Managing Member<br>119 Quintyness Drive<br>Wilmington, DE 19807 | Lisa A. Cauley, Esquire<br>1001 Old Cassatt Road, Suite 310<br>Berwyn, PA 19312 |
| Lois M. Shenk, Esquire<br>Cipriani & Werner, P.C.<br>450 Sentry Parkway, Suite 200<br>Blue Bell, PA 19422 | Louis N. Rothberg & Son, Inc.<br>550 Cedar Avenue<br>Middlesex, NJ 08846 | Lower Merion Township<br>75 East Lancaster Avenue<br>Ardmore, PA 19003 |
| LVC Windows Blinds & Drapery, Inc.<br>345 Harrison Avenue<br>Garfield, NJ 07026 | M&D Doors<br>Brooklyn Navy Yard, Building 500<br>Brooklyn, NY 11205 | M&S Painting Inc<br>15 E Redmont Road<br>Wilmington, DE 19804 |
| MAC Sprinkler Inc.<br>1605 Hanford Street<br>Levittown, PA 19057 | Margulies Hoelzli Architecture, PLLC<br>545 8th Avenue<br>New York, NY 10018 | MARX Sheet Metal & Mechanical Inc.<br>c/o Alexander F. Barth, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 |
| Massachusetts Bay Insurance Company<br>c/o Brian W. Bisignani, Esquire<br>Post & Schell PC<br>1869 Charter Lane<br>Lancaster, PA 17601 | Matthew Gioffre, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | Matthew R. Skaroff, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 |
| Mayfield Site Contractors<br>c/o Stradley Ronon Stevens & Young LLP<br>Attn: Daniel M. Pereira, Esquire<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | McCarthy Masonry and Concrete, Inc.<br>740 E. Cherry Road<br>Quakertown, PA 18951 | Med-Tex Services Inc<br>Attn: Samuel Gullo, Office Manager<br>P.O. Box 240<br>Penns Park, PA 18943 |

| | | |
|---|---|---|
| Minco Contractors, LLC<br>221 Woodward Road<br>Manalapan, NJ 07726 | Mitchell L. Bach, Esquire<br>Eckert Seamans Cherin Mellott<br>Two Liberty Place<br>50 South 16th Street, 22nd Floor<br>Philadelphia, PA 19102 | Mitchell S. Berger, Esquire<br>Ryan Brown Berger<br>1600 Market Street, 14th Floor<br>Philadelphia, PA 19103 |
| Mobile Mini, Inc<br>4646 East Van Buren Street<br>Suite 400<br>Phoenix, AZ 85008 | Morris Black & Sons, Inc.<br>c/o Leo V. DeVito, Jr., Esquire<br>38 West Market Street<br>Bethlehem, PA 18018 | MTD Land Surveying Inc.<br>204 Byers Road<br>Chester Springs, PA 19425 |
| NAP Construction Company<br>765 Louise Drive<br>Springfield, PA 19064 | Narcise Construction Group LLC<br>11 Ridge Avenue #352<br>Brookhaven, PA 19015 | National Construction Rentals, Inc.<br>Attn: Art Pena, AR & Billing Services Mgr.<br>P.O. Box 841461<br>Los Angeles, CA 90084 |
| Nerd St. Gamers Localhost Philadelphia<br>Attn: John Fazio, CEO<br>908 North Third Street<br>Philadelphia, PA 19123 | Network Flooring & Maintenance<br>Attn: William Pargoe, VP<br>P.O. Box 257<br>Middletown, DE 19709 | New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justict Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 |
| New Jersey Department of Labor<br>Division of Employer Accounts<br>P.O. Box 379<br>Trenton, NJ 08625-0379 | Nicholas A. Salamone Contractors<br>146 State Road<br>Norristown, PA 19403 | Nicko's Contracting LLC<br>17 Arcadian Drive<br>Sicklerville, NJ 08081 |
| Nikolla Gjelaj, Esquire<br>Mullaney & Gjelaj, PLLC<br>100-09 Metropolitan Avenue<br>Forest Hills, NY 11375 | Northeast Fire Proofing<br>Attn: Thomas P. O'Neill, President<br>P.O. Box 168<br>Westville, NJ 08093 | OASG Hazlet, LLC<br>c/o Onyx Management Group, LLC<br>Attn: Samuel Giordano, CFO<br>900 Route 9 North, Suite 400<br>Woodbridge, NJ 07095 |
| Office Basics, Inc.<br>Attn: John Leighton, President<br>22 Creek Circle<br>Boothwyn, PA 19061 | Office of the United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | Olympic Services, Inc.<br>239 Madison Avenue<br>Warminster, PA 18974 |
| Overhead Door Co. of Reading,<br>Chester/Delaware<br>901 Delta Avenue<br>Reading, PA 19605 | Paige Willan, Esquire<br>Klehr Harrison Harvey Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | PD Construction Group<br>309 Camer Drive<br>Bensalem, PA 19020 |
| Penn Outdoor Services LLC<br>2549 Industry Lane<br>East Norriton, PA 19403 | Pennsylvania Department of Revenue<br>Department 280946<br>Attn:  Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Pennsylvania Flooring<br>Attn: Peter DeBenedetto<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 |
| Peter Bradley Construction Inc<br>501 Cambria Avenue<br>Bensalem, PA 19020 | Peter Norman, Esquire<br>Klehr Harrison<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | Philadelphia Carpentry Systems<br>5 N. Columbus Blvd., Pier 5<br>Philadelphia, PA 19103 |

| | | |
|---|---|---|
| Phil Borst<br>c/o Ciardi Ciardi & Astin<br>Attn: Nicole M. Nigrelli, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Philip L. Borst<br>641 Pugh Road<br>Wayne, PA 19087 | PlanGrid, Inc.<br>2111 Mission St. #404<br>San Francisco, CA 94110 |
| Portugese Structural Steel, Inc.<br>Attn: Paula Cabral<br>255 South Street<br>Newark, NJ 07114 | Power Pak<br>225 N Route 303<br>Congers, NY 10920 | Precision Doors & Hardware LLC<br>4660 New Design Road, Suite L<br>Frederick, MD 21703 |
| Professional Plus Services, Inc.<br>3034 Mill Road<br>Norristown, PA 19403 | PSE&G<br>P.O. Box 14106<br>New Brunswick, NJ 08906-4106 | Quench<br>630 Allendale Road<br>Suite 200<br>King of Prussia, PA 19406 |
| RDL Construction LLC<br>1044 Industrial Drive, Unit 1<br>West Berlin, NJ 08091 | Revolution Recovery LLC<br>Attn: Max Rubinstein, Collections Manager<br>7333 Milnor Street<br>Philadelphia, PA 19036 | Richard J. Davies, Esquire<br>Milber Makris<br>1001 Old Cassatt Road, Suite 310<br>Berwyn, PA 19312 |
| Richard R Pucci & Associates<br>1765 Stout Drive<br>Ivyland, PA 18974 | Reilly Glazing, Inc.<br>c/o Alexander F. Barth, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | RPJ Waste Services<br>453 Pier Head Boulevard<br>Smyrna, DE 19977 |
| Roof Wizards<br>839 Brunswick Avenue, Suite 2<br>Trenton, NJ 08638 | RW Professional Cleaning LLC<br>Attn: Richard Williams<br>112 Curnard Street<br>Wilmington, DE 19804 | S.A. Comunale Co. Inc.<br>603 Ryan Avenue<br>Westville, NJ 08093 |
| Sage Construction Solutions LLC<br>221 Newman Springs Road, Suite 142<br>Red Bank, NJ 07701-6767 | Sang Woo Lee, Esquire<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>2000 Market Street, Suite 2300<br>Philadelphia, PA 19103 | Schaibles Mechanical LLC<br>241 Van Syckles Road<br>Hampton, NJ 08827 |
| Schaibles Plumbing & Heating Inc.<br>c/o DL Thompson Law PC<br>Attn: Donna L. Thompson, Esquire<br>P.O. Box 679<br>Allenwood, NJ 08736 | Schindler Elevator Corporation<br>P.O. Box 70433<br>Chicago, IL 60673 | Scope FLP Pennington SM LLC<br>c/o Bernstein-Burkley PC<br>Attn: Keri P. Ebeck, Esquire<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 |
| Scott B. Galla, Esquire<br>Clark Hill PLC<br>One Commerce Square<br>2001 Market Street, Suite 2620<br>Philadelphia, PA 19103 | Scott P. Scungio<br>117 Moore Drive<br>Media, PA 19063 | Scungio & Company<br>117 Moore Drive<br>Media, PA 19063 |
| Scungio Borst International<br>117 Moore Drive<br>Media, PA 19063 | Sean C. Ryan, Esquire<br>Bardsley Law LLC<br>1235 Westlakes Drive, Suite 130<br>Berwyn, PA 19312 | Set Rite Corp.<br>5790 Bristol Pike<br>Bristol, PA 19007 |

| | | |
|---|---|---|
| Shambaugh & Son LP<br>7614 Opportunity Drive<br>Fort Wayne, IN 46825 | Shopping Center Associates<br>c/o Simon Property Group<br>Attn:Ronald M. Tucker, VP and Bankr. Counsel<br>225 West Washington Street, 9th Floor<br>Indianapolis, IN 46204 | Snyder Mfg. Co<br>6228 S. Troy Circle<br>Centennial, CO 80111 |
| SSC Distributors Inc.<br>c/o Michael G. Menkowitz, Esquire<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | Stephanie D. Wolbransky, Esquire<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103 | Steven D. Jannace, Esquire<br>Simmons Jannace DeLuca, LLP<br>43 Corporate Drive<br>Hauppauge, NY 11788 |
| Steven G. Bardsley, Esquire<br>Bardsley Law, LLC<br>1235 Westlakes Drive, Suite 130<br>Berwyn, PA 19312 | Summit Architectural Metals & Glass<br>Attn: Robert Baker, Owner<br>920 Eldridge Drive, Suite G<br>Hagerstown, MD 21740 | Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 |
| Tandem Associates, Inc.<br>P.O. Box 966<br>Mt. Laurel, NJ 08054 | TDR Systems Inc.<br>t/a CHUTES International<br>33 Industrial Park Drive<br>Waldorf, MD 20602 | The Arthur Jackson Company<br>7025 West Chester Pike<br>Upper Darby, PA 19082 |
| The Hartford<br>1 Hartford Plz.<br>Hartford, CT 06115 | Thomas D. Summerville, Esquire<br>101 Lindenwood Drive, Suite 225<br>Malvern, PA 19355 | TKO 6 Corp a/k/a TKO Suites<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803 |
| Town and Country Roofing & Siding<br>c/o Travis Kreiser, Esquire<br>1300 Lawrence Road<br>Havertown, PA 19083 | Tri-State Fabrication<br>P.O. Box 11003<br>Wilmington, DE 19850 | Troost Fire Protection<br>Attn: Aren G. Troost, President<br>58 Hyatt Road<br>Branchville, NJ 07826 |
| U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Philadelphia, PA 19106 | United Rentals<br>Attn: Maria Anderson<br>10330 David Taylor Drive<br>Charlotte, NC 28262 | United Site Services<br>P.O.Box 5502<br>Binghamton, NY 13902 |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | United States Roofing Corp.<br>Attn: Brad Huber, Secretary/Treasurer<br>910 E. Main Street, Suite 300<br>Norristown, PA 19401 | Valetta<br>55 Wood Ridge Road<br>Thornton, PA 19373 |
| Cellco Partnership d/b/a Verizon Wireless<br>Attn: William M. Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147 | VIP Construction Services, Inc.<br>15 Fresh Ponds Road<br>Monroe Twp., NJ 08831 | Warren F. Sperling, Esquire<br>Centre Square, West Tower<br>1500 Market Street, 32nd Floor<br>Philadelphia, PA 19102 |
| Wilkinson Inc<br>c/o Alexander F. Barth, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | Wilkinson Inc<br>2200 Flowing Springs Road<br>Chester Springs, PA 19425 | William A. Harvey, Esquire<br>Klehr Harrison Harvey Bransburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 |

| | | |
|---|---|---|
| William Walter Construction Group LLC<br>c/o Stradley Ronon Stevens & Young LLP<br>Attn: Daniel M. Pereira, Esquire<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | Williams Scotsman, Inc<br>Attn: Elizabeth Steilper, Asset Account Mgr.<br>1901 Old Cuthbert Road<br>Cherry Hill, NJ 08034 | Wright Middletown, LLC<br>c/o Anthony R. Twardowski, Esquire<br>Zarwin Baum DeVito Kaplan Schaer & Toddy<br>2005 Market Street, 16th Floor<br>Philadelphia, PA 19103 |