## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | : | **BANKRUPTCY NO. 22-10609 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Scungio Borst & Associates, LLC (the "**Debtor**") has filed an Objection to Proof of Claim No. 19 (the "**Proof of Claim**") filed by Ani & Joe Abatement & Demolition LLC (the "**Objection**").

1.   **The Proof of Claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2.   **If you do not want the court to change or eliminate the Proof of Claim, you or your attorney must attend the hearing on the Objection** scheduled to be held on March 13, 2024 at 12:30 p.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to the Proof of Claim.

3.   **If you intend to appear at the hearing** to contest the Objection to the Proof of Claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

> Robert M. Greenbaum, Esquire
> Karalis PC
> 1900 Spruce Street
> Philadelphia, PA 19103
> Phone No.: (215) 546-4500
> Fax No.: (215) 985-4175
> E-mail address: rgreenbaum@karalislaw.com

Dated: February 9, 2024