**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC, | : | BANKRUPTCY NO. 22-10609 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Robert M. Greenbaum, Esquire, hereby certify that on the 9th day of February, 2024, I directed to be served a copy of the Debtor's Objection to Proof of Claim No. 19 filed by Ani & Joe Abatement & Demolition LLC and Notice of Objection to Claim, Response Deadline and Hearing Date upon the parties on the attached list in the manner described thereon.

KARALIS PC

By: /s/ Robert M. Greenbaum
ROBERT M. GREENBAUM

*Attorneys for the Debtor*

Dated: February 9, 2024

**VIA ECF TRANSMISSION**

George M. Conway, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nicole M. Nigrelli, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Gary D. Bressler, Esquire
McElroy Deutsch, Mulvaney & Carpenter LLP
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Kevin Grem, Esquire
Commonwealth of PA, Dept of Labor and Ind.
Collections Support Unit
P.O. Box 68568
Harrisburg, PA 17121-8568

Travis L. Kreiser, Esquire
Kreiser & Associates PC
1300 Lawrence Road
Havertown, PA 19083

Clayton W. Davison, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103

Ira E. Dorfman, Esquire
Steven A. Berkowitz & Associates PC
10000 Lincoln Drive East, Suite 202
Marlton, NJ 08053

Alexander F. Barth, Esquire
Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204

Patrick J. Reilly, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Rebecca K. McDowell, Esquire
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Keri P. Ebeck, Esquire
Bernstein-Burkley PC
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Benjamin A. Andersen, Esquire
460 Norristown Road, Suite 110
Blue Bell, PA 19422

Michael P. Kelly, Esquire
Cowan and Kelly
402 Middletown Blvd., Suite 202
Langhorne, PA 19047

Peter J. Norman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Thomas P. Stevens, Esquire
Horn Williamson, LLC
Two Penn Center
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19102

David Tolchin, Esquire
Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, NY 10007

Jamie W. Goncharoff, Esquire
15 West Gay Street
West Chester, PA 19380

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

William Rubley, Esquire
Cooper Levenson, P.A.
1415 Marlton Pike East
Cherry Hill Plaza, Suite 205
Cherry Hill, NJ 08034

Paul B. Maschmeyer, Esquire
Maschmeyer Marinas P.C.
629A Swedesford Road
Swedesford Corporate Center
Malvern, PA 19355

Andrew C. Eckert, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

Brian W. Bisignani, Esquire
Post & Schell PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

| | | |
|---|---|---|
| Joseph M. Kanfer, Esquire<br>Woolford Kanfer Law, P.C.<br>101 North Pointe Blvd., Suite 200<br>Lancaster, PA 17601 | Michael J. Sheridan, Esquire<br>940 W. Valley Road, Suite 1601<br>Wayne, PA 19087 | Carol L. Knowlton, Esquire<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 |
| Robert H. Holber, Esquire<br>Law Office of Robert H. Holber, P.C.<br>41 E. Front Street<br>Media, PA 19063 | Christos A. Katsaounis, Sr. Counsel<br>PA Dept of Revenue<br>Office of Chief Counsel<br>P.O. Box 281061<br>Harrisburg, PA 17128-1061 | Keith Martin, Esquire<br>Edelstein Martin & Nelson LLP<br>123 S. Broad Street, Suite 1820<br>Philadelphia, PA 19109 |
| Bradford J. Sandler, Esquire<br>Pachulksi Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Paul J. Winterhalter, Esquire<br>Offit Kurman<br>401 Plymouth Road, Suite 100<br>Plymouth Meeting, PA 19462 | |

**VIA E-MAIL**

| | | |
|---|---|---|
| | Scungio Borst & Associates, LLC<br>Attn: Scott Scungio<br>4 Manchester Road<br>P.O. Box 203<br>Media, PA 19065 | Barry J. Roy, Esquire<br>Rabinowitz Lubetkin & Tully LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>broy@rltlawfirm.com |
| Daniel F.X. Geoghan, Esquire<br>Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>dgeoghan@coleschotz.com | Bret M. Amron, Esquire<br>Bast Amron<br>SunTrust International Ctr.<br>One Southeast Third Avenue, Suite 1400<br>Miami, FL 33131<br>bamron@bastamron.com | Dain A. de Souza, Esquire<br>Bast Amron<br>SunTrust International Ctr.<br>One Southeast Third Avenue, Suite 1400<br>Miami, FL 33131<br>ddesouza@bastamron.com |
| Eric A. Browndorf, Esquire<br>Cooper Levenson, P.A.<br>1125 Atlantic Avenue, 3rd Floor<br>Atlantic City, NJ 08401<br>ebrowndorf@cooperlevenson.com | | |

**VIA U.S. FIRST CLASS**

| | | |
|---|---|---|
| | Ani & Joe Abatement & Demolition LLC<br>1212 Burlington Avenue<br>Delanco, NJ 08015 | Marisa P. Molz, Esquire<br>Mark Molz Law Offices<br>1400 Route 38<br>Hainesport, NJ 08036 |