IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC, | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion of Scungio Borst & Associates, LLC, for Approval of a Settlement Agreement By and Among the Official Committee of Unsecured Creditors of Scungio Borst & Associates, LLC, Scungio Borst & Associates, LLC, Scungio & Company, LLC, 418 Federal GSGZ, LLC, Millennial Partners, LLC, Philip L. Borst and Alessandra Tosolini-Borst, and Scott P. Scungio Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "**Motion**")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Settlement Agreement is hereby **APPROVED**.

3. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Settlement Agreement including, without limitation, the execution and delivery of any documents, agreements, or other instruments.

BY THE COURT:

Dated: Feb. 16, 2024

ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.