IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC, | : | BANKRUPTCY NO. 22-10609(AMC) |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF THE MODIFIED JOINT PLAN OF LIQUIDATION (WITH TECHNICAL MODIFICATIONS) PROPOSED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ESTATE OF THE DEBTOR**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      **Confirmation Order**.  On January 17, 2024, the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") entered an order [D.I. 387] (the "Confirmation Order") confirming the Modified Joint Plan of Liquidation (with technical modifications) proposed by Scungio Borst & Associates, LLC and The Official Committee of Unsecured Creditors of the Estate of Debtor [D.I. 326] (as may be further amended, supplemented, or modified in accordance with terms thereof, the "Plan") in the Chapter 11 Case of the above captioned Debtor and Debtor in Possession (the "Debtor").

2.      **Effective Date**.  On February 20, 2024, the Effective Date of the Plan occurred and, as a result, the Plan has been substantially consummated.

3.      **Rejection Damages Bar Date**.  As set forth in Article VII of the Confirmed Plan, unless otherwise provided by a Final Order of the Court, all Proofs of Claim for Rejection Damages Claims, if any, must be filed within thirty (30) days after the earlier of: (a) notice of entry of the Confirmation Order, or (b) other notice or order that the executory contract and unexpired lease has been rejected (as applicable, the "Rejection Damages Bar Date"); provided, however, that the foregoing requirement to file a Proof of Claim shall not be applicable to any such Claim that was previously allowed by Final Order of the Bankruptcy Court. The SBA Plan Trust Administrator has the right to object to the Allowance any such claim.  Claims arising from the rejection of any Executory Contract or an Unexpired Lease shall be classified as Class 2, General Unsecured Claims subject to the provisions of the Confirmed Plan, and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules.

4.      **Professional Fee Claim Bar Date**.  As set forth in Article IV of the Plan and the Confirmation Order, Professionals requesting the final Allowance and payment of compensation and/or reimbursement of expenses pursuant to sections 328, 330, 331 and/or 503(b) or under Article IV.§4.2.1 of the Plan, for services rendered during the period from the Petition Date to and including the Effective Date must file and serve final applications for Allowance and payment of Professional Fee Claims on counsel to the Debtors and the United States Trustee no later than the first Business Day that is thirty (30) days after the Effective Date (March 21, 2024).

1

5.  **Copies of Documents**.  You may obtain copies of the Plan, Confirmation Order, the SBA Plan Trust Documents, or any other pleadings, or documents filed in this Chapter 11 Case may be obtained for a fee via PACER at http://www.paeb.uscourts.gov.  If you would prefer to receive an email with .pdf copies of the documents free of charge, please contact Karalis PC ("Debtor's Counsel") by: (a) calling Karalis PC at 215-546-4500, (b) emailing Jill Hysley at jhysley@karalislaw.com, or (c) writing to Aris J. Karalis, Esquire, Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103.

Dated:  February 20, 2024

        KARALIS PC
        Aris J. Karalis, Esquire
        Robert W. Seitzer, Esquire
        Robert M. Greenbaum, Esquire
        1900 Spruce Street
        Philadelphia, PA 19103
        (215) 546-4500
        akaralis@karalislaw.com
        rseitzer@karalislaw.com
        rgreenbaum@karalislaw.com
        *Attorneys for the Debtor*