**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | **CHAPTER 11** |
| | **:** | |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | **:** | **BANKRUPTCY NO. 22-10609(AMC)** |
| | **:** | |
| **Debtor.** | **:** | |
| | **:** | |

## CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, hereby certify that on the 20th day of February, 2024 I directed to be served a copy of the Notice of Occurrence of Effective Date of Modified Joint Plan of Liquidation (with technical modifications) proposed by the Debtor and The Official Committee of Unsecured Creditors of the Estate of the Debtors upon the parties on the attached list in the manner indicated thereon.

KARALIS PC


By:    /s/ Aris J. Karalis
ARIS J. KARALIS
*Attorneys for the Debtors*

Dated: February 20, 2024

**VIA ECF TRANSMISSION**

George M. Conway, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nicole M. Nigrelli, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Gary D. Bressler, Esquire
McElroy Deutsch, Mulvaney & Carpenter LLP
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Kevin Grem, Esquire
Commonwealth of PA, Dept of Labor and Ind.
Collections Support Unit
P.O. Box 68568
Harrisburg, PA 17121-8568

Travis L. Kreiser, Esquire
Kreiser & Associates PC
1300 Lawarence Road
Havertown, PA 19083

Clayton W. Davison, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103

Ira E. Dorfman, Esquire
Steven A. Berkowtiz & Associates PC
10000 Lincoln Drive East, Suite 202
Marlton, NJ 08053

Alexander F. Barth, Esquire
Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204

Patrick J. Reilly, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Rebecca K. McDowell, Esquire
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Keri P. Ebeck, Esquire
Bernstein-Burkley PC
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Benjamin A. Andersen, Esquire
460 Norristown Road, Suite 110
Blue Bell, PA 19422

Michael P. Kelly, Esquire
Cowan and Kelly
402 Middletown Blvd., Suite 202
Langhorne, PA 19047

Peter J. Norman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Thomas P. Stevens, Esquire
Horn Williamson, LLC
Two Penn Center
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19102

David Tolchin, Esquire
Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, NY 10007

Jamie W. Goncharoff, Esquire
15 West Gay Street
West Chester, PA 19380

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

William Rubley, Esquire
Cooper Levenson, P.A.
1415 Marlton Pike East
Cherry Hill Plaza, Suite 205
Cherry Hill, NJ 08034

Paul B. Maschmeyer, Esquire
Maschmeyer Marinas P.C.
629A Swedesford Road
Swedesford Corporate Center
Malvern, PA 19355

Andrew C. Eckert, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

Brian W. Bisignani, Esquire
Post & Schell PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

Joseph M. Kanfer, Esquire
Woolford Kanfer Law, P.C.
101 North Pointe Blvd., Suite 200
Lancaster, PA 17601

Michael J. Sheridan, Esquire
940 W. Valley Road, Suite 1601
Wayne, PA 19087

Carol L. Knowlton, Esquire
Gorski & Knowlton PC
311 Whitehorse Avenue, Suite A
Hamilton, NJ 08610

Robert H. Holber, Esquire
Law Office of Robert H. Holber, P.C.
41 E. Front Street
Media, PA 19063

Christos A. Katsaounis, Sr. Counsel
PA Dept of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061

Keith Martin, Esquire
Edelstein Martin & Nelson LLP
123 S. Broad Street, Suite 1820
Philadelphia, PA 19109

Bradford J. Sandler, Esquire
Pachulksi Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Paul J. Winterhalter, Esquire
Offit Kurman
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462

**VIA E-MAIL**

Scungio Borst & Associates, LLC
Attn: Scott Scungio
4 Manchester Road
P.O. Box 203
Media, PA 19065

Barry J. Roy, Esquire
Rabinowitz Lubetkin & Tully LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
broy@rltlawfirm.com

Daniel F.X. Geoghan, Esquire
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
dgeoghan@coleschotz.com

Bret M. Amron, Esquire
Bast Amron
SunTrust International Ctr.
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
bamron@bastamron.com

Dain A. de Souza, Esquire
Bast Amron
SunTrust International Ctr.
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
ddesouza@bastamron.com

Eric A. Browndorf, Esquire
Cooper Levenson, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401
ebrowndorf@cooperlevenson.com

Securities and Exchange Commission
Attn: Bankruptcy Unit
1617 John F. Kennedy Blvd., Suite 520
Philadelphia, PA 19103
philadelphia@sec.gov

**VIA U.S. FIRST CLASS MAIL**

1st Black Hawk LLC
715 East Nields Street
West Chester, PA 19380

1st State Pest & Home Services
P.O. Box 19
Middletown, DE 19709-0019

2M Electric LLC
109 Camars Drive
Warwick, PA 18974

A&S Sprinkler Co, Inc
101 E Laurel Avenue
Cheltenham, PA 19012

A. Brooks Roofing Inc.
701 W. 5th Street
Palmyra, NJ 08065

AA Glass Industries LLC
Attn: William Mackey, Managing Member
2345 Route 9, Suite #3
Toms River, NJ 08755

Aaron Electrical Construction Inc
229 Beownback Church Road
Spring City, PA 19475

Accessibility Advantage LLC
dba Ameriglide Nepa
1335 Highway 315 #2
Wilkes Barre, PA 18702

Ace Elevator LLC
222 W. Atlantic Avenue, Building B
Haddon Heights, NJ 08035

Acme Drapemaster of America
P.O. Box 192
Keasby, NJ 08832

Action Store Front Inc.
c/o Brian W. Bisignani, Esquire
Post & Schell PC
1869 Charter Lane
Lancaster, PA 17601

Affordable Fire Protection, Inc.
540 Hamilton Avenue
Linwood, NJ 08221

Albert M. Belmont, III, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

Alderfer Glass Co.
144 Telford Pike
Telford, PA 19118

Alessandra Tosolini - Borst
641 Pugh Road
Wayne, PA 19087

Alexander D. Torres, Esquire
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19103

Allen Reproduction Co., Inc.
800 Market Street
Camden, NJ 08102-1154

ALN Construction, Inc
104 Sandy Drive
Newark, DE 19713

Altino Concrete Construction LLC
536 Easton Road
Horsham, PA 19044

AMC Fire Protection
1803 Underwood Blvd.
Delran, NJ 07075

American Direct
14400 College Blvd., Suite 100
Lenexa, KS 66215

Andrew C. Eckert, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

Ani & Joe Abatement Demolition LLC
Attn: Joseph T. Hill, Sr., Vice President
1212 Burlington Avenue
Delanco, NJ 08075

Apex Builders LLC
1812 Daly Street
Philadelphia, PA 19145

Architectural Grille
42 Second Avenue
Brooklyn, NY 11215

Armor Masonry Restoration
96 Monroe Street
Bristol, PA 19007

Atlantic Wall Systems Inc
65 Greenhill Road
Media, PA 19063

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

Attorney General of the United States
Ben Franklin Station
P.O. Box 227
Washington, DC 20044

Avon Brothers, Inc. d/b/a Avon Contractors
c/o Scott Bernstein, Esquire
Skolnick Legal Group PC
103 Eisenhower Parkway, Suite 305
Roseland, NJ 07068

BK Tile & Stone Inc.
215 Black Meadow Road
Chester, NY 10918

Blue Collar Builders LLC
1758 Allentown Rd., Suite 108
Upper Gwynedd, PA 19446

Brandywine Executive Center
aka TKO Suite
1521 Concord Pike #301
Wilmington, DE 19083

Brandywine Valley Concrete Construction LLC
c/o Jamie W. Goncharoff, Esquire
15 W. Gay Street
West Chester, PA 19380

BRE DDR Retail Holdings III LLC
d/b/a Columbus Crossing Shopping Center
1209 N. Orange Street
Wilmington, DE 19801

BRE RC Columbus PA LP
d/b/a Columbus Crossing Shopping Center
1209 N. Orange Street
Wilmington, DE 19801

Bristol Millwork Inc.
4560 Tacony Street
Philadelphia, PA 19124

Brooklyn Kings Plaza, LLC
c/o Simmons Jannace DeLuca, LLP
43 Corporate Drive
Hauppauge, NY 11788

Bursese Electric Inc.
1275 Bloomfield Avenue, Building 1-6AR
Fairfield, NJ 07004

Burton & Company
1400 Granary Road
Blue Bell, PA 19422

Buttonwood Company, Inc.
1 S. Schulykill Avenue
Norristown, PA 19403

C Anthony Painting Inc.
199 Heffner Road
Limerick, PA 19468

Carpenters Union of Philadelphia
10401 Decatur Road
Philadelphia, PA 19154

Carter N. Williamson, Esquire
Horn Williamson, LLC
2 Penn Center, Suite 1700
1500 JFK Boulevard
Philadelphia, PA 19102

Christopher P. Coval, Esquire
Five Neshaminy Interplex, Suite 315
Trevose, PA 19053

Cippco Inc.
Attn: Jeffrey S. Michael, CFO
9323 Keystone Street
Philadelphia, PA 19114

Clearwater Concrete & Masonry Inc.
3305-07 Frankford Avenue
Philadelphia, PA 19134

CMS Mechanical Contracting, Inc.
7 Humphreys Drive
Ivyland, PA 18974

Coffey Brothers, Inc.
2559 Route 9 North
Howell, NJ 07731

Commercial Floors USA
555 S Henderson Road
King of Prussia, PA 19406

Component Assembly Systems, Inc.
580 Virginia Drive, Suite 140
Fort Washington, PA 19034

Copeland Surveying Inc
707 White Horse Pike  B-3
Absecon, NJ 08201

Corporate Interiors Inc.
Attn: Denise M. Hampton, A/R Lead
123 Lisa Drive
New Castle, DE 19720

Creative Surfaces, Inc.
4 Union Hill Road, Suite 100
Conshohocken, PA 19428

Curtis Center TIC I LLC
123 E. Elm Street, Suite 400
Conshohocken, PA 19428

Curtis Center TIC II LLC
125 E. Elm Street, Suite 400
Conshohocken, PA 19428

Cynthia A. Clark, Esquire
1524 Locust Street
Philadelphia, PA 19102

Cypress Door & Glass LLC
185 Lancaster Avenue
Malvern, PA 19355

DAS Architects Inc.
8 Penn Center, Suite 100
Philadelphia, PA 19103

David White
1005 Kendron Avenue
Morton, PA 19070

DDM Steel Construction LLC
c/o William P. Rubley, Esquire
Cooper Levenson PA
1415 Marlton Pike East, Suite 205
Cherry Hill, NJ 08034

De Lage Landen Financial Group
1111 Old Eagle School Rd.
Wayne, PA 19087

Delaware River Port Authority of PA and NJ
c/o Gary Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103

Delaware River Waterfront Corporation
121 N. Columbus Blvd.
Philadelphia, PA 19106

Delaware Valley Paving Inc.
144 Telford Pike
Telford, PA 19118

Delta Connects
10 Center Drive
Jamesburg, NJ 08831

Dennis Ambrosiani Refinishing
106 Kent Way
West Reading, PA 19611

Dennis M. Salvi Associates
38 Cedarcrest Ct.
Doylestown, PA 18901

Department of Labor and Industry
Office of Chief Counsel
Labor and Industry  Building, 10th Floor
651 Boas Street
Harrisburg, PA 17121

Department of Labor and Industry
Office of Chief Counsel
444 North Third Street, Suite 200
Philadelphia, PA 19123

Diamatic Management Services
13201 N Santa Fe Avenue
Oklahoma, OK 73114

Diamond Huntbach Construction Corp
500 E Luzerne Street
Unit D
Philadelphia, PA 19124

Dianne G. Moretzsohn, Esquire
McCausland Keen & Buckman
80 West Lancaster Avenue, 4th Floor
Devon, PA 19333

DiDonato Contracting LLC
c/o Thomas P. Stevens, Esquire
Horn Williamson LLC
1500 JFK Blvd., Suite 1700
Philadelphia, PA 19102

Division 10 Sales
135 Cabarrus Avenue E
Concord, NC 28025

East Third Media, LLC
c/o Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer & Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103

EC Fence & Iron Works Inc.
Attn: Gwendolyn Sims, President
2941 Felton Road
Norristown, PA 19401

Eckert Seaman Cherin & Mellott LLC
Attn: Alexandra D. Rogin, Esquire
2 Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102

Eclipse Construction Services, Inc.
1725 N. Strongs Road
Copiague, NY 11726

Edward B. O'Reilly & Associates, Inc.
c/o Travis Kreiser, Esquire
1300 Lawrence Road
Havertown, PA 19083

Elite Painting Service
600 Deer Road, Suite 10
Cherry Hill, NJ 08034

Financial Resources Federal Credit Union
c/o Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

Freedom Glass & Metal, Inc.
4 White Horse Pike
Clementon, NJ 08021

Fromkin Brothers Inc.
c/o Davison Eastman Munoz Paone PA
Attn: Michael J. Connolly, Esquire
100 Willow Brook Road
Freehold, NJ 07728

Fyr-Fyter Sales & Services Inc
262 Pennington-Lawrenceville Road
Pennington, NJ 08534

G&E Real Estate Mangement Services, Inc.
1735 Market Street, Suite 4000
Philadelphia, PA 19103

Gaetano P. Piccirilli, Esquire
Klehr Harrison Harvey Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Gavin P. Lentz, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

Genova, Burns LLC
Attn: Scott S. Rever, Esquire
110 Allen Road, Suite 304
Basking Ridge, NJ 07920

Gentile Concrete Company
668 Woodburne Road, Suite 109
Langhorne, PA 19047

Giles J. Cannon Inc.
600 Pusey Avenue
Collingdale, PA 19023

Glenn S. Gitomer, Esquire
McCausland Keen & Buckman
80 W. Lancaster Avenue, 4th Floor
Devon, PA 19333-1331

Gregory J. Kelley, Esquire
Marshall Dennehey Warner
Coleman Goggin
620 Freedom Business Center Dr., Suite 405
King of Prussia, PA 19406

Ground Penetrating Radar Systems
5217 Monroe Street
Toledo, OH 43623

Groundswell Design Group LLC
1639 North Hancock Street, Suite 407
Philadelphia, PA 19122

GTM Signs & Architectural Canopies
Attn: Karl Baker, CEO
150 Oliphants Mill Road
Woolwich, NJ 08085

Hanover Insurance Company
c/o Brian W. Bisignani, Esquire
Post & Schell PC
1869 Charter Lane
Lancaster, PA 17601

Hasan Tahiraj
c/o Mullaney & Gjelaj, PLLC
100-09 Metropolitan Avenue
Forest Hills, NY 11375

Heritage Business Systems Inc aka
Stewart Business Systems
P.O. Box 936763
Atlanta, GA 31193-6763

Hispanic Ventures Inc.
Attn: Thomas A. Cirignano, President
750 W. California Avenue
Absecon, NJ 08201

Hankinson & Koehler Inc
dba HK Panels Systems
1500 Industry Road, Suite G
Hatfield, PA 19440

Ian E. Hannon, Esquire
Simmons Jannace DeLuca LLP
43 Corporate Drive
Hauppauge, NY 11788

Ignarri Lummis Architects
601 Chapel Road E.
Cherry Hill, NJ 08034

Interface Studio Architects LLC
1400 N. American Street, Unit 301
Philadelphia, PA 19122

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

iSign Architectural Signage
129 East 3rd Street
Pottstown, PA 19464

iSqFt
3825 Edwards Road, Suite 800
Cincinnati, OH 45209

IT Landes Company LLC
c/o Joseph Kanfer, Esquire
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101

J&T Brothers LLC
620 Deer Road
Cherry Hill, NJ 08034

Jake Becker, Esquire
Lamb McErlane
24 East Market Street
P.O. Box 565
West Chester, PA 19381

James Floor Covering Inc.
2604 Durham Road
Bristol, PA 19007

JD Fedele Contractors Inc.
408 Hallowell Avenue
Horsham, PA 19044

Jennifer M. Horn, Esquire
Horn Williamson LLC
2 Penn Center, Suite 1700
1500 JFK Blvd
Philadelphia, PA 19102

Jersey Construction Inc.
c/o Alexander F. Barth, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Jordan Yarbrough, Esquire
15 Blackberry Lane
Ephrata, PA 17522

Joseph A. Juliana, Esquire
Law Office of Dennis O. Wilson
309 Fellowship Drive, Suite 330
Mount Laurel, NJ 08054

Joseph J. Danielle LLC
710 Trainer Street
Trainer, PA 19013

Joseph Ross, Esquire
Lydecker
1650 Market Street, Suite 3600
Philadelphia, PA 19103

Justin B. Anderson, Esquire
Burns White LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428

K & D Ungarini Iron Works, LLC
56 North Logan Avenue
Trenton, NJ 08609

Kathryn E. Pettit, Esquire
Offit Kurman
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462

Keith L. Martin, Esquire
123 South Broad Street, Suite 1820
Philadelphia, PA 19109

Kennedy Plumbing Heating Mechanical
7 Cedar Hill Court
Voorhees, NJ 08043

Kenneth S. Fair, Esquire
Naulty Scaricamazza & McDevitt
One Penn Center, Suite 750
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103

Kevin B. Watson, Esquire
Clark Hill PLC
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Kevin J. Bailey & Son LLC
c/o Alexander F. Barth, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Keystone Property Group
125 E. Elm Street, Suite 400
Conshohocken, PA 19428

KLS Logistics, Inc.
c/o DHL Supply Chain (USA)
Attn: Legal Department
360 Westar Boulevard
Westerville, OH 43082

KPG-MCG Curtis Tenant LLC
Keystone Property Group
125 E. Elm Street, Suite 400
Conshohocken, PA 19428

KPG-MCG Curtis Tenant LLC
116 Pine Street, Suite 320
3rd Floor
Harrisburg, PA 17101

Kristina M. Scotto, Esquire
McMahon Martine & Gallagher LLP
55 Washington Street, Suite 720
Brooklyn, NY 11201

LA Glass & Door LLP
343 Superior Rd.
Egg Harbor Twp., NJ 08234

Lane Group V, LLC
Attn: Christopher Lane, Managing Member
119 Quintyness Drive
Wilmington, DE 19807

Lisa A. Cauley, Esquire
1001 Old Cassatt Road, Suite 310
Berwyn, PA 19312

Lois M. Shenk, Esquire
Cipriani & Werner, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422

Louis N. Rothberg & Son, Inc.
550 Cedar Avenue
Middlesex, NJ 08846

Lower Merion Township
75 East Lancaster Avenue
Ardmore, PA 19003

LVC Windows Blinds & Drapery, Inc.
345 Harrison Avenue
Garfield, NJ 07026

M&D Doors
Brooklyn Navy Yard, Building 500
Brooklyn, NY 11205

M&S Painting Inc
15 E Redmont Road
Wilmington, DE 19804

MAC Sprinkler Inc.
1605 Hanford Street
Levittown, PA 19057

Margulies Hoelzli Architecture, PLLC
545 8th Avenue
New York, NY 10018

MARX Sheet Metal & Mechanical Inc.
c/o Alexander F. Barth, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Massachusetts Bay Insurance Company
c/o Brian W. Bisignani, Esquire
Post & Schell PC
1869 Charter Lane
Lancaster, PA 17601

Matthew Gioffre, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Matthew R. Skaroff, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Mayfield Site Contractors
c/o Stradley Ronon Stevens & Young LLP
Attn: Daniel M. Pereira, Esquire
2005 Market Street, Suite 2600
Philadelphia, PA 19103

McCarthy Masonry and Concrete, Inc.
740 E. Cherry Road
Quakertown, PA 18951

Med-Tex Services Inc
Attn: Samuel Gullo, Office Manager
P.O. Box 240
Penns Park, PA 18943

Minco Contractors, LLC
221 Woodward Road
Manalapan, NJ 07726

Mitchell L. Bach, Esquire
Eckert Seamans Cherin Mellott
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Mitchell S. Berger, Esquire
Ryan Brown Berger
1600 Market Street, 14th Floor
Philadelphia, PA 19103

Mobile Mini, Inc
4646 East Van Buren Street
Suite 400
Phoenix, AZ 85008

Morris Black & Sons, Inc.
c/o Leo V. DeVito, Jr., Esquire
38 West Market Street
Bethlehem, PA 18018

MTD Land Surveying Inc.
204 Byers Road
Chester Springs, PA 19425

NAP Construction Company
765 Louise Drive
Springfield, PA 19064

Narcise Construction Group LLC
11 Ridge Avenue #352
Brookhaven, PA 19015

National Construction Rentals, Inc.
Attn: Art Pena, AR & Billing Services Mgr.
P.O. Box 841461
Los Angeles, CA 90084

Nerd St. Gamers Localhost Philadelphia
Attn: John Fazio, CEO
908 North Third Street
Philadelphia, PA 19123

Network Flooring & Maintenance
Attn: William Pargoe, VP
P.O. Box 257
Middletown, DE 19709

New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justict Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

New Jersey Department of Labor
Division of Employer Accounts
P.O. Box 379
Trenton, NJ 08625-0379

Nicholas A. Salamone Contractors
146 State Road
Norristown, PA 19403

Nicko's Contracting LLC
17 Arcadian Drive
Sicklerville, NJ 08081

Nikolla Gjelaj, Esquire
Mullaney & Gjelaj, PLLC
100-09 Metropolitan Avenue
Forest Hills, NY 11375

Northeast Fire Proofing
Attn: Thomas P. O'Neill, President
P.O. Box 168
Westville, NJ 08093

OASG Hazlet, LLC
c/o Onyx Management Group, LLC
Attn: Samuel Giordano, CFO
900 Route 9 North, Suite 400
Woodbridge, NJ 07095

Office Basics, Inc.
Attn: John Leighton, President
22 Creek Circle
Boothwyn, PA 19061

Office of the United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102

Olympic Services, Inc.
239 Madison Avenue
Warminster, PA 18974

Overhead Door Co. of Reading,
Chester/Delaware
901 Delta Avenue
Reading, PA 19605

Paige Willan, Esquire
Klehr Harrison Harvey Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103

PD Construction Group
309 Camer Drive
Bensalem, PA 19020

Penn Outdoor Services LLC
2549 Industry Lane
East Norriton, PA 19403

Pennsylvania Department of Revenue
Department 280946
Attn:  Bankruptcy Division
Harrisburg, PA 17128-0946

Pennsylvania Flooring
Attn: Peter DeBenedetto
66 Ford Road, Suite 141
Denville, NJ 07834

Peter Bradley Construction Inc
501 Cambria Avenue
Bensalem, PA 19020

Peter Norman, Esquire
Klehr Harrison
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Philadelphia Carpentry Systems
5 N. Columbus Blvd., Pier 5
Philadelphia, PA 19103

Phil Borst
c/o Ciardi Ciardi & Astin
Attn: Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA 19103

Philip L. Borst
641 Pugh Road
Wayne, PA 19087

PlanGrid, Inc.
2111 Mission St. #404
San Francisco, CA 94110

Portugese Structural Steel, Inc.
Attn: Paula Cabral
255 South Street
Newark, NJ 07114

Power Pak
225 N Route 303
Congers, NY 10920

Precision Doors & Hardware LLC
4660 New Design Road, Suite L
Frederick, MD 21703

Professional Plus Services, Inc.
3034 Mill Road
Norristown, PA 19403

PSE&G
P.O. Box 14106
New Brunswick, NJ 08906-4106

Quench
630 Allendale Road
Suite 200
King of Prussia, PA 19406

RDL Construction LLC
1044 Industrial Drive, Unit 1
West Berlin, NJ 08091

Revolution Recovery LLC
Attn: Max Rubinstein, Collections Manager
7333 Milnor Street
Philadelphia, PA 19036

Richard J. Davies, Esquire
Milber Makris
1001 Old Cassatt Road, Suite 310
Berwyn, PA 19312

Richard R Pucci & Associates
1765 Stout Drive
Ivyland, PA 18974

Reilly Glazing, Inc.
c/o Alexander F. Barth, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

RPJ Waste Services
453 Pier Head Boulevard
Smyrna, DE 19977

Roof Wizards
839 Brunswick Avenue, Suite 2
Trenton, NJ 08638

RW Professional Cleaning LLC
Attn: Richard Williams
112 Curnard Street
Wilmington, DE 19804

S.A. Comunale Co. Inc.
603 Ryan Avenue
Westville, NJ 08093

Sage Construction Solutions LLC
221 Newman Springs Road, Suite 142
Red Bank, NJ 07701-6767

Sang Woo Lee, Esquire
Marshall Dennehey Warner
Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Schaibles Mechanical LLC
241 Van Syckles Road
Hampton, NJ 08827

Schaibles Plumbing & Heating Inc.
c/o DL Thompson Law PC
Attn: Donna L. Thompson, Esquire
P.O. Box 679
Allenwood, NJ 08736

Schindler Elevator Corporation
P.O. Box 70433
Chicago, IL 60673

Scope FLP Pennington SM LLC
c/o Bernstein-Burkley PC
Attn: Keri P. Ebeck, Esquire
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Scott B. Galla, Esquire
Clark Hill PLC
One Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103

Scott P. Scungio
117 Moore Drive
Media, PA 19063

Scungio & Company
117 Moore Drive
Media, PA 19063

Scungio Borst International
117 Moore Drive
Media, PA 19063

Sean C. Ryan, Esquire
Bardsley Law LLC
1235 Westlakes Drive, Suite 130
Berwyn, PA 19312

Set Rite Corp.
5790 Bristol Pike
Bristol, PA 19007

Shambaugh & Son LP
7614 Opportunity Drive
Fort Wayne, IN 46825

Shopping Center Associates
c/o Simon Property Group
Attn:Ronald M. Tucker, VP and Bankr. Counsel
225 West Washington Street, 9th Floor
Indianapolis, IN 46204

Snyder Mfg. Co
6228 S. Troy Circle
Centennial, CO 80111

SSC Distributors Inc.
c/o Michael G. Menkowitz, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Stephanie D. Wolbransky, Esquire
1835 Market Street, 14th Floor
Philadelphia, PA 19103

Steven D. Jannace, Esquire
Simmons Jannace DeLuca, LLP
43 Corporate Drive
Hauppauge, NY 11788

Steven G. Bardsley, Esquire
Bardsley Law, LLC
1235 Westlakes Drive, Suite 130
Berwyn, PA 19312

Summit Architectural Metals & Glass
Attn: Robert Baker, Owner
920 Eldridge Drive, Suite G
Hagerstown, MD 21740

Superior Scaffold Services Inc.
600 Center Avenue
Bensalem, PA 19020

Tandem Associates, Inc.
P.O. Box 966
Mt. Laurel, NJ 08054

TDR Systems Inc.
t/a CHUTES International
33 Industrial Park Drive
Waldorf, MD 20602

The Arthur Jackson Company
7025 West Chester Pike
Upper Darby, PA 19082

The Hartford
1 Hartford Plz.
Hartford, CT 06115

Thomas D. Summerville, Esquire
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

TKO 6 Corp a/k/a TKO Suites
1521 Concord Pike, Suite 301
Wilmington, DE 19803

Town and Country Roofing & Siding
c/o Travis Kreiser, Esquire
1300 Lawrence Road
Havertown, PA 19083

Tri-State Fabrication
P.O. Box 11003
Wilmington, DE 19850

Troost Fire Protection
Attn: Aren G. Troost, President
58 Hyatt Road
Branchville, NJ 07826

U.S. Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106

United Rentals
Attn: Maria Anderson
10330 David Taylor Drive
Charlotte, NC 28262

United Site Services
P.O.Box 5502
Binghamton, NY 13902

United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

United States Roofing Corp.
Attn: Brad Huber, Secretary/Treasurer
910 E. Main Street, Suite 300
Norristown, PA 19401

Valetta
55 Wood Ridge Road
Thornton, PA 19373

Cellco Partnership d/b/a Verizon Wireless
Attn: William M. Vermette
22001 Loudoun County Pkwy
Ashburn, VA 20147

VIP Construction Services, Inc.
15 Fresh Ponds Road
Monroe Twp., NJ 08831

Warren F. Sperling, Esquire
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102

Wilkinson Inc
c/o Alexander F. Barth, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Wilkinson Inc
2200 Flowing Springs Road
Chester Springs, PA 19425

William A. Harvey, Esquire
Klehr Harrison Harvey Bransburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103

William Walter Construction Group LLC
c/o Stradley Ronon Stevens & Young LLP
Attn: Daniel M. Pereira, Esquire
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Williams Scotsman, Inc
Attn: Elizabeth Steilper, Asset Account Mgr.
1901 Old Cuthbert Road
Cherry Hill, NJ 08034

Wright Middletown, LLC
c/o Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer & Toddy
2005 Market Street, 16th Floor
Philadelphia, PA 19103