# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | : | **BANKRUPTCY NO. 22-10609 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

## ORDER SUSTAINING DEBTOR'S OBJECTION
## TO PROOF OF CLAIM NO. 19
## FILED BY ANI & JOE ABATEMENT & DEMOLITION LLC

**AND NOW,** upon consideration of the Objection (the "Objection") of Scungio Borst & Associates, LLC to Proof of Claim No. 19 (the "Proof of Claim") filed by Ani & Joe Abatement & Demolition LLC (the "Claimant"), and after notice and hearing; it is hereby **ORDERED**, that:

1. The Objection is **SUSTAINED**.

2. The Proof of Claim is hereby reclassified as a general unsecured claim in the amount of $110,000, subject to a full reservation of rights in favor the Debtor, Debtor's estate and/or the SBA Plan Trust[1] including, but not limited to, the right to file (i) additional objections to the Proof of Claim for any reason and on any grounds, and (ii) objections to any claims or interests filed against or scheduled by the Debtor, but not objected to in this Objection, and a full reservation of rights of Claimant to oppose or challenge any additional objections to the Proof of Claim and/or any further objections to claims or interests filed against or scheduled by the Debtor.

3. Nothing in this Order is intended to nor shall impact the Claimant's rights or

---

[1] The trust to be established pursuant to the *confirmed* Modified Joint Plan of Liquidation (with technical modifications) proposed by Scungio Borst & Associates, LLC, Debtor-in-Possession, and the Official Committee of Unsecured Creditors of the Estate of Debtor [D.I. 326], as same may be amended, supplemented or otherwise modified from time to time pursuant to section 1127 of the Bankruptcy Code.

remedies, if any, against any and all non-debtor third parties, which are expressly preserved hereby.

**BY THE COURT**:

Dated: _____  _____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE