# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | Case No. 22-10609-AMC |
| Debtor. | |

## ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

AND NOW this 12th day of August, 2024, upon consideration of the motion of Stephen J. Scherf, in his capacity as the SBA Plan Trust Administrator of the SBA Plan Trust of Scungio Borst & Associates, LLC, by and through his counsel, Obermayer Rebmann Maxwell & Hippel LLP (the "Trust Administrator") requesting the entry of an Order pursuant to § 105 (a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") further extending the Claims Objection Deadline (the "Motion")[1]; and any responses thereto; and after notice and a hearing and cause having been demonstrated, and the Court being satisfied that the relief requested by the Motion is appropriate, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Claims Objection Deadline is hereby extended to and including October 18, 2024; and it is further

ORDERED that the entry of this Order shall be without prejudice to the ability of the Trust Administrator to seek a further extension of the Claims Objection Deadline; and it is further

---

[1] Each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Motion.

4884-1859-6054

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

BY THE COURT:

Dated: August 12, 2024

Honorable Ashely M. Chan
Chief United States Bankruptcy Judge