| Exhibit A: Untimely Filed Proofs of Claim | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| 1st Black Hawk LLC<br>715 East Nields Street<br>West Chester, PA 19380 | $196,191.95 | 3.1 | | 76 | $196,191.95 | $196,191.95 | | 20-22 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | $35,453.02 | 3.151 | | 77 | $49,491.20 | | | 20-22 |