| Creditor | Schedule F Amount | Schedule F No. | C, U, D | POC# | POC Amount | Allowed Claim | Disputed Claims | Omnibus Objection Paragraphs |
|---|---|---|---|---|---|---|---|---|
| AA Glass Industries LLC<br>2345 Route 9, Unit #3<br>Toms River, NJ 08755 | $46,431.26 | 3.6 | | Amended 9 | $54,131.31 | | $54,131.31 | 23-27 |
| Bristol Millwork Inc.<br>4560 Tacony Street<br>Philadelphia, PA 19124 | $146,655.40 | 3.31 | C | 49 | $146,655.40 | | $146,655.40 | 23-27 |
| Cippco Inc.<br>9323 Keystone Street<br>Philadelphia, PA 19114 | $151,981.07 | 3.36 | C, U, D | 32 | $174,420.29 | | $174,420.29 | 23-27 |
| Component Assembly Systems, Inc.<br>580 Virginia Drive, Suite 140<br>Fort Washington, PA 19034 | $0.00 | 3.39 | C, U, D | | | $0.00 | | 23-27 |
| DDM Steel<br>3659 North Delsea Drive<br>Vineland, NJ 08360 | $44,784.69 | 3.44 | C | 53 | $64,857.00 | | $64,857.00 | 23-27 |
| Eckert Seamans Cherin & Mellott, LLC<br>2 Liberty Place<br>50 S. 16th Street, 22nd Floor<br>Philadelphia, PA 19102 | N/A | N/A | | 70 | $16,225.00 | | $16,225.00 | 23-27 |
| Elite Painting Service<br>600 Deer Road, Suite 10<br>Cherry Hill, NJ 08034 | $87,860.00 | 3.56 | | Amended 27 | $97,700.00 | | $97,700.00 | 23-27 |
| Freedom Glass & Metal, Inc.<br>4 White Horse Pike<br>Clementon, NJ 08021 | $92,071.68 | 3.58 | C | 40 | $92,071.68 | | $92,071.68 | 23-27 |
| Hasan Tahiraj<br>c/o Mullaney & Gjelaj, PLLC<br>100-09 Metropolitan Avenue<br>Forest Hills, NY 11375 | $0.00 | 3.67 | C, U, D | | | $0.00 | | 23-27 |
| James Floor Covering Inc.<br>2604 Durham Road<br>Bristol, PA 19007 | $70,562.82 | 3.76 | C, U, D | | | $0.00 | | 23-27 |
| KLS Logistics, Inc.<br>c/o DHL Supply Chain (USA)<br>Attn: Legal Department<br>360 Westar Boulevard<br>Westerville, OH 43082 | $0.00 | 3.83 | C, U, D | | | $0.00 | | 23-27 |
| KPG-MCG Curtis Tenant LLC<br>Keystone Property Group<br>125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428 | $0.00 | 3.84 | C, U, D | | | $0.00 | | 23-27 |
| Network Flooring & Maintenance<br>101 W Abbey Drive<br>Townsend, DE 19734 | $25,177.29 | 3.105 | | 13 | $26,447.29 | | $26,447.29 | 23-27 |
| Pennsylvania Flooring<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 | $117,611.40 | 3.114 | C | 47 | $155,912.40 | | $155,912.40 | 23-27 |
| Philip Borst<br>641 Pugh Road<br>Wayne, PA 19087 | $213,000.00 | 3.117 | | 57 | $231,000.00 | | $231,000.00 | 23-27 |
| Revolution Recovery LLC<br>7333 Milnor Street<br>Philadelphia, PA 19036 | $6,930.10 | 3.126 | | 37 | $8,631.60 | | $8,631.60 | 23-27 |
| Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 | $15,552.57 | 3.143 | C | 18 | $28,409.28 | | $28,409.28 | 23-27 |
| Towne and Country Roofing & Siding<br>4775 Lerch Road<br>Bensalem, PA 19020 | $34,355.44 | 3.148 | C | 6 | $48,097.61 | | $48,097.61 | 23-27 |

4889-1864-0598 v3-10/18/24    1