| Exhibit C: Claims Not in Compliance with the Bankruptcy Rules ||||||||
|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| Bursese Electric Inc.<br>1275 Bloomfield Avenue, Building 1-6AR<br>Fairfield, NJ 07004 | $88,663.55 | 3.32 | | 69 | $100,668.90 | | $100,668.90 | 28-32 |
| Buttonwood Company, Inc.<br>P.O. Box 500<br>Eagleville, PA 19408 | $78,410.00 | 3.34 | | 21 | $86,420.00 | | $86,420.00 | 28-32 |
| Cippco Inc.<br>9323 Keystone Street<br>Philadelphia, PA 19114 | $151,981.07 | 3.36 | C, U, D | 32 | $174,420.29 | | $174,420.29 | 28-32 |
| Corporate Interiors Inc.<br>226 Lisa Drive<br>New Castle, DE 19720 | $15,252.32 | 3.41 | | 29 | $16,007.55 | | $16,007.55 | 28-32 |
| Cypress Door & Glass LLC<br>185 Lancaster Avenue<br>Malvern, PA 19355 | $108,086.13 | 3.43 | | 75 | $123,908.00 | | $123,908.00 | 28-32 |
| DDM Steel<br>3659 North Delsea Drive<br>Vineland, NJ 08360 | $44,784.69 | 3.44 | C | 53 | $64,857.00 | | $64,857.00 | 28-32 |
| East Third Media, LLC<br>c/o Wright Partners<br>Attn: Carl Wright<br>20 South Olive Street, Suite 203<br>Media, PA 19063 | $0.00 | 3.53 | C, U, D | 14 | $416,830.05 | | $416,830.05 | 28-32 |
| EC Fence & Iron Works Inc.<br>2941 Felton Road<br>Norristown, PA 19401 | $18,039.00 | 3.54 | | Amended 43 | $37,689.00 | | $37,689.00 | 28-32 |
| Edward B. O'Reilly & Associates, Inc.<br>30 West Highland Avenue<br>Philadelphia, PA 19118 | $149,729.15 | 3.55 | | 5 | $161,707.48 | | $161,707.48 | 28-32 |
| Action Store Fronts, Inc.<br>Attn: Jeffrey M. Farinacci<br>263 Union Blvd.<br>West Islip, NY 11795 | N/A | N/A | | 58 | Unliquidated | | Unliquidated | 28-32 |
| Fromkin Brothers Inc.<br>4510 Adams Circle, Unit E<br>Bensalem, PA 19020 | $172,641.01 | 3.59 | | 73 | $207,686.51 | | $207,686.51 | 28-32 |
| Genova, Burns, Giantomasi & Webster<br>2 Riverside Drive<br>Camden, NJ 08103 | $2,722.50 | 3.62 | | Amended 4 | $8,175.75 | | $8,175.75 | 28-32 |
| Hanover Insurance Company<br>Attn: Bari K. Shinbaum, Esquire<br>Hanover Insurance Co.<br>Manson & McCarthy<br>17 State Street, 8th Floor<br>New York, NY 10004 | N/A | N/A | | 59 | Unliquidated | | Unliquidated | 28-32 |
| HK Panels Systems<br>1500 Industry Road, Suite G<br>Hatfield, PA 19440 | $21,999.50 | 3.71 | | 65 | $30,550.40 | | $30,550.40 | 28-32 |
| Kevin J. Bailey & Son LLC<br>917 Northwood Avenue<br>Cherry Hill, NJ 08002 | $33,668.11 | 3.82 | | 63 | $62,264.30 | | $62,264.30 | 28-32 |
| MAC Sprinkler Inc.<br>3812 W. 9th Street<br>Levittown, PA 19057 | $20,562.91 | 3.91 | | Second Amended 10 | $20,562.92 | $20,562.92 | | 28-32 |
| Massachusetts Bay Insurance Company<br>c/o Brian W. Bisignani, Esquire<br>Post & Schell PC<br>1869 Charter Lane<br>Lancaster, PA 17601 | N/A | N/A | | 60 | Unliquidated | | Unliquidated | 28-32 |

| Exhibit C: Claims Not in Compliance with the Bankruptcy Rules | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| Mayfield Site Contractors<br>596 Swedeland Road<br>King of Prussia, PA 19406 | $149,200.00 | 3.94 | | 64 | $192,140.27 | | $192,140.27 | 28-32 |
| McCarthy Masonry and Concrete, Inc.<br>740 E. Cherry Road<br>Quakertown, PA 18951 | $114,620.63 | 3.95 | | 11 | $127,808.12 | | $127,808.12 | 28-32 |
| Med-Tex Services Inc<br>P.O. Box 240<br>Penns Park, PA 18943 | $680.00 | 3.96 | | 3 & 24 | $902.18 | | $902.18 | 28-32 |
| Morris Black & Sons, Inc.<br>984 Marcon Blvd.<br>Allentown, PA 18109 | $9,979.34 | 3.99 | | 17 | $12,350.01 | | $12,350.01 | 28-32 |
| Nerd Street Gamers Localhost Philadelphia, LLC<br>Attn: John Fazio, CEO<br>908 North Third Street<br>Philadelphia, PA 19123 | $0.00 | 3.104 | C, U, D | 72 | $746,102.00 | | $746,102.00 | 28-32 |
| Northeast Fire Proofing<br>608 Ryan Avenue<br>Westville, NJ 08093 | $11,996.39 | 3.108 | | 45 | $16,596.39 | | $16,596.39 | 28-32 |
| Pennsylvania Flooring<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 | $117,611.40 | 3.114 | C | 47 | $155,912.40 | | $155,912.40 | 28-32 |
| Reilly Glazing Inc<br>200 E. Washington Street<br>Norristown, PA 19401 | $176,233.00 | 3.125 | | 61 | $192,124.50 | | $192,124.50 | 28-32 |
| RW Professional Cleaning LLC<br>112 Curnard Street<br>Wilmington, DE 19804 | $37,414.75 | 3.129 | C | 74 | $58,754.75 | | $58,754.75 | 28-32 |
| Schaibles Mechanical LLC<br>241 Van Syckles Road<br>Hampton, NJ 08827 | $33,374.47 | 3.132 | | Amended 50 | $28,302.30 | $28,302.30 | | 28-32 |
| Schaibles Plumbing & Heating, Inc.<br>c/o DL Thompson Law, PC<br>P.O. Box 679<br>Allenwood, NJ 08720 | N/A | N/A | | 51 | $37,517.38 | | $37,517.38 | 28-32 |
| Scope FLP Pennington SM, LLC<br>Attn: Didier Choukroun, Manager<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2000<br>Miami, FL 33131 | $0.00 | 3.134 | C, U, D | 56 | $647,407.79 | | $647,407.79 | 28-32 |
| Scungio & Company<br>117 Moore Drive<br>Media, PA 19063 | $97,832.00 | 3.135 | | | | $97,832.00 | | 28-32 |
| Scungio Borst International<br>117 Moore Drive<br>Media, PA 19068 | $15,168.00 | 3.136 | | | | $15,168.00 | | 28-32 |
| Shopping Center Associates<br>c/o Simon Construction Group<br>Attn: Michael E. McCarty, President<br>225 West Washington Street, 9th Floor<br>Indianapolis, IN 46204 | $0.00 | 3.139 | C, U, D | 48 | | | $2,623,038.65 | 28-32 |
| Summit Architectural Metals & Glass<br>920 Eldridge Drive, Suite G<br>Hagerstown, MD 21740 | $79,015.11 | 3.142 | | 66 | $116,006.03 | | $116,006.03 | 28-32 |
| Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 | $15,552.57 | 3.143 | C | 18 | $28,409.28 | | $28,409.28 | 28-32 |

| Exhibit C: Claims Not in Compliance with the Bankruptcy Rules | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| Towne and Country Roofing & Siding<br>4775 Lerch Road<br>Bensalem, PA 19020 | $34,355.44 | 3.148 | C | 6 | $48,097.61 | | $48,097.61 | 28-32 |
| Troost Fire Protection<br>58 Hyatt Road<br>Branchville, NJ 07826 | $12,143.35 | 3.150 | | 35 | $13,492.61 | | $13,492.61 | 28-32 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | $35,453.02 | 3.151 | | 77 | $49,491.20 | | | 28-32 |
| William Walter Construction Group LLC<br>Attn: Michael Barbella<br>1431 N. Tuckahoe Road<br>Williamstown, NJ 08094 | $215,738.83 | 3.157 | | 38 | $230,466.36 | | $230,466.36 | 28-32 |