| Exhibit D: Scheduled Claims with No Timely Filed Proof of Claim | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| TDR Systems Inc. t/a CHUTES International 33 Industrial Park Drive Waldorf, MD 20602 | $9,458.46 | 3.145 | C | | | $0.00 | | 33-35 |