# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | Case No. 22-10609 (AMC) |
| Debtor. | |

## ORDER GRANTING THE PLAN TRUST ADMINSTRATOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR EXPUNGEMENT

AND NOW, this _____ day of _____, 2024, upon consideration of the SBA Plan Trust's First Omnibus Objections to Proofs of Claim and Scheduled Claims (collectively, the "Claims"), and Request for Expungement (collectively, the "Objections") filed by Stephen J. Scherf, SBA Plan Trust Administrator (the "Trust Administrator") of the SBA Plan Trust (the "Trust"); and notice having been duly provided to all claimants and parties in interest under Federal Rule of Bankruptcy Procedure 3007 and Local Bankruptcy Rule 3007-1; and any response filed thereto; and after notice and a hearing; and this court finding that any opposition to the relief requested in the Objections has been either withdrawn or over ruled, and for the additional reasons stated on the record on the date of the hearing, it is hereby

ORDERED that the Objections are hereby SUSTAINED; and it is further

ORDERED that the Claims set forth on **Exhibit "A"** to the Objections and attached hereto are hereby disallowed and expunged as set forth on Exhibit "A" pursuant to 11 U.S.C. § 502(b)(9) as being filed after the applicable bar date for filing proofs of claim; and it is further

ORDERED that the Claims set forth on **Exhibit "B"** to the Objections and attached hereto are hereby disallowed and expunged as set forth on Exhibit "B" pursuant to 11 U.S.C. § 502(b)(1) as having been satisfied, waived and/or released during the bankruptcy case in

4867-8253-3077 v2

connection with the Debtor's settlement with KPG-MCG Curtis, or in accordance with the Debtor's confirmed Plan and the Bankruptcy Code; and it is further

ORDERED that the Claims set forth on **Exhibit "C"** to the Objection and attached hereto are hereby disallowed and expunged as set forth on Exhibit "C" pursuant to 11 U.S.C. § 502(b)(1) as being noncompliant with the Bankruptcy Rules rendering the Trust Administrator unable to determine if the claims are valid; and it is further

ORDERED that the Claims set forth on **Exhibit "D"** to the Objection and attached hereto are hereby disallowed and expunged as set forth on Exhibit "D" pursuant to 11 U.S.C. §§ 501 and 502(a) as lacking supporting Proof of Claim filings and therefore noncompliant with the Bankruptcy Rules; and it is further

ORDERED that the clerk of the court shall reflect the reduction, expungement and elimination, or disallowance of the Claims set forth on Exhibits "A", "B", "C", and "D" as indicated, from the Court's official claims register; and it is further

ORDERED that the Trust Administrator is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

                BY THE COURT:

                _____
                Honorable Ashely Chan
                Chief United States Bankruptcy Judge

| Exhibit A: Untimely Filed Proofs of Claim | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| 1st Black Hawk LLC<br>715 East Nields Street<br>West Chester, PA 19380 | $196,191.95 | 3.1 | | 76 | $196,191.95 | $196,191.95 | | 20-22 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | $35,453.02 | 3.151 | | 77 | $49,491.20 | | | 20-22 |

| Exhibit B: Satisfied, Released, and/or Waived Proofs of Claim | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| AA Glass Industries LLC<br>2345 Route 9, Unit #3<br>Toms River, NJ 08755 | $46,431.26 | 3.6 | | Amended 9 | $54,131.31 | | $54,131.31 | 23-27 |
| Bristol Millwork Inc.<br>4560 Tacony Street<br>Philadelphia, PA 19124 | $146,655.40 | 3.31 | C | 49 | $146,655.40 | | $146,655.40 | 23-27 |
| Cippco Inc.<br>9323 Keystone Street<br>Philadelphia, PA 19114 | $151,981.07 | 3.36 | C, U, D | 32 | $174,420.29 | | $174,420.29 | 23-27 |
| Component Assembly Systems, Inc.<br>580 Virginia Drive, Suite 140<br>Fort Washington, PA 19034 | $0.00 | 3.39 | C, U, D | | | $0.00 | | 23-27 |
| DDM Steel<br>3659 North Delsea Drive<br>Vineland, NJ 08360 | $44,784.69 | 3.44 | C | 53 | $64,857.00 | | $64,857.00 | 23-27 |
| Eckert Seamans Cherin & Mellott, LLC<br>2 Liberty Place<br>50 S. 16th Street, 22nd Floor<br>Philadelphia, PA 19102 | N/A | N/A | | 70 | $16,225.00 | | $16,225.00 | 23-27 |
| Elite Painting Service<br>600 Deer Road, Suite 10<br>Cherry Hill, NJ 08034 | $87,860.00 | 3.56 | | Amended 27 | $97,700.00 | | $97,700.00 | 23-27 |
| Freedom Glass & Metal, Inc.<br>4 White Horse Pike<br>Clementon, NJ 08021 | $92,071.68 | 3.58 | C | 40 | $92,071.68 | | $92,071.68 | 23-27 |
| Hasan Tahiraj<br>c/o Mullaney & Gjelaj, PLLC<br>100-09 Metropolitan Avenue<br>Forest Hills, NY 11375 | $0.00 | 3.67 | C, U, D | | | $0.00 | | 23-27 |
| James Floor Covering Inc.<br>2604 Durham Road<br>Bristol, PA 19007 | $70,562.82 | 3.76 | C, U, D | | | $0.00 | | 23-27 |
| KLS Logistics, Inc.<br>c/o DHL Supply Chain (USA)<br>Attn: Legal Department<br>360 Westar Boulevard<br>Westerville, OH 43082 | $0.00 | 3.83 | C, U, D | | | $0.00 | | 23-27 |
| KPG-MCG Curtis Tenant LLC<br>Keystone Property Group<br>125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428 | $0.00 | 3.84 | C, U, D | | | $0.00 | | 23-27 |
| Network Flooring & Maintenance<br>101 W Abbey Drive<br>Townsend, DE 19734 | $25,177.29 | 3.105 | | 13 | $26,447.29 | | $26,447.29 | 23-27 |
| Pennsylvania Flooring<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 | $117,611.40 | 3.114 | C | 47 | $155,912.40 | | $155,912.40 | 23-27 |
| Philip Borst<br>641 Pugh Road<br>Wayne, PA 19087 | $213,000.00 | 3.117 | | 57 | $231,000.00 | | $231,000.00 | 23-27 |
| Revolution Recovery LLC<br>7333 Milnor Street<br>Philadelphia, PA 19036 | $6,930.10 | 3.126 | | 37 | $8,631.60 | | $8,631.60 | 23-27 |
| Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 | $15,552.57 | 3.143 | C | 18 | $28,409.28 | | $28,409.28 | 23-27 |
| Towne and Country Roofing & Siding<br>4775 Lerch Road<br>Bensalem, PA 19020 | $34,355.44 | 3.148 | C | 6 | $48,097.61 | | $48,097.61 | 23-27 |

| Exhibit C: Claims Not in Compliance with the Bankruptcy Rules | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| Bursese Electric Inc.<br>1275 Bloomfield Avenue, Building 1-6AR<br>Fairfield, NJ 07004 | $88,663.55 | 3.32 | | 69 | $100,668.90 | | $100,668.90 | 28-32 |
| Buttonwood Company, Inc.<br>P.O. Box 500<br>Eagleville, PA 19408 | $78,410.00 | 3.34 | | 21 | $86,420.00 | | $86,420.00 | 28-32 |
| Cippco Inc.<br>9323 Keystone Street<br>Philadelphia, PA 19114 | $151,981.07 | 3.36 | C, U, D | 32 | $174,420.29 | | $174,420.29 | 28-32 |
| Corporate Interiors Inc.<br>226 Lisa Drive<br>New Castle, DE 19720 | $15,252.32 | 3.41 | | 29 | $16,007.55 | | $16,007.55 | 28-32 |
| Cypress Door & Glass LLC<br>185 Lancaster Avenue<br>Malvern, PA 19355 | $108,086.13 | 3.43 | | 75 | $123,908.00 | | $123,908.00 | 28-32 |
| DDM Steel<br>3659 North Delsea Drive<br>Vineland, NJ 08360 | $44,784.69 | 3.44 | C | 53 | $64,857.00 | | $64,857.00 | 28-32 |
| East Third Media, LLC<br>c/o Wright Partners<br>Attn: Carl Wright<br>20 South Olive Street, Suite 203<br>Media, PA 19063 | $0.00 | 3.53 | C, U, D | 14 | $416,830.05 | | $416,830.05 | 28-32 |
| EC Fence & Iron Works Inc.<br>2941 Felton Road<br>Norristown, PA 19401 | $18,039.00 | 3.54 | | Amended 43 | $37,689.00 | | $37,689.00 | 28-32 |
| Edward B. O'Reilly & Associates, Inc.<br>30 West Highland Avenue<br>Philadelphia, PA 19118 | $149,729.15 | 3.55 | | 5 | $161,707.48 | | $161,707.48 | 28-32 |
| Action Store Fronts, Inc.<br>Attn: Jeffrey M. Farinacci<br>263 Union Blvd.<br>West Islip, NY 11795 | N/A | N/A | | 58 | Unliquidated | | Unliquidated | 28-32 |
| Fromkin Brothers Inc.<br>4510 Adams Circle, Unit E<br>Bensalem, PA 19020 | $172,641.01 | 3.59 | | 73 | $207,686.51 | | $207,686.51 | 28-32 |
| Genova, Burns, Giantomasi & Webster<br>2 Riverside Drive<br>Camden, NJ 08103 | $2,722.50 | 3.62 | | Amended 4 | $8,175.75 | | $8,175.75 | 28-32 |
| Hanover Insurance Company<br>Attn: Bari K. Shinbaum, Esquire<br>Hanover Insurance Co.<br>Manson & McCarthy<br>17 State Street, 8th Floor<br>New York, NY 10004 | N/A | N/A | | 59 | Unliquidated | | Unliquidated | 28-32 |
| HK Panels Systems<br>1500 Industry Road, Suite G<br>Hatfield, PA 19440 | $21,999.50 | 3.71 | | 65 | $30,550.40 | | $30,550.40 | 28-32 |
| Kevin J. Bailey & Son LLC<br>917 Northwood Avenue<br>Cherry Hill, NJ 08002 | $33,668.11 | 3.82 | | 63 | $62,264.30 | | $62,264.30 | 28-32 |
| MAC Sprinkler Inc.<br>3812 W. 9th Street<br>Levittown, PA 19057 | $20,562.91 | 3.91 | | Second Amended 10 | $20,562.92 | $20,562.92 | | 28-32 |
| Massachusetts Bay Insurance Company<br>c/o Brian W. Bisignani, Esquire<br>Post & Schell PC<br>1869 Charter Lane<br>Lancaster, PA 17601 | N/A | N/A | | 60 | Unliquidated | | Unliquidated | 28-32 |

| Exhibit C: Claims Not in Compliance with the Bankruptcy Rules ||||||||
|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| Mayfield Site Contractors<br>596 Swedeland Road<br>King of Prussia, PA 19406 | $149,200.00 | 3.94 | | 64 | $192,140.27 | | $192,140.27 | 28-32 |
| McCarthy Masonry and Concrete, Inc.<br>740 E. Cherry Road<br>Quakertown, PA 18951 | $114,620.63 | 3.95 | | 11 | $127,808.12 | | $127,808.12 | 28-32 |
| Med-Tex Services Inc<br>P.O. Box 240<br>Penns Park, PA 18943 | $680.00 | 3.96 | | 3 & 24 | $902.18 | | $902.18 | 28-32 |
| Morris Black & Sons, Inc.<br>984 Marcon Blvd.<br>Allentown, PA 18109 | $9,979.34 | 3.99 | | 17 | $12,350.01 | | $12,350.01 | 28-32 |
| Nerd Street Gamers Localhost Philadelphia, LLC<br>Attn: John Fazio, CEO<br>908 North Third Street<br>Philadelphia, PA 19123 | $0.00 | 3.104 | C, U, D | 72 | $746,102.00 | | $746,102.00 | 28-32 |
| Northeast Fire Proofing<br>608 Ryan Avenue<br>Westville, NJ 08093 | $11,996.39 | 3.108 | | 45 | $16,596.39 | | $16,596.39 | 28-32 |
| Pennsylvania Flooring<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 | $117,611.40 | 3.114 | C | 47 | $155,912.40 | | $155,912.40 | 28-32 |
| Reilly Glazing Inc<br>200 E. Washington Street<br>Norristown, PA 19401 | $176,233.00 | 3.125 | | 61 | $192,124.50 | | $192,124.50 | 28-32 |
| RW Professional Cleaning LLC<br>112 Curnard Street<br>Wilmington, DE 19804 | $37,414.75 | 3.129 | C | 74 | $58,754.75 | | $58,754.75 | 28-32 |
| Schaibles Mechanical LLC<br>241 Van Syckles Road<br>Hampton, NJ 08827 | $33,374.47 | 3.132 | | Amended 50 | $28,302.30 | $28,302.30 | | 28-32 |
| Schaibles Plumbing & Heating, Inc.<br>c/o DL Thompson Law, PC<br>P.O. Box 679<br>Allenwood, NJ 08720 | N/A | N/A | | 51 | $37,517.38 | | $37,517.38 | 28-32 |
| Scope FLP Pennington SM, LLC<br>Attn: Didier Choukroun, Manager<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2000<br>Miami, FL 33131 | $0.00 | 3.134 | C, U, D | 56 | $647,407.79 | | $647,407.79 | 28-32 |
| Scungio & Company<br>117 Moore Drive<br>Media, PA 19063 | $97,832.00 | 3.135 | | | | $97,832.00 | | 28-32 |
| Scungio Borst International<br>117 Moore Drive<br>Media, PA 19068 | $15,168.00 | 3.136 | | | | $15,168.00 | | 28-32 |
| Shopping Center Associates<br>c/o Simon Construction Group<br>Attn: Michael E. McCarty, President<br>225 West Washington Street, 9th Floor<br>Indianapolis, IN 46204 | $0.00 | 3.139 | C, U, D | 48 | | | $2,623,038.65 | 28-32 |
| Summit Architectural Metals & Glass<br>920 Eldridge Drive, Suite G<br>Hagerstown, MD 21740 | $79,015.11 | 3.142 | | 66 | $116,006.03 | | $116,006.03 | 28-32 |
| Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 | $15,552.57 | 3.143 | C | 18 | $28,409.28 | | $28,409.28 | 28-32 |

| Exhibit C: Claims Not in Compliance with the Bankruptcy Rules | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| Towne and Country Roofing & Siding<br>4775 Lerch Road<br>Bensalem, PA 19020 | $34,355.44 | 3.148 | C | 6 | $48,097.61 | | $48,097.61 | 28-32 |
| Troost Fire Protection<br>58 Hyatt Road<br>Branchville, NJ 07826 | $12,143.35 | 3.150 | | 35 | $13,492.61 | | $13,492.61 | 28-32 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | $35,453.02 | 3.151 | | 77 | $49,491.20 | | | 28-32 |
| William Walter Construction Group LLC<br>Attn: Michael Barbella<br>1431 N. Tuckahoe Road<br>Williamstown, NJ 08094 | $215,738.83 | 3.157 | | 38 | $230,466.36 | | $230,466.36 | 28-32 |

| Exhibit D: Scheduled Claims with No Timely Filed Proof of Claim | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **C, U, D** | **POC#** | **POC Amount** | **Allowed Claim** | **Disputed Claims** | **Omnibus Objection Paragraphs** |
| TDR Systems Inc. t/a CHUTES International 33 Industrial Park Drive Waldorf, MD 20602 | $9,458.46 | 3.145 | C | | | $0.00 | | 33-35 |