# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | : | **Case No. 22-10609 (AMC)** |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, a partner at Obermayer Rebmann Maxwell & Hippel LLP, hereby certify that on October 18, 2024 true and correct copies of: (1) Notice of Hearing; (2) First Omnibus Objections of the Trust Administrator of the SBA Plan Trust to Proofs of Claim, and Requests for: (I) Expungement of Scheduled Claims; (II) Expungement of Untimely Filed Claims; (III) Expungement of Claims that Have Been Satisfied or Released During the Bankruptcy Case; or (IV) Disallowance of Claims that Were Presented in a Form that Does Not Comply with the Bankruptcy Rules; and (3) Proposed Order were served via first class United States mail, postage prepaid, upon the parties listed on the attached service list.

                                                            */s/ Michael D. Vagnoni*
                                                           Michael D. Vagnoni, Esquire

# SERVICE LIST

| | |
|---|---|
| Scungio Borst & Associates, LLC<br>c/o Robert W. Seitzer<br>Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA 19103 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |
| George M Conway, III<br>DOJ – U.S. Trustee<br>Robert N Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | 1st Black Hawk LLC<br>715 East Nields Street<br>West Chester, PA 19380 |
| AA Glass Industries LLC<br>2345 Route 9, Unit #3<br>Toms River, NJ 08755 | Action Store Fronts, Inc.<br>Attn: Jeffrey M. Farinacci<br>263 Union Blvd.<br>West Islip, NY 11795 |
| Action Store Fronts, Inc.<br>c/o Brian W. Bisignaini, Esquire<br>1869 Charter Lane<br>Lancaster, PA 17601 | Bristol Millwork Inc.<br>4560 Tacony Street<br>Philadelphia, PA 19124 |
| Bursese Electric Inc.<br>1275 Bloomfield Avenue, Building 1-6AR<br>Fairfield, NJ 07004 | Buttonwood Company, Inc.<br>P.O. Box 500<br>Eagleville, PA 19408 |
| Buttonwood Company, Inc.<br>1 So. Schuylkill Avenue<br>Norristown, PA 19403 | Cippco Inc.<br>9323 Keystone Street<br>Philadelphia, PA 19114 |
| Component Assembly Systems, Inc.<br>580 Virginia Drive, Suite 140<br>Fort Washington, PA 19034 | Corporate Interiors Inc.<br>226 Lisa Drive<br>New Castle, DE 19720 |
| Corporate Interiors, Inc.<br>123 Lisa Drive<br>New Castle, DE 19720 | Cypress Door & Glass LLC<br>185 Lancaster Avenue<br>Malvern, PA 19355 |
| DDM Steel<br>3659 North Delsea Drive<br>Vineland, NJ 08360 | DDM Steel<br>c/o William P. Rubley<br>Cooper Levenson, PA<br>1415 Marlton Pike East, Suite 205<br>Cherry Hill, NJ 08034 |

| | |
|---|---|
| East Third Media, LLC<br>c/o Wright Partners<br>Attn: Carl Wright<br>20 South Olive Street, Suite 203<br>Media, PA 19063 | East Third Media, LLC<br>c/o Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy<br>2005 Market Street, 16th Floor<br>Philadelphia, PA 19103 |
| East Third Media, LLC<br>c/o Carl Wright<br>P.O. Box 1908<br>Media, PA 19063 | EC Fence & Iron Works Inc.<br>2941 Felton Road<br>Norristown, PA 19401 |
| Eckert Seamans Cherin & Mellott, LLC<br>2 Liberty Place<br>50 S. 16th Street, 22nd Floor<br>Philadelphia, PA 19102 | Eckert Seamans Cherin & Mellott, LLC<br>P.O. Box 673187<br>Pittsburgh, PA 15264 |
| Freedom Glass & Metal, Inc.<br>4 White Horse Pike<br>Clementon, NJ 08021 | Fromkin Brothers Inc.<br>4510 Adams Circle, Unit E<br>Bensalem, PA 19020 |
| Fromkin Brothers Inc.<br>c/o Davison Eastman Munoz Paone PA<br>Attn: Michael J. Connolly, Equire<br>100 Willow Brook Road<br>Freehold, NJ 07728 | Genova, Burns, Giantomasi & Webster<br>2 Riverside Drive<br>Camden, NJ 08103 |
| Genova Burns, LLC<br>Attn: Scott S. Rever, Esquire<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | Hanover Insurance Company<br>Attn: Bari K. Shinbaum, Esquire<br>Hanover Insurance Co.<br>Manson & McCarthy<br>17 State Street, 8th Floor<br>New York, NY 10004 |
| Hanover Insurance Company<br>c/o Brian W. Bisignani, Esquire<br>Post & Schell, PC<br>1869 Charter Lane<br>Lancaster, PA 17601 | Hasan Tahiraj<br>c/o Mullaney & Gjelaj, PLLC<br>100-09 Metropolitan Avenue<br>Forest Hills, NY 11375 |
| HK Panels Systems<br>1500 Industry Road, Suite G<br>Hatfield, PA 19440 | Hankinson & Koehler, Inc.<br>d/b/a HK Panel Systems<br>460 Norristown Rd., Suite 110<br>Blue Bell, PA 19422 |

| | |
|---|---|
| Edward B. O'Reilly & Associates, Inc.<br>30 West Highland Avenue<br>Philadelphia, PA 19118 | E B O'Reilly & Associates, Inc.<br>Attn: Travis Kreiser<br>1300 Lawrence Road<br>Havertown, PA 19083 |
| James Floor Covering Inc.<br>2604 Durham Road<br>Bristol, PA 19007 | Kevin J. Bailey & Son LLC<br>917 Northwood Avenue<br>Cherry Hill, NJ 08002 |
| Kevin J. Bailey & Son LLC<br>c/o Alexander F. Barth, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | KLS Logistics, Inc.<br>c/o DHL Supply Chain (USA)<br>Attn: Legal Department<br>360 Westar Boulevard<br>Westerville, OH 43082 |
| KPG-MCG Curtis Tenant LLC<br>Keystone Property Group<br>125 E. Elm Street, Suite 400<br>Conshohocken, PA 19428 | MAC Sprinkler Inc.<br>3812 W. 9th Street<br>Levittown, PA 19057 |
| MAC Sprinkler, Inc.<br>1605 Hanford Street<br>Levittown, PA 19057 | Massachusetts Bay Insurance Company<br>c/o Michael P. Kandler, Esquire<br>Goldberg Segalla<br>50 Main Street, Suite 425<br>White Plains, NY 10606 |
| Massachusetts Bay Insurance Company<br>c/o Brian W. Bisignani, Esquire<br>Post & Schell PC<br>1869 Charter Lane<br>Lancaster, PA 17601 | Mayfield Site Contractors<br>596 Swedeland Road<br>King of Prussia, PA 19406 |
| Mayfield Site Contractors<br>c/o Stradley Ronon Stevens & Young LLP<br>Attn: Daniel M. Pereira<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | McCarthy Masonry and Concrete, Inc.<br>740 E. Cherry Road<br>Quakertown, PA 18951 |
| Med-Tex Services Inc<br>P.O. Box 240<br>Penns Park, PA 18943 | Morris Black & Sons, Inc.<br>984 Marcon Blvd.<br>Allentown, PA 18109 |

| | |
|---|---|
| Morris Black & Sons, Inc.<br>c/o Leo V. DeVito, Jr., Esquire<br>38 West Market Street<br>Bethlehem, PA 18018 | Nerd Street Gamers Localhost Philadelphia, LLC<br>Attn: John Fazio, CEO<br>908 North Third Street<br>Philadelphia, PA 19123 |
| Network Flooring & Maintenance<br>101 W Abbey Drive<br>Townsend, DE 19734 | Network Flooring & Maintenance, LLC<br>P.O. Box 257<br>Middletown, DE 19709 |
| Northeast Fire Proofing<br>608 Ryan Avenue<br>Westville, NJ 08093 | Northeast Fireproofing & Insulation, Inc.<br>P.O. Box 168<br>Westville, NJ 08093 |
| Pennsylvania Flooring<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 | Philip Borst<br>641 Pugh Road<br>Wayne, PA 19087 |
| Philip Borst<br>c/o Ciardi, Ciardi & Astin<br>c/o Nicole M. Nigrelli, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Reilly Glazing Inc.<br>200 E. Washington Street<br>Norristown, PA 19401 |
| Reilly Glazing Inc<br>c/o Alexander F. Barth, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | Revolution Recovery LLC<br>7333 Milnor Street<br>Philadelphia, PA 19036 |
| RW Professional Cleaning LLC<br>112 Curnard Street<br>Wilmington, DE 19804 | RW Professional Cleaning LLC<br>c/o Richard Williams<br>112 Cunard Street<br>Wilmington, DE 19804 |
| Elite Painting Service<br>600 Deer Road, Suite 10<br>Cherry Hill, NJ 08034 | Schaibles Mechanical LLC<br>241 Van Syckles Road<br>Hampton, NJ 08827 |
| Schaibles Plumbing & Heating, Inc.<br>c/o DL Thompson Law, PC<br>P.O. Box 679<br>Allenwood, NJ 08720 | Scope FLP Pennington SM, LLC<br>Attn: Didier Choukroun, Manager<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2000<br>Miami, FL 33131 |

| | |
|---|---|
| Scope FLP Pennington SM, LLC<br>c/o Bernstein-Burkley, P.C.<br>Attn: Keri P. Ebeck<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | Scungio & Company<br>117 Moore Drive<br>Media, PA 19063 |
| Scungio Borst International<br>117 Moore Drive<br>Media, PA 19068 | Shopping Center Associates<br>c/o Simon Construction Group<br>Attn: Michael E. McCarty, President<br>225 West Washington Street, 9th Floor<br>Indianapolis, IN 46204 |
| Shopping Center Associates<br>9136 Paysphere Circle<br>Chicago, IL 60674 | Summit Architectural Metals & Glass<br>920 Eldridge Drive, Suite G<br>Hagerstown, MD 21740 |
| Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 | TDR Systems Inc.<br>t/a CHUTES International<br>33 Industrial Park Drive<br>Waldorf, MD 20602 |
| Towne and Country Roofing & Siding<br>4775 Lerch Road<br>Bensalem, PA 19020 | Towne & Country Roofing and Siding, Inc.<br>c/o Travis Kreiser<br>1300 Lawrence Road<br>Havertown, PA 19083 |
| Troost Fire Protection<br>58 Hyatt Road<br>Branchville, NJ 07826 | United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 |
| United Rentals<br>Attn: Maria Anderson<br>10330 David Taylor Drive<br>Charlotte, NC 28262 | William Walter Construction Group LLC<br>Attn: Michael Barbella<br>1431 N. Tuckahoe Road<br>Williamstown, NJ 08094 |
| William Walter Construction Group LLC<br>c/o Stradley Ronon Stevens & Young, LLP<br>Attn: Daniel M. Pereira<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | |