# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | Case No. 22-10609 (AMC) |
| Debtor. | |

### NOTICE OF SBA PLAN TRUST ADMINISTRATOR'S
### FIRST OMNIBUS OBJECTIONS
### TO PROOFS OF CLAIM, SCHEDULED CLAIMS, AND REQUEST FOR
### EXPUNGEMENT AND NOTICE OF HEARING DATE

**NOTICE:** **CLAIMANTS RECEIVING THIS NOTICE OF OBJECTION SHOULD LOCATE THEIR NAME AND CLAIM(S) IN THE ATTACHED OBJECTIONS AND EXHIBITS**

Stephen J. Scherf, SBA Plan Trust Administrator (the "Trust Administrator") of the SBA Plan Trust (the "Trust"), by and through undersigned counsel Obermayer Rebmann Maxwell & Hippel LLP, has filed Objections to the proof(s) of claim you filed in this bankruptcy case, or is seeking to reduce, expunge or disallow your claim(s) as filed, or as listed in the Debtor's schedules (the "Objections").

1. **Your claim may be reduced, modified, or eliminated. You should locate your name and claim in the Objections, and in the Exhibits, read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult and attorney).**

2. **If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the hearing on the Objections,** scheduled to be held on **November 20, 2024 at 12:30 p.m.** in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the hearing on the Objections, the Court may decide that you do not oppose the Objections to your claim and enter the relief requested by the Trust resulting in the reduction, expungement or disallowance of your claim(s). If you are receiving this Notice, you should locate your name and the claim number in the Objections, which state the reason(s) for the Objections.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

4867-8253-3077 v2

Date: October 18, 2024

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1500 Market Street, Suite 3400
Centre Square West
Philadelphia, PA 19102
Telephone: (215) 665-3066
*Counsel for Stephen J. Scherf, Plan Administrator*
*For the SBA Plan Trust*