# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | : | Case No. 22-10609 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

## REVISED NOTICE OF SBA PLAN TRUST ADMINSTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 19 FILED BY ANI & JOE ABATEMENT & DEMOLITION LLC

Stephen J. Scherf, SBA Plan Trust Administrator (the "Trust Administrator") for the SBA Plan Trust for the estate of Scungio Borst & Associates, LLC (the "Trust"), by and through undersigned counsel Obermayer Rebmann Maxwell & Hippel LLP, has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on January 8, 2025 at 12:30 p.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: October 24, 2024

By: */s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1500 Market Street, Suite 3400
Centre Square West
Philadelphia, PA 19102
Telephone: 215-665-3140
*Counsel for Stephen J. Scherf, Plan Administrator*
*For the SBA Plan Trust*