# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | Case No. 22-10609 (AMC) |
| Debtor. | |

**STIPULATION AND CONSENT ORDER TO EXTEND TIME
TO RESPOND TO SBA PLAN TRUST ADMINISTRATOR'S
FIRST OMNIBUS OBJECTIONS TO PROOFS OF CLAIM, SCHEDULED CLAIMS,
AND REQUEST FOR EXPUNGEMENT**

The parties hereby stipulate to extend time for Eckert Seamans Cherin & Mellott, LLC to file a Response to the SBA Plan Trust Administrator's First Omnibus Objections to Proofs of Claim, Scheduled Claims, and Request For Expungement (D.I. #480) until on or before November 21, 2024.

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
Email: edmond.george@obermayer.com
        michael.vagnoni@obermayer.com
*Counsel to Stephen J. Scherf, Plan Administrator for the SBA Plan Trust*

Dated: November 14, 2024

By: */s/ Mitchell L. Bach*
Mitchell L. Bach, Esquire
ECKERT SEAMANS
CHERIN & MELLOTT, LLC
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
Telephone: (215) 851-8466
Facsimile: (215) 851-8383
Email: mbach@eckertseamans.com

*Counsel to Eckert Seamans Cherin & Mellott, LLC*

Dated: November 14, 2024

4866-5513-1129