**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | : | **Case No. 22-10609 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

## CONSENT ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the stipulation of the parties through counsel, the time within which Eckert Seamans Cherin & Mellott, LLC may file a response to the SBA Plan Trust Administrator's First Omnibus Objections to Proofs of Claim, Scheduled Claims, and Request For Expungement (D.I. #480) in the above captioned bankruptcy case is extended to on or before November 21, 2024.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

4866-5513-1129