IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SCUNGIO BORST & ASSOCIATES, LLC, | : | Case No. 22-10609 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

## CONSENT ORDER

**AND NOW**, this  20th  day of  November , 2024, upon consideration of the stipulation of the parties through counsel, the time within which Eckert Seamans Cherin & Mellott, LLC may file a response to the SBA Plan Trust Administrator's First Omnibus Objections to Proofs of Claim, Scheduled Claims, and Request For Expungement (D.I. #480) in the above captioned bankruptcy case is extended to on or before November 21, 2024.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

4866-5513-1129