# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | Case No. 22-10609 (AMC) |
| Debtor. | |

## PRAECIPE TO WITHDRAW OBJECTION TO CLAIM 63
## OF KEVIN J. BAILEY & SON LLC

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw the Objection of the Chapter 11 Trustee to Claim 63 filed by Kevin J. Bailey & Son LLC filed as part of the SBA Plan Trust Administrator's First Omnibus Objections to Proofs of Claim, Scheduled Claims, and Request For Expungement on October 18, 2024, docket number 480.

Date: November 20, 2024

By: */s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1500 Market Street, Suite 3400
Centre Square West
Philadelphia, PA 19102
Telephone: 215-665-3140
*Counsel for Stephen J. Scherf, Plan Administrator*
*For the SBA Plan Trust*

4871-6855-5773 v1