## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | Case No. 22-10609 (AMC) |
| Debtor. | |

### PRAECIPE TO WITHDRAW OBJECTION TO CLAIM 35
### OF TROOST FIRE PROTECTION

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw the Objection of the Chapter 11 Trustee to Claim 35 filed by Troost Fire Protection filed as part of the SBA Plan Trust Administrator's First Omnibus Objections to Proofs of Claim, Scheduled Claims, and Request For Expungement on October 18, 2024, docket number 480.

Date: November 20, 2024         By: */s/ Edmond M. George*
                                Edmond M. George, Esquire
                                Michael D. Vagnoni, Esquire
                                OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                1500 Market Street, Suite 3400
                                Centre Square West
                                Philadelphia, PA 19102
                                Telephone: 215-665-3140
                                *Counsel for Stephen J. Scherf, Plan Administrator*
                                *For the SBA Plan Trust*

4860-5496-8317 v1