# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | Case No. 22-10609 (AMC) |
| Debtor. | |

## PRAECIPE TO WITHDRAW OBJECTION TO CLAIM 40
## OF FREEDOM GLASS & METAL, INC.

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw the Objection of the Chapter 11 Trustee to Claim 40 filed by Freedom Glass & Metal, Inc. filed as part of the SBA Plan Trust Administrator's First Omnibus Objections to Proofs of Claim, Scheduled Claims, and Request For Expungement on October 18, 2024, docket number 480.


Date: November 20, 2024         By: */s/ Edmond M. George*
                                Edmond M. George, Esquire
                                Michael D. Vagnoni, Esquire
                                OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                1500 Market Street, Suite 3400
                                Centre Square West
                                Philadelphia, PA 19102
                                Telephone: 215-665-3140
                                *Counsel for Stephen J. Scherf, Plan Administrator*
                                *For the SBA Plan Trust*

4876-8781-7725 v1