**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | Case No. 22-10609 (AMC) |
| Debtor. | |

**ORDER SUSTAINING THE PLAN TRUST ADMINSTRATOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR EXPUNGEMENT**

AND NOW, this 5th day of Dec., 2024, upon consideration of the SBA Plan Trust's First Omnibus Objections to Proofs of Claim and Scheduled Claims (collectively, the "Claims"), and Request for Expungement (collectively, the "Objections") filed by Stephen J. Scherf, SBA Plan Trust Administrator (the "Trust Administrator") of the SBA Plan Trust (the "Trust"); and notice having been duly provided to all claimants and parties in interest under Federal Rule of Bankruptcy Procedure 3007 and Local Bankruptcy Rule 3007-1; and any responses filed thereto; and after notice and a hearing; and this Court finding that any opposition to the relief requested in the Objections has been either withdrawn or overruled, and for the additional reasons stated on the record on the date of the hearing, it is hereby

ORDERED that the Claims set forth on **Exhibit "A"** attached hereto are hereby disallowed and expunged pursuant to 11 U.S.C. § 502(b)(9) as being filed after the applicable bar date for filing proofs of claim; it is further

ORDERED that the following Claims set forth on **Exhibit "B"** attached hereto are hereby reduced pursuant to 11 U.S.C. § 502(b)(1) as having been satisfied, waived, and/or released during the bankruptcy case in connection with the Debtor's settlement with KPG-MCG Curtis, or in accordance with the Debtor's confirmed Plan and the Bankruptcy Code; it is further

4872-0972-8254 v1                                                 1

ORDERED that the Claims set forth on **Exhibit "C"** attached hereto are hereby reduced, disallowed, and/or expunged pursuant to 11 U.S.C. § 502(b)(1) as being noncompliant with the Bankruptcy Rules, rendering the Trust Administrator unable to determine if the claims are valid; it is further

ORDERED that the Claims set forth on **Exhibit "D"** attached hereto are hereby disallowed and expunged pursuant to 11 U.S.C. §§ 501 and 502(a) as lacking supporting Proof of Claim filings and therefore noncompliant with the Bankruptcy Rules;[1] it is further

ORDERED that the Clerk of the Court shall reflect the reduction, expungement and elimination, or disallowance of the Claims set forth on Exhibits "A", "B", "C", and "D" as indicated, on the Court's official claims register; and it is further

ORDERED that the Trust Administrator is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

BY THE COURT:

_____
Honorable Ashely Chan
Chief United States Bankruptcy Judge

---

[1] The claim of James Floor Covering, Inc. was erroneously included on Exhibit "B" to the Objection instead of Exhibit "D". The Trust Administrator respectfully requests that the relief sought be granted as to James Floor Covering Inc. on the proper grounds noted herein.

| Exhibit A: Untimely Filed Proofs of Claim | | | | | |
|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **POC#** | **POC Amount** | **Allowed Claim** |
| 1st Black Hawk LLC<br>715 East Nields Street<br>West Chester, PA 19380 | $196,191.95 | 3.1 | 76 | $196,191.95 | $196,191.95 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | $35,453.02 | 3.151 | 77 | $49,491.20 | $0.00 |

| **Exhibit B: Satisfied, Released, and/or Waived Proofs of Claim** | | | | | |
|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **POC#** | **POC Amount** | **Allowed Claim** |
| AA Glass Industries LLC<br>2345 Route 9, Unit #3<br>Toms River, NJ 08755 | $46,431.26 | 3.6 | Amended 9 | $54,131.31 | $46,431.26 |
| Bristol Millwork Inc.<br>4560 Tacony Street<br>Philadelphia, PA 19124 | $146,655.40 | 3.31 | 49 | $146,655.40 | $146,655.40 |
| Component Assembly Systems, Inc.<br>580 Virginia Drive, Suite 140<br>Fort Washington, PA 19034 | $0.00 | 3.39 | | | $0.00 |
| DDM Steel<br>3659 North Delsea Drive<br>Vineland, NJ 08360 | $44,784.69 | 3.44 | 53 | $64,857.00 | $44,784.69 |
| Elite Painting Service<br>600 Deer Road, Suite 10<br>Cherry Hill, NJ 08034 | $87,860.00 | 3.56 | Amended 27 | $97,700.00 | $87,860.00 |
| Network Flooring & Maintenance<br>101 W Abbey Drive<br>Townsend, DE 19734 | $25,177.29 | 3.105 | 13 | $26,447.29 | $25,177.29 |
| Pennsylvania Flooring<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 | $117,611.40 | 3.114 | 47 | $155,912.40 | $117,611.40 |
| Philip Borst<br>641 Pugh Road<br>Wayne, PA 19087 | $213,000.00 | 3.117 | 57 | $231,000.00 | $213,000.00 |
| Revolution Recovery LLC<br>7333 Milnor Street<br>Philadelphia, PA 19036 | $6,930.10 | 3.126 | 37 | $8,631.60 | $6,930.10 |
| Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 | $15,552.57 | 3.143 | 18 | $28,409.28 | $15,552.57 |
| Towne and Country Roofing & Siding<br>4775 Lerch Road<br>Bensalem, PA 19020 | $34,355.44 | 3.148 | 6 | $48,097.61 | $34,355.44 |

| **Exhibit C: Claims Not in Compliance with the Bankruptcy Rules** | | | | | |
|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **POC#** | **POC Amount** | **Allowed Claim** |
| Corporate Interiors Inc.<br>226 Lisa Drive<br>New Castle, DE 19720 | $15,252.32 | 3.41 | 29 | $16,007.55 | $15,252.32 |
| Cypress Door & Glass LLC<br>185 Lancaster Avenue<br>Malvern, PA 19355 | $108,086.13 | 3.43 | 75 | $123,908.00 | $108,086.13 |
| DDM Steel<br>3659 North Delsea Drive<br>Vineland, NJ 08360 | $44,784.69 | 3.44 | 53 | $64,857.00 | $44,784.69 |
| EC Fence & Iron Works Inc.<br>2941 Felton Road<br>Norristown, PA 19401 | $18,039.00 | 3.54 | Amended 43 | $37,689.00 | $18,039.00 |
| Edward B. O'Reilly & Associates, Inc.<br>30 West Highland Avenue<br>Philadelphia, PA 19118 | $149,729.15 | 3.55 | 5 | $161,707.48 | $149,729.15 |
| Action Store Fronts, Inc.<br>Attn: Jeffrey M. Farinacci<br>263 Union Blvd.<br>West Islip, NY 11795 | N/A | N/A | 58 | Unliquidated | $0.00 |
| Fromkin Brothers Inc.<br>4510 Adams Circle, Unit E<br>Bensalem, PA 19020 | $172,641.01 | 3.59 | 73 | $207,686.51 | $172,641.01 |
| Hanover Insurance Company<br>Attn: Bari K. Shinbaum, Esquire<br>Hanover Insurance Co.<br>Manson & McCarthy<br>17 State Street, 8th Floor<br>New York, NY 10004 | N/A | N/A | 59 | Unliquidated | $0.00 |
| Massachusetts Bay Insurance Company<br>c/o Brian W. Bisignani, Esquire<br>Post & Schell PC<br>1869 Charter Lane<br>Lancaster, PA 17601 | N/A | N/A | 60 | Unliquidated | $0.00 |
| McCarthy Masonry and Concrete, Inc.<br>740 E. Cherry Road<br>Quakertown, PA 18951 | $114,620.63 | 3.95 | 11 | $127,808.12 | $114,620.63 |
| Med-Tex Services Inc<br>P.O. Box 240<br>Penns Park, PA 18943 | $680.00 | 3.96 | 3 & 24 | $902.18 | $680.00 |
| Morris Black & Sons, Inc.<br>984 Marcon Blvd.<br>Allentown, PA 18109 | $9,979.34 | 3.99 | 17 | $12,350.01 | $9,979.34 |
| Nerd Street Gamers Localhost Philadelphia, LLC<br>Attn: John Fazio, CEO<br>908 North Third Street<br>Philadelphia, PA 19123 | $0.00 | 3.104 | 72 | $746,102.00 | $0.00 |

| Exhibit C: Claims Not in Compliance with the Bankruptcy Rules | | | | | |
|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **POC#** | **POC Amount** | **Allowed Claim** |
| Northeast Fire Proofing<br>608 Ryan Avenue<br>Westville, NJ 08093 | $11,996.39 | 3.108 | 45 | $16,596.39 | $11,996.39 |
| Pennsylvania Flooring<br>66 Ford Road, Suite 141<br>Denville, NJ 07834 | $117,611.40 | 3.114 | 47 | $155,912.40 | $117,611.40 |
| RW Professional Cleaning LLC<br>112 Curnard Street<br>Wilmington, DE 19804 | $37,414.75 | 3.129 | 74 | $58,754.75 | $37,414.75 |
| Scope FLP Pennington SM, LLC<br>Attn: Didier Choukroun, Manager<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2000<br>Miami, FL 33131 | $0.00 | 3.134 | 56 | $647,407.79 | $0.00 |
| Superior Scaffold Services Inc.<br>600 Center Avenue<br>Bensalem, PA 19020 | $15,552.57 | 3.143 | 18 | $28,409.28 | $15,552.57 |
| Towne and Country Roofing & Siding<br>4775 Lerch Road<br>Bensalem, PA 19020 | $34,355.44 | 3.148 | 6 | $48,097.61 | $34,355.44 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | $35,453.02 | 3.151 | 77 | $49,491.20 | $0.00 |

4932-4089-6512 v1-11/26/24

| Exhibit D: Claims Scheduled as Contingent with No Timely Filed Proof of Claim ||||||
|---|---|---|---|---|---|
| **Creditor** | **Schedule F Amount** | **Schedule F No.** | **POC#** | **POC Amount** | **Allowed Claim** |
| James Floor Covering Inc.<br>2604 Durham Road<br>Bristol, PA 19007 | $70,562.82 | 3.76 | | | $0.00 |
| TDR Systems Inc.<br>t/a CHUTES International<br>33 Industrial Park Drive<br>Waldorf, MD 20602 | $9,458.46 | 3.145 | | | $0.00 |

4932-4089-6512 v1-11/26/24