UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | Case No. 22-10609 (AMC) |
| Debtor. | |

NOTICE OF CHANGE OF FIRM NAME, ADDRESS,
AND CONTACT INFORMATION FOR DAIN DE SOUZA,
ESQ., COUNSEL TO SCOPE FLP PENNINGTON SM, LLC

**PLEASE TAKE NOTICE** of the following change of firm, address, and contact information for Dain de Souza, counsel for Scope FLP Pennington SM, LLC ("Pennington"), who is continuing as counsel in this case and is no longer associated with Bast Amron LLP:

> Dain de Souza
> **DE SOUZA LEGAL, P.A.**
> 2332 Galiano Street, Floor 2
> Coral Gables, Florida 33134
> Telephone: (305) 874-0083
> Email: desouza@desouzalegal.com

**PLEASE TAKE FURTHER NOTICE** that, for the avoidance of doubt, Dain de Souza of de Souza Legal, P.A. is hereby substituted in place of Bast Amron LLP, including attorney Brett M. Amron, and requests that all notices given or required to be given in this case and/or related proceedings be given and served on:

> **BERNSTEIN-BURKLEY, P.C.**
> Keri P. Ebeck, Esq. (PA ID No. 91298)
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219
> Telephone: (412) 456-8112
> Facsimile: (412) 456-8135
> Email: kebeck@bernsteinlaw.com

- and –

**DE SOUZA LEGAL, P.A.**
Dain de Souza (admitted *pro hac vice*)
2332 Galiano Street, Floor 2
Coral Gables, Florida 33134
Telephone: (305) 874-0083
Email: desouza@desouzalegal.com

DATED: November 17, 2025      Respectfully submitted:

*/s/ Keri P. Ebeck*
Keri P. Ebeck, Esq. (PA ID No. 91298)
**BERNSTEIN-BURKLEY, P.C.**
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8112
Facsimile: (412) 456-8135
Email: kebeck@bernsteinlaw.com

- and –

Dain de Souza (admitted *pro hac vice*)
**DE SOUZA LEGAL, P.A.**
2332 Galiano Street, Floor 2
Coral Gables, Florida 33134
Telephone: (305) 874-0083
Email: desouza@desouzalegal.com

*Attorneys for Scope FLP Pennington SM, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2025, true and correct copy of the foregoing was filed via this Court's CM/ECF system and will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

By: */s/ Keri P. Ebeck*