**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SCUNGIO BORST & ASSOCIATES, LLC,<br><br>DEBTOR. | §<br>§<br>§  CHAPTER 11<br>§<br>§  CASE NO. 22-10609-AMC<br>§<br>§<br>§<br>§ |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND IN-PERSON HEARING DATE**

*Motion of the United States to Dismiss Debtor's Case or Convert to
Chapter 7 for Failure To File Post-Confirmation Distribution Reports*

**Your rights may be affected.  You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case. (If you do not have an
attorney, you may wish to consult an attorney).**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the
   court to consider your views on the Motion, then on or before **July 8, 2026** you or your
   attorney must file a response to the Motion. *(see Instructions on next page).*

2. A hearing on the Motion is scheduled to be held on **July 15, 2026 at 12:30 p.m. at the
   United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market
   Street, Courtroom #4 Philadelphia, PA 19107**.  Unless the court orders otherwise, the
   hearing on this contested matter will be an evidentiary hearing. Requests for participation
   other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. **If you do not file a response to the Motion,** the court may cancel the hearing and enter
   an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800
   and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled
   because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you
   request a copy from the attorney whose name and address is listed on the next page of this
   Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

    **United States Bankruptcy Court**
    **Eastern District of Pennsylvania**
    **Robert N.C. Nix Sr. Federal Building**
    **900 Market Street, Suite 400**
    **Philadelphia, PA 19107**
    **Telephone: (215)408-2840**

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    By: /s/ *John Schanne*
    John Schanne, Trial Attorney
    Office of The United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107
    Phone: 202.934.4154
    John.Schanne@usdoj.gov

Date: June 3, 2026