# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | § § § § | CHAPTER 11 |
| SCUNGIO BORST & ASSOCIATES, LLC, | § § § | CASE NO. 22-10609-AMC |
| DEBTOR(S). | § § § | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on June 3, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Post-Confirmation Distribution Reports and attachments thereto;

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 3, 2026

By: /s/ *Hannah Deininger*
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

ARIS J. KARALIS
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
Email: akaralis@karalislaw.com
**Debtor**

Via:   __1st Class Mail   ___ Certified Mail  **X** e-mail   ___ Other:

MICHAEL D. VAGNONI
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Email: michael.vagnoni@obermayer.com
Via:   __1st Class Mail   ___ Certified Mail  **X** e-mail   ___ Other:

**END OF DOCUMENT**