United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-10609-amc

Scungio Borst & Associates, LLC                                              Chapter 11

Scungio Borst & Associates, LLC

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 18, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Scungio Borst & Associates, LLC, 2 Riverside Drive, Suite 500, Camden, NJ 08103-1019 |
| db | + | Scungio Borst & Associates, LLC, MAILING ADDRESS, 4 Manchester Road, P.O. Box 203, Media, PA 19065-0203 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDER FRANCIS BARTH | on behalf of Creditor MARX Sheet Metal & Mechanical  Inc. abarth@cohenseglias.com |
| ALEXANDER FRANCIS BARTH | on behalf of Creditor Jersey Construction  Inc. abarth@cohenseglias.com |
| ALEXANDER FRANCIS BARTH | on behalf of Creditor Reilly Glazing  Inc. abarth@cohenseglias.com |
| ALEXANDER FRANCIS BARTH | on behalf of Defendant Reilly Glazing  Inc. abarth@cohenseglias.com |

District/off: 0313-2                                    User: admin                                         Page 2 of 4

Date Rcvd: Jun 18, 2026                              Form ID: pdf900                                    Total Noticed: 2

ANTHONY R. TWARDOWSKI, I
    on behalf of Creditor East Third Media  LLC artwardowski@zarwin.com

ARIS J. KARALIS
    on behalf of Attorney KARALIS PC akaralis@karalislaw.com  jhysley@karalislaw.com

ARIS J. KARALIS
    on behalf of Debtor Scungio Borst & Associates  LLC akaralis@karalislaw.com, jhysley@karalislaw.com

BENJAMIN A. ANDERSEN
    on behalf of Creditor Hankinson & Koehler  Inc. d/b/a HK Panel Systems bandersen@wispearl.com, kruggieri@wispearl.com

BRADFORD J. SANDLER
    on behalf of Creditor Tahiraj Hasan bsandler@pszjlaw.com

BRIAN WILLIAM BISIGNANI
    on behalf of Creditor Massachusetts Bay Insurance Company bbisignani@postschell.com

BRIAN WILLIAM BISIGNANI
    on behalf of Hanover Insurance Company bbisignani@postschell.com

BRIAN WILLIAM BISIGNANI
    on behalf of Creditor Action Store Fronts  Inc. bbisignani@postschell.com

BRUCE W. MCCULLOUGH
    on behalf of Creditor Brooklyn Kings Plaza  LLC bmccullough@bodellbove.com

CAROL L. KNOWLTON
    on behalf of Creditor AA Glass Industries  LLC cknowlton@gorskiknowlton.com

CHRISTOS A. KATSAOUNIS
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us,
RA-occbankruptcy6@state.pa.us

CLAYTON W. DAVIDSON
    on behalf of Creditor IT Landes Company LLC cwdlaw5120@gmail.com  ctran@mcneeslaw.com

CORINNE SAMLER BRENNAN
    on behalf of Creditor KPG-MCG Curtis Tenant  LLC cbrennan@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

DAIN DE SOUZA
    on behalf of Creditor Scope FLP Pennington SM LLC desouza@desouzalegal.com

DANIEL MICHAEL PEREIRA
    on behalf of Creditor William Walter Construction Group  LLC dpereira@stradley.com

DANIEL MICHAEL PEREIRA
    on behalf of Attorney Stradley Ronon Stevens & Young LLP dpereira@stradley.com

DANIEL MICHAEL PEREIRA
    on behalf of Creditor Mayfield Site Contractors  Inc. dpereira@stradley.com

DAVID ALEXANDER BARNES
    on behalf of Plaintiff Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust alexander.barnes@obermayer.com

DONNA L. THOMPSON
    on behalf of Creditor Schaibles Plumbing & Heating  Inc. donna.thompson@dlthompsonlaw.com

DONNA L. THOMPSON
    on behalf of Creditor Schaibles Mechanical LLC donna.thompson@dlthompsonlaw.com

DONNA L. THOMPSON
    on behalf of Defendant Schaibles Mechanical LLC donna.thompson@dlthompsonlaw.com

EDMOND M. GEORGE
    on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer
.com

EDMOND M. GEORGE
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer
.com

EDMOND M. GEORGE
    on behalf of Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust edmond.george@obermayer.com,
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer
.com

EDMOND M. GEORGE
    on behalf of Plaintiff Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust edmond.george@obermayer.com,
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer
.com

District/off: 0313-2 · User: admin · Page 3 of 4
Date Rcvd: Jun 18, 2026 · Form ID: pdf900 · Total Noticed: 2

GARY DAVID BRESSLER
on behalf of Creditor Delaware River Port Authority gbressler@mdmc-law.com  hryan@mdmc-law.com

George M Conway, III
on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

Ira Evan Dorfman
on behalf of Creditor Elite Painting Services  LLC idorfman@ramsmechanical.com, iradorfman@yahoo.com

JAMIE W. GONCHAROFF
on behalf of Creditor Brandywine Valley Concrete Construction  LLC jgonch@comcast.net

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JONATHAN D. CLEMENTE
on behalf of Creditor Bursese Electric Inc. jclemente@cm-legal.com

JOSEPH P. GRIMES
on behalf of Defendant Tandem Associates  Inc. jgrimesesq@gmail.com, grimeslawfirm@gmail.com

KENNETH S. GOODKIND
on behalf of Defendant Schaibles Mechanical LLC kgesqs@yahoo.com  nancy.watson@flastergreenberg.com

KERI P EBECK
on behalf of Creditor Scope FLP Pennington SM LLC kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK
on behalf of Creditor Scope FLP Pennington SM  LLC kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keith Martin
on behalf of 3rd Party Plaintiff Elvira Fee kmartin@law-pa.com

LEONA MOGAVERO
on behalf of Defendant DZO Mechanical Inc. lmogavero@zarwin.com  acoleman@zarwin.com

MAGGIE S SOBOLESKI
on behalf of Defendant Philadelphia Carpentry Systems  LP msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MARC H. STOFMAN
on behalf of Creditor Elite Painting Services  LLC marc@sklarlaw.com, EFILING@SKLARLAW.COM

MARGARET ANN VESPER
on behalf of Defendant AFPI  LLC vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Defendant Affordable Fire Protection  Inc. vesperm@ballardspahr.com

MARTIN J. WEIS
on behalf of Mediator MARTIN J. WEIS mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

MARTIN J. WEIS
on behalf of Mediator Martin J. Weis (Mediator) mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

MARTIN J. WEIS
on behalf of Mediator Martin J Weis  Esq mweis@dilworthlaw.com, ctomlin@dilworthlaw.com

MATTHEW K. MYER
on behalf of Creditor IT Landes Company LLC mmyer@woolfordlaw.com

MICHAEL D. VAGNONI
on behalf of Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

MICHAEL D. VAGNONI
on behalf of Creditor Committee Official Committee Of Unsecured Creditors michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

MICHAEL D. VAGNONI
on behalf of Plaintiff Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

MICHAEL J. SHERIDAN
on behalf of Buttonwood Company  Inc. mjs@mjsheridanlaw.com

MICHAEL P. KELLY
on behalf of Creditor Bristol Millwork Inc mpkpc@aol.com  r47593@notify.bestcase.com

NICOLE MARIE NIGRELLI
on behalf of Creditor Phillip Borst nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

District/off: 0313-2                              User: admin                                         Page 4 of 4

Date Rcvd: Jun 18, 2026                          Form ID: pdf900                                     Total Noticed: 2

NICOLE MARIE NIGRELLI
                        on behalf of Creditor Alessandra Tosolini-Borst nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

PAMELA ELCHERT THURMOND
                        on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

PATRICK J. REILLEY
                        on behalf of Creditor OASG Hazlet  LLC preilley@coleschotz.com,
                        pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

PAUL A. BUCCO
                        on behalf of Defendant 2M Electric LLC sophie.keba@davisbucco.com

PAUL BRINTON MASCHMEYER
                        on behalf of Creditor Troost Fire Protection pmaschmeyer@maschmarinas.com  FMarinas@msn.com

PAUL J. WINTERHALTER
                        on behalf of Creditor Network Flooring & Maintenance  LLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

PAUL J. WINTERHALTER
                        on behalf of Defendant Network Flooring & Maintenance pwinterhalter@offitkurman.com  cballasy@offitkurman.com

PETER J. NORMAN
                        on behalf of Creditor KPG-MCG Curtis Tenant  LLC PeteN@NorthboundPax.com

REBECCA K. MCDOWELL
                        on behalf of Defendant Financial Resources Federal Credit Union rmcdowell@slgcollect.com
                        pwirth@slgcollect.com;anovoa@slgcollect.com

REBECCA K. MCDOWELL
                        on behalf of Creditor Financial Resources Federal Credit Union rmcdowell@slgcollect.com
                        pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT H. HOLBER
                        on behalf of Creditor 1st Black Hawk  LLC rholber@holber.com, LawOfficeofRobertHHolberPC@jubileebk.net

ROBERT M. GREENBAUM
                        on behalf of Plaintiff Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust rgreenbaum@karalislaw.com,
                        jhysley@karalislaw.com

ROBERT M. GREENBAUM
                        on behalf of Debtor Scungio Borst & Associates  LLC rgreenbaum@karalislaw.com, jhysley@karalislaw.com

ROBERT W. SEITZER
                        on behalf of Debtor Scungio Borst & Associates  LLC rseitzer@karalislaw.com, jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
                        on behalf of Consultant Harlyn Consulting LLC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

THOMAS P. STEVENS
                        on behalf of Creditor DiDonato Contractors LLC tstevens@hornwilliamson.com  vbrown@hornwilliamson.com

TRAVIS L. KREISER
                        on behalf of Creditor Towne & Country Roofing and Siding  Inc. travis.kreiser@verizon.net

TRAVIS L. KREISER
                        on behalf of Creditor E.B. O'Reilly Servicing Corporation travis.kreiser@verizon.net

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM P. RUBLEY
                        on behalf of Creditor DDM Steel Construction LLC wrubley@cooperlevenson.com  cwild@cooperlevenson.com


TOTAL: 75

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Scungio Borst & Associates, LLC, | § § | Case No. 22-10609-AMC |
| Debtor. | § § § | |

**ORDER APPROVING SETTLEMENT STIPULATION BY AND BETWEEN
UNITED STATES TRUSTEE AND SBA PLAN TRUST ADMINISTRATOR**

Upon consideration of the *Settlement Stipulation By and Between United States Trustee and SBA Plan Trust Administrator* (the "Stipulation"),[1] and the Court having considered the Stipulation, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Stipulation having been sufficient under the circumstances and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Stipulation is APPROVED in all respects.

2.      The Trust Administrator must comply with the obligations set forth in the Stipulation.

3.      The Court retains jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated:  June 18, 2026

The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.