IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 11
:
SCUNGIO BORST & ASSOCIATES, LLC : BANKRUPTCY NO. 22-10609(AMC)
:
Debtor :
:

### ATTACHMENT TO PROOF OF CLAIM OF CREDITOR BRANDYWINE VALLEY CONCRETE CONSTRUCTION, LLC

Creditor Brandywine Valley Concrete Construction, LLC is a subcontractor of Debtor Scungio Borst & Associates, LLC, the general contractor constructing improvements on real property owned by East Third Media, LLC ("Owner") located at 28 East Third Street, Media, PA 19063

A Mechanic's Lien in the amount of $37,144.00 has been filed on October 29, 2022 against the Owner's property in the Court of Common Pleas of Delaware County, Pennsylvania, docketed at CV-2021-008989.

Respectfully submitted,

_____
Jamie W. Goncharoff, Esquire
Attorney for Creditor
Brandywine Valley Concrete Construction, LLC